IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RECORDED BOOKS, LLC, | * |
| vs. | * |
| |    Case No. |
| OCLC ONLINE COMPUTER LIBRARY CENTER, INC. d/b/a NETLIBRARY. | * <br> *** |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ ]    I certify, as party/counsel in this case that _____ (name of party) is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[X]    The following corporate affiliations exist with Recorded Books, LLC: Recorded Books, LLC is a wholly-owned subsidiary of Haights Cross Communications, Inc.

[ ]    The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

    (names of entities with possible financial interests)

Dated: May 31, 2007                     Respectfully submitted,

                                              RECORDED BOOKS, LLC

                                              By its attorneys,

                                              */s/ David L. Permut*
                                              David L. Permut (15111)
                                              GOODWIN PROCTER LLP
                                              901 New York Avenue, N.W.
                                              Washington, DC 20001
                                              202.346.4000 (tel.)
                                              202.346.4444 (fax)

*Of Counsel:*

R. David Hosp
Jaren D. Wilcoxson
Robert D. Carroll
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617.570.1000 (tel.)
617.523.1231 (fax)

LIBA/1795107.1