Recorded Books, LLC v. OCLC Online Computer Library Center, Inc.                                              Doc. 3

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Recorded Books, LLC

V.

OCLC Online Computer Library Center, Inc.
d/b/a Netlibrary

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: DKC-07-CV-1427

TO: (Name and address of Defendant)

OCLC Online Computer Library Center, Inc.
6565 Kilgour Place
Dublin, Ohio 43017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David L. Permut
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Wahsington, DC 20001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                            6/1/2007
CLERK                                                        DATE

*(signature)*
(By) DEPUTY CLERK

⊛AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

   Executed on   _____   _____
                        Date                  *Signature of Server*

                                              _____
                                              *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.