Recorded Books, LLC v. OCLC Online Computer Library Center, Inc.                                                                    Doc. 6

$50 FEE PAID
#84637009819
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Recorded Books, LLC | * | 2007 JUN -  34 |
| Plaintiff(s) | * | |
| vs. | * | Case No.: DKC-07-CV-1427 |
| OCLC Online Computer Library Center, Inc., d/b/a NetLibrary | * | AT G |
| Defendant(s) | * | BY_____ |
| | ****** | FILED ___ ENTERED ___ |
| | | LODGED ___ RECEIVED ___ |

## MOTION FOR ADMISSION *PRO HAC VICE*

JUN 1 2 2007
AT GREENBELT
DISTRICT OF MARYLAND
BY_____ DEPUTY

I, David L. Permut, am a member in good standing of the bar of this Court. My bar number is 15111. I am moving the admission of Robert D. Carroll to appear *pro hac vice* in this case as counsel for Recorded Books, LLC.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Commonwealth of Massachusetts, 6/22/2005 | USCA, 2nd Circuit (2004) |
| New York Supreme Court, 1st Appellate Division, 2003 | USDC, District of Massachusetts (2/23/2006) |
| | USDC, S.D.N.Y. (2003), E.D.N.Y. (2003) |
| | USDC, Eastern District of Texas (1/29/2007) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court Zero times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

Dockets.Justia.com

5.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.

9   The completed Electronic Case Files Attorney Registration Form is enclosed

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *David L. Permut* (signature) | *Robt D. Carroll* (signature) |
| Signature | Signature |
| David L. Permut | Robert D. Carroll |
| Printed Name | Printed Name |
| Goodwin Procter LLP | Goodwin Procter LLP |
| Firm | Firm |
| 901 New York Avenue, N.W | Exchange Place, Boston, MA 02109 |
| Address | Address |
| Washington, DC 20001, (202) 346-4000 | (617) 570-1000 |
| Telephone Number | Telephone Number |
| (202) 346-4444 | (617) 523-1231 |
| Fax Number | Fax Number |

*******************************************************************

**ORDER**

☑ GRANTED   ☐ DENIED

Date: 6-11-07

Felicia C. Cannon
Clerk, United States District Court
by: *(signature)*