

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Recorded Books, LLC
_____
                Plaintiff(s)

vs.                                             Case No.: DKC-07-CV-1427

OCLC Online Computer Library Center, Inc., d/b/a NetLibrary
_____
                Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

I, David L. Permut_____, am a member in good standing of the bar

of this Court. My bar number is 1511_____    I am moving the admission of

R. David Hosp_____ to appear *pro hac vice* in this case as

counsel for Recorded Books, LLC_____

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Commonwealth of Massachusetts, 12/19/1996 | USCA, 1st Circuit (8/6/2001), USCA, 3rd Circuit (11/5/2001) |
| New York Supreme Court, 3rd Appellate Division, 11/28/1995 | USDC, District of Massachusetts (6/27/1997) |
|  | USDC, Southern District of New York (2/13/2007) |
|  | USDC, Western District of Michigan (8/17/2004) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court Zero times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

U.S. District Court (Rev. 3/19/2007) - Pro Hac Vice                              Page 1 of 3



5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *David L. Permut* (signature) | (signature) |
| Signature | Signature |
| David L. Permut | R. David Hosp |
| Printed Name | Printed Name |
| Goodwin Procter LLP | Goodwin Procter LLP |
| Firm | Firm |
| 901 New York Avenue, N.W. | Exchange Place, Boston, MA 02109 |
| Address | Address |
| Washington, DC 20001, (202) 346-4000 | (617) 570-1000 |
| Telephone Number | Telephone Number |
| (202) 346-4444 | (617) 523-1231 |
| Fax Number | Fax Number |

*********************************************************************

**ORDER**

☒ GRANTED     ☐ DENIED

6-11-07
Date

Felicia C. Cannon
Clerk, United States District Court

By: *Lisa Stavrou* (signature)