

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Recorded Books, LLC
        Plaintiff(s)

vs.

OCLC Online Computer Library Center, Inc., d/b/a NetLibrary
        Defendant(s)

2007 JUN -7   34

Case No.: DKC-07-CV-1427

FILED    ENTERED
LODGED    RECEIVED

JUN 1 2 2007
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

I, David L. Permut, am a member in good standing of the bar of this Court. My bar number is 15111. I am moving the admission of Jaren D. Wilcoxson to appear *pro hac vice* in this case as counsel for Recorded Books, LLC.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Commonwealth of Massachusetts, 12/18/1997 | USCA, 6th Circuit |
| | USDC, District of Massachusetts (3/17/2000) |
| | USDC, Eastern District of Wisconsin (8/24/05) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court Zero times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).



5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *David L. Permut* (signature) | (signature) |
| Signature | Signature |
| David L. Permut | Jaren D. Wilcoxson |
| Printed Name | Printed Name |
| Goodwin Procter LLP | Goodwin Procter LLP |
| Firm | Firm |
| 901 New York Avenue, N.W. | Exchange Place, Boston, MA 02109 |
| Address | Address |
| Washington, DC 20001, (202) 346-4000 | (617) 570-1000 |
| Telephone Number | Telephone Number |
| (202) 346-4444 | (617) 523-1231 |
| Fax Number | Fax Number |

*************************************************************

**ORDER**

☑ GRANTED     ☐ DENIED

6-11-07

Date

**Felicia C. Cannon**
Clerk, United States District Court
By: *Tina Stavrou* (signature)