# EXHIBIT B

Dockets.Justia.com

BCR - 2007 Shared A Description and Title list



Questions?

Contact:
Gillian Harrison,
gharriso@bcr.org

**NetLibrary**

# BCR NetLibrary

## BCR Shared eAudiobook

The BCR Shared eAudiobook Collection includes 200 titles from publishers such as Random House, Books on Tape, Listen and Live, Listening Library and Blackstone Audio. Among the mixture of fiction, non-fiction and some children's titles you'll find titles from best-selling authors such as Robert B. Parker, Sue Grafton, Jonathan Kellerman, Alice Munro and Dean R. Koontz. The collection includes "My Life in France" by Julia Child and " Life After Death: The Burden of Proof" by Deepak Chopra and as well as two titles from the popular "Artemis Fowl" series.

- **Excel spreadsheet of titles to be purchased (sorted by subject)**

**Note:** The BCR Shared eAudiobook Collection is different from other shared eBook collections as **this collection will require a contribution each year that the library wishes to access the collection.** The initial collection will consist of the 200 titles in the list linked to above and new content or additional titles will be added to the collection on a regular basis (bi-annually). Annually, libraries will need to contribute funds at their appropriate level in order to continue to access the collection.

## BCR Shared eAudiobook Pricing

NetLibrary requires libraries to sign a license agreement specifically for purchasing eAudiobooks. If you are a new NetLibrary customer you must sign and submit a license agreement prior to receiving access to the collection. The signed eAudiobook purchase license agreement will also apply to future eAudiobook NetLibrary purchases made by your library whether as part of a shared collection or as individual institution purchases. The license agreement PDF is available at EAudio Books License Agreement.

If you are currently accessing NetLibrary eBooks and are not sure whether you have signed and submitted the appropriate license agreement, please contact Jeff Hastings at the following address:  **hastingj@oclc.org**

Please select your appropriate contribution level based on FTEs or population served. Libraries will pay fees annually to participate in BCR Shared eAudiobooks Collection.

| Academics | | Public Libraries | |
| --- | --- | --- | --- |
| FTE | Contribution | Population | Contribution |
| <500 | $500 | <4000 | $500 |
| 501-2,000 | $1,500 | 4,001-10,000 | $1,500 |
| 2,001-10,000 | $2,500 | 10,001-50,000 | $2,500 |
| 10,001-15,000 | $4,000 | 50,001-100,000 | $4,000 |
| 15,001-25,000 | $7,000 | 100,001-200,000 | $7,000 |
| 25,001+ | $10,000 | 200,001+ | $10,000 |

http://www.bcr.org/reference/Netlibrary/nl-eaudiobook-titlelist.html

6/14/2007

* Special Libraries calculate contribution by counting all employees with Web access and multiplying the total by ten. Apply the result to our public library pricing table.

To participate in BCR Shared eAudiobook please use the **sign-up form**.

Bibliographical Center for Research (BCR)
14394 East Evans Avenue, Aurora, Colorado, 80014-1478
Phone: (303) 751-6277 | (800) 397-1552 | Fax: (303) 751-9787
Copyright © 2006 BCR | Contact Us at comments@bcr.org | June 11, 2007