# EXHIBIT D

# SOLINET

- ABOUT US
- CONTACT US
- FIND US
- SITE MAP
- MY SOLINET
- SEARCH:

- MEMBERSHIP
- PROGRAMS & SERVICES
  - *Consulting*
  - *Digital Services*
  - *Educational Services*
  - *Electronic Databases*
  - *Library Products*
  - *OCLC Services*
  - *Preservation & Access*
- PEOPLE
- EVENTS
- RESOURCES
- ACCOUNTING SERVICES

SHOPPING CART

LIBRARY PRODUCTS | NetLibrary eAudiobook Shared Collection[NetLibraryeAudiobooks]

**Title:** **SOLINET Shared Collection of NetLibrary eAudiobooks**

**See Also:** SOLINET Shared Collections of NetLibrary eBooks; NetLibrary eBooks; NetLibrary eAudiobooks

**Vendor:** NetLibrary, a division of OCLC, Inc.

**Overview:** Building on the success of the popular shared collections of eBooks, SOLINET and NetLibrary present the first shared collection of eAudiobooks to the membership. The collection will be open for a limited time. Ordering begins Monday, April 16, 2007 and continues through Friday, June 15. The collection will go live July 1. Unlike the shared eBook collections, the shared eAudiobook collection is a subscription. Member funds will be pooled and titles for the collection will be selected from the approximately 2,100 currently available NetLibrary eAudiobooks from Blackstone, Random House, Listen and Live and others.

**Reminder: Orders for the eAudiobook Shared Collection will only be accepted through June 15, 2007.**

**Features:**
- New release, popular, best-selling, and classic content from leading publishers
- High-quality audio delivery
- Ability to download to portable devices
- Extensive player compatibility
- Automatic returns
- Seamless integration with existing NetLibrary eContent
- Administrative tools, including usage reports
- OCLC MARC records at no extra charge
- Support provided by expert OCLC staff by calling 800-848-5800 (choose option 7)

**Pricing &** SOLINET Members access **My SOLINET** for pricing and ordering

**Ordering:** information.

**Contact(s):** SOLINET Member Services Help Desk
800-999-8558
OCLC eAudiobook Support
800-848-5800 (choose option 7)

**More Information:** Request a title list from which the SOLINET shared collection will be built, and make your own title suggestions.
View a demo on NetLibrary's eContent, including eAudiobooks.
Download NetLibrary's Quick Start Guide for eAudiobooks.
View Going Portable with eAudiobooks, a quick-start guide for library users provided by NetLibrary.
Read about compatible media software and operating systems, supported portable listening devices, tested players and estimated download times.

**FAQ:** **What subject areas do NetLibrary's eAudiobooks cover?**
Many, including biography and memoir, business, children's literature and non-fiction, Christian fiction, government and politics, health and medicine, history, humor, language studies, mystery and suspense, popular nonfiction, religion and spirituality, romance, science and nature, science fiction and fantasy, self help, sports and recreation, study aids, travel and leisure, westerns, young adult titles and more.

**Can I suggest titles or subject areas for inclusion in the SOLINET eAudiobook shared collection?**
Yes. Your content suggestions are welcome. Contact us via email or phone at 800 999 8558 x4992 to discuss.

**Can my patrons listen to NetLibrary eAudiobooks on their iPod?**
No. NetLibrary eAudiobooks do not support the use of the Apple iPod for playback. iPods use a file format that does not support the Digital Rights Management protection required by NetLibrary eAudiobooks at this time. Read more about compatible media software and operating systems, supported portable listening devices and tested players.

**Why is digital rights management important?**
Digital rights management protection helps ensure that the content of

NetLibrary eAudiobook publishing partners is secure, especially when items are checked out rather than purchased. Digital rights management technology allows checked out items to expire on the due date.

1438 West Peachtree Street NW • Suite 200 • Atlanta, GA 30309-2955 | 1.800.999.8558 toll free • 404.892.7879 fax

Privacy Statement | Webmaster | Contact Us | Printable page | Search | Logo