# EXHIBIT E

NetLibrary

Libraries    Publishers    Users    About NetLibrary



About Us
Careers
News & Events
Partners

# News & Events

## NetLibrary offers libraries new purchase option for eAudiobooks

*Individual titles from Random House's Books on Tape and Blackstone Audio are now available to libraries for purchase*

**DUBLIN, Ohio, February 12, 2007**—NetLibrary, a division of OCLC Online Computer Library Center, Inc., and a leading platform for eContent to libraries worldwide, has launched a new purchase model for its growing collection of eAudiobooks.

Librarians now have the option to add individual titles to their collections from leading publishers including Random House, Blackstone Audio, and many more to come. In addition, librarians will still have the option to purchase a complete collection of eAudiobooks from Recorded Books through an annual subscription.

"Adding the option for libraries to purchase titles individually from world-class publishers gives libraries the freedom and flexibility to customize the eAudiobook experience for their users to meet specific needs," said Rich Rosy, Vice President of Content Management, OCLC. "The new model allows libraries to purchase eAudiobooks the same way they purchase eBooks."

Librarians can choose from more than 2,000 eAudiobook titles from Random House and Blackstone Audio, including best-selling contemporary and classic fiction, page-turning mysteries and many award-winning authors.

**For more information:**

Bob Murphy
murphyb@oclc.org
+1-614-761-5136



**News you can Use**

Stay up to date with the latest developments at NetLibrary by subscribing to News@NetLibrary.

Subscribe →

The Books on Tape collection from Random House includes bestselling and award-winning spoken-word material ranging from adult unabridged fiction and nonfiction, to children's eAudiobooks from Listening Library, to self-study foreign language programs from Living Language. New releases are added to the catalog monthly.

Authors featured in the initial list from Books on Tape include: Mitch Albom; Maya Angelou; Jane Austen; Ann Brashares; Libba Bray; Meg Cabot; Kate DiCamillo; Charles Dickens; William Faulkner; Sue Grafton; Carl Hiaasen; John Irving; Jonathan Kellerman; Dean Koontz; Lois Lowry; Mary Pope Osborne; Phillip Pullman; Anna Quindlen; Anne Rice; Louis Sachar; Jerry Spinelli; Danielle Steel; and Jules Verne, to name a few.

Bestselling titles from Blackstone Audio include: The Civil War; Mere Christianity; The Aubrey/Maturin Series, Beyond Band of Brothers; Charlie Wilson's War, and A Confederacy of Dunces, among many others. Current releases include: The Legend of the Wandering King, a CBC/NSTA Outstanding International Book for 2006; The Secret River, the 2006 Commonwealth Writer's Prize winner and a shortlisted title for the Man Booker Prize; The Sherlock Holmes Theatre, Blackstone Audio's 2005 Audie Award winner for Best Drama; The Prestige, winner of the World Fantasy Award; and many more.

Library users can search for, preview, download and listen to eAudiobooks through the NetLibrary platform via the Internet. Users can download up to 10 high-quality, portable eAudiobooks, 24 hours a day, seven days a week. eAudiobooks will download or play on any desktop or laptop running supported media software programs and operating systems. Users can also transfer favorite titles to a wide range of supported portable devices, including portable music players and portable media centers.

Users can gain access to the platform in a variety of ways, including through OCLC WorldCat, OCLC Open WorldCat, WorldCat.org, and directly from the NetLibrary platform.

To learn more about the new eAudiobook purchase model available through NetLibrary, and to view available titles, visit http://www.netlibrary.com/Librarian/Products/AbouteAudiobooks.aspx

For more information about the new eAudiobook purchase model available through NetLibrary, contact an OCLC/NetLibrary representative by sending an e-

mail to libservices@oclc.org.

About OCLC
Headquartered in Dublin, Ohio, OCLC Online Computer Library Center is a nonprofit organization that has provided computer-based cataloging, reference, resource sharing and preservation services to 57,000 libraries in 112 countries and territories. For more information, visit www.oclc.org.

Headquartered in Boulder, Colorado, NetLibrary (www.netlibrary.com) is a division of OCLC. NetLibrary provides content and technical delivery solutions to institutional libraries, corporations and government agencies that facilitate the purchase, management and distribution of research, reference, digital learning, and general interest content via Web-based technologies. NetLibrary's eContent solution is the most broadly adopted in the market, making the content of more than 400 publishers and eContent providers available through more than 14,000 libraries worldwide.

OCLC and NetLibrary are trademarks and/or service marks
of OCLC Online Computer Library Center, Inc.
Third-party product, service and business names are trademarks and/or service marks of their respective owners.



© 2001 - 2007, NetLibrary, a division of OCLC Online Computer Library Center, Inc. All rights reserved.
Privacy Policy | Terms of Use | Warranty Disclaimer