# EXHIBIT F

NetLibrary

Page 1 of 5

Libraries  Publishers  Users  About NetLibrary

**NetLibrary**

Home  Products  Tools  Order  Manage

- eBooks
- eAudiobooks
  - eAudiobooks Overview
  - At a Glance
  - Purchase Program
  - Subscription Program
  - Subject Sets
  - Supported Devices
  - Free Promotional Tools
  - Subject Centers
  - Remote Authentication
  - Databases
  - Offline Reader
  - Collection Development
  - Special Offers and Collections
  - Brochures and Product Info

# eAudiobooks

## Connect. Click. And Listen

With eAudiobooks from NetLibrary, you can provide your patrons with 24/7 access to a comprehensive and growing collection of best-selling, classic and award-winning audio titles. Select a simplified annual subscription to a complete collection of eAudiobook titles from Recorded Books. Or browse our catalog of individual titles from leading publishers including Books on Tape, Blackstone Audio, Books in Motion, Listen & Live Audio, L.A. Theatre Works, Live Oak Media and Yoyo USA.

### Featured Titles

**A History of the English Language {Modern Scholar:} Unabridged.}**
Author: Drout, Michael D. C.
Publisher: Recorded Books



**Alibi Man**
Author: Hoag, Tami.
Publisher: Books on Tape

**All-of-a-kind Family Downtown**

**Search Our Catalog**

Keyword [    ]  [Search]

**Browse Subscription Collections**

- CEV Holy Bible Collection
- Children's & Young Adult Collection
- eAudiobooks Core Collection

- All Subscription Collections

**Browse Titles Available for Purchase**

- Biography & Memoir
- Business
- Fiction
- Mystery & Suspense
- Young Adult

- All Titles Available for Purchase

**Browse by Publisher**

- Blackstone Audio
- Books on Tape
- Recorded Books

**More eAudiobook Resources**

- eAudiobook QuickStart Guide
- How to Download and Listen to eAudiobooks
- View Demo
- FAQs for Libraries
- FAQs for Users



Download product brochures

Author: Taylor, Sydney.
Publisher: Listen and Live Audio, Inc.



### Armageddon : The Cosmic Battle of the Ages {Left Behind Series (Books in Motion (Firm))}
Author: LaHaye, Tim F.; Jenkins, Jerry B.
Publisher: Books in Motion



### Aventuras de Tom Sawyer
Author: Twain, Mark.
Publisher: YoYo USA



### Best of Second City {Audio Theatre Series}
Author: Asner, Edward.; Gross, Arye.; Kazurinsky, Tim.; Mason, Marsha.; Sedaris, Am
Publisher: L.A. Theatre Works



### Dark Prince {Dark Series}
Author: Feehan, Christine.
Publisher: Books in Motion



### Day of the Dead
Author: Jance, Judith A.
Publisher: Books in Motion

**Ghosthunters and the Totally Moldy Baroness! {Ghosthunters (Listening Library)}**
Author: Funke, Cornelia Caroline.
Publisher: Listening Library



**Good Husband of Zebra Drive {No. 1 Ladies Detective Agency Series; Unabridged.}**
Author: McCall Smith, Alexander.
Publisher: Recorded Books



**Ingenioso hidalgo Don Quijote de la Mancha**
Author: Cervantes Saavedra, Miguel de.; Doré, Gustave
Publisher: YoYo USA



**Jeff Shaara's Civil War Battlefields : [Discovering America's Hallowed Ground]**
Author: Shaara, Jeff.
Publisher: Books on Tape



**Lost in Yonkers {Audio Theatre Series}**
Author: Simon, Neil.; Rubinstein, John; Guarna, Raymond.; Bain, Barbara.; Carides, Gia.; Castella
Publisher: L.A. Theatre Works



**Mindless Eating : Why We Eat More Than We Think**
Author: Wansink, Brian.
Publisher: Books on Tape

**Moby Dick**
Author: Melville, Herman.

Publisher: YoYo USA



**Polio : [An American Story] {Unabridged.}**
Author: Oshinsky, David M.
Publisher: Recorded Books



**The Prestige**
Author: Priest, Christopher.
Publisher: Blackstone Audio



**Sammy Keyes and the Search for Snake Eyes {Live Oak Mysteries}**
Author: Van Draanen, Wendelin.; Parker, Paula.
Publisher: Live Oak Media



**The Secret Lovers**
Author: McCarry, Charles.
Publisher: Blackstone Audio



**Secret of How to Ace Any Job Interview With Confidence! : Inside Tips On Terrific Resumes, Interviews, and How to Eliminate Nervousness Forever**
Author: Portney, David R.
Publisher: Listen and Live Audio, Inc.



**The Truth About Muhammad : Founder of the World's Most Intolerant Religion**
Author: Spencer, Robert.
Publisher: Blackstone Audio

NetLibrary



**Winter of Red Snow : The Revolutionary War Diary of Abigail Jane Stewart {Live Oak Histories}**
Author: Gregory, Kristiana.; Miles, Robin.
Publisher: Live Oak Media



**Long Way Gone : Memoirs of a Boy Soldier**
Author: Beah, Ishmael.
Publisher: Books on Tape



© 2001 - 2007, NetLibrary, a division of OCLC Online Computer Library Center, Inc. All rights reserved.
Privacy Policy | Terms of Use | Warranty Disclaimer