# EXHIBIT G


# Baltimore County Public Library

Books and More > Audio Books > Recorded Books NetLibrary

## Recorded Books NetLibrary

There is currently a problem with downloading the license necessary to play Recorded Books/NetLibrary audio books. Technical support staff are working to resolve this issue.

**The problems seem to occur when customers are using Firefox or Internet Explorer 7. Netscape and earlier versions of Internet Explorer appear to work as expected. Technical support staff are working to resolve this issue.**

You may experience trouble, particularly in acquiring a license to play the file you have downloaded. If this happens, the steps below may help. If this fails, please return to the Audio Books page and consider our other downloadable audio book option – OverDrive.

- Log back into NetLibrary and click on the link to "Checked Out Items" in the upper right-hand corner of the screen.
- Click the link to "Download Audiobook" for the title in question.
- Click the link to "Renew (download license only)".

Thank you for your patience while technical support staff work to correct the problem.

Please enter your library card number to proceed to Recorded Books NetLibrary.

**Library card number:**    [Go]

Baltimore County Public Library, Towson Maryland USA
Last Revised: 26 January 2007
Feedback