Recorded Books, LLC v. OCLC Online Computer Library Center, Inc. Doc. 14 Att. 14

# EXHIBIT K

Dockets.Justia.com



**From:** Zoie Mellios [mailto:zmellios@netlibrary.com]
**Sent:** Monday, June 11, 2007 3:12 PM
**To:** nlbilling
**Cc:** Mary Smith; tkachk@oclc.org
**Subject:** Receipt For: T:\Minneapolis Public Library-344689\2007

Order Type: Audiobook

- Category: 5
- Access Type: Subscription
- Subscription Start Date: 7/1/07

http://orders.netlibrary.com/bookorderform.aspx?order_id=10741

Core $22,562 USD  Bible/Pimsleur $ 0
MELSA Disc.

6/14/2007

Fulfillment Receipt

| | Bill To | Ship To |
|---|---|---|
| | 344689 - Minneapolis Public Library | 344689 - Minneapolis Public Library |
| Order Number | 35774 | |
| Contact | Jennifer Nelson | Same |
| Address | 250 Marquette Ave | |
| City | Minneapolis | |
| State | MN | |
| Postal Code | 55401 | |
| Country | us | |
| Email | jnelson@mplib.org | |
| Phone | 612-630-6469 | |
| Order Date | 6/11/2007 | |
| Access Subscription Rate | 0% | |
| Customer Discount | 0% | |
| Reference Number | | |

| Item Number | Product ID | eISBN | Description | Publisher | List | Qty | Item Total List | Discount | Access Fee | Checkout Cap | Total Sale |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 98712 | | Audiobook Subscription | Recorded Books | $22,562.00 | 1 | $22,562.00 | $0.00 | $0.00 | 50000 | $22,562.00 |
| 2 | 122046 | | Audiobook Pimsleur Language Programs (With Core) | Recorded Books | $0.00 | 1 | $0.00 | $0.00 | $0.00 | No Limit | $0.00 |
| 3 | 122047 | | Audiobook Bible | Recorded Books | $22,562.00 | 1 | $22,562.00 | $0.00 | $0.00 | No Limit | $0.00 |
| SubTotals | | | | | | 3 | $22,562.00 | | | | $22,562.00 |
| Totals | | | | | | | | | | | $22,562.00 |

1 - 1



**From:** Zoie Mellios [mailto:zmellios@netlibrary.com]
**Sent:** Monday, June 11, 2007 3:09 PM
**To:** nlbilling
**Cc:** Mary Smith; tkachk@oclc.org
**Subject:** Receipt For: T:\Hennepin County Library- 288049\2007

Order Type: Audiobook

- Category: 7
- Access Type: Subscription
- Subscription Start Date: 7/1/07

http://orders.netlibrary.com/bookorderform.aspx?order_id=10740

Core $45,125 USD  Bible/Pimsleur $ 0
MELSA Disc.

6/14/2007

Fulfillment Receipt

| | Bill To | Ship To |
|---|---|---|
| | 288049 - Hennepin County Library | 288049 - Hennepin County Library |
| Order Number | 35773 | |
| Contact | Judith Freidrich/Vicky Helgeson | Same |
| Address | 12601 Ridgedale Drive | |
| City | Minnetonka | |
| State | MN | |
| Postal Code | 55305 | |
| Country | us | |
| Email | jfriedrich@hclib.org | |
| Phone | 952-847-8635 | |
| Order Date | 6/11/2007 | |
| Access Subscription Rate | 0% | |
| Customer Discount | 0% | |
| Reference Number | | |

| Item Number | Product ID | eISBN | Description | Publisher | List | Qty | Item Total List | Discount | Access Fee | Checkout Cap | Total Sale |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 98712 | | Audiobook Subscription | Recorded Books | $45,125.00 | 1 | $45,125.00 | $0.00 | $0.00 | 100000 | $45,125.00 |
| 2 | 122046 | | Audiobook Pimsleur Language Programs (With Core) | Recorded Books | $0.00 | 1 | $0.00 | $0.00 | $0.00 | No Limit | $0.00 |
| 3 | 122047 | | Audiobook Bible | Recorded Books | $0.00 | 1 | $0.00 | $0.00 | $0.00 | No Limit | $0.00 |
| SubTotals | | | | | $45,125.00 | 3 | $45,125.00 | $0.00 | $0.00 | | $45,125.00 |
| Totals | | | | | | | | | | | $45,125.00 |

1 - 1