# EXHIBIT M

Dockets.Justia.com

| Title | Registration Number |
|---|---|
| Genesis | SR346-936 |
| Exodus | SR345-207 |
| Leviticus | SR345-209 |
| Numbers | SR346-932 |
| Deuteronomy | SR346-933 |
| Historical Books-Part I | SR351-486 |
| Historical Books-Part 2 | SR351-494 |
| Historical Books-Part 3 | SR351-490 |
| Historical Books-Part 4 | SR351-485 |
| Historical Books-Part 5 | SR351-493 |
| Books of Poetry & Wisdom-Part I | SR359-120 |
| Books of Poetry & Wisdom-Part 2 | SR359-119 |
| Books of Poetry & Wisdom-Part 3 | SR359-105 |
| Prophets-Part 1 | SR362-430 |
| Prophets-Part 2 | SR362-429 |
| Prophets-Part 3 | SR362-427 |
| Prophets-Part 4 | SR362-428 |
| Gospel According to Matthew | SR333-795 |
| Gospel According to Mark | SR333-800 |
| Gospel According to Luke | SR333-804 |
| Gospel According to John | SR333-806 |
| Acts | SR333-796 |
| Letters of Paul, General Letters & Revelations | SR334-707 |
| Letters of Paul-Part 2 | SR334-692 |
| General Letters | SR334-705 |
| Revelation | SR334-701 |
| Deuterocanonicals/Apocrypha-Part 1 | SR359-409 |
| Deuterocanonicals/Apocrypha-Part 2 | SR359-400 |
| Deuterocanonicals/Apocrypha-Part 3 | SR359-401 |
| Deuterocanonicals/Apocrypha-Part 4 | SR359-399 |

| Title | Author | Registration Number |
|---|---|---|
| 20,000 Leagues Under the Sea | Verne, Jules | SR113-389 |
| Adventures of Huckleberry Finn, The | Twain, Mark | SR112-208 |
| Adventures of Robin Hood, The | Vivian, E. Charles | SR18-531 |
| Adventures of Sherlock Holmes, The | Doyle, Arthur Conan | SR11-434 |
| Adventures of Tom Sawyer, The | Twain, Mark | SR84-900 |
| Alice's Adventures in Wonderland | Carroll, Lewis | SR14-377 |
| Amateur Emigrant, The | Stevenson, Robert Louis | SR98-958 |
| Andersonville Diary, The | Ransom, John L. | SR92-822 |
| Anna Karenina | Tolstoy, Leo | SR113-373 |
| Annals of Tacitus, The | Tacitus, Cornelius | SR150-183 |
| Anne of Green Gables | Montgomery, Lucy Maud | SR101-734 |
| Anne of the Island | Montgomery, Lucy Maud | SR174-658 |
| Anne's House of Dreams | Montgomery, Lucy Maud | SR351-497 |
| Around the World in Eighty Days | Verne, Jules | SR77-577 |
| Arrowsmith | Lewis, Sinclair | SR329-315 |
| Aspern Papers,The | James, Henry | SR77-576 |
| Awakening: A Story of Desire | Chopin, Kate | SR85-545 |
| Babbitt | Sinclair, Lewis | SR245-086 |
| Barchester Towers | Trollope, Anthony | SR101-806 |
| Battle Of Gettysburg | Haskell, Frank | SR39-765 |
| Ben Franklin: Love, Marriage, and Other | Franklin, Benjamin | SR101-802 |
| Benjamin Franklin: Autobiography | Franklin, Benjamin | SR74-376 |
| Betty Zane | Grey, Zane | SR336-473 |
| Billy Budd | Melville, Herman | SR-23-394 |
| Black Arrow, The | Stevenson, Robert Louis | SR333-825 |
| Black Beauty | Sewell, Anna | SR36-703 |
| Call Of The Wild | London, Jack | SR18-533 |
| Candide | Voltaire | SR74-703 |
| Celebrated Cases of Judge Dee | Van Gulik, Robert | SR112-459 |
| Christmas Carol | Dickens, Charles | SR18536 |
| Christmas in the Adirondacks | Murray, William H. | SR243-320 |
| Civil War:50-48 BC-J. Caesar | Caesar, Gaius Julius | SR113-385 |
| Claudine At School | Colette | SR111-315 |
| Common Sense | Paine, Thomas | SR77-581 |
| Compleat Angler, The | Walton, Izaak and Cotton, Joseph | SR84-896 |
| Connecticut Yankee in King Arthur's Court, A | Twain, Mark | SR101-811 |
| Crime and Punishment | Dostoevsky, Fyodor | SR139-316 |
| Crock of Gold, The | Stephens, James | SR125-052 |
| Custom of the Country | Wharton, Edith | SR339-092 |

| Title | Author | Registration Number |
|---|---|---|
| Daddy Long Legs | Webster, Jean | SR292-390 |
| Daisy Miller | James, Henry | SR21-991 |
| David Copperfield | Dickens, Charles | SR228-188 |
| Destruction of Jerusalem | Josephus | SR112-214 |
| Diary of Samuel Pepys | Pepys, Samuel | SR186-367 |
| Dr. Jekyll and Mr. Hyde | Stevenson, Robert Louis | SR13-602 |
| Dracula | Stoker, Bram | SR15-091 |
| Dubliners | Joyce, James | SR135-445 |
| Education of Henry Adams | Adams, Henry | SR336-502 |
| Eight Cousins | Alcott, Louisa May | SR318-444 |
| Emily Dickinson: 75 Poems | Dickinson, Emily | SR117-330 |
| Emma | Austen, Jane | SR98-260 |
| Ethan Frome | Wharton, Edith | SR153-149 |
| Fanny Hill | Cleland, John | SR85-547 |
| Fathers and Sons | Turgenev, Ivan | SR203-479 |
| Final Days of Socrates | Plato | SR123-955 |
| Five Little Peppers and How They Grew | Sidney, Margaret | SR174-847 |
| Frankenstein | Shelley, Mary W. | SR186-371 |
| Froissart's Chronicles | Froissart, Jean | SR123-313 |
| Girl of the Limberlost | Porter, Gene | SR297-898 |
| Great Stone Face & Other Tales | Hawthorne, Nathaniel | SR75-841 |
| Gulliver's Travels | Swift, Jonathan | SR101-814 |
| Hamlet | Shakespeare, William | SR117-327 |
| Hans Brinker or The Silver Skates | Dodge, Mary Maples | SR186-349 |
| Hard Times | Dickens, Charles | SR152-324 |
| Heart of Darkness | Conrad, Joseph | SR106-352 |
| Heidi | Spyri, Johanna | SR229-958 |
| Holy Grail, The | Malory, Sir Thomas | SR151-085 |
| Hound of The Baskervilles | Doyle, Sir Arthur Conan | SR18-534 |
| House of Mirth, The | Wharton, Edith | SR106-373 |
| House of Seven Gables, The | Hawthorne, Nathanial | SR184-824 |
| Howards End | Forster, E.M. | SR180-638 |
| Hunchback of Notre Dame | Hugo, Victor | SR135-443 |
| In His Steps | Shelton, Charles | SR236-522 |
| Innocence of Father Brown | Chesterton, G. K. | SR113-391 |
| Insurgent Mexico | Reed, John | SR70-697 |
| Invisible Man, The | Wells, H.G. | SR174-889 |
| Island of Dr. Moreau, The | Wells, H.G. | SR174-891 |
| Jane Eyre | Bronte, Charlotte | SR18-913 |
| Jo's Boys | Alcott, Louisa May | SR281-047 |
| Journal of the Plague Year, A | Defoe, Daniel | SR96-231 |
| Journey to the Center of Earth | Verne, Jules | SR96-249 |

