IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RECORDED BOOKS, LLC** | * | |
| Plaintiff, | * | Case No. 07 CV 1427 (DKC) |
| vs. | * | |
| | *** | |
| **OCLC ONLINE COMPUTER LIBRARY CENTER, INC., d/b/a NETLIBRARY,** | | |
| Defendant. | | |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[  ]　I certify, as party/counsel in this case that _____
　　　　　　　　　　　　　　　　　　　　(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ X ]　The following corporate affiliations exist with OCLC Online Computer Library Center, Inc; d/b/a NetLibrary.  Defendant NetLibrary is a division of OCLC Online Computer Library Center, Inc., which is an Ohio nonprofit corporation.

[  ]　The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:
　　　　　　　　　　(names of entities with possible financial interests)

U.S. District Court (6/13/2003) Disclosure of Corporate Interest

Dockets.Justia.com

Dated: June 19, 2007.                                    Respectfully submitted,

                                                         _____
                                                         Hugh J. Marbury (Fed. Bar No. 24653)
                                                         DLA PIPER US LLP
                                                         6225 Smith Avenue
                                                         Baltimore, MD 21209
                                                         410-580-3000
                                                         410-580-3001 (facsimile)
                                                         E-Mail: hugh.marbury@dlapiper.com

                                                         Attorneys for OCLC Online Computer Library
                                                         Center, Inc. d/b/a Net Library

*Of Counsel*:

Randall H. Miller, Esq.
Eve Burton, Esq.
Jason Prussman, Esq.
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
303-861-7000
303-866-0200 (facsimile)
(*Pro hac vice* applications pending)