IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
RECORDED BOOKS, LLC,                    : Civil Action No. 8:07-cv-01427-DKC
:
    Plaintiff,                    :
: **CERTIFICATE OF SERVICE FOR**
    v.                            : **RECORDED BOOKS, LLC'S**
: **MOTION FOR PRELIMINARY**
OCLC ONLINE COMPUTER LIBRARY            : **INJUNCTION**
CENTER, INC. d/b/a NETLIBRARY,          :
:
    Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    I certify that I caused copies of Plaintiff Recorded Books, LLC's Motion for Preliminary Injunction, the Memorandum in Support of Plaintiff Recorded Books, LLC's Motion for Preliminary Injunction, the Proposed Order Granting Plaintiff Recorded Books, LLC's Motion for Preliminary Injunction, and the Declaration of Brian T. Downing in Support of Plaintiff Recorded Books, LLC's Motion for Preliminary Injunction to be served upon OCLC Online Computer Library Center, Inc. d/b/a NetLibrary by electronic mail and first-class mail, postage prepaid, on June 19, 2007, via its counsel:

    Randall H. Miller, Esq.
    Holme Roberts & Owen LLP
    1700 Lincoln Street
    Suite 4100
    Denver, Colorado 80203-4541
    Randy.Miller@hro.com

                                        /s/ R. David Hosp
                                        R. David Hosp

LIBA/1800062.1