$50
#14637017820

___ FEE PAID
___ FEE NOT PAID
    (SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2007 JUN 9 P 3 9

Recorded Books, LLC
                Plaintiff(s)

vs.

OCLC Online Computer Library
Center, Inc., d/b/a NetLibrary
                Defendant(s)

Case No.: DKC-07-CV-1427

### MOTION FOR ADMISSION *PRO HAC VICE*

I, __Hugh J. Marbury__, am a member in good standing of the bar of this Court. My bar number is __24653__. I am moving the admission of __Eve Burton__ to appear *pro hac vice* in this case as counsel for __OCLC Online Computer Library Center, Inc., d/b/a NetLibrary__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Colorado Supreme Court | 2000 |
| USDC, District of Colorado | 2000 |
| USDC, Northern District of Florida | 2006 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ___0___ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

#1254361 v2

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  The $50.00 fee for admission *pro hac vice* is enclosed. (payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.  The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

**MOVANT**

_____
Signature

Hugh J. Marbury
Printed Name

DLA Piper US LLP
Firm

6225 Smith Avenue
Baltimore, MD  21209
Address

410-580-3000
Telephone Number

410-580-3001
Fax Number

PROPOSED ADMITTEE

_____
Signature

Eve Goldstein Burton
Printed Name

Holme Roberts & Owen LLP
Firm

1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Address

(303) 861-7000
Telephone Number

(303) 866-0200
Fax Number

*********************************************************************

**ORDER**

☒ GRANTED                    ☐ DENIED

6-20-07                      Felicia C. Cannon
Date                         Clerk, United States District Court

                             by _____

#1254361 v2