$50 FEE PAID
#146370 17 620
FEE NOT PAID
(SEND LETTER)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Recorded Books, LLC
        Plaintiff(s)

vs.

Case No.: DKC-07-CV-1427

OCLC Online Computer Library
Center, Inc., d/b/a NetLibrary
        Defendant(s)

******

2007 JUN 9 P 3: 9

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Hugh J. Marbury__, am a member in good standing of the bar of this Court. My bar number is __24653__. I am moving the admission of __Randall Miller__ to appear *pro hac vice* in this case as counsel for __OCLC Online Computer Library Center, Inc., d/b/a NetLibrary__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| USDC, District of Illinois | 1997 |
| USDC, Northern District of Illinois | 1997 |
| USDC, District of Colorado | 2000 |
| Colorado Supreme Court | 2002 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ___0___ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

#1254361 v1



4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   The $50.00 fee for admission *pro hac vice* is enclosed. (payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.   The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Hugh J. Marbury | Randall Miller |
| Printed Name | Printed Name |
| DLA Piper US LLP | Holme Roberts & Owen LLP |
| Firm | Firm |
| 6225 Smith Avenue | 1700 Lincoln Street, Suite 4100 |
| Baltimore, MD 21209 | Denver, Colorado 80203 |
| Address | Address |
| 410-580-3000 | (303) 861-7000 |
| Telephone Number | Telephone Number |
| 410-580-3001 | (303) 866-0200 |
| Fax Number | Fax Number |

*************************************************************

## ORDER

☑ GRANTED        ☐ DENIED

6-20-07          Felicia C. Cannon

Date             Clerk, United States District Court

                 by: *Tina Stawson*

#1254361 v1