IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
RECORDED BOOKS, LLC,                                  Civil Action No. 8:07-cv-01427-DKC
:
Plaintiff,
:        **(PROPOSED) ORDER**
v.
:
OCLC ONLINE COMPUTER LIBRARY
CENTER, INC. d/b/a NETLIBRARY,        :

Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Fed. R. Civ. P. 26(d) and Local Rule 104.4, and upon consideration of plaintiff Recorded Books, LLC's ("Recorded Books") Motion for Limited Expedited Discovery, and upon review of the papers filed in support thereof and opposition thereto,

IT IS HEREBY ORDERED:

(1) that Recorded Books' Motion for Motion for Limited Expedited Discovery is GRANTED; and

(2) that Defendant OCLC Online Computer Library Center, Inc. d/b/a NetLibrary shall produce all documents responsive to Plaintiff Recorded Books' First Request for Production of Documents no later than July 6, 2007.

DATED June _____, 2007

_____
Judge Deborah K. Chasanow