# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**                              6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE                         Greenbelt, MD  20770
                                                        (301) 344-0634

June 26, 2007

TO:   Counsel

RE:   Recorded Books, LLC v.
         OCLC Online Computer Library Center, Inc.
      Civil Action No. DKC 2007-1427

Dear Counsel:

    This letter will confirm the matters discussed and the schedule set during the telephone conference held yesterday.

    The parties have agreed to exchange preliminary discovery relevant to the pending motion for preliminary injunction. The opposition to the motion for preliminary injunction will be filed by July 6 and the reply will be filed by July 13. A hearing on the motion will be held July 24, beginning at 1:00 p.m. and continuing, if necessary, at 9:00 a.m. on July 25 (with a break from 11:30 - 2:00). A further schedule will be set at the conclusion of the hearing.

    At this time the alternate dates of July 31 and August 1 are unavailable because of a scheduled criminal trial. I won't know until the week of July 9 whether it will actually go to trial.

    Despite the informal nature of this letter it constitutes an Order of the Court and the clerk is instructed to docket it as such.

                                    Very truly yours,

                                            /s/

                                    DEBORAH K. CHASANOW
                                    United States District Judge