IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
RECORDED BOOKS, LLC,                Civil Action No. 8:07-cv-01427-DKC
:
Plaintiff,
: **[PROPOSED] ORDER GRANTING**
v.                     **RECORDED BOOKS, LLC'S**
: **MOTION FOR MORE**
OCLC ONLINE COMPUTER LIBRARY     **DEFINITE STATEMENT**
CENTER, INC. d/b/a NETLIBRARY,       :

Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Fed. R. Civ. P. 12(e), and upon consideration of plaintiff/counterclaim defendant Recorded Books, LLC's ("Recorded Books") motion for more definite statement, and upon a review of the pleadings and papers filed in support thereof and in opposition thereto, the Court hereby grants Recorded Books' motion more definite statement and ORDERS defendant/counterclaimant OCLC Online Computer Library Center, Inc. d/b/a NetLibrary ("NetLibrary") to provide a more definite statement as follows.

For each statement alleged as a basis, in whole or in part, for any claim in NetLibrary's Counterclaims, NetLibrary shall allege:

     (a)     By whom each alleged statement was made;

     (b)     To whom each alleged statement was made;

     (c)     The time, place, and manner of publication of each alleged statement; and

     (d)     The substance of each alleged statement.

The subject of this order includes, but is not limited to, the allegations of statements by Recorded Books in ¶¶ 61, 64, 92 and 101 of the Counterclaims.

2

SO ORDERED this ___ day of _____, 2007

_____
Deborah K. Chasanow
United States District Judge