# EXHIBIT B

Downloadable Issues to Discuss with Net Library

Website

1) Uncertain whether there is any specific individual responsible for collecting, scheduling and pushing improvements to site
2) Ease of use, including access between sites, genre search on NL site yes, this was supposed to be done by now, where are we?
3) Thumbnails on site
4) Prompt posting of new titles
5) Help phone numbers are not "helpful" – our customer service dept is getting calls from library patrons on download questions, for instance (see below) any idea of how many calls we have gotten?
6) No longer able to download posters and bookmarks – instead, site directs to fulfillment center where free printed materials can be ordered – who or where is fulfillment center? are printed supplies free?  Did we ask anyone at NL about this?

In general, many librarians think that the NL site is cluttered and not user friendly, whereas they are more positive about the RB site. Not sure where to go with this, other than to stress that both sites need to be linked, attractive, and equally outfitted for ease of use. Be helpful to have specifics here.

Patrons

1) I have spoken to several OCLC service reps and librarians who say that the inability for early check in, for purposes of faulty downloads, desire to get new titles, etc. is one of the greatest deficiencies of the system. People who are using this type of technology are saavy enough to ask/wonder why this is not possible, especially because early check in for ebooks is possible.  The workaround proposed so far – even by OCLC technical support – is to open additional accounts, which is not a viable long term solution and is not acceptable to many libraries and patrons.
2) Patrons also complain about the file size and the lack of breaks.  I have heard that this is a technical requirement, and the way to deal with it is to get an adequate player. Is this the only technical solution? If that is the case, there needs to be better communication to the library and through the website about the importance of obtaining the better equipment.

In general, my sense is that by not dealing more aggressively with some patron difficulties we have put libraries on the defensive, and not delivered the "turn key" system that libraries were promised. strong comment here, really?

Technical support

1) The path to find quick able assistance for both library and patron is not as clear as it might be – the help area on the NL site directs to an email contact screen that is simply not designed to help someone "at the moment"  agree

2) At OCLC tech support, librarians have been frustrated by ~~long wait times~~ phone or email?, insufficient training specifics?, lack of follow up specifics?, and concentration of the "Q & A" approach as opposed to a "training" approach. Early on, I wondered if a more efficient model would be the assignment of a specific technician to each library for contact, at least with all their initial
inquiries, to provide more continuity and greater level of satisfaction If you got a bad CSR then EVERY library in that area would be affected..
3) Going forward, I think NL should be the initial point of contact for libraries with technical issues, with an emphasis on "on the spot" trouble shooting and follow up. Mary Smith did an admirable job at this with very little training. More complex technical issues from the library should be handed from NL to OCLC – preferably, to a specific assigned technician – and followed up with phone contact to ensure satisfaction.

In general, the protocol for both libraries and patrons in order to get assistance to all types of questions is not well understood, and the ability to get answers is plagued with difficulty. As one of our signed up libraries has stated, "it shouldn't be this hard."
It is hard to get a sense of the level of problems from these comments. How serious is this? Do we need a summit meeting on just this?
Misc. Technical Issues

1) Some current and prospective libraries have asked why NL, like other database vendors, won't provide the URL page for them What do you mean by this? I believe NL does.
2) The prospect of unauthorized users creating accounts on public access computers has caused at least one library to not sign up – I do not understand all the technical issues here, except that this library did not want staff to create accounts and wanted NL to supply the URL page (see #1 above). What library was this?


Administrative/Communication

1) There need to be put into place, TODAY IF POSSIBLE, some process for the approval of special circumstances and coordination with NL and their depts. My suggestion: sales brings request to JH – JH presents to BD by email – BD discusses with RR, makes formal email request – RR responds by email, copies JH and all the required depts. at NL.   All this should ideally take place within 48 to 72 hours – it has taken hours of wasted time to get issues resolved because of a lack of documentation and formal communication. This procedure also applies to special pricing as well – witness the confusion and delay in military pricing for West Point. This process is in place. It is just not being used.
2) Also TODAY IF POSSIBLE, I need email confirmation from RR, with copies to his legal and acct depts, re the agreement reached between BD and himself for the revised subscription period for Richland and Greenville. These libraries are anxious to pay and need to spend encumbered funds quickly. My suggestion, so as to not involve the legal dept at NL, is to have the NL accounting dept issue new invoices identifying two "no

**Confidential**

RB000110

charge" months of service. I can be contacted today for specifics if necessary. We can work this out today.

3) In conjunction with #1 above, it would be helpful to achieve consensus on deviations such as the use of letters on intent, revision of start dates by 30 days, so as to not have to battle NL legal dept yes

Confidential

RB000111