# EXHIBIT C

Subj: Re: call
Date: 2/19/2007 5:07:40 P.M. Eastern Standard Time
From: jordan@oclc.org
To: downingbt@aol.com

Brian

Thanks for taking my call and leveling with me. I am pissed that I was not aware of the extent of the problems and we will do whatever it takes to knock off the defficiencies list and get back to growing again. I passed along your message to Rick Schwieterman and he will call you tomorrow. He is a bulldog and will get cracking to make things right
Jay

---

Sent from my BlackBerry Wireless Handheld

OCLC Online Computer Library Center, Inc.

----- Original Message -----
From: Downingbt@aol.com <Downingbt@aol.com>
To: Jordan,Jay
Sent: Mon Feb 19 14:10:21 2007
Subject: call

Hi Jay,

thanks for your message.   That is the toughest thing about being a boss--sometimes you have to send a nice guy on his way.

I am available all the rest of the day, and have my cell phone at my side.

Brian

Brian T. Downing
Publisher
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, Maryland 20678
phone (410)535-5590 ext. 1142
fax (202)318-3242