# EXHIBIT D

Subj: **Re: Netlibrary task list**
Date: 2/22/2007
To: schwietr@oclc.org
CC: jordan@oclc.org

Hi Rick,

I would say these are the major issues:

IMMEDIATE:

1) There appears to be an existing problem with patron access to all the content on our site. When someone does a search, not all the content is available. We called this "indexing." You may call it something else.

2) There was a major problem, now fixed apparently, with license acquisition. It took six weeks to fix which is very distressing. There were untold calls to technical assistance on this. Rich Rosy was going to tell me the extent of the problem and why it took so long to fix.

3) OCLC reps and/or NetLibrary employees are telling customers and the marketplace that RB is not renewing the contract with NetLibrary. I think this is unfortunate and inappropriate.

OTHER PRIORITY ISSUES

1) Libraries HATE the NetLibrary authentication. NL is known for this antiquated authentication and further compounded the error by selecting and promoting the Cybrarian service. That is going from the frying pan to the fire. The authentication is easily solved. How do I know this? We solved it with our new downloadable video service in two weeks. OverDrive solved it too. I believe that every major database vendor has also solved it. The authentication hurts you in the marketplace (with ebooks too) and also with the end user experience and number of downloads.

2) The navigability of the site is not user friendly. The look is spartan. Just look at OverDrive and you will see the difference. It needs a major overhaul.

3) Chunking of downloads into chapters or segments should be considered.

4) The conflict between OCLC and NetLibrary has spilled into partner relationships and into the customer marketplace.

5) RB has taken the major steps in providing customer service. It would be wise of NL to get better at this in case the day comes when we are not around. Simple things like returning customer phone calls quickly have not happened over the term of our agreement. NL's approach to customers is not friendly. I would cite the recent issues with Bergen County as Exhibit A.

6) Branding issue. The set up of the site does not help the library brand the product to themselves. It looks too much like NetLibrary's site.

7) Separation of ebooks and audiobooks on the site needs to be better.

8) updates on the site take too long.

9) Marketing materials for libraries get taken off the site for no reason.

10) Updated list of players is not promoted right.

11) Coordination with our UK office has been trying, although they are not perfect either.

I realize this is quite blunt and paints a stark picture, but the experience has not been great, and when asked, I generally give a straight answer. I mean no disrespect.

Friday, June 29, 2007 America Online: Downingbt

Confidential
RB000538

Hope this helps.

Cordially,

Brian

Brian T. Downing
Publisher
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, Maryland 20678
phone (410)535-5590 ext. 1142
fax (202)318-3242