Recorded Books, LLC v. OCLC Online Computer Library Center, Inc.

Case 8:07-cv-01427-DKC     Document 32-6     Filed 07/13/2007     Page 1 of 93

Doc. 32 Att. 5

# EXHIBIT E

Dockets.Justia.com

# Redacted

**Confidential**

**RB000001**

# Redacted

**From:** Matt
Walker [mailto:walker100@verizon.net]

**Sent:** Thursday, October 05, 2006
11:20 AM

**To:** 'Scott Wasinger'

**Cc:** 'Downingbt@aol.com'; 'Jerry
Hadley'; 'Paul Gillespie'; 'April Driver'

**Subject:** Carnegie-Stout Public

**Confidential**
**RB000002**

Library in Dubuque Iowa

Scott,

I have attached a
string of emails pertaining to Carnegie-Stout Public Library in Dubuque Iowa.

This library signed
up for eAudiobooks starting June 1, 2006 through the local OCLC sales rep, who
convinced the library that they should use the Cybrarian tool for
authenticating patrons. I understand that the Rep got them to agree to a three
year contract in order to waive the Cybrarian Fee. It is my understanding we
are not doing three year contracts unless both parties (RB and NetLibrary)
agree to this. Is that your understanding?

The last three+
months have been a disaster for this library.   Since June 1 the
library has had only ONE checkout.  The Cybrarian authentication has never
worked properly, and calls to Cybrarian for technical help went unanswered
until the director posted a notice on a library chat room asking if Cybrarian
was out of business.  When they did finally respond they apparently spent
around half a day working on the library's server. The net result is that
the library server was not functioning properly after this attempt.

I spoke with the
Director this week and she ask for:

 1) A
reduction of their contract to a one-year term (They want the option to evaluate
this and make a decision for next year since the authentication piece did not
work.)

**Confidential**                                                                   **RB000003**

2) An extension to her eAudiobook
service to start when they actually offer the service to their patrons.

We need to honor these requests from
the library immediately.

You had mentioned
to Jerry that several other libraries had contracted to purchase the Cybrarian
tool. Given the experience of both Iowa
and Carnegie-Stout, I would like to know which libraries have purchased
this. The experience with this product reflects negatively on both
Netlibrary and Recorded Books, and I would like to see where we stand with
these other libraries.

Please call me if
you have any questions.

Matt Walker

National Sales
Director

Recorded Books

Office 800-638-1304
X1323

Cell 410-991-7682

Fax 410-535-6347

**Confidential**

**From:** Paul
Gillespie [mailto:pgillespie@recordedbooks.com]

**Sent:** Thursday, September 28, 2006
9:49 AM

**To:** Downingbt@aol.com

**Cc:** 'Matt
Walker'; Craig Mears

**Subject:** FW: Netlibrary
Installation process

Hi Brian,

I got a call yesterday from Jason at
Carnegie Stout Public Library in Dubuque,
Iowa about this Downloadable
installation. He told me that basically they are ripping out anything to
do with the Cybrarian authentication process and starting the service with the
other authentication procedures. They did talk with Iowa City about how they were able to finally
get this to work and learned that they had to reprogram part of the Cybrarian
software to make it work in their system. It was not something they were willing
to do.

However, I got an email late in the
afternoon from the director asking me to call her today. I know they have
a stipulation in their contract that gives them the option of breaking the
contract if the Cybrarian portion does not work and it may be that she wants to
exercise this option.

At the very least, what they want is their
investment for the SIP2 module back and an extension on the time of their
Downloadable contract. Both seem like very reasonable requests to
me. The return of the money will have to come from NetLibrary, however.

**Confidential**

**RB000005**

This sequence of events is not very
helpful to our efforts to sell Downloadable in Iowa.

Paul
Gillespie

Recorded Books, LLC

fax (319) 358-7538

(800) 638-1304 X1319

pgillespie@recordedbooks.com

**From:** Jason
Burds [mailto:jburds@stout.dubuque.lib.ia.us]

**Sent:** Wednesday, September 27,
2006 3:02 PM

**To:** pgillespie@recordedbooks.com

**Cc:** Deb Fliegel; Susan Henricks

**Confidential**

**RB000006**

**Subject:** Netlibrary Installation
process

Here is a time line
of the Netlibrary Installation Process that Paul requested.

5/25/2006 Quote is
received.

5/25/2006 IP is
sent to Doug Van der Zee

7/11/2006 Email
received from Doug that we are setup and ready to go from inside the library
without authentication.

8/04/2006 Email

received from CybraryN to setup a WebEX.

8/08/2006 CybraryN
setups Authentication and reports that our SIP2 isn't working.  And we
need to contact SirsiDynix to repair it.

8/08/2006
SirsiDynix Contacted.

8/15/2006
SirsiDynix changes SIP2 to work with CybraryN.  Needed to accept PIN.

8/15/2006 Contacted
CybraryN

8/??/2006 Unsure of
date where CybraryN finished the install and did a few tests.

9/14/2006 Attempted

Rollout of Netlibrary.  Permission Error.

9/15/2006 Attempted
to contacted CybraryN

9/18/2006 CybraryN
email's back.

9/20/2006 WebEX
scheduled with CybraryN canceled tech was unavailable.

9/26/2006 Talked
with CybraryN tech support they were unable to connect to our server due to a
unexplainable error.

9/27/2006 Contacted
SirsiDynix to repair the server.

9/27/2006 Contacted
CybraryN about removal procedures. I removed the Authentication software from
the server.

**Confidential**

9/27/2006 Contacted
Paul Gillespie about a refund of
CybraryN Authentication software and time lost off of contract.

Jason Burds

Information Technical Specialist

Carnegie-Stout Public Library

Work: 563.589.4225 ext.2229

Cell: 563.451.2873

Confidential

# Redacted

Confidential

# Redacted

**From:** Kovsky, Steve
[mailto:skovsky@currentanalysis.com]

**Sent:** Friday, June 23, 2006 1:57
PM

**To:** Jonathan Bahe

**Cc:** murphyb@oclc.org;
magammon@netlibrary.com; jhadley@recordedbooks.com

**Subject:** RE: NetLibrary Audio
Titles

**Confidential**

Jonathan:

I believe your effort to provide support
are sincere, but everything you have suggested to date has failed. I prged the
cache of my browser and  upgraded (or attempted to upgrade) the firmware of
the Lyra, the Samsung and the two iRiver devices. I have even just synched
three NetLibrary Audiobook titles to a brand new Archos 104 device, which the
manufacturer maintains supports DRM-protected WMA files. The files synch fine,
but when you attempt to play them, you get the message "Playing stopped.
File is corrupted."

I can only conclude that from a mobile
playback standpoint, the files are essentially useless to anyone who does not
own one of a very small set of brand new MP3 players that support your
company's draconian DRM encoding. Even that conclusion is based on giving
NetLibrary the benefit of the doubt and assuming that the files actually can be
played back on ANY device, which I personally have not witnessed, despite
spending untold hours in an effort to do so.

I frankly don't understand how the
company can be selling this product to public agencies when most of the
population is unable to use it for the purpose it was intended. Furthermore, to
do so without offering tech support to library subscribers (from your Web site
"NetLibrary does NOT provide technical support for personal computers,
software media players, or portable listening devices") seems
unconscionable.

**Confidential**

**RB000013**

I'm sorry to be so negative, but at
this point, I don't think the product should be on the market in its
current form.