| Title | Author | Registration Number |
|-------|--------|---------------------|
| Journey: To Western Isles, A | Johnson, Samuel | SR124-912 |
| Jungle, The | Sinclair, Upton | SR203-628 |
| Kidnapped | Stevenson, Robert Louis | SR6-264 |
| Kim | Kipling | SR99-415 |
| King Solomon's Mines | Haggard, H. Rider | SR181-785 |
| Lad, A Dog | Terhune | SR243-314 |
| Lady Chatterly's Lover | Lawrence, D.H. | SR96-243 |
| Last of the Mohicans, The | Cooper, James F. | SR112-466 |
| Life on the Mississippi | Twain, Mark | SR85-814 |
| Little Men | Alcott, Louisa May | SR228-181 |
| Little Princess, A | Burnett, Frances Hodgson | SR174-831 |
| Little Women | Alcott, Louisa May | SR213-029 |
| Liza of Lambeth: First Novel | Maugham, W. Somerset | SR90-976 |
| Lonestar Ranger, The | Grey, Zane | SR312-980 |
| Lord Jim | Conrad, Joseph | SR240-675 |
| Luck of the Roaring Camp | Harte, Bret | SR113-380 |
| Madame Bovary | Flaubert, Gustave | SR106-372 |
| Main Street | Lewis, Sinclair | SR323-888 |
| Man That Corrupted Hadleyburg, The | Twain, Mark | SR192-327 |
| Man Who Would Be King, The | Kipling, Rudyard | SR113-390 |
| Mansfield Park | Austen, Jane | SR61-816 |
| Memoirs of Sherlock Holmes | Doyle, Sir Arthur Conan | SR11-899 |
| Memoirs of William T. Sherman | Sherman, William T. | SR111-222 |
| Memoranda During the War | Whitman, Walt | SR101-101 |
| Moby Dick | Melville, Herman | SR84-464 |
| Moll Flanders | Defoe, Daniel | SR275-935 |
| Moon and Sixpence, The | Maugham, Somerset | SR243-288 |
| Moonstone | Collins | SR111-317 |
| Mosby's Men | Alexander, John H. | SR98-883 |
| Mutiny on Board H.M.S. Bounty | Bligh, William | SR83-899 |
| My Antonia | Cather, Willa | SR188-064 |
| Narrative Life of Frederick Douglas | Douglas, Frederick | SR191-632 |
| Narrative of Arthur Gordon Pym, The | Poe, Edgar Allan | SR98-882 |
| Northanger Abbey | Austen, Jane | SR27-945 |
| Nostromo | Conrad, Joseph | SR90-983 |
| Occurrence at Owl Creek | Bierce, Ambrose | SR297-333 |
| Odyssey, The | Homer | SR112-463 |
| Oliver Twist | Dickens, Charles | SR186-390 |
| O'Pioneers | Cather, Willa | SR106-358 |
| Oregon Trail, The | Parkman, Francis | SR80-623 |
| Oscar Wilde: Collected Stories | Wilde, Oscar | SR77-573 |
| Persuasion | Austen, Jane | SR57-696 |
| Peter Pan | Barrie, J.M. | SR130-526 |

| Title | Author | Registration Number |
|---|---|---|
| Phantom of the Opera | Leroux, Gaston | SR101-737 |
| Pinocchio | Collodi, Carol | SR137-038 |
| Plutarch's Lives | Plutarch | SR124-134 |
| Portrait of an Artist as a Young Man | Joyce, James | SR127-012 |
| Pride & Prejudice | Austen, Jane | SR12-761 |
| Prince and the Pauper | Twain, Mark | SR190-133 |
| Rebecca of Sunnybrook Farm | Wiggin, Kate Douglas | SR236-538 |
| Red & The Black, The | Stendhal | SR101-807 |
| Red Badge of Courage | Crane, Stephen | SR27-115 |
| Return of the Native | Hardy, Thomas | SR315-366 |
| Riders of Purple Sage | Grey, Zane | SR124-185 |
| Rip Van Winkle | Irving | SR25-103 |
| Robinson Crusoe | Defoe, Daniel | SR139-799 |
| Room With a View, A | Forster, E.M. | SR181-776 |
| Rose In Bloom, A | Alcott, Louisa May | SR336461 |
| Rough Riders | Roosevelt, Teddy | SR184-763 |
| Roughing It | Twain, Mark | SR90-979 |
| Scarlet Letter | Hawthorne, Nathaniel | SR27-117 |
| Scarlet Pimpernel, The | Orczy, Baroness | SR135-446 |
| Sea and the Jungle, The | Tomlinson, H.M. | SR96-232 |
| Sea Wolf, The | London, Jack | SR25-102 |
| Sense & Sensibility | Austen, Jane | SR75-840 |
| Sign of Four | Doyle, Sir Arthur Conan | SR75-840 |
| Silas Marner | Eliot, George | SR96-237 |
| Song of the Lark | Cather, Willa | SR255-791 |
| Sons and Lovers | Lawrence, D.H. | SR333-786 |
| Story of My Life | Keller, Helen | SR180-622 |
| Study in Scarlet | Doyle, Sir Arthur Conan | SR70-189 |
| Swann's Way | Proust, Marcel | SR276-992 |
| Swiss Family Robinson | Wyss, Johann | SR174-872 |
| Tale of Two Cities | Dickens, Charles | SR74-340 |
| Tales of Terror | Poe, Edgar Allen | SR27-138 |
| Ten Stories by Katherine Mansfield | Mansfield, Katherine | SR257-613 |
| Tess of the D'Urbervilles | Hardy, Thomas | SR196-092 |
| Three Men in a Boat | Jerome | SR113-379 |
| Three Soldiers | Dos Passos, John | SR243-2317 |
| To the Last Man | Grey, Zane | SR339-237 |
| Tom Sawyer Abroad | Twain, Mark | SR186-357 |
| Treasure Island | Stevenson, Robert Louis | SR13-393 |
| Turn of the Screw | James, Henry | SR21-990 |
| Typee | Melville, Herman | SR336-443 |
| Typhoon | Conrad, Joseph | SR113-384 |
| U.P. Trail, The | Grey, Zane | SR315-227 |

| Title | Author | Registration Number |
|---|---|---|
| U.S. Grant: Per Memoirs II | Grant | SR84-942 |
| U.S. Grant: Pers. Memoirs III | Grant | SR96-236 |
| U.S. Grant: Personal Memoirs I | Grant | SR98-957 |
| Valley of Fear | Doyle, Sir Arthur Conan | SR77-579 |
| Vicar of Wakefield, The | Goldsmith, Oliver | SR271-963 |
| Vinland Sagas | Anonymous | SR124-792 |
| Walden | Thoreau | SR36-825 |
| War of the Worlds | Wells, H.G. | SR15-090 |
| Warden, The | Trollope, Anthony | SR96-234 |
| Washington Square | James, Henry | SR243-315 |
| White Fang | London, Jack | SR176-551 |
| Winesburg, Ohio | Anderson, Sherwood | SR213-052 |
| Wizard of Oz, The | Baum, L. Frank | SR186-360 |
| World of Jack London | London, Jack | SR186-362 |
| World of O. Henry | Porter | SR67-115 |
| Wuthering Heights | Bronte, Emily | SR21-701 |

| Title | Author | Registration Number |
|---|---|---|
| Brief History of Time, A | Hawking, Stephen | SR101-803 |
| Laguna Heat | Parker, T. Jefferson | SR113-382 |
| As I Walked Out One Midsummer Morning | Lee, Laurie | SR117-325 |
| Detections of Dr. Sam Johnson | de la Torre, Lillian | SR117-331 |
| Little Saigon | Parker, T. Jefferson | SR123-304 |
| Smiley's People | le Carre, John | SR124-788 |
| Agincourt | Hibbert, Christopher | SR124-790 |
| Curse of the Pharaohs | Peters, Elizabeth | SR124-908 |
| Live Flesh | Rendell, Ruth | SR127-010 |
| Crocodile on the Sandbank | Peters, Elizabeth | SR129-910 |
| Best Man To Die, The | Rendell, Ruth | SR130-521 |
| Small Town in Germany, A | le Carre, John | SR133-648 |
| Killing Mister Watson | Matthiessen, Peter | SR139-269 |
| Accidental Tourist, The | Tyler, Anne | SR139-659 |
| Hero And The Crown | McKinley, Robin | SR143-156 |
| Wizard Abroad, A-#4 | Duane, Diane | SR145-263 |
| Wizard of Earthsea, A | Le Guin, Ursula K. | SR145-263 |
| Callender Papers | Voigt, Cynthia | SR145-266 |
| Blue Sword | McKinley, Robin | SR149-604 |
| Dicey's Song | Voigt, Cynthia | SR150-188 |
| I Can Hear The Mourning Dove | Bennett, James | SR150-202 |
| Your Inner Wisdom: The Key to Getting and Staying Well | Northrup | SR150-205 |
| Lion in the Valley | Peters, Elizabeth | SR150-212 |
| Hangman's Beautiful Daughter, The | McCrumb, Sharyn | SR151-092 |
| Last Camel Died at Noon, The | Peters, Elizabeth | SR151-472 |
| Bones Of Coral | Hall, James W. | SR151-479 |
| Snake, the Crocodile & the Dog | Peters, Elizabeth | SR152-325 |
| Death of a Dissident | Kaminsky, Stuart | SR172-402 |
| Catherine Called Birdy | Cushman, Karen | SR174-601 |
| Lincoln on Leadership | Phillips, Donald T. | SR174-607 |
| Liberty Falling | Barr, Nevada | SR174-614 |
| Ballad of Frankie Silver, The | McCrumb, Sharyn | SR174-616 |
| Beardance | Will Hobbs | SR174-622 |
| Certain Prey | Sandford, John | SR174-624 |
| Hippopotamus Pool, The | Peters, Elizabeth | SR174-628 |
| Rescue Josh McGuire | Mikaelsen, Ben | SR174-638 |
| Black Notice | Cornwell, Patricia | SR174-651 |
| Jesse | Soto, Gary | SR174-656 |
| Sarah Bishop | O'Dell, Scott | SR174-664 |
| Rats Saw God | Thomas, Rob | SR174-670 |