Steve Kovsky

Research Leader, Consumer Electronics
Group

Principal Analyst, Digital TVs and
Displays

Current Analysis

Office: (858) 729-2897

E-mail: Skovsky@currentanalysis.com

Address: 9333 Genesee,
Suite 260

San Diego, CA 92121

Technology Correspondent, KFWB (Infinity
Broadcasting, Los Angeles)

**Confidential**

Technology Correspondent, XETV (Fox
Television, San Diego)


Author, "Absolute Beginner's
Guide To Windows XP Media Center Edition" (Que, 2004)


Author, "High Tech Toys For Your TV:
Secrets of TiVo, ReplayTV, Xbox and More" (Que, 2002)


Editor, TVTechToys.Com


**From:** Jonathan Bahe
[mailto:jbahe@netlibrary.com]

**Sent:** Wednesday, June 07, 2006
4:26 PM

**To:** Kovsky, Steve

**Subject:** RE: NetLibrary Audio
Titles


Steve,

It doesn't appear the iRiver IFP790
supports DRM-protected WMA files, so it wouldn't be able to play the
audio files.

It appears the Samsung YH-925 may need a
firmware upgrade to play the file. http://www.playsforsure.com/ItemDetail.aspx?id=94.
The upgrades are available at: http://www.samsung.com/za/support/productsupport/download/Model_Select2.aspx?
type=&subtype=Yepp&model=YH%2D925GS&fileType=FM&LSSI=%2FZA%2Fmodule%2Fssi%2Fleft%2Flmenu%
5Fyepp%5Fyepp%2Esec&RSSI=%2Fza%2Fmodule%2Fssi%2Fright%2Frmenu%5Fyepp%2Esec.
I believe the version that may be needed would be 5.30.

There is also a firmware upgrade available
for RCA Lyra RD2212 at http://www.rcaaudiovideo.com/Cultures/en-US/RD2212_15_17Firmware.
I believe the version that may be needed would be 4.07.

The two firmware upgrades may be required
to play DRM-protected WMA files on the RCA and Samsung devices.  I was
trying to look at local businesses I could go in and pick up the two players
and see what my experience on them would be.  I would also be able to test
the firmware upgrade on the devices before asking you to install them.  I
couldn't find a local business that carried either of the two
devices.  I could order them online, but that would likely be out of the
timeframe we would like to have this resolved.

Would you be willing to wait until I
purchased the devices online and attempted the firmware upgrade?
  If you were willing to attempt the firmware upgrade, we could move

forward with them. However, my concern is in having you upgrade to the
new firmware and the upgrade unexpectedly causing other issues with your devices.

Please let me know.

Thanks,

Jonathan

**From:** Kovsky, Steve
[mailto:skovsky@currentanalysis.com]

**Sent:** Wednesday, June 07, 2006
3:22 PM

**To:** Jonathan Bahe

**Subject:** RE: NetLibrary Audio
Titles

**Confidential**

I successfully downloaded an audio book yesterday
to my PC with WMP 10. It plays on my PC without restriction. I was able to
synch it ont my Samsung YH-925 audio player. But when I access it on the
player, it won't play. It just goes automatically from play to stop.

Ideas?

**From:** Jonathan Bahe
[mailto:jbahe@netlibrary.com]

**Sent:** Tuesday, June 06, 2006 11:54
AM

**To:** Kovsky, Steve;
steve@stevekovsky.com

**Subject:** NetLibrary Audio Titles

Steve,

Are
you able to set aside time this week to attempt to work through the problems

RB000018

you've been encountering with the Audiobook titles?  I realize
you are traveling now and today may not work, but please let me know when you
may have time.


Thanks,


Jonathan
Bahe


303.381.8650

Confidential

**From:** Jerry Hadley [jhadley@recordedbooks.com]
**Sent:** 02/12/2007
**To:** Scott Wasinger [swasinger@netlibrary.com]
**Cc:** msmith@recordedbooks.com; Matt Walker [mwalker@recordedbooks.com]
**Bcc:**
**Subject:** FW: Downloadable question

namespaceuri=""urn:schemas-microsoft-com:office:smarttags"" name=""PersonName""/>

| | |
|---|---|
| **From:** | Jerry Hadley <jhadley@recordedbooks.com> |
| **Sent:** | Monday, February 12, 2007 4:05 PM |
| **To:** | Scott Wasinger <swasinger@netlibrary.com> |
| **Cc:** | msmith@recordedbooks.com; Matt Walker <mwalker@recordedbooks.com> |
| **Subject:** | FW: Downloadable question |

Scott,

**Confidential**

**RB000020**

We thought this was fixed – can you explain?


Jerry



face=""Times New Roman"">



**From:**face=Tahoma> Mary Smith
[mailto:msmith@recordedbooks.com]

**Sent:** Monday, February 12, 2007 3:33 PM

**To:** 'Jerry Hadley'

**Subject:** FW: Downloadable question




License Error. I thought this was fixed....

Mary

face=""Times New Roman"">

**From:** face=Tahoma> Jeff Metz
[mailto:jmetz@recordedbooks.com]

**Sent:** Monday, February 12, 2007
3:31 PM

**To:** 'Mary Smith'

**Subject:** Downloadable question

Mary,

I've heard this one a few times.  Do we have any standard
fix?  Thanks.

style='font-size:10.0pt;font-family:Arial'>"face=""Courier New"">Jeff,
I had a patron come in who said he successfully downloaded an eaudiobook to his
computer, and sees the file on his desktop. But when he tries to open the file
to download to his MP3 player, he gets  a message that says something like
autorization for license is denied because he previously dowloaded the file,
even though he never did that. It's a Pimsleur language (Russian) book, I
believe."

**Confidential**                                                                  **RB000022**

style='font-size:10.0pt;font-family:""Courier New"">

**Jeff Metz**

Library Representative

style='font-size:10.0pt;font-family:""Bookman Old Style"">jmetz@recordedbooks.com

1-800-638-1304 x1350

631-871-1308 Cell

**Confidential**

**From:** Jerry Hadley [jhadley@recordedbooks.com]
**Sent:** 02/12/2007
**To:** Scott Wasinger [swasinger@netlibrary.com]
**Cc:** msmith@recordedbooks.com; Matt Walker [mwalker@recordedbooks.com]
**Bcc:**
**Subject:** FW: Downloadable question

| From: | Jerry Hadley <jhadley@recordedbooks.com> |
|---|---|
| Sent: | Monday, February 12, 2007 4:05 PM |
| To: | Scott Wasinger <swasinger@netlibrary.com> |
| Cc: | msmith@recordedbooks.com; Matt Walker <mwalker@recordedbooks.com> |
| Subject: | FW: Downloadable question |

Scott,

**Confidential**

**RB000024**

We thought this was fixed – can you
explain?

Jerry

**From:** Mary Smith
[mailto:msmith@recordedbooks.com]

**Sent:** Monday, February 12, 2007
3:33 PM

**To:** 'Jerry Hadley'

**Subject:** FW: Downloadable question

License Error. I thought this was fixed....

Mary

**Confidential**

**From:** Jeff Metz
[mailto:jmetz@recordedbooks.com]

**Sent:** Monday, February 12, 2007
3:31 PM

**To:** 'Mary Smith'

**Subject:** Downloadable question

Mary,

I've heard this one a few times.  Do we have any standard fix?  Thanks.

"Jeff,
I had a patron come in who said he successfully downloaded an eaudiobook to his
computer, and sees the file on his desktop. But when he tries to open the file
to download to his MP3 player, he gets  a message that says something like
autorization for license is denied because he previously dowloaded the file,
even though he never did that. It's a Pimsleur language (Russian) book, I
believe."