| Title | Author | Registration Number |
|-------|--------|---------------------|
| Midnight in the Garden of Good and Evil | Berendt, John | SR174-829 |
| Helmet For My Pillow | Leckie, Robert | SR174-885 |
| She Walks These Hills | McCrumb, Sharyn | SR176-253 |
| Jumping the Nail | Bunting, Eve | SR179-489 |
| Mists of Avalon, The: High Queen, The-#2 | Bradley, Marion Zimmer | SR180-637 |
| Skin Tight | Hiaasen, Carl | SR180-657 |
| Accident,The | Wiesel, Elie | SR181-774 |
| Mists of Avalon, The:Mistress of Magic-#1 | Bradley, Marion Zimmer | SR181-788 |
| Women of Brewster Place | Naylor, Gloria | SR181-793 |
| Anastasia Krupnik | Lowry, Lois | SR184-754 |
| Deeds of the Disturber | Peters, Elizabeth | SR184-768 |
| Mists of Avalon, The: King Stag, The-#3 | Bradley, Marion Zimmer | SR185-272 |
| Mists of Avalon, The: Prisoner in the Oak, The-#4 | Bradley, Marion Zimmer | SR185-815 |
| Intruder, The | Blauner, Peter | SR186-375 |
| Hunting a Detroit Tiger | Soos, Troy | SR186-396 |
| Fig Pudding | Fletcher, Ralph | SR186-435 |
| If I Every Return Pretty Peggy-O | McCrumb, Sharyn | SR187-859 |
| Broadsides from the Other Orders | Hubbell, Sue | SR188-063 |
| Blood and Chocolate | Klause, Annette Curtis | SR191-509 |
| Death of a Russian Priest | Kaminsky, Stuart M. | SR193-459 |
| Weatherman, The | Thayer, Steve | SR193-471 |
| Zlata's Diary | Filipovic | SR196-764 |
| Headless Cupid, The | Snyder, Zilpha Keatley | SR201-478 |
| Father and Son | Brown, Larry | SR201-526 |
| Black Alley | Spillane, Mickey | SR201-659 |
| China White | Maas, Peter | SR203-611 |
| Bad Dreams | Stine, R.L. | SR203-613 |
| Bootlegger's Daughter, The | Maron, Margaret | SR203-634 |
| Dare,The | Stine, R.L. | SR203-646 |
| Lost  Man's River | Matthiessen, Peter | SR-204-575 |
| Burglar in the Closet | Block, Lawrence | SR204-579 |
| Down From Troy | Selzer, Richard | SR213-030 |
| Dork of Cork, The | Raymo, Chet | SR213-346 |
| Defend and Betray | Perry, Anne | SR223-344 |
| Cavaliers & Roundheads | Hibbert, Christopher | SR223-345 |
| Joe | Brown, Larry | SR223-346 |
| Confessions of a Knife | Selzer, Richard | SR223-417 |
| Rebels of/Heavenly Kingdom | Paterson, Katherine | SR223-418 |
| Bookman's Wake, The | Dunning, John | SR223-420 |
| Booked to Die | Dunning, John | SR223-421 |
| Dirty Work | Brown, Larry | SR223-428 |
| Dangerous Mourning, A | Perry, Anne | SR223-430 |

| Title | Author | Registration Number |
|---|---|---|
| Chancellorsville | Sears, Stephen | SR225-650 |
| Duplicate Keys | Smiley, Jane | SR228-180 |
| Cincinnati Red Stalkings, The | Soos, Troy | SR228-186 |
| Deep Wizardry-#2 | Duane, Diane | SR228-193 |
| I Hadn't Meant to Tell You This | Woodson, Jacqueline | SR228-194 |
| Hundred Dresses, The | Estes, Eleanor | SR228-573 |
| Bearstone | Hobbs, Will | SR229-318 |
| Kim/Kimi | Irwin, Hadley | SR229-319 |
| Road to Memphis-The | Taylor, Mildred D. | SR229-329 |
| Horrible Harry in Room 2 B | Kline, Suzy | SR229-949 |
| Amish Christmas, An | Ammon, Richard | SR229-953 |
| Lottery Rose,The | Hunt, Irene | SR-229-957 |
| Horrible Harry/the Green Slime | Kline, Suzy | SR232-474 |
| Dancing in the Dark | Kaminsky, Stuart M. | SR232-894 |
| Abuse of Power | Rosenberg, Nancy Taylor | SR238-875 |
| Ballad Of Lucy Whipple | Cushman, Karen | SR238-885 |
| Death of a Charming Man | Beaton, M.C. | SR238-889 |
| Mortal Fear | Iles, Greg | SR238990 |
| Book of Ruth, The | Hamilton, Jane | SR238-994 |
| Changes In Latitudes | Hobbs, Will | SR240-005 |
| Hope's Cadillac | Page, Patricia | SR240-020 |
| Mr. Pin: The Chocolate Files | Monsell, Mary Elise | SR242-143 |
| Horrible Harry and the Ant Invasion | Kline, Suzy | SR242-145 |
| Inner Sanctum, The | Frey, Stephen W. | SR242-185 |
| Seeing a Large Cat | Peters, Elizabeth | SR242-192 |
| Rapture of Canaan | Reynolds, Shari | SR242-677 |
| Death of a Macho Man | Beaton, M.C. | SR242-814 |
| Horrible Harry's Secret | Kline, Suzy | SR242-820 |
| Pull of the Moon, The | Berg, Elizabeth | SR242-830 |
| Martin Dressler: Tale of an American Dreamer | Millhauser, Steven | SR243-262 |
| Luckiest Girl In The World, The | Levenkron, Steven | SR243-276 |
| Romance Reader, The | Abraham, Pearl | SR243-291 |
| Secret of Gumbo Grove, The | Tate, Eleanora E. | SR243-303 |
| Lords of Discipline, The | Conroy, Pat | SR243-328 |
| Reality and Dreams | Spark, Muriel | SR243-330 |
| Living End, The | Elkin, Stanley | SR243-782 |
| Death of a Nag | Beaton, M.C. | SR245-077 |
| Legacy | Frey, Stephen W. | SR246-939 |
| Breaking the Chains | Katz, William Loren | SR246-943 |
| Independence Day | Ford, Richard | SR246-946 |
| Burglar Who Like to Quote Kipling | Block, Lawrence | SR246-948 |
| Year of Impossible Goodbyes | Choi, Sook Nyui | SR246-951 |

| Title | Author | Registration Number |
|---|---|---|
| December Stillness | Hahn, Mary | SR246-952 |
| Across America On An Emigrant Train | Murphy, Jim | SR246-954 |
| Westing Game, The | Raskin, Ellen | SR246-959 |
| Rascal | North, Sterling | SR246-960 |
| Killing Mr. Griffin | Duncan, Lois | SR247-311 |
| Fish Named Yum, A (Mr. Pin Mystery) | Monsell, Mary Elise | SR247-572 |
| Done Deal | Standiford, Les | SR247-574 |
| Ramses: The Son of Light | Jacq, Christian | SR247-584 |
| Family Linen | Smith, Lee | SR247-587 |
| Becoming Rosemary | Wood, Frances | SR247-591 |
| Four to Score | Evanovich, Janet | SR24-972 |
| Weasel | Defelice, Cynthia | SR253-572 |
| Shark Bait | Salisbury, Graham | SR253-616 |
| Black and Blue | Quindlen, Anna | SR256-874 |
| At Paradise Gate | Smiley, Jane | SR256-875 |
| Blind Descent | Barr, Nevada | SR256-876 |
| Dick Gibson Show | Elkin, Stanley | SR257-609 |
| Me and My Baby View the Eclipse | Smith, Lee | SR257-610 |
| Burglars Can't Be Choosers | Block, Lawrence | SR257-615 |
| Death of a Dentist | Beaton, M.C. | SR257-617 |
| Raney | Edgerton, Clyde | SR257-624 |
| Cities of the Plain | McCarthy, Cormac | SR258-352 |
| Barn Blind | Smiley, Jane | SR258-354 |
| Don't Look Behind You | Duncan, Lois | SR258-373 |
| Innovator's Solution | Christensen, Clayton | SR258-693 |
| Code to Zero | Follett, Ken | SR259-311 |
| Silent Thunder | Pinkney, Andrea David | SR259-312 |
| Alice Rose & Sam | Lasky, Kathryn | SR259-464 |
| Burglar in the Library, The | Block, Lawrence | SR259-472 |
| Secret Prey | Sandford, John | SR259-720 |
| Black Mountain Breakdown | Smith, Lee | SR259-721 |
| Kindred | Butler, Octavia | SR259-758 |
| Ill Wind | Barr, Nevada | SR264-867 |
| Burglar Who Studied Spinoza | Block, Lawrence | SR264-874 |
| Cat Who Saw Stars | Braun, Lilian Jackson | SR264-963 |
| Road to Appomatox, The | Henrickson, Robert | SR264-964 |
| Moo! | Smiley, Jane | SR265-407 |
| Z for Zachariah | O'Brien, Robert | SR265-450 |
| Burglar Who Painted  Like Mondrian | Block, Lawrence | SR265-469 |
| Chains of Command | Cauntiz, William J. | SR265-936 |
| Come Sing, Jimmy Jo | Paterson, Katherine | SR265-939 |
| Horrible Harry Moves Up To Third Grade | Kline, Suzy | SR272-001 |
| Rosewood Casket, The | McCrumb, Sharyn | SR272-081 |