**Confidential**

**Jeff Metz**

Library Representative

jmetz@recordedbooks.com

1-800-638-1304 x1350

631-871-1308  Cell

**Confidential**

**From:** Jerry Hadley [jhadley@recordedbooks.com]
**Sent:** 01/16/2007
**To:** Scott Wasinger [swasinger@netlibrary.com]
**Cc:** Mary Smith [msmith@recordedbooks.com]; Matt Walker [mwalker@recordedbooks.com]; Paul Gillespie [pgillespie@recordedbooks.com]
**Bcc:**
**Subject:** FW: eAudio still NOT working

| From: | Jerry Hadley <jhadley@recordedbooks.com> |
|---|---|
| Sent: | Tuesday, January 16, 2007 2:58 PM |
| To: | Scott Wasinger <swasinger@netlibrary.com> |
| Cc: | Mary Smith <msmith@recordedbooks.com>; Matt Walker <mwalker@recordedbooks.com>; Paul Gillespie <pgillespie@recordedbooks.com> |
| Subject: | FW: eAudio still NOT working |
| Attach: | eAudioError.jpg |

Scott,

As we discussed, a contact from your technical people today would be well

received at the library - Iowa City.

Jerry

Confidential

-----Original Message-----

From: Paul Gillespie [mailto:pgillespie@recordedbooks.com]

Sent: Tuesday, January 16, 2007 2:54 PM

To: Jerry Hadley

Subject: FW: eAudio still NOT working

Paul Gillespie

Recorded Books, LLC

fax (319) 358-7538

(800) 638-1304 X1319

pgillespie@recordedbooks.com

-----Original Message-----

From: Kara Logsden [mailto:KLOGSDEN@icpl.org]

Sent: Friday, January 12, 2007 3:16 PM

To: pgillespie@recordedbooks.com

Subject: Fwd: eAudio still NOT working

FYI ~~ Kara

**Confidential**

**RB000029**

>>> Hal Penick 1/12/2007 10:05 am >>>

We are working with a different person at OCLC to try and resolve our

eAudio download problems. Currently anyone using the service receives an

error message from NetLibrary (attached) after they enter they enter

their barcode and password at our site. I will keep you posted.


thanks,

Hal


ps. Sorry form the "Urgent" tag, but this is a really popular service

and I am sure people will be calling. - hp

**Confidential**

# NetLibrary

Welcome to the eContent Collection

✖ A problem has occurred while processing your request. The problem has been logged so that it can be corrected. We apologize for the inconvenience.

Go to Home.



Home  |  Advanced Search  |  About NetLibrary  |  Help  |  Site Map  |  Log In
© 2001 - 2007, NetLibrary, a division of OCLC Online Computer Library Center, Inc. All rights reserved.
Privacy Policy  |  Terms of Use  |  Warranty Disclaimer

Confidential

RB000031

**From:** Jerry Hadley [jhadley@recordedbooks.com]
**Sent:** 01/16/2007
**To:** Scott Wasinger [swasinger@netlibrary.com]
**Cc:** Mary Smith [msmith@recordedbooks.com]; Matt Walker [mwalker@recordedbooks.com]; Paul Gillespie [pgillespie@recordedbooks.com]
**Bcc:**
**Subject:** FW: eAudio still NOT working

| From: | Jerry Hadley <jhadley@recordedbooks.com> |
|---|---|
| Sent: | Tuesday, January 16, 2007 2:58 PM |
| To: | Scott Wasinger <swasinger@netlibrary.com> |
| Cc: | Mary Smith <msmith@recordedbooks.com>; Matt Walker <mwalker@recordedbooks.com>; Paul Gillespie <pgillespie@recordedbooks.com> |
| Subject: | FW: eAudio still NOT working |
| Attach: | eAudioError.jpg |

Scott,

As we discussed, a contact from your technical people today would be well

received at the library - Iowa City.

Jerry

-----Original Message-----

**Confidential**

**RB000032**

From: Paul Gillespie [mailto:pgillespie@recordedbooks.com]

Sent: Tuesday, January 16, 2007 2:54 PM

To: Jerry Hadley

Subject: FW: eAudio still NOT working

Paul Gillespie

Recorded Books, LLC

fax (319) 358-7538

(800) 638-1304 X1319

pgillespie@recordedbooks.com

-----Original Message-----

From: Kara Logsden [mailto:KLOGSDEN@icpl.org]

Sent: Friday, January 12, 2007 3:16 PM

To: pgillespie@recordedbooks.com

Subject: Fwd: eAudio still NOT working

FYI ~ Kara

>>> Hal Penick 1/12/2007 10:05 am >>>

**Confidential**

**RB000033**

We are working with a different person at OCLC to try and resolve our

eAudio download problems. Currently anyone using the service receives an

error message from NetLibrary (attached) after they enter they enter

their barcode and password at our site. I will keep you posted.


thanks,

Hal


ps. Sorry form the "Urgent" tag, but this is a really popular service

and I am sure people will be calling. - hp

**Confidential**

**RB000034**



**NetLibrary**

Welcome to the eContent Collection

✖ A problem has occurred while processing your request. The problem has been logged so that it can be corrected. We apologize for the inconvenience.




Go to Home.

Home | Advanced Search | About NetLibrary | Help | Site Map | Log In
© 2001 – 2007, NetLibrary, a division of OCLC Online Computer Library Center, Inc. All rights reserved.
Privacy Policy | Terms of Use | Warranty Disclaimer

Confidential                                                                                       RB000035

**From:** Jerry Hadley [jhadley@recordedbooks.com]
**Sent:** 02/05/2007
**To:** Scott Wasinger [swasinger@netlibrary.com]
**Cc:** Matt Walker [mwalker@recordedbooks.com]; msmith@recordedbooks.com; Downingbt@aol.com
**Bcc:**
**Subject:** FW: eAudiobook Issues

---

namespaceuri=""urn:schemas-microsoft-com:office:smarttags"" name=""PlaceType""/>
name=""PlaceName""/>
name=""place""/>
name=""Street""/>
name=""address""/>
name=""PersonName""/>

| From: | Jerry Hadley <jhadley@recordedbooks.com> |
|---|---|
| Sent: | Monday, February 5, 2007 4:22 PM |
| To: | Scott Wasinger <swasinger@netlibrary.com> |
| Cc: | Matt Walker <mwalker@recordedbooks.com>; msmith@recordedbooks.com; Downingbt@aol.com |
| Subject: | FW: eAudiobook Issues |

---

Scott,

Confidential

RB000036

Here is the email where Mary describes two
major customer concerns.

If the license acquisition issue has been fixed
that is great, though I am troubled that it should have taken six weeks to
resolve.

We will wait to hear from you on the
indexing problem.  Hopefully, this issue will receive immediate attention,
because it too has been outstanding for quite a while.

Jerry

face=""Times New Roman"">

**From:**face=Tahoma> Mary Smith
[mailto:msmith@recordedbooks.com]

**Confidential**

**RB000037**

**Sent:** Friday, February 02, 2007
3:25 PM

**To:** 'Jerry Hadley'

**Subject:** eAudiobook Issues

Jerry,

As we discussed today, there are a few issues with
eAudiobooks that have grown over the past few weeks.

=2 face=Tahoma>style='mso-list:Ignore'>1.)style='font:7.0pt ""Times New Roman"">   size=2 face=Tahoma>License
Acquisition~ Once a title has been downloaded and the user chooses to play the
file, they receive an error stating that the license could not be acquired.
 I learned about this problem in late December and forwarded customers to
OCLC tech support for assistance as suggested by NetLibrary. There is no rhyme
or reason for the error that I can identify. I would estimate that I have
spoken to approx. a dozen libraries regarding this problem including w:st=""on"">Wyoming w:st=""on"">State, CLAMS,
and w:st=""on"">Concord Free PL.