| Title | Author | Registration Number |
|---|---|---|
| Horrible Harry and the Purple People | Kline, Suzy | SR272-108 |
| Habibi | Nye, Naomi Shihab | SR272-113 |
| Lena | Woodson, Jacqueline | SR272-117 |
| Jaguar | Smith, Roland | SR272-134 |
| Maze, The | Hobbs, Will | SR272-142 |
| Death of an Addict | Beaton, M.C. | SR272-147 |
| Boys' War, The | Murphy, Jim | SR272-149 |
| Magic Kingdom | Elkin, Stanley | SR272-157 |
| Riddle of the Prairie Bride-American Girl History Mystery | Reiss, Kathryn | SR272-159 |
| At Home in Mitford | Karon, Jan | SR272-170 |
| Whispers From the Dead | Nixon, Joan Lowery | SR272-174 |
| Countdown | Mikaelsen, Ben | SR272-182 |
| 10 Lb. Penalty | Francis, Dick | SR274-334 |
| Devil's Dream, The | Smith, Lee | SR274-594 |
| Cat Who Sang for the Birds, The | Braun, Lilian Jackson | SR274-596 |
| Leaving Vietnam | Kilborne, Sarah S. | SR275-579 |
| Bears on Hemlock Mountain | Dalgliesh, Alice | SR275-585 |
| Horrible Harry and the Dungeon | Kline, Suzy | SR275-595 |
| Kissed a Sad Goodbye | Crombie, Deborah | SR276-973 |
| Dear Mr. Jefferson | Simon, Laura | SR276-975 |
| Morgan | Strouse, Jean | SR276-977 |
| Bimbos of the Death Sun | McCrumb, Sharyn | SR276-986 |
| Don't Die, My Love | McDaniel, Lurlene | SR281-050 |
| Winter's Child | Maron, Margaret | SR281-059 |
| Secret Silent Screams | Nixon, Joan Lower | SR281-060 |
| Easy Prey | Sandford, John | SR281-070 |
| Deadline | Dunning, John | SR281-083 |
| Quiet Game, The | Iles, Greg | SR281-086 |
| Firestorm | Barr, Nevada | SR283-972 |
| Smart Love: The Compassionate Alternative to Discipline that Will Make You a Better Parent and Your Child a Better Person | Peiper, Martha Heineman, Ph.D. and William Joseph Pieper, M.D. | SR283-991 |
| Big Fish | Wallace, Daniel | SR285-521 |
| High Five | Evanovich, Janet | SR285-525 |
| Founding Fathers on Leadership | Phillips, Donald T. | SR286-429 |
| Horrible Harry Goes to the Moon | Kline, Suzy | SR287-064 |
| Brighty of the Grand Canyon | Henry, Marguerite | SR289-666 |
| High Wizardry-#3 | Duane, Diane | SR289-680 |
| Howling Dog, The | Simon, Seymour | SR289-695 |
| Josephine | Erickson, Carolly | SR289-700 |
| Cat Who Robbed a Bank | Braun, Lilian Jackson | SR289-704 |
| Five Days in London | Lukacs, John | SR289-709 |

| Title | Author | Registration Number |
|---|---|---|
| Hanging Curve | Soos, Troy | SR289-713 |
| Cakewalk | Smith, Lee | SR289-717 |
| If Life is a Bowl of Cherries, What Am I Doing in the Pits? | Bombeck, Erma | SR289718 |
| I Lost Everything in the Post-Natal Depression | Bombeck, Erma | SR292-073 |
| Deep South | Barr, Nevada | SR292-076 |
| Mandie and the Secret Tunnel | Leppard, Lois Gladys | SR292-079 |
| Family Apart, A | Nixon, Joan Lowery | SR292-084 |
| Lion's Pride, The | Renehan, Edward | SR292-352 |
| Majic Man | Collins, Max Allan | SR292-360 |
| Mandie and the Cherokee Legend | Leppard, Lois Gladys | SR292-376 |
| Dreaming of the Bones | Crombie, Deborah | SR292-378 |
| Forty Acres and Maybe a Mule | Robinet, Harriette Gillem | SR292-387 |
| Day of Reckoning | Higgins, Jack | SR292-391 |
| Basque History of the World, The | Kurlansky, Mark | SR292-397 |
| Beast | Ivory, Judith | SR297-872 |
| Horrible Harry and the Drop of Doom | Kline, Suzy | SR297-877 |
| Just Wait Till You Have Children of Your Own! | Bombeck, Erma | SR297-881 |
| Bronze Bow, The | Speare, Elizabeth George | SR297-891 |
| Jungle Dogs | Salisbury, Graham | SR297-895 |
| When Mountains Walked | Wheeler, Kate | SR304-324 |
| Lifted Up by Angels | McDaniel, Lurlene | SR304-334 |
| Devil's Code, The | Sandford, John | SR304-339 |
| Bittersweet | Barr, Nevada | SR304-363 |
| Itch, The | Little, Benilde | SR304-553 |
| Last Lobo, The | Smith, Roland | SR304-614 |
| Hot Six | Evanovich, Janet | SR304-616 |
| He Shall Thunder in the Sky | Peters, Elizabeth | SR304-617 |
| Shakespeare Stealer | Blackwood, Gary | SR304-6344 |
| Ice Child, The | McGregor, Elizabeth | SR306-111 |
| Shark River | White, Randy Wayne | SR310-764 |
| Horrible Harry at Halloween | Kline, Suzy | SR311-107 |
| Shock | Cook, Robin | SR311-120 |
| Bee Season | Goldberg, Myla | SR311-126 |
| Misery Loves Maggody | Hess, Joan | SR311-173 |
| Left Behind Kids #1: Vanishings, The | LaHaye, Tim/Jenkins, Jerry | SR311-174 |
| Immortal in Death | Robb, J.D. | SR311-185 |
| In This Mountain | Karon, Jan | SR311-204 |
| Desecration The #9 Left Behind | LaHaye, Tim/Jenkins, Jerry | SR311-207 |
| Shadowmaker | Nixon, Joan Lower | SR311-211 |
| Fisher King, The | Marshall, Paule | SR311-219 |