=2 face=Tahoma>style='mso-list:Ignore'>2.)style='font:7.0pt ""Times New Roman"">   size=2 face=Tahoma>Title
Indexing~ If a user is looking for a specific title, say w:st=""on"">44 Scotland Street, they will receive an
error stating that the title is not part of the library's collection. The
search feature no longer works for some of the titles due to an indexing
problem. I learned of this issue about two months ago with the new releases. We
thought it was a "fluke", but have since learned that this is a
global issue. I have spoken to approx. a dozen libraries regarding this issue
including CLAMS, Bergen
County, Capital Area
District Library.

**Confidential**                                                                  **RB000038**

It is my understanding that OCLC tech support is flooded
with complaints from customers regarding these problems. I feel that NetLibrary
has not given this issue enough attention as it is clearly affecting our
customers and is only looking at the second issue on a case by case basis.

Mary

Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext. 1421

fax: 208-474-4525

**From:** Jerry Hadley [jhadley@recordedbooks.com]
**Sent:** 02/05/2007
**To:** Scott Wasinger [swasinger@netlibrary.com]
**Cc:** Matt Walker [mwalker@recordedbooks.com]; msmith@recordedbooks.com; Downingbt@aol.com
**Bcc:**
**Subject:** FW: eAudiobook Issues

| From: | Jerry Hadley <jhadley@recordedbooks.com> |
|---|---|
| Sent: | Monday, February 5, 2007 4:22 PM |
| To: | Scott Wasinger <swasinger@netlibrary.com> |
| Cc: | Matt Walker <mwalker@recordedbooks.com>; msmith@recordedbooks.com; Downingbt@aol.com |
| Subject: | FW: eAudiobook Issues |

Scott,

**Confidential**

**RB000040**

Here is the email where Mary describes two
major customer concerns.

If the license acquisition issue has been fixed
that is great, though I am troubled that it should have taken six weeks to
resolve.

We will wait to hear from you on the
indexing problem.  Hopefully, this issue will receive immediate attention,
because it too has been outstanding for quite a while.

Jerry

**From:** Mary Smith
[mailto:msmith@recordedbooks.com]

**Sent:** Friday, February 02, 2007

**Confidential**

3:25 PM

**To:** 'Jerry Hadley'

**Subject:** eAudiobook Issues

Jerry,

As we discussed today, there are a few issues with
eAudiobooks that have grown over the past few weeks.

License
Acquisition~ Once a title has been downloaded and the user chooses to play the
file, they receive an error stating that the license could not be acquired.
I learned about this problem in late December and forwarded customers to
OCLC tech support for assistance as suggested by NetLibrary. There is no rhyme
or reason for the error that I can identify. I would estimate that I have
spoken to approx. a dozen libraries regarding this problem including Wyoming State, CLAMS, and Concord Free PL.

Title
Indexing~ If a user is looking for a specific title, say 44 Scotland Street, they will receive an
error stating that the title is not part of the library's collection. The
search feature no longer works for some of the titles due to an indexing
problem. I learned of this issue about two months ago with the new releases. We
thought it was a "fluke", but have since learned that this is a
global issue. I have spoken to approx. a dozen libraries regarding this issue
including CLAMS, Bergen
County, Capital Area
District Library.

**Confidential**                                                                                           **RB000042**

It is my understanding that OCLC tech support is flooded
with complaints from customers regarding these problems. I feel that NetLibrary
has not given this issue enough attention as it is clearly affecting our
customers and is only looking at the second issue on a case by case basis.

Mary

Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext. 1421

fax: 208-474-4525

**Confidential**

**From:** Jerry Hadley [jhadley@landmarkaudio.com]
**Sent:** 01/26/2007
**To:** Scott Wasinger [swasinger@netlibrary.com]
**Cc:** msmith@recordedbooks.com; Matt Walker [mwalker@recordedbooks.com]; Downingbt@aol.com; Zoie Mellios [zmellios@netlibrary.com]
**Bcc:**
**Subject:** FW: [SpS: 5] BCCLS Custom Reporting

namespaceuri=""urn:schemas-microsoft-com:office:smarttags"" name=""country-region""/>
name=""City""/>
name=""place""/>

| From: | Jerry Hadley <jhadley@landmarkaudio.com> |
|---|---|
| Sent: | Friday, January 26, 2007 11:21 AM |
| To: | Scott Wasinger <swasinger@netlibrary.com> |
| Cc: | msmith@recordedbooks.com; Matt Walker <mwalker@recordedbooks.com>; Downingbt@aol.com; Zoie Mellios <zmellios@netlibrary.com> |
| Subject: | FW: [SpS: 5] BCCLS Custom Reporting |

Scott,

Confidential

RB000044

I wanted to clarify the details of w:st=""on"">Bergen's request, and ask if Mary Smith, who has
worked closely with Bergen, can speak directly
with the technical staff who researched Bergen's
request to make sure everyone understands the parameters of their request.

In speaking with Guy from BCCLS this past
week, it became clear to us that the data previously provided to w:st=""on"">Bergen included ONLY CHECKOUTS
WITH NO RENEWALS.  We wondered if this might significantly change the scope
of the project, since it would involve not a breakout of renewals from
checkouts but a separate tracking of renewals.  The current reports on the
LRC contain a number for checkouts and a number for renewals, i.e. these two
separate totals are currently being tracked.  All w:st=""on"">Bergen wants is to have those numbers for
each branch in their system on a monthly basis, on one report.

color=navy face=Arial>Bergencolor=navy face=Arial> has already told us they do not intend to pay additional charges
for this data, and we are confused as well due to the apparently straight-forward
nature of their request.  If the internet services librarian currently
computes the above data above manually from already published reports, it is
difficult to see how a software program could not easily accommodate the same
process.

We get the strongest impression from
speaking with BCCLS that their $73,000 contract will not be renewed on account
of this issue, and further we need to get an answer to them by early next week.

Let us know if Mary can speak directly
with someone on your technical staff, or if what has been described above might

**RB000045**

change the scope, and therefore the cost, of this effort.

Jerry

face=""Times New Roman"">

**From:**face=Tahoma> Scott Wasinger
[mailto:swasinger@netlibrary.com]

**Sent:** Wednesday, January 17, 2007
5:04 PM

**To:** Jerry Hadley

**Cc:** msmith@recordedbooks.com

**Subject:** RE: [SpS: 5] BCCLS Custom
Reporting

Jerry,

It is for the first year.  Subsequent

**Confidential**                                                                          **RB000046**

year pricing would be reduced as much of our cost would be incurred in the year
one up front development.


Scott




face=""Times New Roman"">



**From:** face=Tahoma> Jerry Hadley
[mailto:jhadley@landmarkaudio.com]

**Sent:** Tuesday, January 16, 2007
11:04 AM

**To:** Scott Wasinger

**Cc:** msmith@recordedbooks.com

**Subject:** RE: [SpS: 5] BCCLS Custom
Reporting




Scott,


**Confidential**                                                                **RB000047**

Is this cost a per/annum charge?


Jerry


face=""Times New Roman"">


**From:** face=Tahoma> Scott Wasinger
[mailto:swasinger@netlibrary.com]

**Sent:** Tuesday, January 16, 2007
11:44 AM

**To:** Jerry Hadley

**Subject:** [SpS: 5] BCCLS Custom
Reporting


Jerry,


We have reviewed in detail the requirements to accommodate
BCCLS' custom reporting request.  The cost to deliver exactly as
requested is $8,500.  Delivery would be roughly 60 days from start date.

**Confidential**                                                                              **RB000048**

The primary component behind this cost and timeline is the renewal information which is outside of the scope of our current tracking and reporting capabilities. We would therefore have to establish a separate project and commit substantial technical resources to develop this reporting capability. If BCCLS would like to exclude the renewal component but include some of the other elements listed below, please advise in detail so we can determine requirements and associated cost.