| Title | Author | Registration Number |
|---|---|---|
| Bombingham | Grooms, Anthony | SR311-221 |
| It's a Thin Line | Roby , Kimberla Lawson | SR311-223 |
| Cat Who Smelled a Rat | Braun, Lilian Jackson | SR311-255 |
| Mossflower (2) | Jacques, Brian | SR311-257 |
| Simply Divine | Holden, Wendy | SR312-992 |
| Blood Lure | Barr, Nevada | SR314-478 |
| Crossroads of Freedom | McPherson, James | SR314-479 |
| Hidden Empire- #1 Saga of the Seven Suns Trilogy | Anderson, Kevin J. | SR314-482 |
| Lovely Bones, The | Seabold, Alice | SR314-484 |
| April 1865: The Month That Saved America | Winik | SR314-488 |
| I am Rosa Parks | Parks, Rosa | SR315-235 |
| Halfway Home | Sheldon, Mary | SR315-239 |
| Cold is the Grave | Robinson, Peter | SR315-240 |
| What Your Doctor May Not Tell You About Fibromyalgia | St. Amand, R. Paua | SR315-246 |
| Judges, The | Wiesel, Elie | SR315-367 |
| Before the Dawn | Jenkins, Beverly | SR317-303 |
| Burglar in the Rye | Block, Lawrence | SR317-306 |
| Buried Onions | Soto, Gary | SR317-312 |
| Don't Let's Go to the Dogs Tonight | Fuller, Alexandra | SR317-447 |
| Demon of the Waters | Gibson, Gregory | SR317-449 |
| Last of the Amazons | Pressfield, Steven | SR317-452 |
| Judy Moody Gets Famous (2) | McDonald, Megan | SR318-331 |
| Angel of Mercy | McDaniel, Lurlene | SR318-340 |
| Sadako and the Thousand Paper Cranes | Coerr, Eleanor | SR318-341 |
| Head Games | Golden, Christopher | SR318-436 |
| Judy Moody Saves the World (3) | McDonald, Megan | SR318-438 |
| Redeeming Love | Rivers, Francine | SR318-456 |
| Least Likely Bride | Feather, Jane | SR318-462 |
| Common Life, A : The wedding Story | Karon, Jan | SR318-480 |
| Double Dutch | Draper, Sharon | SR318-481 |
| Scream Museum, The #1 | Zindel, Paul | SR318-490 |
| Belle Teal | Martin, Ann M. | SR318-496 |
| Chosen Prey | Sandford, John | SR318-498 |
| Devil's Heiress, The | Beverley, Jo | SR318-837 |
| Catch of the Day | Evanick, Marcia | SR318-838 |
| Secret Love, A | Laurens, Stephanie | SR318-845 |
| Here and Now | Roby , Kimberla Lawson | SR320-574 |
| Black Mountain | Standiford, Les | SR320-584 |
| Middle Passage | Johnson, Charles | SR320-597 |
| Zombies of the Genepool | McCrumb, Sharyn | SR320-613 |
| Brown Girl in the Ring | Hopkinson, Nalo | SR320-621 |

| Title | Author | Registration Number |
|---|---|---|
| Body Bags: A Body of Evidence Thriller | Golden, Christopher | SR320-730 |
| Winds of Autumn , Seasons of the Heart #2 | Oke, Janette | SR320-732 |
| Day By Day | Steffen, Sandra | SR320-733 |
| Hunter, The | Casanova, Mary | SR320-752 |
| Liar | Morris, Winifred | SR320-753 |
| Moose Tracks | Casanova, Mary | SR320-766 |
| Cold Blooded | Jackson, Lisa | SR320-772 |
| Mossflower | Jacques, Brian | SR323-245 |
| Short and Tall Tales: Moose County Legends Collected by James MacKintosh Qwilleran | Braun, Lilian Jackson | SR323-266 |
| Pumpkin Rollers | Kelton, Elmer | SR323-267 |
| At War At Sea: Sailors and Naval Combat in the Twentieth Century | Spector, Ronald H. | SR323-270 |
| Punch, The | Feinstein, John | SR323-282 |
| Last Girls, The | Smith, Lee | SR323-290 |
| Lullaby | Palahniuk, Chuck | SR323-293 |
| Abe Lincoln and the Muddy Pig | Krensky, Stephen | SR323-295 |
| Cause of Death | Cornwell, Patricia | SR323-299 |
| Aftermath | Robinson, Peter | SR325-127 |
| Cobble Street Cousins: A Little Shopping | Rylant, Cynthia | SR325-132 |
| Million Dollar Shot, The | Gutman, Dan | SR325-134 |
| Wolf Shadows | Casanova, Mary | SR325-136 |
| Horrible Harry and the Kickball Wedding | Kline, Suzy | SR325-139 |
| Calico Captive | Speare, Elizabeth George | SR325-140 |
| Claws and Effect (Age of Unreason) | Brown, Rita Mae | SR325-311 |
| Edge of Danger | Higgins, Jack | SR325-313 |
| Badger Boy - Texas Ranger's #2 | Kelton, Elmer | SR325-315 |
| Double Whammy | Hiaasen, Carl | SR325-916 |
| Darkness Before Dawn | Draper, Sharon | SR326-550 |
| Kinship | Krisher, Trudy | SR326-559 |
| Cod: A Biography of the Fish That Changed the World | Kurlansky, Mark | SR326-618 |
| More Than You Know | Gutcheon, Beth | SR326-622 |
| House of the Scorpion, The | Farmer, Nancy | SR326-651 |
| Drop City | Boyle, T.C. | SR326-661 |
| America | Frank, E.R. | SR326-837 |
| Covenant, The | Lewis, Beverly | SR326-873 |
| Regulators, The | Bachman, Richard | SR329-020 |
| Buck Fever | Rehder, Ben | SR329-282 |
| First Americans, The | Hakim, Joy | SR329-316 |
| Holland Suggestion, The | Dunning, John | SR329-318 |
| Cat Who Went up the Creek | Braun, Lillian Jackson | SR333-802 |

| Title | Author | Registration Number |
|---|---|---|
| Hunting Season | Barr, Nevada | SR333-807 |
| Wizard Alone, A-#6 | Duane, Diane | SR333-818 |
| Book of the Lion, The | Cadnum, Michael | SR333-821 |
| Shooting Monarchs | Halliday, John | SR333-827 |
| Body of Christopher Creed | Plum-Ucci, Carol | SR333-832 |
| Hush | Woodson, Jacqueline | SR333-835 |
| Baby Love | Anderson, Catherine | SR333-841 |
| Absence of Nectar, The | Hepinstall, Kathy | SR333-847 |
| Witch Week | Jones, Diana Wynne | SR333-8918 |
| In A Dry Season | Robinson, Peter | SR334-058 |
| How Few Remain (#1) | Turtledove, Harry | SR334-412 |
| Redemption of Sarah Cain, The | Lewis, Beverly | SR334-414 |
| Deepwater | Jones, Matthew F. | SR334-426 |
| Yokota Officers Club | Bird, Sarah | SR334-652 |
| Big Red Tequila | Riordan, Rick | SR334-659 |
| Flashback | Barr, Nevada | SR334-661 |
| Close to Home | Robinson, Peter | SR334-663 |
| Cat Who Brought Down the House | Braun, Lilian Jackson | SR334-665 |
| Long Home, The | Gay, William | SR334-725 |
| Long Ball, The | Adelman, Tom | SR334-739 |
| Finding Caruso | Barnes, Kim | SR334-749 |
| Angels Watching Over Me | McDaniel, Lurlene | SR335-984 |
| Miracle for St. Cecilia's | Valentine, Katherine | SR335-988 |
| Cast a Road Before Me | Collins, Brandilyn | SR335-990 |
| Dearest Dorothy, Are We There Yet? | Baumbich, Chalene Ann | SR335-991 |
| West of Rehoboth | Pate, Alexs | SR335-993 |
| Hot Blooded | Jackson, Lisa | SR336-011 |
| Widow's Kiss, The | Feather, Jane | SR336-015 |
| Million Dollar Kick | Gutman, Dan | SR336-017 |
| Lord of the Deep | Salisbury, Graham | SR336-018 |
| Interrogation | Cook, Thomas | SR336-031 |
| Wild Orchids | Deveraux, Jude | SR336-328 |
| Jarhead | Swofford, Anthony | SR336-335 |
| Hellfire | Gabaldon, Diana | SR336-34 |
| Forest of Stars- #2 Saga of the Seven Suns Trilogy | Anderson, Kevin J. | SR336-349 |
| Mortal Prey | Sandford, John | SR336-361 |
| Castaways of the Flying Dutchman | Jacques, Brian | SR336-364 |
| Catch as Cat Can | Brown, Rita Mae | SR336-368 |
| Second Legacy, A | Trollope, Joanna | SR336-369 |
| Bad Company | Higgins, Jack | SR336-383 |
| Armageddon (#11 Left Behind) | LaHaye, Tim/Jenkins, Jerry | SR336-390 |
| Silver Crown, The | O'Brien, Robert | SR336-405 |