Regards,

Scott

style='font-size:10.0pt;font-family:""Courier New"">----Original Message-----

style='font-size:10.0pt;font-family:""Courier New"">> From: Guy Dobson [href=""mailto:guy@bccls.org"">mailto:guy@bccls.org]

style='font-size:10.0pt;font-family:""Courier New"">> Sent: Tuesday, December 12, 2006 11:38 AM

style='font-size:10.0pt;font-family:""Courier New"">> To: Mary Smith

style='font-size:10.0pt;font-family:""Courier New"">> Cc: robert@bccls.org

style='font-size:10.0pt;font-family:""Courier New"">> Subject: [SpS: 5] RE: [SpS: 5] RE:netLibrary stats

style='font-size:10.0pt;font-family:""Courier New"">>

**Confidential**

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>>> I have attached the
data files that I received from NetLibrary. Let

style='font-size:10.0pt;font-family:""Courier New""'>>> me

style='font-size:10.0pt;font-family:""Courier New""'>> know

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>>> when you have had a
chance to review.

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>> Mary,

**Confidential**

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> Thanks. This is a great
start. Here's what I see still needs work:

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> When I tried to open
these *.txt files with a text editor (WordPad) I

style='font-size:10.0pt;font-family:""Courier New"">> got gobbledyguck.

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> Excel doesn't like the
format but at least I was able to view the

style='font-size:10.0pt;font-family:""Courier New"">>contents.

style='font-size:10.0pt;font-family:""Courier New"">> If these

RB000051

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>> could be created as
real honest to goodnes *.xls files that would be best.

style='font-size:10.0pt;font-family:""Courier New""'>> ~~~This shouldn't be a
problem but I will confirm with NetLibrary.

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>> RE accounts.txt the
following libraries (UserNames(-ADMIN)) are not

style='font-size:10.0pt;font-family:""Courier New""'>> included...CARL,

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>> CLTR, CRES, ERUT, ELPK,
FAVW, FRLK, GARF, GLRG, HAPK,
LEON, NBER,

style='font-size:10.0pt;font-family:""Courier New""'>> NOVL, NOWD, OAKL,

style='font-size:10.0pt;font-family:""Courier New""'>>

**RB000052**

style='font-size:10.0pt;font-family:""Courier New"">> ORAD, PARA, PASC, RFPK....does this mean that they were left out or

style='font-size:10.0pt;font-family:""Courier New"">> does

style='font-size:10.0pt;font-family:""Courier New"">it

style='font-size:10.0pt;font-family:""Courier New"">> mean

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> that they enjoyed no new accounts in 11/06 ? ~~~ I'm not sure but will

style='font-size:10.0pt;font-family:""Courier New"">find

style='font-size:10.0pt;font-family:""Courier New"">> out.

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> RE usage.txt there is one column for checkouts. We would like to see

style='font-size:10.0pt;font-family:""Courier New"">> both checkouts

**Confidential**

**RB000053**

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>> and renewals. I found
that when I include all of the "Collections" I

style='font-size:10.0pt;font-family:""Courier New""'>> don't get a

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>> renewals column.
Searching for just the 3 non-Pimsleur "eAudio..."

style='font-size:10.0pt;font-family:""Courier New""'>> collections and

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>> then the 1
"Pimsleur" collections returns both columns : checkouts and

style='font-size:10.0pt;font-family:""Courier New""'>> renewals.

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>> Also, not all libraries
are listed for either non-Pimsleur, Pimsleur,

style='font-size:10.0pt;font-family:""Courier New""'>> or both. It

style='font-size:10.0pt;font-family:""Courier New""'>>

Confidential

RB000054

style='font-size:10.0pt;font-family:""Courier New"">> looks like those that aren't listed = 0. Could you confirm that?

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> What does Pimsler (With Core) mean ? ~~ This is NetLibrary's code for

style='font-size:10.0pt;font-family:""Courier New"">> Pimsleur titles. I've been including the "eAudiobooks w:st=""on"">US &

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> Canada Core Collection" among the nonPimsleur stats.

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> RE both

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> could the UserName (ex: RAMS-ADMIN) be included as one of the columns?

style='font-size:10.0pt;font-family:""Courier New"">This

Confidential

style='font-size:10.0pt;font-family:""Courier New"">> would

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> enable me to sort the
list to jive with the spreadsheet that I'm using

style='font-size:10.0pt;font-family:""Courier New"">here:

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>
href=""http://www.bccls.org/buckles/stats/DABs/rBooks.xls"">http://www.bccls.org/buckles/stats/DABs/rBooks.xls
~~ I will find out.

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> There's no list of
titles and cumulative stats but I remember when we

style='font-size:10.0pt;font-family:""Courier New"">talked

style='font-size:10.0pt;font-family:""Courier New"">> on the

style='font-size:10.0pt;font-family:""Courier New"">>

Confidential

style='font-size:10.0pt;font-family:""Courier New"">> phone that you said I
could get those by logging on with a different

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> UserName/Password. What
is that UserName/Password ?  BCCLS-ADMIN

style='font-size:10.0pt;font-family:""Courier New"">> audio12

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> If you want to talk
about any of this I'll be around. Thanks,

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">> Guy

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

style='font-size:10.0pt;font-family:""Courier New"">>

**Confidential**

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>> Guy Dobson

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>> Internet Services
Librarian

style='font-size:10.0pt;font-family:""Courier New""'>>

style='font-size:10.0pt;font-family:""Courier New""'>> www.bccls.org
201-489-1283

**Confidential**

**From:** Jerry Hadley [jhadley@landmarkaudio.com]
**Sent:** 01/26/2007
**To:** Scott Wasinger [swasinger@netlibrary.com]
**Cc:** msmith@recordedbooks.com; Matt Walker [mwalker@recordedbooks.com]; Downingbt@aol.com; Zoie Mellios [zmellios@netlibrary.com]
**Bcc:**
**Subject:** FW: [SpS: 5] BCCLS Custom Reporting

| From: | Jerry Hadley <jhadley@landmarkaudio.com> |
|---|---|
| Sent: | Friday, January 26, 2007 11:21 AM |
| To: | Scott Wasinger <swasinger@netlibrary.com> |
| Cc: | msmith@recordedbooks.com; Matt Walker <mwalker@recordedbooks.com>; Downingbt@aol.com; Zoie Mellios <zmellios@netlibrary.com> |
| Subject: | FW: [SpS: 5] BCCLS Custom Reporting |

Scott,

**Confidential**

I wanted to clarify the details of Bergen's request, and ask if Mary Smith, who has
worked closely with Bergen, can speak directly
with the technical staff who researched Bergen's
request to make sure everyone understands the parameters of their request.

In speaking with Guy from BCCLS this past
week, it became clear to us that the data previously provided to Bergen included ONLY CHECKOUTS
WITH NO RENEWALS.  We wondered if this might significantly change the scope
of the project, since it would involve not a breakout of renewals from
checkouts but a separate tracking of renewals.  The current reports on the
LRC contain a number for checkouts and a number for renewals, i.e. these two
separate totals are currently being tracked.  All Bergen wants is to have those numbers for
each branch in their system on a monthly basis, on one report.

Bergen has already told us they do not intend to pay additional charges
for this data, and we are confused as well due to the apparently straight-forward
nature of their request.  If the internet services librarian currently
computes the above data manually from already published reports, it is
difficult to see how a software program could not easily accommodate the same
process.

We get the strongest impression from
speaking with BCCLS that their $73,000 contract will not be renewed on account
of this issue, and further we need to get an answer to them by early next week.