| Title | Author | Registration Number |
|---|---|---|
| Morality for Beautiful Girls-#3 | McCall-Smith, Alexander | SR336-409 |
| Journey of the Dead | Estleman, Loren | SR336-411 |
| McNally's Dare | Sanders, Lawrence | SR336-414 |
| Gunslinger, The-Dark Tower Bk 1 | King, Stephen | SR336-415 |
| Winter Fire | Beverley, Jo | SR336-420 |
| Indigo Dying | Albert, Susan Wittig | SR336-430 |
| American Front | Turtledove, Harry | SR336-436 |
| I Hate to See That Evening Sun Go Down | | SR336-443 |
| Wild Man Island | Hobbs, Will | SR336-448 |
| Cod's Tale, The | Kurlansky, Mark | SR336-449 |
| Jake  Drake Teacher's Pet | Clements, Andrew | SR336-454 |
| Angel of Hope | McDaniel, Lurlene | SR336-456 |
| Horrible Harry Goes to the Sea | Kline, Suzy | SR336-469 |
| Deal with the Dead | Standiford, Les | SR336-470 |
| Bubbles Unbound | Strohmeyer, Sarah | SR336-471 |
| Locomotion | Woodson, Jacqueline | SR336-478 |
| Harper & Moon | Ross, Ramon Royal | SR336-483 |
| Wizard's Dilemma-#5 | Duane, Diane | SR336-485 |
| Kalahari Men's Typing School, The-#4 | McCall-Smith, Alexander | SR336-493 |
| Maggody and the Moonbeams | Hess, Joan | SR336-499 |
| Road South, The: A Memoir | Stewart, Shelley & Hale, Nathan | SR336-509 |
| High Hand | Phillips, Gary | SR336-511 |
| Milk in My Coffee | Dickey, Eric Jerome | SR336-517 |
| Skeleton Key, The | Horowitz, Anthony | SR336-678 |
| Lethal Gorilla #4 | Zindel, Paul | SR336-682 |
| Buffalo Wagons | Kelton, Elmer | SR336-697 |
| Shooter's Point | Phillips, Gary | SR336-700 |
| Angel's Command | Jacques, Brian | SR336-703 |
| Seizure | Cook, Robin | SR336-751 |
| Man Who Died Laughing | Handler, David | SR336-84 |
| Rowan Hood | Springer, Nancy | SR339-023 |
| It's Your Ship | Abrashoff, Michael | SR339-032 |
| Hadrian's Walls | Draper, Robert | SR339-036 |
| Devil went Down to Austin | Riordan, Rick | SR339-041 |
| Buccaneers, The | Lawrence, Iain | SR339-046 |
| Wizard's Holiday, A-#7 | Duane, Diane | SR339-064 |
| Fallen Idols | Freedman, J.F. | SR339-069 |
| Whispers | Jackson, Lisa | SR339-100 |
| Hello Darkness | Brown, Sandra | SR-339-101 |
| Arranged Marriage, An | Beverley, Jo | SR339-102 |

| Title | Author | Registration Number |
|---|---|---|
| Mattimeo | Jacques, Brian | SR339-130 |
| New Nation, The | Hakim, Joy | SR-339-132 |
| From Colonies to Country | Hakim, Joy | SR339-149 |
| An Age of Extremes | Hakim, Joy | SR339-167 |
| Hanged Man's Song, The | Sandford, John | SR339-169 |
| Shepherd's Abiding | Karon, Jan | SR339-170 |
| Sixty-Six | Levinson, Barry | SR339-171 |
| Higher | Bascomb, Neil | SR339-176 |
| Saving Grace | Smith, Lee | SR339-233 |
| Deal Maker: How William C. Durant Made General Motors, The | Madsen, Axel | SR339-245 |
| Leopard Sword, The | Cadnum, Michael | SR339-249 |
| Judy Moody Predicts the Future (4) | McDonald, Megan | SR339-255 |
| Martin Luther King, Jr. on Leadership | Phillips, Donald T. | SR339-272 |
| Mind at at Time, A | Levine, Mel | SR339-507 |
| Inventing a Nation | Vidal, Gore | SR341-787 |
| Battle of Jericho | Draper, Sharon | SR341-789 |
| Private Life of the Cat Who, The | Braun, Lilian Jackson | SR341-795 |
| Rabbit Factory | Brown, Larry | SR341-808 |
| Lord John and the Private Matter | Gabaldon, Diana | SR341-809 |
| Last Car to Elysian Fields | Burke, James Lee | SR341-813 |
| Making Thirteen Colonies | Hakim, Joy | SR341-819 |
| All the People | Hakim, Joy | SR341-824 |
| War, Peace and All That Jazz | Hakim, Joy | SR341-825 |
| Case of Bad Taste, A | Copeland, Lori | SR341-831 |
| War, Terrible War | Hakim, Joy | SR344-223 |
| Aristotle's Children | Rubenstein, Richard | SR344-228 |
| Jackalope | Crummel, Susan Stevens & Stevens, Janet | SR345-133 |
| Bone Dry | Rehder, Ben | SR345-142 |
| Winning Attitude | Kwan, Michelle | SR345-146 |
| Maggie's Miracle | Kingsbury, Karen | SR345-147 |
| Manias, Panics and Crashes | Kindleberger, Charles | SR345-192 |
| Your Marketing Sucks | Stevens, Mark | SR345-193 |
| And The Shofar Blew | Rivers, Francine | SR345-196 |
| Bangers | Phillips, Gary | SR345-200 |
| Beans: Four Principles For Running a Business | Yerkes, Leslie & Decker, Charles | SR345-202 |
| Christmas Letters, The | Smith, Lee | SR345-210 |
| Mighty Heart, A | Pearl, Mariane | SR349-062 |
| Great Fire, The | Hazzard, Shirley | SR349-410 |
| Cat Who Talked Turkey, The | Braun, Lilian Jackson | SR349-414 |
| High Country | Barr, Nevada | SR349-415 |

| Title | Author | Registration Number |
|---|---|---|
| Angel in Black | Collins, Max Allen | SR349-478 |
| Austin City Blue | Grape, Jan | SR349-506 |
| Among the Hidden | Haddix, Margaret Peterson | SR349-510 |
| Shadows on the Sea | Harlow, Jean Hiatt | SR349-512 |
| Last King of Texas, The | Riordan, Rick | SR349-519 |
| Dew Breaker, The | Danticat, Edwidge | SR349-540 |
| Flirting with Pete | Delinsky, Barbara | SR349-542 |
| Cheating Culture, The | Callahan, David | SR349-547 |
| Hornet's Nest, The | Carter, Jimmy | SR349-745 |
| Billy Gashade | Estleman, Loren | SR349-767 |
| Cosmopolis | DeLillo, Don | SR349-769 |
| Heavenly Date | McCall-Smith, Alexander | SR349-774 |
| Same Stuff As Stars | Paterson, Katherine | SR349-776 |
| Lawmen, The | Vaughan, Robert | SR350-621 |
| Lunch At the Picadilly | Edgerton, Clive | SR350-622 |
| Year the Colored Sisters Came To Town | Guidry, Jacqueline | SR350-680 |
| Colossus of New York, The | Whitehead, Colson | SR350-683 |
| Biggie and the Devil Diet | Bell, Nancy | SR350-696 |
| What Liberal Media? | Alterman, Eric | SR350-700 |
| Man Who Lived by Night, The | Handler, David | SR350-705 |
| Deception Point | Brown, Dan | SR350-711 |
| Lemon Meringue Pie Murder | Fluke, Joanne | SR350-712 |
| Mountain Laurel | Deveraux, Jude | SR350-733 |
| Blueberry Hill | Evanick, Marcia | SR350-734 |
| Afterlife, The | Soto, Gary | SR350-739 |
| All I Ever Needed | Goodman, Jo | SR350-743 |
| Let Me Be the One | Goodman, Jo | SR350-746 |
| Blood of Victory | Furst, Alan | SR350-756 |
| Skin I'm In, The | Flake, Sharon | SR351-492 |
| Iqbal | D'Adamo, Francesco and Leonori, Ann | SR351-495 |
| Loamhedge | Jacques, Brian | SR351-504 |
| American Plague, An | Murphy, Jim | SR351-507 |
| Benjamin Franklin:  An American Life | Isaacson, Walter | SR351-509 |
| Whisker of Evil | Brown, Rita Mae | SR351-516 |
| Army At Dawn-Vol. 1 Liberation Trilogy | Atkinson, Rick | SR351-517 |
| Bookman's Promise, The | Dunning, John | SR351-521 |
| Hidden Prey | Sandford, John | SR351-544 |
| Burglar Who Traded Ted Williams | Block, Lawrence | SR351-552 |
| Earth, My Butt and Other Big Round Things | Mackler, Carolyn | SR351-652 |
| Washington's Crossing | Fischer, David H | SR351-662 |
| IN THE COMPANY OF SOLDIERS: A Chronicle of Combat in Iraq | Atkinson, Rick | SR351-663 |