Let us know if Mary can speak directly
with someone on your technical staff, or if what has been described above might
change the scope, and therefore the cost, of this effort.

Confidential

Jerry

**From:** Scott Wasinger
[mailto:swasinger@netlibrary.com]

**Sent:** Wednesday, January 17, 2007
5:04 PM

**To:** Jerry Hadley

**Cc:** msmith@recordedbooks.com

**Subject:** RE: [SpS: 5] BCCLS Custom
Reporting

Jerry,

It is for the first year.  Subsequent
year pricing would be reduced as much of our cost would be incurred in the year
one up front development.

**Confidential**

**RB000061**

Scott

**From:** Jerry Hadley
[mailto:jhadley@landmarkaudio.com]

**Sent:** Tuesday, January 16, 2007
11:04 AM

**To:** Scott Wasinger

**Cc:** msmith@recordedbooks.com

**Subject:** RE: [SpS: 5] BCCLS Custom
Reporting

Scott,

Is this cost a per/annum charge?

**Confidential**

Jerry

**From:** Scott Wasinger
[mailto:swasinger@netlibrary.com]

**Sent:** Tuesday, January 16, 2007
11:44 AM

**To:** Jerry Hadley

**Subject:** [SpS: 5] BCCLS Custom
Reporting

Jerry,

We have reviewed in detail the requirements to accommodate
BCCLS' custom reporting request. The cost to deliver exactly as
requested is $8,500. Delivery would be roughly 60 days from start date.
The primary component behind this cost and timeline is the renewal
information which is outside of the scope of our current tracking and reporting
capabilities. We would therefore have to establish a separate project and
commit substantial technical resources to develop this reporting

**Confidential**

RB000063

capability. If BCCLS would like to exclude the renewal component but
include some of the other elements listed below, please advise in detail so we
can determine requirements and associated cost.

Regards,

Scott

----Original Message-----

> From: Guy Dobson [mailto:guy@bccls.org]

> Sent: Tuesday, December
12, 2006 11:38 AM

> To: Mary Smith

> Cc: robert@bccls.org

> Subject: [SpS: 5] RE:
[SpS: 5] RE:netLibrary stats

>

>

**RB000064**

>

>

>

>> I have attached the
data files that I received from NetLibrary. Let

>> me

> know

>

>> when you have had a
chance to review.

>

>

>

> Mary,

>

RB000065

>

>

> Thanks. This is a great
start. Here's what I see still needs work:

>

>

>

> When I tried to open
these *.txt files with a text editor (WordPad) I

> got gobbledyguck.

>

> Excel doesn't like the
format but at least I was able to view the

contents.

> If these

>

**RB000066**

> could be created as
real honest to goodnes *.xls files that would be best.


> ~~~This shouldn't be a
problem but I will confirm with NetLibrary.


>


>


>


> RE accounts.txt the
following libraries (UserNames(-ADMIN)) are not


> included...CARL,


>


> CLTR, CRES, ERUT, ELPK,
FAVW, FRLK, GARF, GLRG, HAPK,
LEON, NBER,


> NOVL, NOWD, OAKL,


>


> ORAD, PARA,
PASC, RFPK....does this mean that they were left out or

**Confidential**

> does

it

> mean

>

> that they enjoyed no
new accounts in 11/06 ? ~~~ I'm not sure but will

find

> out.

>

>

>

> RE usage.txt there is one
column for checkouts. We would like to see

> both checkouts

>

> and renewals. I found
that when I include all of the "Collections" I

> don't get a

>

> renewals column.
Searching for just the 3 non-Pimsleur "eAudio..."

> collections and

>

> then the 1
"Pimsleur" collections returns both columns : checkouts and

> renewals.

>

> Also, not all libraries
are listed for either non-Pimsleur, Pimsleur,

> or both. It

>

> looks like those that
aren't listed = 0. Could you confirm that?

Confidential

RB000069

>

> What does Pimsler (With
Core) mean ? ~~ This is NetLibrary's code for

> Pimsleur titles. I've
been including the "eAudiobooks US &

>

> Canada Core
Collection" among the nonPimsleur stats.

>

>

>

> RE both

>

> could the UserName (ex:
RAMS-ADMIN) be included as one of the columns?

This

> would

Confidential

>

> enable me to sort the
list to jive with the spreadsheet that I'm using

here:

>

> http://www.bccls.org/buckles/stats/DABs/rBooks.xls
~~ I will find out.

>

>

>

> There's no list of
titles and cumulative stats but I remember when we

talked

> on the

>

> phone that you said I
could get those by logging on with a different

>

> UserName/Password. What
is that UserName/Password ?  BCCLS-ADMIN

> audio12

>

>

>

> If you want to talk
about any of this I'll be around. Thanks,

>

> Guy

>

>

>

> ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

RB000072

>

> Guy Dobson

>

> Internet Services
Librarian

>

> www.bccls.org
201-489-1283

Confidential

RB000073

**From:** Jerry Hadley [jhadley@landmarkaudio.com]
**Sent:** 01/08/2007
**To:** Arlene Sahraie [arlene@bccls.org]
**Cc:** downingn@oclc.org; robert@bccls.org; bccls@bccls.org; eric@bccls.org; luca@bccls.org; guy@bccls.org; arlene@bccls.org; downingbt@aol.com; dwiley@recordedbooks.com; walker100@verizon.net; msmith@recordedbooks.com
**Bcc:**
**Subject:** RE: Recommended listening devices. Immediate attention requested.

| | |
|---|---|
| **From:** | Jerry Hadley <jhadley@landmarkaudio.com> |
| **Sent:** | Monday, January 8, 2007 10:56 AM |
| **To:** | Arlene Sahraie <arlene@bccls.org> |
| **Cc:** | downingn@oclc.org; robert@bccls.org; bccls@bccls.org; eric@bccls.org; luca@bccls.org; guy@bccls.org; arlene@bccls.org; downingbt@aol.com; dwiley@recordedbooks.com; walker100@verizon.net; msmith@recordedbooks.com |
| **Subject:** | RE: Recommended listening devices. Immediate attention requested. |
| **Attach:** | Tested Players Dec 06.xls |

Dear Arlene,

Thank you for your email about recommended listening devices for

eAudiobooks.  The library obviously renders its patrons a high level of

**RB000074**

service, for which you are to be commended.

The tested players list on the NetLibrary site is an abbreviated version of

a more comprehensive tested players list that Recorded Books gives to all

libraries that sign up for the service.  We continue to test recently

available players - the addition of the Creative Zen V, JVC, and Philips are

the result of that testing.  I have attached the list for your review.

In our experience, local major retailers are not the first source that

people look to for electronic purchases - the selection and pricing offered

by online vendors is generally far superior.  We recommend that you send

your patrons to vendors like Amazon.com and Tigerdirect.com.  For instance,

all the highlighted players on the attached list are available in stock on

Amazon.com as of today.  As to the issue of price, over half the players on

our list cost under $150, with four under $100.

I agree with your comments about the players recently tested - all the

difficulties cited would make them unacceptable for the service.  We tested

the Creative Zen V, however, and did not experience the same problems as you

did.

Please call either myself or Mary Smith (x1421) here at Recorded Books with

Confidential

further questions.

Jerry Hadley

Recorded Books

800-638-1304 x1336

-----Original Message-----

From: Arlene Sahraie [mailto:arlene@bccls.org]

Sent: Friday, January 05, 2007 11:31 AM

To: msmith@recordedbooks.com

Cc: downingn@oclc.org; robert@bccls.org; bccls@bccls.org; eric@bccls.org;

luca@bccls.org; guy@bccls.org; arlene@bccls.org; downingbt@aol.com;

dwiley@recordedbooks.com; walkcr100@verizon.net

Subject: Recommended listening devices. Immediate attention requested.