| Title | Author | Registration Number |
|---|---|---|
| Highly Sensitive Person, The | Aron, Elaine | SR352-681 |
| Betrayal, The | Lewis, Beverly | SR353-516 |
| Echo In The Darkness, An | Rivers, Francine | SR353-530 |
| Ramses II: The Eternal Temple | Jacq, Christian | SR353-535 |
| Kills, The | Fairstein, Linda | SR353-536 |
| Reminiscences of a Stock Operator | Lefevre, Edwin | SR353-908 |
| Art of Happiness at Work, The | Dalai Lama & Cutler, Howard C. | SR353-910 |
| Blueberry Muffin Murder, The | Fluke, Joanne | SR354-141 |
| Dark Star | Furst, Alan | SR358-353 |
| Dolorous Passion of Our Lord Jesus Christ, The | Emmerich, Anne Catherine | SR358-358 |
| Bubbles in Trouble | Strohmeyer, Sarah | SR358-360 |
| Cardington Crescent | Perry, Anne | SR358-361 |
| Horizon Storms- #3-Saga of the Seven Suns Trilogy | Anderson, Kevin J. | SR358-365 |
| Lying Wonders | Cooper, Susan Rogers | SR358-372 |
| Way of the Coyote-Texas Rangers #3 | Kelton, Elmer | SR358-377 |
| Father Joe | Hendra, Tony | SR358-703 |
| Black | Whitcomb, Christopher | SR358-705 |
| In The Moon of Red Ponies | Burke, James Lee | SR358708 |
| Wings of Darkness | Simon, Seymour | SR358-712 |
| Holly | Deveraux, Jude | SR358-714 |
| Dance With Me | Rice, Luanne | SR358-716 |
| Morning After, The | Jackson, Lisa | SR358-718 |
| Savannah or A Gift From Mr. Lincoln | Jakes, John | SR359-226 |
| Adams vs. Jefferson | Ferling, John | SR359-227 |
| How I Paid for College | Acito, Marc | SR359-229 |
| Prophecy of the Stones | Bujor, Flavia | SR360-102 |
| Above And Beyond | Brown, Sandra | SR360-116 |
| Mariel of Redwall | Jacques, Brian | SR360-701 |
| Heir Apparent | Velde, Vivian Vande | SR360-884 |
| Judy Moody, M.D.: The Doctor Is In | McDonald, Megan | SR360-886 |
| B is for Betsy | Haywood, Carolyn | SR360-890 |
| Love Wife, The | Jen, Gish | SR360-894 |
| Mistler's Exit | Begley, Louis | SR361-068 |
| Ranger's Trail-Texas Rangers #4 | Kelton, Elmer | SR36-111 |
| Scribbling the Cat | Fuller, Alexandra | SR362-105 |
| Gunman's Song | Cotton, Ralph | SR362-146 |
| Fancy Strut | Smith, Lee | SR362-413 |
| Bubbles Ablaze | Strohmeyer, Sarah | SR362-415 |
| Black Water | MacGregor, T.J. | SR362-419 |
| Sacrifice, The | Lewis, Beverly | SR362-424 |

| Title | Author | Registration Number |
|---|---|---|
| Silenced | Jenkins, Jerry | SR362-425 |
| As Sure As The Dawn, | Rivers, Francine | SR362-431 |
| Authentic Leadership | George, Bill | SR362-871 |
| Seeing What's Next | Christensen, Clayton | SR362-872 |
| Rule of Four, The | Caldwell, Ian and Dustin Thomason | SR362-878 |
| Salt Garden, The | Martinusen, Cindy McCormick | SR362-884 |
| Between Hell and Texas | Cotton, Ralph | SR362-888 |
| Into the Web | Cook, Thomas | SR362-955 |
| Second Dune, The | Hearon, Shelby | SR363-107 |
| White Hot | Brown, Sandra | SR363-108 |
| But Not for Love | Shrake, Edwin | SR363-109 |
| Rage For Glory, A | Tertius, DeKay | SR363-284 |
| Edge of Time | Erdman, Loula Grace | SR363-286 |
| Against the Moon | Gilmore, Jane | SR363-298 |
| Rufus M | Estes, Eleanor | SR363-301 |
| Jesus, CEO | Jones, Laurie | SR363-403 |
| Financial Reckoning Day | Bonner, William | SR363-404 |
| Crossed Bones | Haines, Carolyn | SR363-405 |
| Cup of the World | Dickinson, John | SR363-865 |
| Hark | McBain, Ed | SR363-867 |
| Kite Runner | Hosseini, Khaled | SR363-871 |
| Bubbles A Broad | Strohmeyer, Sarah | SR363-874 |
| Battle Ready | Clancy, Tom | SR363-876 |
| Dearest Dorothy, Help! I've Lost Myself! | Baumbich, Chalene Ann | SR364-614 |
| Beyond a Wicked Kiss | Goodman, Jo | SR364-615 |
| Breakout Principle, The | Benson, Herbert | SR365-113 |
| Life Is a Series of Presentations | Jeary, Tony | SR365-115 |
| 11th Element, The | Scheinfeld, Robert and Robert Allen | SR365-117 |
| Death of a Traveling Man | Beaton, M.C. | SR366-003 |
| Whale, The  (Lighthouse Family #2) | Rylant, Cynthia | SR366-432 |
| Little Earthquakes | Weiner, Jennifer | SR366-725 |
| At The Villa of Reduced Circumstances | McCall-Smith, Alexander | SR366-727 |
| Led Astray | Brown, Sandra | SR366-730 |
| School of Beauty and Charm | Summer, Melanie | SR367-134 |
| Public Enemies | Burrough, Bryan | SR367-442 |
| Death of a Prankster #4 | Beaton, M.C. | SR367-444 |
| High John the Conqueror | Wilson, John W. | SR367-446 |
| Dark Voyage | Furst, Alan | SR367-450 |
| Wolves Eat Dog | Cruz Smith, Martin | SR368-050 |
| Left Behind Prequel-Alpha Series #1-The Rising | LaHaye & Jenkins | SR368-054 |

| Title | Author | Registration Number |
|---|---|---|
| Cat Who Went Bananas, The | Braun, Lilian Jackson | SR368-055 |
| Barely A Bride | Lee, Rebecca Hagan | SR368-149 |
| Proverbs for the People | various | SR368-154 |
| Fast Copy | Jenkins, Dan | SR368-694 |
| Woman of the People | Capps, Benjamin | SR368-698 |
| Flat Crazy | Rehder, Ben | SR368-702 |
| Chronicles | Dylan, Bob | SR369-221 |
| Waterborne | Murkoff, Bruce | SR369-222 |
| House of Bush, House Of Saud | Unger, Craig | SR369-224 |
| Finer Points of Sausage Dogs | McCall-Smith, Alexander | SR369-228 |
| Against All Enemies | Clarke, Richard | SR369-230 |
| Betsy and the Boys | Haywood, Carolyn | SR369-248 |
| Eagle, The  (Lighthouse Family #3) | Rylant, Cynthia | SR369-275 |
| Aidan of Oren | St. Jean, Alan | SR369-276 |
| Eagle Strike | Horowitz, Anthony | SR369-277 |
| Conrad's Fate | Jones, Diana Wynne | SR369-423 |
| Hoopster, The | Sitomer, Alan Lawrence | SR369-476 |
| Shadowland-#1 (The Mediator Series) | Cabot, Meg | SR369-478 |
| Heat Wave | Landis, Jill Marie | SR369-887 |
| Lady In Question, The | Alexander, Victoria | SR369-893 |
| You Ain't Got No Easter Clothes | Love, Laura | SR369-896 |
| Winter People, The | Bruchac, Joseph | SR369-898 |
| Wild Boy | Springer, Nancy | SR369-966 |
| Skylark | Beverley, Jo | SR369-967 |
| Deep Dark, The | Olsen, Gregg | SR370-241 |
| Citizen Girl | McLaughlin, Emma | SR370-243 |
| Ivy Chronicles | Quinn, Karen | SR370-244 |
| Cat's Eyewitness | Brown, Rita Mae | SR370-248 |
| Bringing Down The House | Mezrich, Ben | SR370-626 |
| Divining Women | Gibbons, Kaye | SR370-629 |
| Class Trip To The Cave of Doom | McMullan, Kate | SR371-784 |
| Dragon's Breath | Baker, E.D. | SR371-789 |
| Maximum Ride | Patterson, James | SR371-887 |
| Freddy and the Flying Saucer Plans | Walter Brooks | SR372-104 |
| Green River, Running Red | Rule, Ann | SR372-707 |
| Dead as a Doornail | Harris, Charlaine | SR372-756 |
| Sign of the Book, The | Dunning, John | SR372-758 |
| Dangerous Joy | Beverley, Jo | SR372-816 |
| Heir to the Glimmering World | Ozick, Cynthia | SR372-837 |
| 1776 | McCollough, David | SR372-838 |
| Fat Girl | Moore, Judith | SR372-839 |
| Blood Red Horse | Grant, K.M. | SR372-847 |
| Hell's Rider | Cotton, Ralph | SR372-869 |