Dear Mary:

We've gone through the list of "Tested Players" on the NetLibrary website

and have

assessed them for availability from major retailers, functionality and

price.

RB000076

We did not investigate any device over $200, believing that to be the price

threshold for most of our patrons.  That eliminates four from your list: the

Archos

Gmini 402 Camcorder, the Archos Pocket Video Recorder AV 420, the Samsung

YP-Z5 &

the Toshiba Gigabeat S30.

The Archos Gmini XS 100 needed a firmware update, which we view as an

unacceptable

product to offer patrons.  We feel that it is unreasonable to recommend a

product

that needs immediate updating upon purchase.

With regard to availability, our attempts were with local major retailers

frequented

by our patrons.  We were unable to locate the Creative Zen Micro, the

Samsung

YP-T7JZ, the Samsung YP-Z5, the Archos Gmini XS 100, Archos Pocket Video

Recorder

AV420 & the Toshiba Gigabeat S30.

**Confidential**

**RB000077**

This leaves us with the Creative Zen Nano Plus which, albeit available, has

what we

consider serious functionality issues with the fast-forward and rewind

features.

As you may or may not know, we have put a great deal of effort into

assisting our

patrons with all facets of the downloadable audiobook experience including a

list of

recommended players on our downloadable website page

(http://www2.bccls.org/eAudio/netLibrary/).   The players on our list of

recommended

devices are no longer available and we cannot stand behind any of the

players on

your list.   We find ourselves at a loss as to what to recommend and we

cannot NOT

provide this assistance as we promote the format.

This past week, we've tested three new players: the SanDisk Sansa e250,

Creative Zen

**Confidential**

**RB000078**

V & the Samsung YP-T9J.   All three had significant problems which rendered

them

unacceptable.  The Samsung skips every 20 or so seconds.  The SanDisk &

Creative Zen

have serious issues with fast-forwarding and rewind.  The Creative Zen V

freezes and

requires a reset when the fast-forward feature is used.  The SanDisk will

only

fast-forward and rewind at what appear to be 15 to 20 second increments and

for the

length of any audiobook this just doesn't work.  Imagine fast-forwarding

through 10

hours of audio in 15-second intervals.  Not acceptable.

From the 10 public demonstrations we've given within the past year we've

learned

that patrons want exact manufacturers and model numbers and do not want to

veer from

our recommended list.

**Confidential**

Ultimately, we find ourselves very frustrated in trying to assist the many

patrons

who contact us for assistance on a daily basis.   We're spending a great

deal of

money and staff time vigorously promoting a product for which we are largely

unable

to offer an appropriate portable listening device.   We seek guidance from

the

technical experts at OCLC, NetLibrary and Recorded Books and look forward to

hearing

from you as soon as possible with a satisfactory resolution to this urgent

matter.

Sincerely,

Eric Lozauskas (eric@bccls.org)

Luca Manna (luca@bccls.org)

Arlene Sahraie (arlene@bccls.org)

Cc

**Confidential**                                                                      **RB000080**

Brian Downing

N. Downing

Matt Walker

Robert White

Dave Wiley

--

Arlene Sahraie

Library Services Director

BCCLS - Bergen County Cooperative Library System

810 Main St.

Hackensack, NJ 07601

Tel.: 201-489-1904

FAX: 201-489-4215

www.bccls.org

arlene@bccls.org

**Confidential**

**RB000081**

Tested Players and Features

## Tested Players

| | DRM Compatible | Bookmarking | On/Off Marker | Full Time Display | Nonvolatile Memory | Flash Memory | Hard Drive | Forward and Reverse | Lock Option | File Size Limitation* | Mac-Color Display | WMA Compatible | 256MB | 512MB | 1G | 1.5G | 20 and up | 40/80 | 4GB x 1GB | >1GB | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Archos Gmini XS100 | ● | | ● | ● | | | ● | ● | ● | | | | | | | ● | ● | ● | ● | | |
| Creative MuVo Slim | ● | | ● | ● | | ● | | ● | ● | | ● | | | | ● | | | ● | | | |
| Creative Zen Nano Plus | ● | | ● | ● | ● | | | ● | ● | | | | ● | ● | ● | | | ● | | | |
| Creative Zen Touch | ● | | ● | ● | | | ● | ● | ● | | | | | | ● | | | | ● | | |
| Creative Zen Micro | ● | ● | ● | ● | | ● | | ● | ● | ● | | | | | ● | | | | ● | | Custom software has some difficulty transfering license |
| Creative Zen V | ● | ● | ● | ● | | ● | | ● | ● | ● | | | | ● | | | | ● | | | |
| HP Pocket PC | ● | | ● | ● | | ● | | ● | ● | | ● | ● | | ● | | | | ● | | | |
| iRiver H10 | ● | | ● | ● | | ● | | ● | ● | | | | | ● | | | | ● | | | |
| JVC XA-MP51 | ● | | ● | ● | ● | | | ● | ● | | ● | ● | ● | | | | ● | | | | |
| Philips HDD6330 | ● | | ● | ● | | | ● | ● | ● | | | | | ● | | | | ● | | | |
| Rave MP 2.5 ARC | ● | | ● | ● | | ● | | ● | ● | | | | | ● | | | | ● | | | |
| RCA Lyra 2765 | ● | | ● | ● | | ● | | ● | ● | | | | | ● | | | | ● | | | |
| Samsung YP-T7G | ● | | ● | ● | | ● | | ● | ● | | ● | ● | | | ● | | | | | | |
| Samsung YP-Z5 | ● | | ● | ● | | ● | | ● | ● | | | | | ● | | | | | | | |
| SanDisc 256 x3100 | ● | | ● | ● | | ● | | ● | ● | | ● | ● | | | ● | | | | | | |
| Toshiba Gigabeat F10 | ● | ● | ● | ● | | | ● | ● | ● | | | | | ● | | | | ● | | | |

Many players on the market are designed primarily for use with music. Functions important for audiobooks include:

1) Support of WMP/DRM encrypted files - all recommended players meet this criterion
2) Adequate memory - 256MB will hold one eight-hour book, 512MB will hold two books, 1G will hold four books, etc.
3) Bookmarking or "Off/On" - "Off/On" defined as shutting player off without stopping/pausing, then restarting player to return to same place in file
4) Full time display/Forward and Reverse - other aids to navigability
5) Ability to play 34Kbps WMA files

*File Size Limitation - time stamping fails on larger files

**From:** Jerry Hadley [jhadley@landmarkaudio.com]
**Sent:** 01/08/2007
**To:** Arlene Sahraie [arlene@bccls.org]
**Cc:** downingn@oclc.org; robert@bccls.org; bccls@bccls.org; eric@bccls.org; luca@bccls.org; guy@bccls.org; arlene@bccls.org; downingbt@aol.com; dwiley@recordedbooks.com; walker100@verizon.net; msmith@recordedbooks.com
**Bcc:**
**Subject:** RE: Recommended listening devices. Immediate attention requested.

| From: | Jerry Hadley <jhadley@landmarkaudio.com> |
|---|---|
| Sent: | Monday, January 8, 2007 10:56 AM |
| To: | Arlene Sahraie <arlene@bccls.org> |
| Cc: | downingn@oclc.org; robert@bccls.org; bccls@bccls.org; eric@bccls.org; luca@bccls.org; guy@bccls.org; arlene@bccls.org; downingbt@aol.com; dwiley@recordedbooks.com; walker100@verizon.net; msmith@recordedbooks.com |
| Subject: | RE: Recommended listening devices. Immediate attention requested. |
| Attach: | Tested Players Dec 06.xls |

Dear Arlene,

Thank you for your email about recommended listening devices for

eAudiobooks. The library obviously renders its patrons a high level of

service, for which you are to be commended.