| Title | Author | Registration Number |
|---|---|---|
| Merely The Groom | Lee, Rebecca Hagan | SR372-873 |
| Sharing Good Times | Carter, Jimmy | SR374-181 |
| Bead on Trouble | Smith, Barbara Burnett | SR374-190 |
| Brooklyn Rose | Rinaldi, Ann | SR374-200 |
| Broken Prey | Sandford, John | SR374-201 |
| Richest Man in Babylon | Clason, George | SR374-202 |
| Deliver Us From Normal | Klise, Kate | SR374-205 |
| If You Walked in My Shoes | Forster, Gwynne | SR374-480 |
| Dead Man's Canyon | Cotton, Ralph | SR374-481 |
| Lost in the City | Jones, Edward P. | SR-374-483 |
| Betrayal at Cross Creek | Ernest, Kathleen | SR374-654 |
| Summer Begins: The Callahan Cousins #1 | Carey, Elizabeth Doyle | SR374-657 |
| Raven's Gate | Horowitz, Anthony | SR374-658 |
| How To Be Lost | Ward, Amanda Eyre | SR374-664 |
| Memorial Day | Flynn, Vince | SR374-670 |
| Come Spring | LaHaye, Tim & Dinallo, Greg | SR374-672 |
| Case of Nosy Neighbors, A | Copeland, Lori | SR374-675 |
| Late Bloomer | Michaels, Fern | SR374-685 |
| Boogaloo On 2nd Avenue | Kurlansky, Mark | SR374-695 |
| Kingdom of Shadows-#1 | Furst, Alan | SR374-749 |
| Hungry Tide | Ghosh, Amitav | SR375-453 |
| History of Love, The | Krauss, Nicole | SR375-540 |
| Miss Julia's School of Beauty | Ross, Ann | SR375-541 |
| Califia's Daughters | Richards, Leigh (King, Laurie) | SR375-542 |
| Hard Truth | Barr, Nevada | SR375-654 |
| Customer Mania | Blanchard, Ken | SR375-660 |
| Revelation, The | Lewis, Beverly | SR375-728 |
| Freddy and Fredericka | Helprin, Mark | SR377-039 |
| Double Tap | Martini, Steve | SR377-040 |
| Dark Harbor | Hosp, David | SR377-045 |
| Most Unsuitable Man | Beverley, Jo | SR377-051 |
| Bubbles Betrothed | Strohmeyer, Sarah | SR377-065 |
| Delectable Moutains | Fowler, Earlene | SR377-067 |
| Rituals of the Season | Maron, Margaret | SR377-068 |
| Don't Think of an Elephant | Lakoff, George | SR377-223 |
| Red Gold | Furst, Alan | SR377-227 |
| Hoax | Tanenbaum, Robert | SR377-229 |
| Johnstown Flood | McCullough, David | SR377-230 |
| Hunt Ball, The | Brown, Rita Mae | SR377-490 |
| Clemency Pogue: Fairy Killer | Petty, J.T. | SR379-271 |
| Shakespeare's Secret | Broach, Elilse | SR379-275 |
| Prom | Anderson, Laurie Halse | SR379-277 |
| In The Company of Cheerful Ladies-#6 | McCall-Smith, Alexander | SR379-279 |

| Title | Author | Registration Number |
|---|---|---|
| Biggie and the Poisoned Politician | Bell, Nancy | SR379-281 |
| Wedding For Wiglaf, A   #4 | McMullan, Kate | SR379-316 |
| Book Without Words, The | Avi | SR379-317 |
| Light From Heaven | Karon, Jan | SR379-766 |
| Friends, Lovers, Chocolate:-Sunday Phil Club # 2 (Retail) | McCall Smith, Alexander | SR379-767 |
| Jungle Law, The | Vinton, Victoria | SR379-771 |
| High Rhulain | Jacques, Brian | SR379-772 |
| Receiving Love | Hendrix, Harville & Hunt, Helen | SR379-776 |
| Carolyn 101 | Kepcher, Carolyn | SR379-777 |
| Regime, The-Left Behind Prequel-#14 | LaHaye & Jenkins | SR379-779 |
| Revolutionary Generation: Who Was the Greatest? | Ellis | SR379-780 |
| Family First | McGraw, Phil | SR379-781 |
| All Your Worth | Warren, Elizabeth & Tyagi | SR379-784 |
| Liberating Paris | Thomason, Linda Bloodworth | SR379-786 |
| Rowan Hood Returns | Springer, Nancy | SR379-803 |
| Darkest Hour | Cabot, Meg | SR379-804 |
| World At Night, The | Furst, Allan | SR379-805 |
| Slow Kill | McGarrity, Michael | SR380-397 |
| Doctor's House, The | Beattie, Anne | SR380-400 |
| Where I Want To Be | Griffin, Adele | SR381-368 |
| White | Whitcomb, Christopher | SR381-784 |
| Woodsman's Daughter | Rubio, Gwyn | SR382-041 |
| Case For Peace, The | Dershowitz, Alan | SR382-044 |
| Fear and Loathing In Las Vegas | Thompson, Hunter S. | SR382-050 |
| Judy Moody Declares Independence | McDonald, Megan | SR382-053 |
| Hot Fudge Sundae Blues | Marshall, Bev | SR383-423 |
| Dragon Keeper | Wilkenson, Carole | SR384-904 |
| Secret of Castle Cant, The | Bath, K. P. | SR384-908 |
| Fury | Tanenbaum, Robert | SR384-913 |
| Boy Proof | Castellucci, Cecil | SR385-510 |
| Bethlehem Road  #10 | Perry, Anne | SR385-842 |
| Best Christmas Gift, The | LaHaye, Tim & Dinallo, Greg | SR386-001 |
| Drift House | Peck, Dale | SR386-015 |
| Widow and the King, The | Dickinson, John | SR386-016 |
| Scorpia | Horowitz, Anthony | SR386-026 |
| All Rivers Flow To the Sea | McGhee, Allison | SR386-452 |
| Real Deal, The | Michaels, Fern | SR392-777 |
| Big Bamboo, The | Dorsey, Tim | SR393-625 |
| American by Blood | Huebner, Adnrew | SR393-760 |
| Distant Land, A | Braun, Matt | SR393-816 |

| Title | Author | Registration Number |
|---|---|---|
| Bellmaker, The | Jacques, Brian | SR395-824 |
| Winter is Not Forever, Seasons of the Heart #3 | Oke, Janette | SR395-995 |
| Family Tree | Ayres, Katherine | SR397-878 |
| Code Talker | Bruchac, Joseph | SR401-420 |
| Good Luck | Trias de Bes, Fernando & Rovira, Alex | SR401-735 |
| When You Dance With the Devil | Forster, Gwynne | SR401-883 |
| Guns of the Canyon Lands | Compton, Ralph | SR401-889 |
| Blood Lands | Cotton, Ralph | SR401-890 |
| Divas of Damascus Road | Stenson, Michelle | SR401-893 |
| Copper Sun | Draper, Sharon | SR401-954 |
| Criss Cross | Rhodes, Evie | SR402-039 |
| Body Scissors | Simon, Michael | SR402-058 |
| Pushing Up Daisies | Dames, Jamise L. | SR402-062 |
| Hell at the Breech | Franklin, Tom | SR402-065 |
| God Don't Play | Monroe, Mary | SR402-259 |
| Echelon Vendetta | Stone, David | SR402-480 |
| Finn | Clinch, Jon | SR402-737 |
| Haters | Alisa Valdes | SR403-002 |
| Flora Segunda | Wilce, Ysabeau S. | SR403-008 |
| Horns & Wrinkles | Helgerson, Joseph | SR403-010 |
| Little Drummer Girl, The | le Carre, John | SR53-730 |
| Blue Highways | Least Heat Moon, William | SR61-604 |
| Call For The Dead | le Carre, John | SR90-974 |
| April Morning | Fast, Howard | SR96-244 |
| Looking Glass War,The | le Carre, John | SR98-511 |
| Crossing, The | Fast, Howard | SR99-414 |
| Bel Ria | Burnford, Sheila | SRU24-814 |
| Domino Principle | Kennedy, Adam | SRU39-769 |
| Apt Pupil | King, Stephen | SRU62-550 |
| Breathing Method | King, Stephen | SRU62-550 |