RB000083

The tested players list on the NetLibrary site is an abbreviated version of

a more comprehensive tested players list that Recorded Books gives to all

libraries that sign up for the service.  We continue to test recently

available players - the addition of the Creative Zen V, JVC, and Philips are

the result of that testing.  I have attached the list for your review.

In our experience, local major retailers are not the first source that

people look to for electronic purchases - the selection and pricing offered

by online vendors is generally far superior.  We recommend that you send

your patrons to vendors like Amazon.com and Tigerdirect.com.  For instance,

all the highlighted players on the attached list are available in stock on

Amazon.com as of today.  As to the issue of price, over half the players on

our list cost under $150, with four under $100.

I agree with your comments about the players recently tested - all the

difficulties cited would make them unacceptable for the service.  We tested

the Creative Zen V, however, and did not experience the same problems as you

did.

Please call either myself or Mary Smith (x1421) here at Recorded Books with

**Confidential**

further questions.

Jerry Hadley

Recorded Books

800-638-1304 x1336

-----Original Message-----

From: Arlene Sahraie [mailto:arlene@bccls.org]

Sent: Friday, January 05, 2007 11:31 AM

To: msmith@recordedbooks.com

Cc: downingn@oclc.org; robert@bccls.org; bccls@bccls.org; eric@bccls.org;

luca@bccls.org; guy@bccls.org; arlene@bccls.org; downingbt@aol.com;

dwiley@recordedbooks.com; walker100@verizon.net

Subject: Recommended listening devices. Immediate attention requested.

Dear Mary:

We've gone through the list of "Tested Players" on the NetLibrary website

and have

assessed them for availability from major retailers, functionality and

price.

We did not investigate any device over $200, believing that to be the price

threshold for most of our patrons.  That eliminates four from your list: the

Archos

Gmini 402 Camcorder, the Archos Pocket Video Recorder AV 420, the Samsung

YP-Z5 &

the Toshiba Gigabeat S30.


The Archos Gmini XS 100 needed a firmware update, which we view as an

unacceptable

product to offer patrons.  We feel that it is unreasonable to recommend a

product

that needs immediate updating upon purchase.


With regard to availability, our attempts were with local major retailers

frequented

by our patrons.  We were unable to locate the Creative Zen Micro, the

Samsung

YP-T7JZ, the Samsung YP-Z5, the Archos Gmini XS 100, Archos Pocket Video

Recorder

AV420 & the Toshiba Gigabeat S30.

**Confidential**

**RB000086**

This leaves us with the Creative Zen Nano Plus which, albeit available, has

what we

consider serious functionality issues with the fast-forward and rewind

features.

As you may or may not know, we have put a great deal of effort into

assisting our

patrons with all facets of the downloadable audiobook experience including a

list of

recommended players on our downloadable website page

(http://www2.bccls.org/eAudio/netLibrary/).   The players on our list of

recommended

devices are no longer available and we cannot stand behind any of the

players on

your list.   We find ourselves at a loss as to what to recommend and we

cannot NOT

provide this assistance as we promote the format.

This past week, we've tested three new players: the SanDisk Sansa e250,

**Confidential**

**RB000087**

Creative Zen

V & the Samsung YP-T9J.    All three had significant problems which rendered

them

unacceptable.  The Samsung skips every 20 or so seconds.  The SanDisk &

Creative Zen

have serious issues with fast-forwarding and rewind.  The Creative Zen V

freezes and

requires a reset when the fast-forward feature is used.  The SanDisk will

only

fast-forward and rewind at what appear to be 15 to 20 second increments and

for the

length of any audiobook this just doesn't work.  Imagine fast-forwarding

through 10

hours of audio in 15-second intervals.  Not acceptable.

From the 10 public demonstrations we've given within the past year we've

learned

that patrons want exact manufacturers and model numbers and do not want to

veer from

**Confidential**

our recommended list.

Ultimately, we find ourselves very frustrated in trying to assist the many

patrons

who contact us for assistance on a daily basis.    We're spending a great

deal of

money and staff time vigorously promoting a product for which we are largely

unable

to offer an appropriate portable listening device.    We seek guidance from

the

technical experts at OCLC, NetLibrary and Recorded Books and look forward to

hearing

from you as soon as possible with a satisfactory resolution to this urgent

matter.

Sincerely,

Eric Lozauskas (eric@bccls.org)

Luca Manna (luca@bccls.org)

Arlene Sahraie (arlene@bccls.org)

Confidential

Cc

Brian Downing

N. Downing

Matt Walker

Robert White

Dave Wiley

--

Arlene Sahraie

Library Services Director

BCCLS - Bergen County Cooperative Library System

810 Main St.

Hackensack, NJ  07601

Tel.:  201-489-1904

FAX:  201-489-4215

www.bccls.org

**Confidential**

**RB000090**

arlene@bccls.org

Confidential

Tested Players and Features

**Tested Players**

| | DRM Compatible | Bookmarking | ON/Off Resume | Full Time Display | Rechargeable Battery | Hard Drive | Flash Memory | Forward and Reverse | Lock Option | File Size Limitation | Model-Color Display | eBook Compatible | 256MB | 512MB | 1G | 2G and up | <2GB | 8/16 x 4x00 | >1GB | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Archos Gmini XS100 | • | | • | • | • | | • | • | • | | • | | | | • | • | • | | • | |
| Creative MuVo Slim | • | | • | • | • | | • | • | • | | | | • | | | | • | | | |
| Creative Zen Nano Plus | • | | • | • | • | | • | • | • | | | | • | • | • | | • | | • | |
| Creative Zen Touch | • | | • | • | • | | • | • | • | | | | | | | • | | | • | Custom software has some difficulty transfering license |
| Creative Zen Micro | • | • | • | • | • | | • | • | • | • | | | | | | • | | | • | |
| Creative Zen V | • | • | • | • | • | | • | • | • | • | | | | | | • | | | • | |
| HP Pocket PC | • | | • | • | • | | • | • | • | • | | • | • | | | • | | | • | |
| iRiver H10 | • | | • | • | • | | • | • | • | • | | | | | | • | | | • | |
| JVC XA-MP51 | • | | • | • | • | • | | • | • | | • | | • | • | • | | • | | | |
| Philips HDD6320 | • | | • | • | • | | • | • | • | | • | | | | | • | | | • | |
| Rave MP 2.5 ARC | • | | • | • | • | | • | • | • | | • | | | | | • | | • | | |
| RCA Lyra 2785 | • | | • | • | • | | • | • | • | | • | | | | | • | | • | | |
| Samsung YP-T7U | • | | • | • | • | | • | • | • | | • | | | • | • | | • | | | |
| Samsung YP-T5 | • | | • | • | • | | • | • | • | | • | | | | | • | | • | | |
| SanDisc 256 e3100 | • | | • | • | • | | • | • | • | | | | • | • | | | • | | | |
| Toshiba Gigabeat F10 | • | • | • | • | • | | • | • | • | | | | | | | • | | | • | |

Many players on the market are designed primarily for use with music. Functions important for eaudiobooks include:

1) Support of WMP/DRM encrypted files - all recommended players meet this criterion
2) Adequate memory - 256MB will hold one eight-hour book, 512MB will hold two books, 1G will hold four books, etc.
3) Bookmarking or "Off/On" - "Off/On" defined as shutting player off without stopping/pausing, then restarting player to return to same place in file
4) Full time display/Forward and Reverse - other aids to navigability
5) Ability to play 34Kbps WMA files

*File Size Limitation - time stamping fails on larger files

**RB000092**