# Redacted

**Confidential**

**RB000112**

# Redacted

-----Original Message-----

From: Rich Rosy [mailto:rrosy@netlibrary.com]

Sent: Tuesday, May 16, 2006 1:45 AM

To: Downingbt@aol.com; walker100@verizon.net

Cc: mkanwischer@netlibrary.com; swasinger@netlibrary.com;

gharrison@netlibrary.com; jhadley@recordedbooks.com

Subject: Re: Patron Authentication

Agree

Rich

-----Original Message-----

From: "Downingbt@aol.com" <Downingbt@aol.com>

Subj: Re: Patron Authentication

Date: Mon May 15, 2006 9:03 pm

Size: 944 bytes

**Confidential**

**RB000113**

To: "walker100@verizon.net" <walker100@verizon.net>, "rrosy@netlibrary.com"

<rrosy@netlibrary.com>

cc: "mkanwischer@netlibrary.com" <mkanwischer@netlibrary.com>,

"swasinger@netlibrary.com" <swasinger@netlibrary.com>,

"gharrison@netlibrary.com" <gharrison@netlibrary.com>,

"jhadley@recordedbooks.com" <jhadley@recordedbooks.com>

Maybe we should schedule a call to discuss the status and what we should be

saying to customers?  Sound good?  Matt, can you coordinate?

Brian and  Rich,

To my knowledge we do not have one  library in the country that has

successfully implemented the new  authentication program. I have instructed

our sales

force to only talk about  it if they have to and then in the most general

terms

**Confidential**

(i.e. we are working on  something). We need to make this work to maintain

our position against  Overdrive and keep our customers satisfied and willing

to

continue to  invest.

What is the status and what are we  doing to fix it?

Matt  Walker

National Sales  Director

Recorded  Books

Office 800-638-1304  X1323

Cell  410-991-7682

Fax  410-535-6347

Brian T.  Downing

Publisher

**Confidential**

**RB000115**

Recorded Books, LLC

270 Skipjack Road

Prince Frederick, Maryland 20678

phone 410.535.5590 ext. 1147

fax  202.318.3242

**Confidential**

Website Error.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, April 14, 2005 10:34 AM
To: 'Jeanette Sontoski'
Cc: 'Jerry Hadley'
Subject: Website Error

Follow Up Flag: Follow up
Flag Status: Green

Hi Jeanette,


I received a call from Amherst Public library stating that they receive the
following message when they try to download a book:


A problem has occurred during your request. The problem has been logged so that it
can be corrected.


I logged into their site and receive the same error along with 10 other library
sites.


Any ideas?


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Confidential

RB000117

FW Fwd downloadable audios intermittent problem.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, June 15, 2005 8:43 AM
To: 'Jeanette Sontoski'
Subject: FW: [Fwd: downloadable audios] intermittent problem

Follow Up Flag: Follow up
Flag Status: Green

Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

-------------------------------------------------------------------------

From: Monica McAbee [mailto:monica.mcabee@pgcmls.info]
Sent: Tuesday, June 14, 2005 3:59 PM
To: Karl McFarland
Cc: Mary Smith
Subject: Re: [Fwd: downloadable audios] intermittent problem

Thanks, Karl. The instructions look good.

 Just now I tried to click on "Create a New Account" and I got one of these:
The requested resource was moved. It could be found here:
http://legacy.netlibrary.com/multimedia/images/marketing/EbookOfTheMonth/129219.gif

When I clicked on it I got an image of the book, Freakonomics. How appropriate...
I then went back and tried again, got as far as filling in my account info, and got
the "resource was moved" message again. Then, Warning: Page has expired. So now I
have to do this all over again.

This has happened to me before on this site. It's intermittent. I'm copying in Mary
Smith so she'll be aware of it.
Monica

Karl McFarland wrote:

They have to do it inside the library.  Read the page I link to below.  That is the
page that a remote user would get if she clicked on the downloadable books icon on
our home page.  Let me know if you think it is unclear.
Karl

Monica McAbee wrote:

Sorry, Karl, I'm still unclear on this: can our customers now establish an account
remotely, or do they have to do that in the library?
I got a voicemail from Deborah Davis (MR) saying she couldn't use the site remotely.
I'll try to get more details from her.
                              Page 1

**Confidential**                                                                              **RB000118**

FW Fwd downloadable audios intermittent problem.txt

Monica

Confidential

RB000119

FW Recorded Books Downloadable Audiobooks and SanDisk e140.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, April 18, 2006 10:25 AM
To: 'OCLC Customer Support'
Subject: FW: Recorded Books Downloadable Audiobooks and SanDisk e140

Follow Up Flag: Follow up
Flag Status: Green

Violita,


I thought this problem was fixed but apparently the customer has another license
question. I'm not sure how to answer this, could you help please?


Thanks,

Mary



---------------------------------------------------------------------------

From: David Johnson [mailto:d72johnson@msn.com]
Sent: Monday, April 17, 2006 8:33 PM
To: 'Mary Smith'
Subject: RE: Recorded Books Downloadable Audiobooks and SanDisk e140


Mary,


I tried this and it didn't work for Adams vs. Jefferson by John Firling. So I tried
this on another book that I was having a similar problem with: Hidden Prey by John
Sandford and have the same problem.

I went to my net-library account and clicked on renew license. I thought it worked,
since the book was renewed. I did this on Saturday. I now have this book
(unreadable - or is it unlistenable) for another 17 days.


When I click on this book to listen to it, it says I need to obtain a license. I
thought that when I renewed the book I would obtain an updated valid workable
license. Can you help me out on how to obtain a valid license or to delete this
from my list.


Thanks,


Dave

---------------------------------------------------------------------------
Page 1

Confidential                                                                   RB000120

FW Recorded Books Downloadable Audiobooks and SanDisk e140.txt
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, April 13, 2006 10:50 AM
To: 'David Johnson'
Subject: RE: Recorded Books Downloadable Audiobooks and SanDisk e140


David,


WMP will prompt to back up licenses for any copyrighted material. This does not
pertain to the eAudiobooks. You can back them up if you wish and overwrite the
previous license but it is not necessary.


Mary


------------------------------------------------------------------------

From: David Johnson [mailto:d72johnson@msn.com]
Sent: Thursday, April 13, 2006 10:39 AM
To: 'Mary Smith'
Subject: RE: Recorded Books Downloadable Audiobooks and SanDisk e140


Mary,


Thank you.


I have deleted the file from my computer since I finished listening to the book
using my mp3 player.


From the explanation, I think I now know what happened.  Since I occasionally travel
across time zones, I changed my system clock to match the time zone (EDT -> CDT ->
EDT).  I regularly do this when I cross time-zones.  Thus, I should figure anything
downloaded will be unreadable if I re-set my system clock.  This isn't something I
like.  I also occasionally change my clock when I adjust it to more closely match
what I think is the right time.


Another question: last night when I downloaded a new book, it asked if I wanted to
create a back-up copy of my license.  I initially indicated 'yes', but then it told
me that I would overwrite my existing backup.  I then said 'no'.  Where can I get
some information on what is really happening here?  Should I overwrite?


Thanks,


                                    Page 2


**Confidential**                                                    **RB000121**

FW Recorded Books Downloadable Audiobooks and SanDisk e140.txt

Dave

------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, April 13, 2006 9:58 AM
To: 'Dee Johnson'
Subject: RE: Recorded Books Downloadable Audiobooks and SanDisk e140

Sir:

I received the following response from NetLibrary/OCLC. Please let me know if this does not fix the problem for you.

Hello Mary,

Thank you for contacting OCLC Customer Support.

This is ultimately a timing problem that this patron is having on their laptop. What happened is that the patron originally downloaded the eAudiobook file, played it fine on the laptop, transferred it to the SanDisk. Started listening on the SanDisk.

Now in the interim on the laptop. Either the patron turned off the laptop, the battery ran out, the laptop stayed on for a couple of days, who knows... etc... but in any case the laptop's computer clock got off sync from what it used to be. Either it was running fast or it was running slow. When he restarted his laptop again and attempted to play the eAudiobook file he got the error message

"We are unable to issue a license to play the eAudiobook on this computer because a license has already been issued for this eAudiobook file on another computer..."

This is because NetLibrary eAudiobooks are DRM protected and if the timing is off in the slightest from what it was originally when the patron initially downloaded and played the file NetLibrary doesn't allow you to play the file and will issue the error.

The solution for the patron is to try and renew the license. If he attempts to just redownload the file (which is what he did) he will still get that same message over

Page 3

Confidential

RB000122

FW Recorded Books Downloadable Audiobooks and SanDisk e140.txt

and over again. That old license essentially is "hosed". He needs to acquire a new clean license.

Tell him to do the following:

1. Login to NetLibrary and click on the "My Checked Out Items" link in the top right corner of NetLibrary to find your checked out books 2. Find the eAudiobook title and click on "Download this Audiobook" link.

3. Click on the link "Renew your checkout for 21 Days (No Download. Only license to play file)"

4. Perform these steps for any titles that give you the licensing error. This will renew your license and allow you to listen to your audiobook.

If renewing the license does not correct the problem for this particular title, please let me know the Patron's NetLibrary username and I will do a manual recheckin of the eAudiobook "Adams v Jefferson" for the patron.

Please let me know if there is anything more I can help you with regarding this issue.

Sincerely,

Violita

Senior Support Analyst

Customer Support Department

OCLC Inc.

email: support@oclc.org

phone: 800-848-5800

---------------------------------------------------------------------

From: Dee Johnson [mailto:d72johnson@msn.com]
Sent: Wednesday, April 12, 2006 2:54 PM
To: Mary Smith
Cc: dsolove@bapl.org
Subject: Re: Recorded Books Downloadable Audiobooks and SanDisk e140

Mary,

Confidential

RB000123

FW Recorded Books Downloadable Audiobooks and SanDisk e140.txt
Thank you for your reply.


The problem I am having I believe is with netLibrary and not with my mp3 player.  I can say that I am not entirely happy with the San Disk e140 and would NOT recommend it for wma-secure coded audio books.  In communicating with San Disk, numerous time last week, it was concluded that if I have several tracks on it, say 2 books and 10 songs, I can pause and shut it off.  When I turn it back on, it will return to the beginning of the track I was listening to.  Thus, if the audio book is on track 3 and I have listened to 3 hours out of 10, it will start me at the beginning.  Thus, I wanted to listen to the end of the book I had checked out.


Here is what I tried to send Dan yesterday:


Dan,


Please feel  free to add to this based upon our discussion this morning.  I feel I have wasted 20 minutes already and this shouldn't be a problem.


I downloaded Adams v Jefferson by John Firling on my laptop.

I started to listen to it.  I then transferred it to my MP3 player.

I listened to 8 hours of the 11 hours.

I NOW want to listen to the last 3 hours on my laptop.


It tells me I need to acquire a license.


I get the following message: we are unable to issue a license to play the auditobook on this computer because a license has already been issued for this audiobook on another computer.  Please use the computer you used to originally open the file in order to listen to or transfer the audiobook.


It is the computer I originally downloaded.


I attempted to download a second copy.  I was able to download.  But again I got the same error message.


HELP!!!!


Dave

Page 5

Confidential

RB000124

FW Recorded Books Downloadable Audiobooks and SanDisk e140.txt

Mary,  what I want to know is:

Why is it asking me to obtain a license when I already obtained one?  Why doesn't it recognize it?

How does one re-obtain a license?  I tried downloading it a second time and it wouldn't let me obtain a license.  I was able to download, but no license, therefore it was a waste of time.

Can I delete the item from my account on net-library and start fresh?


Thanks,


Dave

   ----- Original Message -----

   From: Mary Smith

   To: d72johnson@msn.com

   Cc: dsolove@bapl.org

   Sent: Wednesday, April 12, 2006 12:30 PM

   Subject: Recorded Books Downloadable Audiobooks and SanDisk e140


   Dear Sir:


   I have spoken with Dan Solove at the Bethlehem Area Public Library regarding the issue with the SanDisk e140 player. Unfortunately, I do not have that specific model but I did retest other SanDisk models for the resume feature capability. Both models that I tested resumed appropriately. I am concerned that the file may have been corrupted during the original transfer to the player. I have seen this previously and normally the only way to fix it is to delete the original file and re-sync. If this does not fix the problem, than I would suggest that you contact SanDisk's tech support. It is possible the player has a damaged drive or that it is incompatible with the eAudiobook file.


   I wish I could be of more assistance. Please feel free to contact me with any questions/concerns.


   Thank you for your interest in Recorded Books Downloadable service.


   Best,

Confidential

RB000125

FW Recorded Books Downloadable Audiobooks and SanDisk e140.txt
Mary

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421
208-474-4525--fax

Confidential

RB000126

FW SpS 5 eAudiobook troubles.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, November 13, 2006 12:08 PM
To: 'OCLC Customer Support'
Subject: FW: [SpS: 5] eAudiobook troubles

Follow Up Flag: Follow up
Flag Status: Green

---------------------------------------------------------------------------

From: Roger Corriveau [mailto:rcorriveau@recordedbooks.com]
Sent: Monday, November 13, 2006 11:56 AM
To: 'Mary Smith'
Cc: 'Jerry Hadley'
Subject: FW: [SpS: 5] eAudiobook troubles

Hi Mary,

        Another problem with the Netlibrary site.  The books that were DL'd were
Blueberry Muffin Murder, Four to Score and One for the Money if this helps.  Thanks.

---------------------------------------------------------------------------

From: Alison [mailto:aboutaugh@thompsonpubliclibrary.org]
Sent: Monday, November 13, 2006 11:46 AM
To: 'Roger Corriveau'
Subject: [SpS: 5] eAudiobook troubles

Hi Roger,

Not sure who to talk with, so I thought I'd start with you!

A staff member was downloading books this Saturday, and they came up with very
strange due dates – NOT the 3 weeks.  Two went out for 18 days + hours/mins , and
one was for 7 days + hours/mins.  Has something changed??

Alison

~ ~ ~ ~ ~ ~ ~ ~ ~ ~

Alison Boutaugh

Library Director

Page 1

Confidential

RB000127

FW SpS 5 eAudiobook troubles.txt

Thompson Public Library

934 Riverside Drive

North Grosvenordale, CT  06255

860.923.9779

860.923.3705 FAX

www.thompsonpubliclibrary.org

Confidential

RB000128

FW SpS 5 RE leaflets and publicity material for online Recorded Books.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, November 28, 2006 12:03 PM
To: 'OCLC Customer Support'
Subject: FW: [SpS: 5] RE: leaflets and publicity material for online Recorded Books

Follow Up Flag: Follow up
Flag Status: Green

--------------------------------------------------------------------------

From: Eileen Chandler [mailto:echandler@clamsnet.org]
Sent: Tuesday, November 28, 2006 9:37 AM
To: 'Mary Smith'
Subject: [SpS: 5] RE: leaflets and publicity material for online Recorded Books

We are having lots of problems with people finding titles they click on getting
message below and being unable to download titles

"The Link You Clicked is No Longer Valid".  One patron reports 8 out of 10 titles he
tried to download came up with this message.  Yet two worked on the same pc or
laptop.

I've experienced this myself.  I found a FAQ with this problem buried in Netlibrary
FAQ help (not on recorded book site).

http://www.netlibrary.com/Help/DisplayTopic.aspx?Name=General/FaqEaudiobooks which
refers to resetting clock/time on a computer to resolve this.  I checked my time on
my laptop last night when 2 titles I wanted to download displayed with this message.
 My clock and time zone etc. were correct.  The fact that other titles I click on
work fine on same laptop would indicate that this is a Recorded books problem not a
problem with my time setting.

Although I got the message above the titles had still checked out to my account (a
further annoyance).  I've reported this to the online Help but wondered have you any
advice for our frustrated patrons?

Thanks,

Eileen

Eileen Chandler

Bibliographic Services Manager

CLAMS (Cape Libraries Automated Materials Sharing)

270 Communication Way

Confidential                                                                     RB000129

FW SpS 5 RE leaflets and publicity material for online Recorded Books.txt
Hyannis, MA 02601

Tel: 508-790-4399 Ext. 13

email: echandler@clamsnet.org

---------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, November 27, 2006 11:23 AM
To: 'Eileen Chandler'
Subject: RE: leaflets and publicity material for online Recorded Books


Hi Eileen,


I will send out additional materials this week. Please let me know if you have any
questions.


Mary


---------------------------------------------------------------------------

From: Eileen Chandler [mailto:echandler@clamsnet.org]
Sent: Wednesday, November 22, 2006 4:21 PM
To: 'Mary Smith'
Cc: Trish Ford
Subject: leaflets and publicity material for online Recorded Books


Dear Mary,

Our member libraries would like to receive publicity material to hand out to patrons
to publicize the online recorded books.  We received posters and folded  leaflets
when we signed up for the service initially but were told we would get more leaflets
and handouts later as Recorded books was updating their information.  We did not
receive any additional updated material.

 Libraries are particularly interested in an updated list of compatible MP3 players
as well as the leaflet on downloading eAudiobooks to a PC from the Netlibrary site
and subsequently to an MP3 player.

CLAMS has 33 member libraries so if you could send the material here to the CLAMS
office we could arrange for libraries to pick it up from here.

Many thanks,

Eileen Chandler


Eileen Chandler

Page 2

Confidential                                                                    RB000130

FW SpS 5 RE leaflets and publicity material for online Recorded Books.txt
Bibliographic Services Manager

CLAMS (Cape Libraries Automated Materials Sharing)

270 Communication Way

Hyannis, MA 02601

Tel: 508-790-4399 Ext. 13

email: echandler@clamsnet.org

Confidential

RB000131

**Mary Smith**

| | |
|---|---|
| From: | OCLC Customer Support [support@oclc.org] |
| Sent: | Friday, December 15, 2006 4:44 PM |
| To: | qatsupport@netlibrary.com; saltheide@netlibrary.com |
| Cc: | msmith@recordedbooks.com |
| Subject: | [SpS: 5] SR 1-59720082 - bkr - Unable to search for titles using search |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Hello:

Scoville Memorial Library found two eAudiobook titles they can't search by using the
conventional way, they can be found by using direct link
<http://www.netlibrary.com/ebook_info.asp?product_id=>.  Both titles are part of the
library's Content Collection:

The Emperor's Children
Unabridged.
by Messud, Claire.
Narrated by Toren, Suzanne.
http://www.netlibrary.com/ebook_info.asp?product_id=170026
EISBN: 1429405295
ISBN: 1428103155

Right Attitude to Rain
The Right Attitude to Rain : An Isabel Dalhousie Novel Recorded Books Unabridged;
Unabridged.
by McCall Smith, Alexander.
Narrated by Porter, Davina.
http://www.netlibrary.com/ebook_info.asp?product_id=169461
EISBN: 1429403195
ISBN: 1402590687

[THREAD ID:1-ZGEEN]

-----Original Message-----

From:  msmith@recordedbooks.com
Sent:  12/14/2006 03:55:07 PM
To:  "'OCLC Customer Support'" <support@oclc.org>
Subject:  FW: Digital Audios

<html xmlns:v="urn:schemas-microsoft-com:vml" xmlns:o="urn:schemas-microsoft-
com:office:office" xmlns:w="urn:schemas-microsoft-com:office:word" xmlns:st1="urn:schemas-
microsoft-com:office:smarttags" xmlns="http://www.w3.org/TR/REC-html40">

<head>
<META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=us-ascii"> <meta
name=Generator content="Microsoft Word 11 (filtered medium)"> <!--[if !mso]> <style>
v\:* {behavior:url(#default#VML);}
o\:* {behavior:url(#default#VML);}
w\:* {behavior:url(#default#VML);}

1

**Confidential**

**RB000132**

```
.shape {behavior:url(#default#VML);}
</style>
<![endif]--><o:SmartTagType
 namespaceuri="urn:schemas-microsoft-com:office:smarttags" name="PostalCode"/>
<o:SmartTagType namespaceuri="urn:schemas-microsoft-com:office:smarttags"
 name="Street"/>
<o:SmartTagType namespaceuri="urn:schemas-microsoft-com:office:smarttags"
 name="address"/>
<o:SmartTagType namespaceuri="urn:schemas-microsoft-com:office:smarttags"
 name="State"/>
<o:SmartTagType namespaceuri="urn:schemas-microsoft-com:office:smarttags"
 name="City"/>
<!--[if !mso]>
<style>
st1\:*{behavior:url(#default#ieooui) }
</style>
<![endif]-->
<style>
<!--
 /* Font Definitions */
 @font-face
        {font-family:Tahoma;
        panose-1:2 11 6 4 3 5 4 4 2 4;}
 /* Style Definitions */
 p.MsoNormal, li.MsoNormal, div.MsoNormal
        {margin:0in;
        margin-bottom:.0001pt;
        font-size:12.0pt;
        font-family:"Times New Roman";}
a:link, span.MsoHyperlink
        {color:blue;
        text-decoration:underline;}
a:visited, span.MsoHyperlinkFollowed
        {color:blue;
        text-decoration:underline;}
span.EmailStyle17
        {mso-style-type:personal-reply;
        font-family:Arial;
        color:navy;}
@page Section1
        {size:8.5in 11.0in;
        margin:1.0in 1.25in 1.0in 1.25in;}
div.Section1
        {page:Section1;}
-->
</style>
<!--[if gte mso 9]><xml>
 <o:shapedefaults v:ext="edit" spidmax="1026" /> </xml><![endif]--><!--[if gte mso
9]><xml>  <o:shapelayout v:ext="edit">
   <o:idmap v:ext="edit" data="1" />
 </o:shapelayout></xml><![endif]-->
</head>

<body bgcolor=white lang=EN-US link=blue vlink=blue>

<div class=Section1>

<p class=MsoNormal><font size=2 color=navy face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:navy'>I tried searching for these titles as well and the
search function does not find them. However, if I browse through the collections I can
find them both.<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:navy'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:navy'>Thanks,<o:p></o:p></span></font></p>
```

2

**Confidential**

```
<p class=MsoNormal><font size=2 color=navy face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:navy'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:navy'>Mary Smith<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:navy'>Recorded Books, LLC<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:navy'>800-638-1304 ext.1421<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:navy'><o:p> </o:p></span></font></p>

<div>

<div class=MsoNormal align=center style='text-align:center'><font size=3 face="Times New
Roman"><span style='font-size:12.0pt'>

<hr size=2 width="100%" align=center tabindex=-1>

</span></font></div>

<p class=MsoNormal><b><font size=2 face=Tahoma><span style='font-size:10.0pt; font-
family:Tahoma;font-weight:bold'>From:</span></font></b><font size=2 face=Tahoma><span
style='font-size:10.0pt;font-family:Tahoma'> Claudia E. Cayne [mailto:ccayne@biblio.org]
<br> <b><span style='font-weight:bold'>Sent:</span></b> Tuesday, December 12, 2006
2:36 PM<br>
<b><span style='font-weight:bold'>To:</span></b> Roger Corriveau; Mary Smith<br> <b><span
style='font-weight:bold'>Subject:</span></b> Digital Audios</span></font><o:p></o:p></p>

</div>

<p class=MsoNormal><font size=3 face="Times New Roman"><span style='font-size:
12.0pt'><o:p> </o:p></span></font></p>

<div>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt; font-
family:Arial'>HI Roger &amp; Mary</span></font><o:p></o:p></p>

</div>

<div>

<p class=MsoNormal><font size=3 face="Times New Roman"><span style='font-size:
12.0pt'> <o:p></o:p></span></font></p>

</div>

<div>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt; font-
family:Arial'>I am having lots of trouble with the digital audiobooks and it's becoming
more difficult to try and sell our patrons on this product.</span></font><o:p></o:p></p>

</div>

<div>

<p class=MsoNormal><font size=3 face="Times New Roman"><span style='font-size:
12.0pt'> <o:p></o:p></span></font></p>

</div>
```

3

**Confidential**

**RB000134**

```
<div>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt; font-
family:Arial'>First, the web site seems to change constantly so that just when you get
used to one version, it's different.  At the moment, it's just not working.  If
I search for a title that I know exists I get no results.  Two examples:  Right
Attitude to Rain and The Emperor's Children.   If I search for these same titles
in our library catalog, they appear with records which link to the netlibrary site and
display as they should.  I am attaching a document with screen shots of this
phenomenon.</span></font><o:p></o:p></p>

</div>

<div>

<p class=MsoNormal><font size=3 face="Times New Roman"><span style='font-size:
12.0pt'> <o:p></o:p></span></font></p>

</div>

<div>

<p class=MsoNormal><font size=3 face="Times New Roman"><span style='font-size:
12.0pt'> <o:p></o:p></span></font></p>

</div>

<div>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt; font-
family:Arial'>_____<br>
Claudia E. Cayne<br>
Director<br>
Scoville Memorial Library<br>
<st1:address w:st="on"><st1:Street w:st="on">38 Main St.</st1:Street>, <st1:City
w:st="on">Salisbury</st1:City>, <st1:State w:st="on">CT</st1:State> <st1:PostalCode
w:st="on">06068</st1:PostalCode></st1:address><br>
860-435-2838<br>
<a href="mailto:ccayne@biblio.org">ccayne@biblio.org</a></span></font><o:p></o:p></p>

</div>

</div>

</body>

</html>
```

**Confidential**

**RB000135**

**Mary Smith**

| | |
|---|---|
| **From:** | Sharon Altheide [saltheide@netlibrary.com] |
| **Sent:** | Monday, December 18, 2006 12:13 PM |
| **To:** | Zoie Mellios; Mary Smith |
| **Subject:** | re CR 11033 cannot access 4 titles - strange thing |
| **Importance:** | High |

Hi Zoie and Mary

The 4 titles are now available . . .

Sharon

---

**From:** Sharon Altheide
**Sent:** Friday, December 15, 2006 1:52 PM
**To:** Zoie Mellios
**Subject:** CR 11033 RE: strange thing
**Importance:** High

Development and Content Integration are working on this issue; it is an access issue (they should have access).

The MARCs are correct; the 4 titles were added to the eAudiobooks Core Collection.

---

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Thursday, December 14, 2006 2:00 PM
**To:** Zoie Mellios
**Subject:** FW: strange thing

Any idea who could answer this question for me regarding the MARC batches?

Mary

---

**From:** Steve Smith [mailto:smithsm50@earthlink.net]
**Sent:** Thursday, December 14, 2006 9:12 AM
**To:** 'Mary Smith'
**Subject:** FW: strange thing

Hi Mary,

Can you help me with this? I would consider it an early Christmas present. Also, why is it 44? Could the extra 4 be the problem? I don't see any of these on the October or November lists.

Steve

---

4/11/2007

**Confidential**

**RB000136**

**From:** Mary Lou Demeo [mailto:MaryLou.Demeo@loudoun.gov]
**Sent:** Tuesday, December 12, 2006 4:25 PM
**To:** smithsm50@earthlink.net
**Subject:** strange thing

Hi Steve,
Last Friday we got an email with our OCLC records for 44 NetLibrary RB downloadable audiobooks.  The
cataloger brought in the records today.  However there are 4 titles that were in the batch that loaded fine but
when you try to access the books Net Library RB screen says they are not part of our collection.  So I don't know
what is going on.  The titles are
*Plain Truth, Le Divorce, Expected One and Smart and Simple Financial Decisions for Busy People.*  I have no
idea why we would not be able to access these.  Can you please look into this and let me know what happened
or who I should contact to fix.  Thanks very much.
Mary Lou

Mary Lou Demeo
Assistant Director
Loudoun County Public Library
908A Trailview Blvd
Leesburg, VA 20175
703-777-0368   Fax  703-771-5238
mdemeo@loudoun.gov

4/11/2007

**Confidential**

**RB000137**

**Mary Smith**

| | |
|---|---|
| **From:** | Janice Painter [JPainter@princetonlibrary.org] |
| **Sent:** | Tuesday, October 03, 2006 9:23 AM |
| **To:** | Mary Smith |
| **Subject:** | RE: September audiobooks for Princeton Public Library/ and OCLC MARC records. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hi Mary,
Thank you for your help.  I also tried searching netLibrary by those titles after I sent you the email (by title/ limited by eAudiobooks) and was unable to pull any of them up.

There are several titles in the MARC file that weren't on the Word flier from David as well. Don't know if you noticed those.
Janice


-------------------------------
Janice Painter
Manager, Access Services
Princeton Public Library
65 Witherspoon St.
Princeton, NJ  08542

email: jpainter@princetonlibrary.org


---

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Tuesday, October 03, 2006 8:21 AM
**To:** Janice Painter; Barbara Silberstein; dwiley@recordedbooks.com
**Subject:** RE: September audiobooks for Princeton Public Library/ and OCLC MARC records.

Hi Janice,

I am still looking into why you didn't receive the MARCs for the titles listed below and should have an answer for you shortly.

Best,
Mary

**From:** Janice Painter [mailto:JPainter@princetonlibrary.org]
**Sent:** Monday, October 02, 2006 1:39 PM
**To:** Barbara Silberstein; dwiley@recordedbooks.com
**Cc:** msmith@recordedbooks.com
**Subject:** RE: September audiobooks for Princeton Public Library/ and OCLC MARC records.

Hi Barbara, David and Mary,

The file was left for us on OCLC on 9/28. It would be nice to actually get that collection's MARC records sooner in the month.

4/11/2007
**Confidential**

**RB000138**

What is interesting is that we did *not* receive MARC records for the following titles that were in the flier sent by David.

| Le Divorce | Johnson, Diane | Toren, Suzanne | Fiction |
| Renegades | Johnston, William | Guidall, George | Western |
| Expected One, The | McGowan, Kathleen | Stephens, Linda | Fiction |
| Plain Truth | Picoult, Jodi | Toren & Moore | Fiction |
| Smart and Simple Financial Strategies for Busy People | Quinn, Jane Bryant | Foss, Eliza | Self-Help |

Here are the titles/authors that *were* in the OCLC MARC file left on 9/28:

| Gilda Joyce | by Jennifer Allison. |
| How the Garcia girls lost their accents | Julia Alvarez. |
| Biggie and the mangled mortician | by Nancy Bell. |
| River boy | by Tim Bowler. |
| The problem child | by Michael Buckley. |
| Twilight | by Meg Cabot. |
| Younger next year for women | by Chris Crowley and Henry S. Lodge. |
| Undead and unappreciated | by MaryJanice Davidson. |
| The burning bridge | by John Flanagan. |
| The afghan | by Frederick Forsyth. |
| Delectable mountains | by Earlene Fowler. |
| Benjamin Franklin | by Benjamin Franklin. |
| Sisterchicks down under! | Robin Jones Gunn. |
| Final scream | by Lisa Jackson. |
| The next Mrs. Blackthorne | by Joan Johnston. |
| The last gunfighter. | by William W. Johnstone. |
| The Garden of Eden and other criminal delights | by Faye Kellerman. |
| The Akhenaten adventure | by P.B. Kerr. |
| The art of detection | by Laurie R. King. |
| Where yesterday lives | Karen Kingsbury. |
| James Madison and the struggle for the Bill of Rights | by Richard Labunski. |
| B for Buster | by Iain Lawrence. |
| Killer market | by Margaret Maron. |
| I, Dred Scott | by Shelia P. Moses. |
| Sunwing | by Kenneth Oppel. |
| Cold war | David S. Painter. |
| Rise and shine | by Anna Quindlen. |
| Break no bones | by Kathy Reichs. |
| Hip-hop high school | Alan Lawrence Sitomer. |
| There's a girl in my hammerlock | by Jerry Spinelli. |
| Damascus Gate | Robert Stone. |
| The one percent doctrine | by Ron Suskind. |
| Takedown | by Brad Thor. |
| The miracle life of Edgar Mint | by Brady Udall. |
| The first 90 days | Michael Watkins. |
| So you call yourself a man | by Carl Weber. |

I'm forwarding this email to David and Mary directly, as they'll be the ones who need the detail to iron out the discrepancies.
Thank you.
Janice Painter

--------------------------------
Janice Painter
Manager, Access Services
Princeton Public Library
65 Witherspoon St.
Princeton, NJ 08542

email: jpainter@princetonlibrary.org

**From:** Barbara Silberstein
**Sent:** Monday, October 02, 2006 8:47 AM
**To:** Janice Painter
**Subject:** FW: eAudiobook flier

Hi Janice,
That's a big lag!
Barb

**From:** David Wiley [mailto:dwiley@recordedbooks.com]
**Sent:** Fri 9/29/2006 10:41 AM
**To:** Barbara Silberstein
**Subject:** eAudiobook flier

Hi Barbara,

Here's an update on the MARC records. As it says, they'll be working on getting this to libraries earlier.

Hope all is well.

Dave

David Wiley
Library Representative
Recorded Books
800-638-1304, x1339

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Thursday, September 28, 2006 11:18 AM
**To:** 'David Wiley'
**Subject:** RE: [SpS: 5] FW: eAudiobook flier

David,

Here is the normal process for uploading data and MARC notifications.

NetLibrary loads September titles either right before Sept.1 or shortly there after.
OCLC will only send MARC notifications on the 24th of the month, so there is approx. a three week lag.

4/11/2007

**Confidential**

**RB000140**

Princeton will receive their MARC batch for September titles in the beginning of next week. This is late from the norm because they were behind in sending batches.

Carla, Jerry and I discussed this process and will prepare a timeline to try to streamline this process so that customers are not waiting three weeks to see the MARCs.

We will keep you posted.

Mary

---

**From:** David Wiley [mailto:dwiley@recordedbooks.com]
**Sent:** Wednesday, September 27, 2006 3:19 PM
**To:** 'Mary Smith'
**Subject:** FW: [SpS: 5] FW: eAudiobook flier

Hi Mary,

Here's a copy of the flier.

Dave

David Wiley
Library Representative
Recorded Books
800-638-1304, x1339

---

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Wednesday, September 27, 2006 11:37 AM
**To:** 'David Wiley'
**Cc:** 'Jerry Hadley'
**Subject:** FW: [SpS: 5] FW: eAudiobook flier

Hi David,

Can you send me the flyer that you originally sent Princeton? That will help me in trying to find out when the MARCs will be available.

Thanks,
Mary

---

**From:** David Wiley [mailto:dwiley@recordedbooks.com]
**Sent:** Monday, September 25, 2006 3:33 PM
**To:** 'Jerry Hadley'
**Subject:** FW: [SpS: 5] FW: eAudiobook flier

Hi Jerry,

I've been talking with Barbara at Princeton about eAudiobooks and recently sent her the list of September titles. They haven't gotten the MARC records for these yet. When do those get sent out?

David Wiley
Library Representative

4/11/2007

**Confidential**

**RB000141**

Recorded Books
800-638-1304, x1339

**From:** Barbara Silberstein [mailto:BSilberstein@princetonlibrary.org]
**Sent:** Monday, September 25, 2006 3:27 PM
**To:** David Wiley
**Subject:** [SpS: 5] FW: eAudiobook flier

Hi Dave,

We have not yet received the marc records for titles on the flyer you sent.  They are accessible through the netlibrary site.


Barbara

Media Librarian
Princeton Public Library
65 Witherspoon St
Princeton, NJ 08542
609.924.9529x227

Princeton Human Rights Film Festival 2006
www.princetonlibrary.org/phrff

---

**From:** Janice Painter
**Sent:** Monday, September 25, 2006 3:14 PM
**To:** Barbara Silberstein
**Subject:** RE: eAudiobook flier

Hi BJS,
None of these titles is in the last list of MARC records we got from OCLC, so I'm thinking that we won't have the records in our online catalog till the beginning of October. Maybe you can find them in netLibrary, but we won't get the MARC records till after 10/1.

Just thought you'd like to know. ☺
Janice

---

**From:** Barbara Silberstein
**Sent:** Monday, September 25, 2006 1:21 PM
**To:** Janice Painter; Janie Hermann
**Subject:** FW: eAudiobook flier

FYI
I've already posed the flyer.  It does look better than the list I threw together.

---

**From:** David Wiley [mailto:dwiley@recordedbooks.com]
**Sent:** Monday, September 25, 2006 1:36 PM
**To:** Barbara Silberstein
**Subject:** eAudiobook flier

Hi Barbara,


4/11/2007

**Confidential**

**RB000142**

It took me longer than I thought to put this together, but here's the flier we spoke about last week. I'd appreciate any feedback you'd care to give me on this.

My thinking is print one in color (color looks a lot better than black and white on this) and stand it up at the circulation desk or put it near your regular audio books, plus black and white copies for patrons to take if they wish.

Anyway, hope this is useful.

Also, I heard back from Mary Smith in our office answering the browser question, here's her answer:

Unfortunately, the answer is no for Linux and Mac. But the following internet browsers do work off of a Windows platform:

- Internet Explorer 5.5 and above
- Netscape 6.2 and above
- Mozilla 1.1 and above
- Firefox 1.0 and above
- Opera 7.0 and above

Hope this helps!


Mary


David Wiley
Library Representative
Recorded Books
800-638-1304, x1339

Confidential

RB000143

FW Digital Audios.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, December 14, 2006 3:55 PM
To: 'OCLC Customer Support'
Subject: FW: Digital Audios

Follow Up Flag: Follow up
Flag Status: Green

I tried searching for these titles as well and the search function does not find
them. However, if I browse through the collections I can find them both.


Thanks,


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


--------------------------------------------------------------------------------

From: Claudia E. Cayne [mailto:ccayne@biblio.org]
Sent: Tuesday, December 12, 2006 2:36 PM
To: Roger Corriveau; Mary Smith
Subject: Digital Audios


HI Roger & Mary


I am having lots of trouble with the digital audiobooks and it's becoming more
difficult to try and sell our patrons on this product.


First, the web site seems to change constantly so that just when you get used to one
version, it's different. At the moment, it's just not working. If I search for a
title that I know exists I get no results. Two examples: Right Attitude to Rain
and The Emperor's Children. If I search for these same titles in our library
catalog, they appear with records which link to the netlibrary site and display as
they should. I am attaching a document with screen shots of this phenomenon.


Claudia E. Cayne
Director
Scoville Memorial Library
38 Main St., Salisbury, CT 06068
860-435-2838
ccayne@biblio.org

Page 1

Confidential

RB000144

FW Downloadable Romance.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, January 22, 2007 11:36 AM
To: 'OCLC Customer Support'
Subject: FW: Downloadable Romance

Follow Up Flag: Follow up
Flag Status: Green

--------------------------------------------------------------------------------

From: Stephanie Stanton [mailto:willistonparklibrary@yahoo.com]
Sent: Monday, January 22, 2007 10:02 AM
To: msmith@recordedbooks.com
Subject: Downloadable Romance


Mary - I don't know if you are the correct person to contact, but.... I noticed on
the browse by subject that the romance section went down from 79 books to 15. What
happened? I am assuming that the books I have in my favorites can no longer be
downloaded. Where did my romance section go????


Stephanie Stanton
Director
Williston Park Public Library
516-742-1820

--------------------------------------------------------------------------------

Expecting? Get great news right away with email Auto-Check.
Try the Yahoo! Mail Beta.

Confidential

RB000145

**Mary Smith**

| | |
|---|---|
| From: | Desiree Saunders [DSAUND@state.wy.us] |
| Sent: | Friday, January 26, 2007 5:52 PM |
| To: | Mary Smith |
| Subject: | RE: WMP 11 |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Thanks Mary,

I'll wait to hear from Mary.  I have duplicated this problem locally on a test machine.  I get an error message in WMP11 when trying to synch Greg Iles' book 'Mortal Fear'  I'm scanning microsoft help faqs right now...

>>> "Mary Smith" <msmith@recordedbooks.com> 1/26/2007 1:48 PM >>>
Desiree,

You should hear from Sharon Altheide, NetLibrary, by Tuesday. She is on vacation until then.

Let me know if she is unable to resolve the problem.

As a side note, our service is compatible with WMP11. We will update our marketing materials to indicate this on our next print run.

Mary

-----Original Message-----
From: Desiree Saunders [mailto:DSAUND@state.wy.us]
Sent: Thursday, January 25, 2007 11:39 AM
To: Mary Smith
Subject: RE: WMP 11

Thanks Mary,  here's my conversation with the librarian, Cheryl Wright:

-------------------------------------------------------------------------
----------------------
Thanks. I finally got a book to upload from Media Player 11, but I don't know that I did anything differently or if I did what it was. I have probably uploaded at least 50 books and have never had this happen before.
It errored on the first two books I tried on Sunday. I tried another one on my lunch hour and it worked just like before, so I don't know what to tell you. I also suggested that the patron come in and show me what she was doing so maybe I can see if she is doing something wrong.

-----Original Message-----
From: Desiree Saunders - WSL [mailto:des@will.state.wy.us]
Sent: Wednesday, January 24, 2007 2:34 PM
To: Cheryl Wright
Subject: Re: problem with ebooks

The Netlibrary tech specs site is still only listing WMP 9 or 10.  I'll send them a message to see if there are known issues.

Just when I think the technical glitches are settling down... ugh.

Desiree Saunders, Systems Librarian
des@will.state.wy.us / desiree.saunders@state.wy.us WYLD Office, Wyoming State Library
(307) 777-6258

-----Original Message-----

1

**Confidential**                                                                                                    **RB000146**

From: "Cheryl Wright" <cwright@will.state.wy.us>
To: "'Desiree Saunders - WSL'" <des@will.state.wy.us>
Date: Wed, 24 Jan 2007 14:22:07 -0700
Subject: problem with ebooks

> I have encountered a problem with uploading the netlibrary books from
> Media Player 11. All I get is an error message. I thought it was
> something I was doing wrong, but today I received a phone call from a
> patron who is having the same problem. When I go to put the book onto
> my MP3 player I get an error message. It says an error has been
> encountered and then I get a red x beside the title name. Is Media
> Player 11 not compatible with netlibrary?

-------------------------------------------------------------------------
-----------

>>> "Mary Smith" <msmith@recordedbooks.com> 1/25/2007 9:28 AM >>>
Can you forward the email to me as well? I try to track it down for you.

Thanks,
Mary

-----Original Message-----
From: Desiree Saunders [mailto:DSAUND@state.wy.us]
Sent: Thursday, January 25, 2007 11:27 AM
To: Mary Smith
Subject: RE: Big Bamboo

That's weird, I find it today, as did you - but I tried everything on Tuesday and it
didn't come up.  Well, it wouldn't be the first mystery I've encountered this week...

By the way, have you heard anything about problems with Windows Media Player 11?  I had a
problem report from one of our heaviest users and she's pretty technically savvy.  I sent
an email off to my netlibrary contacts too, but I haven't heard back from them.

Thanks for checking that title for me.

-desiree

>>> "Mary Smith" <msmith@recordedbooks.com> 1/25/2007 9:02 AM >>>
Hi Desiree,

I checked and this title is part of your collection. I also logged in as a Wyoming user
and was able to find the title by a keyword search of Big.
Could you try again please and let me know if you run into the same problem?

Thanks,
Mary

-----Original Message-----
From: Desiree Saunders [mailto:DSAUND@state.wy.us]
Sent: Tuesday, January 23, 2007 6:22 PM
To: Mary Smith
Subject: Re: FW: eAudiobooks January update presented by Recorded Books

Hi Mary,

I can't find 'The Big Bamboo' on Netlibrary.  Is it not part of our subscription?  I was
just doing a quick check on some of these latest titles, and couldn't find that one by
title or author.

Thanks for any info.

-desiree

Desiree Saunders
dsaund@state.wy.us

**Confidential**

**RB000147**

Wyoming State Library
(307) 777-6258

E-mail to and from me, in connection with the transaction of public business, is subject
to the Wyoming Public Records Act and may be disclosed to third parties


>>> "Mary Smith" <msmith@recordedbooks.com> 01/23/07 7:53 AM >>>




———

From: Recorded Books [mailto:news@recordedbooks.com]
Sent: Friday, January 12, 2007 4:10 PM
To: E-mail Address
Subject: eAudiobooks January update presented by Recorded Books


<http://www.icebase.com/go.shtml?2007011213070948209&m10870&http://www.reco


rdedbooks.com> Dont miss these new eAudiobook Titles from Recorded Books and NetLibrary!



<http://www.icebase.com/go.shtml?2007011213070948209&m10870&http://mail.rec


ordedbooks.com/rbmedia/2006/library/eAudiobook/Oct.html> If you would like to send this
email to your patrons, please click <http://www.icebase.com/go.shtml?2007011213070948209
&m10870&http://mail.rec


ordedbooks.com/rbmedia/2007/library/eAudiobook/Jan.html>  this link. Select everything on
the page (Ctrl+A) then copy and paste it into a new message in Outlook. You will then be
able to update any text and graphics.

<http://www.icebase.com/go.shtml?2007011213070948209&m10870&http://mail.rec


ordedbooks.com/rbmedia/2006/library/eAudiobook/Sept.html>



The Modern Scholar Lecture Series
Your Coach In a Box

  <http://mail.recordedbooks.com/rbmedia/2005/library/2Q/Connect5.jpg>
1. New Releases <>
2. Introduction to <>  eAudiobooks
3. Benefits to <>  eAudiobooks
4. Getting Started <>
 email Jerry Hadley
<http://mail.recordedbooks.com/rbmedia/2006/library/3Q/plus.gif> Contact Information  <>

3

**Confidential**                                                                              **RB000148**

New Releases (view
<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://mail.rec


ordedbooks.com/rbmedia/2007/library/1Q/eAudiobookJanuary2007.xls>  the Excel
version)  excel version
<http://mail.recordedbooks.com/rbmedia/2006/library/3Q/excelIcon.jpg>


  1 <http://mail.recordedbooks.com/rbmedia/2005/library/2Q/oneOrange.jpg>
   Your patrons can download best-sellers like these:


   <http://www.recordedbooks.com/images/books/98559.jpg>
Copper River

<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.reco


rdedbooks.com/audio/C3933.mp3> Listen

   <http://www.recordedbooks.com/images/books/98512.jpg>
The Boleyn Inheritance

<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.reco


rdedbooks.com/audio/C3885.mp3> Listen

   <http://www.recordedbooks.com/images/books/CT099.jpg>
Overcoming the Five Dysfunctions of a Team

<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.reco


rdedbooks.com/audio/CT099.mp3> Listen

   <http://www.recordedbooks.com/images/books/98562.jpg>
The Language of God

<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.reco


rdedbooks.com/audio/98562.mp3> Listen

<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.reco


rdedbooks.com/audio/UC067.mp3>


Title

Author

4

**Confidential**

**RB000149**

Narrator

Genre

Righteous Men, The

Bourne, Sam

Bradbury, Pete

Thriller

Distant Land, A

Braun, Matt

Guidall, George

Western

Silent Spring

Carson, Rachel

Lee, Kaiulani

Nonfiction

Language of God, The

Collins, Francis

Davis, Jonathan

Nonfiction

Mercy of Thin Air, The

Domingue, Ronlyn

Forbes, Kate

Fiction

Big Bamboo, The

Dorsey, Tim

Wilson, George K.

Mystery

Adventures of Johnny Vermillion, The

Estleman, Loren D.

Davis, Jonathan

Western

Confidential

RB000150

Dark Demon

Feehan, Christine

Ferrone, Richard

Romance

Boleyn Inheritance, The

Gregory, Philippa

various performers

Fiction

Bones to Pick

Haines, Carolyn

Forbes, Kate

Mystery

When Madeline Was Young

Hamilton, Jane

Poe, Richard

Nonfiction

Bellmaker, The

Jacques, Brian

the author and a full cast

Fantasy

Chuck Klosterman IV

Klosterman, Chuck

the author

Nonfiction

Copper River

Krueger, William Kent

Chandler, David

Mystery

Merely the Groom

Lee, Rebecca Hagan

6

RB000151

Leishman, Virginia

Romance


Overcoming the Five Dysfunctions of a Team

Lencioni, Patrick M.

Leffert, Joel

Business


Searching for the Sound

Lesh, Phil

Landrum, Nick

Memoir


Winter's Child

Maron, Margaret

Critt, C. J.

Mystery


Emotions

McCann, Timmothy B.

Free, Kevin R.

Fiction


Mornings on Horseback

McCullough, David

Runger, Nelson

History


Sword and Blossom

Pagnamenta & Williams

MacKenzie, Robert Ian

Nonfiction


Mercy

Picoult, Jodi

Bresnahan, Alyssa

Fiction

Confidential

RB000152

President Reagan: The Triumph of Imagination

Reeves, Richard

Wilson, George K.

Biography


Criss Cross

Rhodes, Evie

Jackson, JD

Horror


Tiger Lillie

Samson, Lisa

McCulloh, Barbara

Inspirational


Blowback

Thor, Brad

Guidall, George

Suspense


MODERN SCHOLAR (click
<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.reco


rdedbooks.com/index.cfm?fuseaction=rb.outside_link&market_set=Library&loc=sc
holar.home>  here for more information on the Modern Scholar lecture series)

New-Modern Scholar courses are now included monthly!

Confidential

RB000153

Shakespeare: The Seven Major Tragedies

Bloom, Harold

the lecturer


From Jesus to Christianity

Madden, Thomas F.

the lecturer



YOUR COACH IN A BOX (click
<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.reco


rdedbooks.com/index.cfm?fuseaction=rb.outside_link&market_set=Library&loc=rb
.search_books%26search_by%3Dprogram%26program_id%3D28> here for more
information on this program)

Fun Is Good

Veeck, Mike & Williams, Pete

Ogle, John



Kick Start Your Success

Wolter, Romanus

the author



Introduction to eAudiobooks


 2 <http://mail.recordedbooks.com/rbmedia/2005/library/2Q/2b.jpg> A
convenient new way to enjoy the latest best-sellers as well as unforgettable
classics! Recorded Books, the world's largest publisher of unabridged
audiobooks, and NetLibrary, the world's leading provider of ebooks, have
teamed to become the primary supplier of downloadable audiobooks to public
libraries. With eAudiobooks you can listen to the latest best-sellers, book
club favorites, award-winning authors, and more-anywhere, anytime.

Confidential

The Benefits of eAudiobooks


  3 <http://mail.recordedbooks.com/rbmedia/2005/library/2Q/threeBlue.jpg> .
NEW colorful site! Visit http://netlibrary.com/recordedbooks/
<http://www.icebase.com/go.shtml?2007011213070948420&m10870&http://netlibra


ry.com/recordedbooks/>
. State-of-the-art authentication
. Over 1,200 titles and growing-featuring New York Times best-sellers and
classics
. Now including The Modern Scholar lecture series and PimsleurR Language
Programs,
    plus Your Coach In a Box
. No more holds-Patrons have access to all titles anytime they want them
. Remote access-Patrons can access the system from their homes
. There are no parts or pieces to get lost or damaged
. Affordability-Tiered pricing structure makes this service appealing to any
library
. No need for your library to buy any equipment




Getting Started


  4 <http://mail.recordedbooks.com/rbmedia/2005/library/2Q/fourGreen.jpg>
After setting up an account with the library your patrons can .
Step 1 Log In
1. Go to your library's home page.
2. Click the NetLibrary audiobook link.
3. Enter your NetLibrary username and password in the Log In box; then click
the red Log In button.

Step 2 Search for a Title
1. Enter your search term in the Basic Search field.
2. Click Search.

Step 3 Check Out
1. From search results, click on Download This Audiobook.
2. Select a download quality: CD quality (for high-speed connections) will
allow transfer to your
    PC and to a Media Player device. Radio quality (for dial-up
connections) will allow transfer to
    computer only.
3. You will be prompted to open or save the audiobook to your desktop.
4. After downloading, open the audiobook in Windows Media to acquire the
license.
5. To download from your PC to a portable device, follow the Media Player
instructions.




To learn more about eAudiobooks
<http://www.icebase.com/go.shtml?2007011213070948420&m10870&mailto:jhadley@

10

**Confidential**                                                                **RB000155**

recordedbooks.com> email Jerry Hadley


Please contact Jerry Hadley at 1-800-638-1304 ext. 1336 or
jhadley@recordedbooks.com
<http://www.icebase.com/go.shtml?2007011213070948209&m10870&mailto:jhadley@


recordedbooks.com>
 Recorded Books and NetLibrary logo
<http://mail.recordedbooks.com/rbmedia/2005/library/3Q/RBNLLOGO.jpg>




<http://www.icebase.com/go.shtml?2007011213070948209&m10870&http://www.cool


eremail.com?libsmarket> Powered by CoolerEmail

This CoolerEmail
<http://www.icebase.com/go.shtml?2007011213070948209&m10870&http://www.cool


eremail.com?libsmarket>  was delivered to you by Recorded Books. You can
take
<http://www.icebase.com/go.shtml?2007011213070948209&m10870&http://www.iceb


ase.com/un.ice?FALN0709484209&msmith@recordedbooks.com&m10870&English>  your
email address off Recorded Books' email list, or update
<http://www.icebase.com/go.shtml?2007011213070948209&m10870&http://www.iceb


ase.com/un.ice?FALN0709484209&msmith@recordedbooks.com&m10870&English>  your
preferences and/or send comments to Recorded Books. If you request to be
taken off Recorded Books' email list, Recorded Books will honor your request
pursuant to CoolerEmail's
<http://www.icebase.com/go.shtml?2007011213070948209&m10870&http://www.cool


eremail.com?libsmarket>  permission-based email terms and conditions. Postal
address: 734 NW 14th Ave., Suite B, Portland, OR 97209

  <http://lei.icebase.net/FALN0709484209_m10870.gif>


11

**Confidential**                                                                **RB000156**

**Mary Smith**

| | |
|---|---|
| **From:** | Sharon Altheide [saltheide@netlibrary.com] |
| **Sent:** | Monday, January 29, 2007 1:03 PM |
| **To:** | Mary Smith |
| **Cc:** | Tiffany Rothe; Zoie Mellios |
| **Subject:** | re: eAudiobooks January update presented by Recorded Books - http://www.netlibrary.com/urlapi.asp?action=summary&v=1&bookid=178816 |

Hi Mary . . . this problem appears to be resolved.  I am now able to search for 'The Big Bamboo' by Title and by Author (using both basic and advanced search).

If you are still not seeing this title in your search results, please let me know.

Sharon

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, January 24, 2007 12:36 PM
To: Zoie Mellios; Sharon Altheide
Subject: FW: FW: eAudiobooks January update presented by Recorded Books


Zoie/Sharon,

I checked this as well under Anne Arundel County PL and was unable to find
the title. Any ideas?

Mary
-----Original Message-----
From: Desiree Saunders [mailto:DSAUND@state.wy.us]
Sent: Tuesday, January 23, 2007 6:22 PM
To: Mary Smith
Subject: Re: FW: eAudiobooks January update presented by Recorded Books

Hi Mary,

I can't find 'The Big Bamboo' on Netlibrary.  Is it not part of our
subscription?  I was just doing a quick check on some of these latest
titles, and couldn't find that one by title or author.

Thanks for any info.

-desiree

Desiree Saunders
dsaund@state.wy.us
Wyoming State Library
(307) 777-6258

E-mail to and from me, in connection with the transaction of public
business, is subject to the Wyoming Public Records Act and may be
disclosed
to third parties


>>> "Mary Smith" <msmith@recordedbooks.com> 01/23/07 7:53 AM >>>

1

**Confidential**

**RB000157**

From: Recorded Books [mailto:news@recordedbooks.com]
Sent: Friday, January 12, 2007 4:10 PM
To: E-mail Address
Subject: eAudiobooks January update presented by Recorded Books


<http://www.icebase.com/go.shtml?2007011213070984209&m10870&http://www.
reco

rdedbooks.com> Dont miss these new eAudiobook Titles from Recorded Books
and
NetLibrary!


<http://www.icebase.com/go.shtml?2007011213070984209&m10870&http://mail
.rec

ordedbooks.com/rbmedia/2006/library/eAudiobook/Oct.html> If you would
like
to send this email to your patrons, please click
<http://www.icebase.com/go.shtml?2007011213070984209&m10870&http://mail
.rec

ordedbooks.com/rbmedia/2007/library/eAudiobook/Jan.html>  this link.
Select
everything on the page (Ctrl+A) then copy and paste it into a new
message in
Outlook. You will then be able to update any text and graphics.


<http://www.icebase.com/go.shtml?2007011213070984209&m10870&http://mail
.rec

ordedbooks.com/rbmedia/2006/library/eAudiobook/Sept.html>



The Modern Scholar Lecture Series
Your Coach In a Box

   <http://mail.recordedbooks.com/rbmedia/2005/library/2Q/Connect5.jpg>
1. New Releases <>
2. Introduction to <>  eAudiobooks
3. Benefits to <>  eAudiobooks
4. Getting Started <>
  email Jerry Hadley
<http://mail.recordedbooks.com/rbmedia/2006/library/3Q/plus.gif> Contact
Information  <>



New Releases (view
<http://www.icebase.com/go.shtml?2007011213070984209&m10870&http://mail
.rec

ordedbooks.com/rbmedia/2007/library/1Q/eAudiobookJanuary2007.xls>  the
Excel
version)  excel version
<http://mail.recordedbooks.com/rbmedia/2006/library/3Q/excelIcon.jpg>
                                   2

**Confidential**

**RB000158**

1 <http://mail.recordedbooks.com/rbmedia/2005/library/2Q/oneOrange.jpg>

Your patrons can download best-sellers like these:

<http://www.recordedbooks.com/images/books/98559.jpg>
Copper River

<http://www.icebase.com/go.shtml?20070112130709484209&ml0870&http://www.
reco

rdedbooks.com/audio/C3933.mp3> Listen

<http://www.recordedbooks.com/images/books/98512.jpg>
The Boleyn Inheritance

<http://www.icebase.com/go.shtml?20070112130709484209&ml0870&http://www.
reco

rdedbooks.com/audio/C3885.mp3> Listen

<http://www.recordedbooks.com/images/books/CT099.jpg>
Overcoming the Five Dysfunctions of a Team

<http://www.icebase.com/go.shtml?20070112130709484209&ml0870&http://www.
reco

rdedbooks.com/audio/CT099.mp3> Listen

<http://www.recordedbooks.com/images/books/98562.jpg>
The Language of God

<http://www.icebase.com/go.shtml?20070112130709484209&ml0870&http://www.
reco

rdedbooks.com/audio/98562.mp3> Listen

<http://www.icebase.com/go.shtml?20070112130709484209&ml0870&http://www.
reco

rdedbooks.com/audio/UC067.mp3>

Title

Author

Narrator

Genre

Righteous Men, The

Bourne, Sam

Bradbury, Pete

Thriller

Distant Land, A

3

**Confidential**

**RB000159**

Braun, Matt

Guidall, George

Western


Silent Spring

Carson, Rachel

Lee, Kaiulani

Nonfiction


Language of God, The

Collins, Francis

Davis, Jonathan

Nonfiction


Mercy of Thin Air, The

Domingue, Ronlyn

Forbes, Kate

Fiction


Big Bamboo, The

Dorsey, Tim

Wilson, George K.

Mystery


Adventures of Johnny Vermillion, The

Estleman, Loren D.

Davis, Jonathan

Western


Dark Demon

Feehan, Christine

Ferrone, Richard

Romance


Boleyn Inheritance, The

Gregory, Philippa

various performers

4

**Confidential**

**RB000160**

Fiction

Bones to Pick
Haines, Carolyn
Forbes, Kate
Mystery

When Madeline Was Young
Hamilton, Jane
Poe, Richard
Nonfiction

Bellmaker, The
Jacques, Brian
the author and a full cast
Fantasy

Chuck Klosterman IV
Klosterman, Chuck
the author
Nonfiction

Copper River
Krueger, William Kent
Chandler, David
Mystery

Merely the Groom
Lee, Rebecca Hagan
Leishman, Virginia
Romance

Overcoming the Five Dysfunctions of a Team
Lencioni, Patrick M.
Leffert, Joel
Business

Searching for the Sound

5

RB000161

Lesh, Phil

Landrum, Nick

Memoir


Winter's Child

Maron, Margaret

Critt, C. J.

Mystery


Emotions

McCann, Timmothy B.

Free, Kevin R.

Fiction


Mornings on Horseback

McCullough, David

Runger, Nelson

History


Sword and Blossom

Pagnamenta & Williams

MacKenzie, Robert Ian

Nonfiction


Mercy

Picoult, Jodi

Bresnahan, Alyssa

Fiction


President Reagan: The Triumph of Imagination

Reeves, Richard

Wilson, George K.

Biography


Criss Cross

Rhodes, Evie

Jackson, JD

6

**RB000162**

Horror

Tiger Lillie

Samson, Lisa

McCulloh, Barbara

Inspirational

Blowback

Thor, Brad

Guidall, George

Suspense

MODERN SCHOLAR (click
<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.reco

rdedbooks.com/index.cfm?fuseaction=rb.outside_link&market_set=Library&loc=sc
holar.home>  here for more information on the Modern Scholar lecture
series)

New-Modern Scholar courses are now included monthly!

Shakespeare: The Seven Major Tragedies

Bloom, Harold

the lecturer

From Jesus to Christianity

Madden, Thomas F.

7

RB000163

the lecturer

YOUR COACH IN A BOX (click
<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.
reco

rdedbooks.com/index.cfm?fuseaction=rb.outside_link&market_set=Library&lo
c=rb
.search_books%26search_by%3Dprogram%26program_id%3D28>  here for more
information on this program)

Fun Is Good

Veeck, Mike & Williams, Pete

Ogle, John

Kick Start Your Success

Wolter, Romanus

the author

Introduction to eAudiobooks

 2 <http://mail.recordedbooks.com/rbmedia/2005/library/2Q/2b.jpg> A
convienent new way to enjoy the latest best-sellers as well as
unforgettable
classics! Recorded Books, the world's largest publisher of unabridged
audiobooks, and NetLibrary, the world's leading provider of ebooks, have
teamed to become the primary supplier of downloadable audiobooks to
public
libraries. With eAudiobooks you can listen to the latest best-sellers,
book
club favorites, award-winning authors, and more-anywhere, anytime.

The Benefits of eAudiobooks

 3 <http://mail.recordedbooks.com/rbmedia/2005/library/2Q/threeBlue.jpg>
NEW colorful site! Visit http://netlibrary.com/recordedbooks/
<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://netl
ibra

8

RB000164

ry.com/recordedbooks/>
. State-of-the-art authentication
. Over 1,200 titles and growing-featuring New York Times best-sellers
and
classics
. Now including The Modern Scholar lecture series and PimsleurR Language
Programs,
   plus Your Coach In a Box
. No more holds-Patrons have access to all titles anytime they want them

. Remote access-Patrons can access the system from their homes
. There are no parts or pieces to get lost or damaged
. Affordability-Tiered pricing structure makes this service appealing to
any
library
. No need for your library to buy any equipment




Getting Started


  4 <http://mail.recordedbooks.com/rbmedia/2005/library/2Q/fourGreen.jpg>
After setting up an account with the library your patrons can .
Step 1 Log In
1. Go to your library's home page.
2. Click the NetLibrary audiobook link.
3. Enter your NetLibrary username and password in the Log In box; then
click
the red Log In button.

Step 2 Search for a Title
1. Enter your search term in the Basic Search field.
2. Click Search.

Step 3 Check Out
1. From search results, click on Download This Audiobook.
2. Select a download quality: CD quality (for high-speed connections)
will
allow transfer to your
    PC and to a Media Player device. Radio quality (for dial-up
connections) will allow transfer to
    computer only.
3. You will be prompted to open or save the audiobook to your desktop.
4. After downloading, open the audiobook in Windows Media to acquire the
license.
5. To download from your PC to a portable device, follow the Media
Player
instructions.




To learn more about eAudiobooks
<http://www.icebase.com/go.shtml?20070112130709484209&m10870&mailto:jhad
ley@

recordedbooks.com> email Jerry Hadley


Please contact Jerry Hadley at 1-800-638-1304 ext. 1336 or
jhadley@recordedbooks.com
<http://www.icebase.com/go.shtml?20070112130709484209&m10870&mailto:jhad
                                  9

**Confidential**                                                                    **RB000165**

ley@

recordedbooks.com>
 Recorded Books and NetLibrary logo
<http://mail.recordedbooks.com/rbmedia/2005/library/3Q/RBNLLOGO.jpg>


<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.
cool

eremail.com?libsmarket> Powered by CoolerEmail

This CoolerEmail
<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.
cool

eremail.com?libsmarket>  was delivered to you by Recorded Books. You can
take
<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.
iceb

ase.com/un.ice?FALN0709484209&msmith@recordedbooks.com&m10870&English>
your
email address off Recorded Books' email list, or update
<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.
iceb

ase.com/un.ice?FALN0709484209&msmith@recordedbooks.com&m10870&English>
your
preferences and/or send comments to Recorded Books. If you request to be
taken off Recorded Books' email list, Recorded Books will honor your
request
pursuant to CoolerEmail's
<http://www.icebase.com/go.shtml?20070112130709484209&m10870&http://www.
cool

eremail.com?libsmarket>  permission-based email terms and conditions.
Postal
address: 734 NW 14th Ave., Suite B, Portland, OR 97209

   <http://lei.icebase.net/FALN0709484209_m10870.gif>

10

**Confidential**                                                    **RB000166**

## Mary Smith

| | |
|---|---|
| **From:** | Mary Smith [msmith@recordedbooks.com] |
| **Sent:** | Friday, February 02, 2007 12:34 PM |
| **To:** | 'Debbie McDonald' |
| **Subject:** | RE: Avon Lake + OCLC problems |

Hi Debbie,

I spoke to Susie today regarding the problems.

Thanks for letting us know about this.
Mary

---

**From:** Debbie McDonald [mailto:debbierecbooks@yahoo.com]
**Sent:** Tuesday, January 30, 2007 9:36 PM
**To:** Mary Smith
**Subject:** RE: Avon Lake + OCLC problems

Hi Mary,

That would be fabulous! Here's the contact information: Susie Brown - (440) 933-7857.

I don't think she'll be upset ... she just wants to understand what's going on.

Thanks for making the call.

Debbie

*Mary Smith <msmith@recordedbooks.com>* wrote:

> Thanks Debbie! Would it be OK if I called the library tomorrow? Who should I talk to?
>
> Mary
>
> ---
> **From:** Debbie McDonald [mailto:debbierecbooks@yahoo.com]
> **Sent:** Monday, January 29, 2007 9:47 PM
> **To:** jhadley@recordedbooks.com; msmith@recordedbooks.com
> **Subject:** Avon Lake + OCLC problems
>
> Hi Jerry and Mary,
>
> Paula thought you should see this.
>
> Thanks,
>
> Debbie
>
> Avon Lake Public Library is frustrated with OCLC support and it's not the first time.
> When Avon Lake talked to OCLC after viewing a patron's email correspondence with OCLC,
> they said it was an "indexing problem." He also told her it can take 3 weeks to a

4/11/2007

**Confidential**

**RB000167**

month to resolve an indexing problem. I checked on this particular title and it appears to have been fixed. The patron and the selector are not happy with OCLCs response to their problem.

The emails are below.

Hi Debbie- Fyi... per our discussion today. They said this was an indexing problem. The only way to see the title: High Country Fall is to login to NetLibrary and search by Author. Weird! Talk to you soon. Susie

-----Original Message-----

From: Laura Lane [mailto:lauralane1@centurytel.net]

Sent: Wednesday, January 24, 2007 9:54 AM

To: Susan Brown

Subject: FW: RE: RE: SR 1-63349972 - bkr - eAudiobook is no longer part of their collection. Hi Susy, here is the string of emails between me and the help desk at netlibrary. The two titles that I want to read are: Home Fires by Margaret Maron High Country Fall by Margaret Maron Thanks for any help you can give me... there's nothing more frustrating than being halfway through a good book and not being able to finish it!

Laura Lane 440-933-3029 -----Original Message-----

From: OCLC Customer Support [mailto:support@oclc.org]

Sent: Tuesday, January 23, 2007 5:32 PM

To: lauralane1@centurytel.net

Subject: RE: RE: RE: SR 1-63349972 - bkr - eAudiobook is no longer part of their collection. The library controls what is part of their collection. The only time the title would be pulled by NetLibrary if the Publisher decides to pull their rights to the title. When I check my list it doesn't show that the Publisher has pulled their rights. Thanks, Bryon [THREAD ID:1-11NMFG] -----

Original Message----- From: lauralane1@centurytel.net

Sent: 1/23/2007 05:21:20 PM

To: "'OCLC Customer Support'" <support@oclc.org>

Subject: RE: RE: SR 1-63349972 - bkr - eAudiobook is no longer part of their collection. Thanks, I will be talking to the lady at the library who is in charge of this program tomorrow. I will share your emails with her. Does the weeding always get done by the library and not OCLC?

-----Original Message----- From: OCLC Customer Support [mailto:support@oclc.org]

Sent: Tuesday, January 23, 2007 5:17 PM

To: lauralane1@centurytel.net

Subject: RE: RE: SR 1-63349972 - bkr - eAudiobook is no longer part of their collection.

When I checked the library's collection I found 8 eAudiobook titles for Margaret Maron and the title you are looking for is not part of their collection. It looks like the library decided to weed the title or it mistakenly removed. That is why I suggest you call the library because they decide what tites are available to their patrons. [THREAD ID:1-11NMFG]

-----Original Message----- From: lauralane1@centurytel.net Sent: 1/23/2007 04:40:29 PM

To: "'OCLC Customer Support'" <support@oclc.org>

Subject: RE: SR 1-63349972 - bkr - eAudiobook is no longer part of their collection.

4/11/2007

**Confidential**

**RB000168**

I don't understand why that would be. It was available three weeks ago because I downloaded it.

-----Original Message----- From: OCLC Customer Support [mailto:support@oclc.org]

Sent: Tuesday, January 23, 2007 3:49 PM

To: lauralane1@centurytel.net

Subject: SR 1-63349972 - bkr - eAudiobook is no longer part of their collection.

Hello Laura, The eAudiobook is not available in the library's collection. I recommend you contact the library to find out why the title is no longer part of their collection. OCLC Customer Support strives to ensure the support we provide meets your needs. Your feedback is very important to us. Please reply to this message to confirm that your needs have been met or to request further assistance. Using "Reply" will retain the Service Request number in the subject line, enabling our system to handle your message correctly. Thank you for contacting OCLC Customer Support. Bryon K. Reed OCLC Customer Support Department (CSD) is available Monday through Friday, 7:00 a.m. - 9:00 p.m., Eastern Time. It is our goal to respond to email support requests within 24 hours Mon-Fri. Email: support@oclc.org Phone: (800) 848-5800 [THREAD ID:1-11NMFG]

-----Original Message----- From: lauralane1@centurytel.net

Sent: 1/22/2007 10:03:46 PM

To: <general@netlibrary.com>

Subject: Audiobooks: Experiencing site problems/errors Audiobooks Contact Us Date Submitted: 1/22/2007 8:03:46 PM Contact Information Name: Laura Lane E-Mail: lauralane1@centurytel.net Phone Number: 440-933-3029 Library/School: No organization provided. Contact Type: Patron

Comments: I downloaded a license for the e audiobook "High Country Fall" by Margaret Maron. Before I could finish listening to the book, I lost my MP3 player. I ordered and received a new player and tried to download the same book tonight and it is not listed as a book available. What happened? Where did it go? Is only one license available at a time for people? This is extremely frustrating since I am halfway through the book. Please explain, thank you! User's IP: 66.213.41.15 Browser: IE6 Account ID: 23690075 User Alias: lauralane1 Affiliation: Avon Lake Public Library-OH0015

We won't tell. Get more on shows you hate to love
(and love to hate): Yahoo! TV's Guilty Pleasures list.

Sucker-punch spam with award-winning protection.
Try the free Yahoo! Mail Beta.

4/11/2007

Confidential                                                                    RB000169

FW eAudiobook Issues

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Monday, February 05, 2007 4:22 PM
To: 'Scott Wasinger'
Cc: 'Matt Walker'; 'msmith@recordedbooks.com'; 'Downingbt@aol.com'
Subject: FW: eAudiobook Issues

Scott,


Here is the email where Mary describes two major customer concerns.


If the license acquisition issue has been fixed that is great, though I am troubled
that it should have taken six weeks to resolve.


We will wait to hear from you on the indexing problem.  Hopefully, this issue will
receive immediate attention, because it too has been outstanding for quite a while.


Jerry



---------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, February 02, 2007 3:25 PM
To: 'Jerry Hadley'
Subject: eAudiobook Issues


Jerry,


As we discussed today, there are a few issues with eAudiobooks that have grown over
the past few weeks.


1.)     License Acquisition~ Once a title has been downloaded and the user chooses to
play the file, they receive an error stating that the license could not be acquired.
 I learned about this problem in late December and forwarded customers to OCLC tech
support for assistance as suggested by NetLibrary. There is no rhyme or reason for
the error that I can identify. I would estimate that I have spoken to approx. a
dozen libraries regarding this problem including Wyoming State, CLAMS, and Concord
Free PL.

2.)     Title Indexing~ If a user is looking for a specific title, say 44 Scotland
Street, they will receive an error stating that the title is not part of the
library's collection. The search feature no longer works for some of the titles due
to an indexing problem. I learned of this issue about two months ago with the new
releases. We thought it was a "fluke", but have since learned that this is a global
issue. I have spoken to approx. a dozen libraries regarding this issue including
CLAMS, Bergen County, Capital Area District Library.

Confidential    RB000170

FW eAudiobook Issues

It is my understanding that OCLC tech support is flooded with complaints from customers regarding these problems. I feel that NetLibrary has not given this issue enough attention as it is clearly affecting our customers and is only looking at the second issue on a case by case basis.


Mary


Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext. 1421

fax: 208-474-4525

Confidential

RB000171

FW Downloadable question

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Monday, February 12, 2007 4:05 PM
To: 'Scott Wasinger'
Cc: 'msmith@recordedbooks.com'; 'Matt Walker'
Subject: FW: Downloadable question

Scott,


We thought this was fixed - can you explain?


Jerry



--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, February 12, 2007 3:33 PM
To: 'Jerry Hadley'
Subject: FW: Downloadable question


License Error. I thought this was fixed….


Mary



--------------------------------------------------------------------------------

From: Jeff Metz [mailto:jmetz@recordedbooks.com]
Sent: Monday, February 12, 2007 3:31 PM
To: 'Mary Smith'
Subject: Downloadable question


Mary,

I've heard this one a few times.  Do we have any standard fix?  Thanks.


"Jeff, I had a patron come in who said he successfully downloaded an eaudiobook to
his computer, and sees the file on his desktop. But when he tries to open the file
to download to his MP3 player, he gets  a message that says something like
autorization for license is denied because he previously dowloaded the file, even
though he never did that. It's a Pimsleur language (Russian) book, I believe."



Page 1

Confidential                                                          RB000172

FW Downloadable question

Jeff Metz
Library Representative
jmetz@recordedbooks.com
1-800-638-1304 x1350
631-871-1308  Cell

Confidential

RB000173

FW SpS 5 SR 1-59720082 - bkr -  Unable to search for titles using search
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Thursday, March 01, 2007 4:31 PM
To: 'Lacy,Sue'
Cc: 'Mary Smith'
Subject: FW: [SpS: 5] SR 1-59720082 - bkr - Unable to search for titles
using search

Sue,

We spoke a bit ago about two issues that I had heard were cropping up for users of
the eAudio service.  You had heard about the first one - license acquisition - and
told me there had been quite a few calls about it.

On the second issue that I mentioned - a failure of the indexing tool - you said
that you were not aware of a consistent pattern.  I have attached an email citing an
instance of this problem.

This issue may be confused with patrons trying to locate titles which have been
dropped from the site, but it does seem that random instances occur as below, when a
title cannot be found using the search function even though it is part of a
collection.

Would you be able to research whether this is a problem that has been persistent, if
only at a low level?  Besides the email below, staff here has had a few
conversations with NetLibrary about similar occurrences.

We just want to address this issue technically if necessary.

Jerry

-----Original Message-----
From: OCLC Customer Support [mailto:support@oclc.org]
Sent: Friday, December 15, 2006 4:44 PM
To: qatssupport@netlibrary.com; saltheide@netlibrary.com
Cc: msmith@recordedbooks.com
Subject: [SpS: 5] SR 1-59720082 - bkr - Unable to search for titles using search

Hello:

Scoville Memorial Library found two eAudiobook titles they can't search by using the
conventional way, they can be found by using direct link
<http://www.netlibrary.com/ebook_info.asp?product_id=>.  Both titles are part of the
library's Content Collection:

The Emperor's Children
Unabridged.
by Messud, Claire.
Narrated by Toren, Suzanne.
http://www.netlibrary.com/ebook_info.asp?product_id=170026
EISBN: 1429405295
ISBN: 1428103155

Right Attitude to Rain
The Right Attitude to Rain : An Isabel Dalhousie Novel Recorded Books Unabridged;
Unabridged.
by McCall Smith, Alexander.
Narrated by Porter, Davina.
http://www.netlibrary.com/ebook_info.asp?product_id=169461
EISBN: 1429403195
ISBN: 1402590687

Confidential

RB000174

FW SpS 5 SR 1-59720082 - bkr -  Unable to search for titles using search

[THREAD ID:1-ZGEEN]

-----Original Message-----

From:  msmith@recordedbooks.com
Sent:  12/14/2006 03:55:07 PM
To:  "'OCLC Customer Support'" <support@oclc.org>
Subject:  FW: Digital Audios

```
<html xmlns:v="urn:schemas-microsoft-com:vml"
xmlns:o="urn:schemas-microsoft-com:office:office"
xmlns:w="urn:schemas-microsoft-com:office:word"
xmlns:st1="urn:schemas-microsoft-com:office:smarttags"
xmlns="http://www.w3.org/TR/REC-html40">

<head>
<META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=us-ascii"> <meta
name=Generator content="Microsoft Word 11 (filtered medium)"> <!--[if !mso]> <style>
v\:* {behavior:url(#default#VML);}
o\:* {behavior:url(#default#VML);}
w\:* {behavior:url(#default#VML);}
.shape {behavior:url(#default#VML);}
</style>
<![endif]--><o:SmartTagType
 namespaceuri="urn:schemas-microsoft-com:office:smarttags"
name="PostalCode"/>
<o:SmartTagType namespaceuri="urn:schemas-microsoft-com:office:smarttags"
 name="Street"/>
<o:SmartTagType namespaceuri="urn:schemas-microsoft-com:office:smarttags"
 name="address"/>
<o:SmartTagType namespaceuri="urn:schemas-microsoft-com:office:smarttags"
 name="State"/>
<o:SmartTagType namespaceuri="urn:schemas-microsoft-com:office:smarttags"
 name="City"/>
<!--[if !mso]>
<style>
st1\:*{behavior:url(#default#ieooui) }
</style>
<![endif]-->
<style>
<!--
 /* Font Definitions */
 @font-face
        {font-family:Tahoma;
        panose-1:2 11 6 4 3 5 4 4 2 4;}
 /* Style Definitions */
 p.MsoNormal, li.MsoNormal, div.MsoNormal
        {margin:0in;
        margin-bottom:.0001pt;
        font-size:12.0pt;
        font-family:"Times New Roman";}
a:link, span.MsoHyperlink
        {color:blue;
        text-decoration:underline;}
a:visited, span.MsoHyperlinkFollowed
```

Page 2

                                                    RB000175

```
         FW SpS 5 SR 1-59720082 - bkr -  Unable to search for titles using search
         {color:blue;
         text-decoration:underline;}
span.EmailStyle17
         {mso-style-type:personal-reply;
         font-family:Arial;
         color:navy;}
@page Section1
         {size:8.5in 11.0in;
         margin:1.0in 1.25in 1.0in 1.25in;}
div.Section1
         {page:Section1;}
-->
</style>
<!--[if gte mso 9]><xml>
 <o:shapedefaults v:ext="edit" spidmax="1026" /> </xml><![endif]--><!--[if gte mso
9]><xml>   <o:shapelayout v:ext="edit">
   <o:idmap v:ext="edit" data="1" />
 </o:shapelayout></xml><![endif]-->
</head>

<body bgcolor=white lang=EN-US link=blue vlink=blue>

<div class=Section1>

<p class=MsoNormal><font size=2 color=navy face=Arial><span
style='font-size:
10.0pt;font-family:Arial;color:navy'>I tried searching for these titles as well and
the search function does not find them. However, if I browse through the collections
I can find them both.<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span
style='font-size:
10.0pt;font-family:Arial;color:navy'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span
style='font-size:
10.0pt;font-family:Arial;color:navy'>Thanks,<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span
style='font-size:
10.0pt;font-family:Arial;color:navy'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span
style='font-size:
10.0pt;font-family:Arial;color:navy'>Mary Smith<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span
style='font-size:
10.0pt;font-family:Arial;color:navy'>Recorded Books,
LLC<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span
style='font-size:
10.0pt;font-family:Arial;color:navy'>800-638-1304
ext.1421<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 color=navy face=Arial><span
style='font-size:
10.0pt;font-family:Arial;color:navy'><o:p> </o:p></span></font></p>

<div>

<div class=MsoNormal align=center style='text-align:center'><font size=3 face="Times
```

Confidential

RB000176

```
      FW SpS 5 SR 1-59720082 - bkr -  Unable to search for titles using search
New Roman"><span style='font-size:12.0pt'>

<hr size=2 width="100%" align=center tabindex=-1>

</span></font></div>

<p class=MsoNormal><b><font size=2 face=Tahoma><span style='font-size:10.0pt;
font-family:Tahoma;font-weight:bold'>From:</span></font></b><font size=2
face=Tahoma><span style='font-size:10.0pt;font-family:Tahoma'> Claudia E.
Cayne
[mailto:ccayne@biblio.org] <br>
<b><span style='font-weight:bold'>Sent:</span></b> Tuesday, December 12,
2006
2:36 PM<br>
<b><span style='font-weight:bold'>To:</span></b> Roger Corriveau; Mary Smith<br>
<b><span style='font-weight:bold'>Subject:</span></b> Digital
Audios</span></font><o:p></o:p></p>

</div>

<p class=MsoNormal><font size=3 face="Times New Roman"><span
style='font-size:
12.0pt'><o:p> </o:p></span></font></p>

<div>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt;
font-family:Arial'>HI Roger &amp; Mary</span></font><o:p></o:p></p>

</div>

<div>

<p class=MsoNormal><font size=3 face="Times New Roman"><span
style='font-size:
12.0pt'> <o:p></o:p></span></font></p>

</div>

<div>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt;
font-family:Arial'>I am having lots of trouble with the digital audiobooks and it's
becoming more difficult to try and sell our patrons on this
product.</span></font><o:p></o:p></p>

</div>

<div>

<p class=MsoNormal><font size=3 face="Times New Roman"><span
style='font-size:
12.0pt'> <o:p></o:p></span></font></p>

</div>

<div>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt;
font-family:Arial'>First, the web site seems to change constantly so that just when
you get used to one version, it's different.  At the moment, it's just not
working.  If I search for a title that I know exists I get no results. 
Two examples:  Right Attitude to Rain and The Emperor's Children.  
```

Page 4

```
      FW SpS_5 SR 1-59720082 - bkr -  Unable to search for titles using search
If I search for these same titles in our library catalog, they appear with records
which link to the netlibrary site and display as they should.  I am attaching a
document with screen shots of this phenomenon.</span></font><o:p></o:p></p>

</div>

<div>

<p class=MsoNormal><font size=3 face="Times New Roman"><span
style='font-size:
12.0pt'> <o:p></o:p></span></font></p>

</div>

<div>

<p class=MsoNormal><font size=3 face="Times New Roman"><span
style='font-size:
12.0pt'> <o:p></o:p></span></font></p>

</div>

<div>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt;
font-family:Arial'>_____
_____<br>
Claudia E. Cayne<br>
Director<br>
Scoville Memorial Library<br>
<st1:address w:st="on"><st1:Street w:st="on">38 Main St.</st1:Street>, <st1:City
w:st="on">Salisbury</st1:City>, <st1:State w:st="on">CT</st1:State> <st1:PostalCode
w:st="on">06068</st1:PostalCode></st1:address><br>
860-435-2838<br>
<a
href="mailto:ccayne@biblio.org">ccayne@biblio.org</a></span></font><o:p></o:
p></p>

</div>

</div>

</body>

</html>
```

Page 5

Confidential

RB000178

FW Unavailable for download.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, March 09, 2007 2:31 PM
To: 'OCLC Customer Support'
Subject: FW: Unavailable for download?

Follow Up Flag: Follow up
Flag Status: Green

Attachments: Picture 4.png


-----Original Message-----
From: Kevin Grocki [mailto:grocki@noblenet.org]
Sent: Thursday, March 08, 2007 3:29 PM
To: Mary Smith
Subject: Unavailable for download?

Mary,

I've attached a screenshot that shows an eAudiobook as "unavailable for download"
because it's not in our collection. Should our patrons be seeing items that are not
available to them if they indeed are accessing the Salem Public Library eContent
Collection as it shows in the upper left corner?

Our staff was rather confused with this and I can imagine our patrons will be as
well.

Also, around 3pm when I was doing another demonstration for staff,
www.netlibrary.com was not accessible for 20 minutes or so. I'll call the number you
gave me yesterday.

Thanks.

-Kevin Grocki
Salem Public Library
Salem, Massachusetts

Confidential

RB000179

FW eAudibooks.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, March 14, 2007 9:37 AM
To: 'Zoie Mellios'
Cc: 'Sharon Altheide'
Subject: FW: eAudibooks

Follow Up Flag: Follow up
Flag Status: Green

A library received the MARC for "The Ape who Guards the Balance" but is unable to find the title on the site. We show that it was submitted to you in October of 2004 and that it hasn't been pulled. Can you find out why it isn't on the site?

mary

--------------------------------------------------------------------------------

From: Susan Clark [mailto:sclark@recordedbooks.com]
Sent: Wednesday, March 14, 2007 9:13 AM
To: 'Mary Smith'
Subject: RE: eAudibooks

Mary,

Yes, it was submitted in October of 2004.

-Susan

--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, March 13, 2007 3:14 PM
To: sclark@recordedbooks.com
Subject: eAudibooks

Susan,

Can you tell me if we ever had v on the NetLibrary site?

Thanks,

Confidential

RB000180

FW SpS 7 1-67644552 @ Missing Netlibrary Audiobooks
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Thursday, March 15, 2007 11:30 AM
To: 'Lacy,Sue'
Cc: 'Scott Wasinger'; 'msmith@recordedbooks.com'
Subject: FW: [SpS: 7] 1-67644552 @ Missing Netlibrary Audiobooks

Sue,

This is an instance of the issue about which I wrote to you recently - it appears
that on occasion the search function on the site goes haywire - it is an erratic
problem but our information indicates it has been ongoing since the winter of last
year.

Have you been able to find any pattern of this type of call to the support center?

Jerry

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, March 15, 2007 10:57 AM
To: 'Jerry Hadley'
Subject: FW: [SpS: 7] 1-67644552 @ Missing Netlibrary Audiobooks

Another title indexing problem.

Mary

-----Original Message-----
From: OCLC Customer Support [mailto:support@oclc.org]
Sent: Thursday, March 15, 2007 9:27 AM
To: msmith@recordedbooks.com
Subject: [SpS: 7] 1-67644552 @ Missing Netlibrary Audiobooks

Thank you for contacting OCLC Customer Support.

I duplicated Ms. Daltons results.  I am checking with the Product Management Team to
find out what the status is for the rest of the titles.

Raymond
OCLC Customer Support
support@oclc.org
1.800.848.5800
1.614.793.8682

[THREAD ID:1-146YQ5]

-----Original Message-----

From:  msmith@recordedbooks.com
Sent:  3/13/2007 01:23:13 PM
To:   "'OCLC Customer Support'" <support@oclc.org>
Subject:  FW: [SpS: 7] RE: [SpS: 7] RE: Net library Audiobooks


-----Original Message-----
From: LORRAINE DALTON [mailto:raine_book@hotmail.com]
Sent: Tuesday, March 13, 2007 1:22 PM
To: msmith@recordedbooks.com
Subject: [SpS: 7] RE: [SpS: 7] RE: Net library Audiobooks

Nope didn't work. I tried searching under simple search and advanced search option
using christine feehan or feehan, christine.  Also tried for each individual title
Page 1

Confidential                                                                 RB000181

```
                  FW SpS 7 1-67644552 @ Missing Netlibrary Audiobooks
listed below.  Only title's that came up were dark demon and mind game.  This is all
at the Netlibrary site.  I don't know what I am doing wrong.

Lorraine


>From: "Mary Smith" <msmith@recordedbooks.com>
>To: "'LORRAINE DALTON'" <raine_book@hotmail.com>
>Subject: RE: [SpS: 7] RE: Net library Audiobooks
>Date: Tue, 13 Mar 2007 12:03:35 -0400
>
>I found them by searching by Author~Feehan.
>
>Let me know if that doesn't work.
>
>Mary
>-----Original Message-----
>From: LORRAINE DALTON [mailto:raine_book@hotmail.com]
>Sent: Tuesday, March 13, 2007 12:00 PM
>To: msmith@recordedbooks.com
>Subject: [SpS: 7] RE: Net library Audiobooks
>
>Hi Mary, thanks for emailing me back.  I have tried all of the ways I
>can think of to search for the titles listed below and the only
>audiobooks available to download is Dark Demon and Mind Game.  Am I
>doing something wrong?
>
>Lorraine
>
>
> >From: "Mary Smith" <msmith@recordedbooks.com>
> >To: "'LORRAINE DALTON'" <raine_book@hotmail.com>
> >Subject: RE: Net library Audiobooks
> >Date: Tue, 13 Mar 2007 09:46:47 -0400
> >
> >Hi Lorraine,
> >
> >I hope all is well. The following titles are currently available for
> >download:
> >
> >Dark Secret
> >Fever
> >Dark Demon
> >Night Game
> >Wild Rain
> >Conspiracy Game
> >Mind Game
> >
> >We will add Dark Celebration in April and have scheduled to release
> >quite

>a
> >few over the next year. Unfortunately, I cannot give you exact dates yet.
> >
> >Please let me know if you have any questions.
> >
> >Best,
> >Mary
> >
> >
> >-----Original Message-----
> >From: LORRAINE DALTON [mailto:raine_book@hotmail.com]
> >Sent: Sunday, March 11, 2007 4:11 PM
                              Page 2
```

RB000182

```
                    FW SpS 7 1-67644552 @ Missing Netlibrary Audiobooks
> >To: msmith@recordedbooks.com
> >Subject: Net library Audiobooks
> >
> >Hello again,  I wanted to ask if it was possible to have any or all
> >audiobooks by Christine Feehan that are available through Recorded
> >Books Inc
> >
> >be available to download through Net Library.  I am aware that the
>title's
> >Mind Game and Dark Demon are already available to download, but I
> >would really like to listen to the other books available at recorded books.
> >Please
> >
> >let me know if this would be possible.
> >
> >Lorraine
> >
> >_____
> >Find a local pizza place, movie theater, and more..then map the best
>route!
> >http://maps.live.com/?icid=hmtag1&FORM=MGAC01
> >
> >
> >
>
>_____
>Mortgage rates as low as 4.625% - Refinance $150,000 loan for $579 a month.
>Intro*Terms
>https://www2.nextag.com/goto.jsp?product=100000035&url=%2fst.jsp&tm=y&s
>earc
h
>=mortgage_text_links_88_h27f6&disc=y&vers=743&s=4056&p=5117
>
>
>
_____
Find what you need at prices you'll love. Compare products and save at MSNR
Shopping.
http://shopping.msn.com/default/shp/?ptnrid=37,ptnrdata=24102&tcode=T001MSN2
0A0701
```

Confidential

RB000183

```
                  RE SpS 7 re SpS 7 1-67644552 @ Missing Netlibrary Audiobooks
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Friday, March 16, 2007 9:38 AM
To: 'Sharon Altheide'
Cc: 'Kovchegov,Violita'; 'Scott Wasinger'; 'Mary Smith'; 'Shawn Thomas';
'Zoie Mellios'; 'Lacy,Sue (OCLC)'
Subject: RE: [SpS: 7] re: [SpS: 7] 1-67644552 @ Missing Netlibrary
Audiobooks
```

Sharon,

What is the process for fixing the problem?  Is it possible to

1) "apply" the fix to all titles on the service
2) "apply" the fix to titles as they are posted to the service

Jerry

```
-----Original Message-----
From: Sharon Altheide [mailto:saltheide@netlibrary.com]
Sent: Thursday, March 15, 2007 3:27 PM
To: Lacy,Sue (OCLC)
Cc: Kovchegov,Violita; Jerry Hadley; Scott Wasinger; Mary Smith; Shawn Thomas; Zoie
Mellios
Subject: [SpS: 7] re: [SpS: 7] 1-67644552 @ Missing Netlibrary Audiobooks
```

Hi Sue

Once the problem is fixed that causes a title to not show in the Search
Results, the problem does not reoccur.  However, other titles can
experience the same problem.  And until we find all titles experiencing
this problem, it can happen for a title we have not corrected.

```
-----Original Message-----
From: Lacy,Sue [mailto:lacys@oclc.org]
Sent: Thursday, March 15, 2007 9:48 AM
To: Sharon Altheide
Cc: Kovchegov,Violita
Subject: FW: [SpS: 7] 1-67644552 @ Missing Netlibrary Audiobooks
```

Sharon, can you let me, Jerry, and Violita know what problem is found
here and how/why it might recur occasionaly?
Thanks,
Sue

```
-----Original Message-----
From: Lacy,Sue
Sent: Thursday, March 15, 2007 11:41 AM
To: 'Jerry Hadley'
Cc: Wasinger,Scott(NetLibrary); msmith@recordedbooks.com
Subject: RE: [SpS: 7] 1-67644552 @ Missing Netlibrary Audiobooks
```

Jerry, we haven't seen a trend with this type of issue.  Occurrences
have been infrequent and we report them case by case.  We will inform
Sharon in Boulder that you have noted some recurrence of this issue and
ask what they can tell us by looking at the case below.
Thanks,
Sue

```
-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Thursday, March 15, 2007 11:30 AM
To: Lacy,Sue
```

                                    Page 1

RE SpS 7 re SpS 7 1-67644552 @ Missing Netlibrary Audiobooks
CC: Wasinger,Scott(NetLibrary); msmith@recordedbooks.com
Subject: FW: [SpS: 7] 1-67644552 @ Missing Netlibrary Audiobooks

Sue,

This is an instance of the issue about which I wrote to you recently –
it appears that on occasion the search function on the site goes haywire
– it is an erratic problem but our information indicates it has been
ongoing since the winter of last year.

Have you been able to find any pattern of this type of call to the
support center?

Jerry

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, March 15, 2007 10:57 AM
To: 'Jerry Hadley'
Subject: FW: [SpS: 7] 1-67644552 @ Missing Netlibrary Audiobooks

Another title indexing problem.

Mary

-----Original Message-----
From: OCLC Customer Support [mailto:support@oclc.org]
Sent: Thursday, March 15, 2007 9:27 AM
To: msmith@recordedbooks.com
Subject: [SpS: 7] 1-67644552 @ Missing Netlibrary Audiobooks

Thank you for contacting OCLC Customer Support.

I duplicated Ms. Daltons results.  I am checking with the Product
Management Team to find out what the status is for the rest of the
titles.

Raymond
OCLC Customer Support
support@oclc.org
1.800.848.5800
1.614.793.8682

[THREAD ID:1-146YQ5]

-----Original Message-----

From:  msmith@recordedbooks.com
Sent:  3/13/2007 01:23:13 PM
To:   "'OCLC Customer Support'" <support@oclc.org>
Subject:  FW: [SpS: 7] RE: [SpS: 7] RE: Net library Audiobooks


-----Original Message-----
From: LORRAINE DALTON [mailto:raine_book@hotmail.com]
Sent: Tuesday, March 13, 2007 1:22 PM
To: msmith@recordedbooks.com
Subject: [SpS: 7] RE: [SpS: 7] RE: Net library Audiobooks

Nope didn't work. I tried searching under simple search and advanced
search option using christine feehan or feehan, christine.  Also tried
for each individual title listed below.  Only title's that came up were
Page 2

                    RE SpS 7 re SpS 7 1-67644552 @ Missing Netlibrary Audiobooks
dark demon and mind game.  This is all at the Netlibrary site.  I don't
know what I am doing wrong.

Lorraine


>From: "Mary Smith" <msmith@recordedbooks.com>
>To: "'LORRAINE DALTON'" <raine_book@hotmail.com>
>Subject: RE: [SpS: 7] RE: Net library Audiobooks
>Date: Tue, 13 Mar 2007 12:03:35 -0400
>
>I found them by searching by Author~Feehan.
>
>Let me know if that doesn't work.
>
>Mary
>-----Original Message-----
>From: LORRAINE DALTON [mailto:raine_book@hotmail.com]
>Sent: Tuesday, March 13, 2007 12:00 PM
>To: msmith@recordedbooks.com
>Subject: [SpS: 7] RE: Net library Audiobooks
>
>Hi Mary, thanks for emailing me back.  I have tried all of the ways I
>can think of to search for the titles listed below and the only
>audiobooks available to download is Dark Demon and Mind Game.  Am I
>doing something wrong?
>
>Lorraine
>
>
> >From: "Mary Smith" <msmith@recordedbooks.com>
> >To: "'LORRAINE DALTON'" <raine_book@hotmail.com>
> >Subject: RE: Net library Audiobooks
> >Date: Tue, 13 Mar 2007 09:46:47 -0400
> >
> >Hi Lorraine,
> >
> >I hope all is well. The following titles are currently available for
> >download:
> >
> >Dark Secret
> >Fever
> >Dark Demon
> >Night Game
> >Wild Rain
> >Conspiracy Game
> >Mind Game
> >
> >We will add Dark Celebration in April and have scheduled to release
> >quite

>a
> >few over the next year. Unfortunately, I cannot give you exact dates
yet.
> >
> >Please let me know if you have any questions.
> >
> >Best,
> >Mary
> >
> >
> >-----Original Message-----
> >From: LORRAINE DALTON [mailto:raine_book@hotmail.com]
                              Page 3

                                                          RB000186

```
              RE SpS 7 re SpS 7 1-67644552 @ Missing Netlibrary Audiobooks
> >Sent: Sunday, March 11, 2007 4:11 PM
> >To: msmith@recordedbooks.com
> >Subject: Net library Audiobooks
> >
> >Hello again,  I wanted to ask if it was possible to have any or all
> >audiobooks by Christine Feehan that are available through Recorded
> >Books Inc
> >
> >be available to download through Net Library.  I am aware that the
>title's
> >Mind Game and Dark Demon are already available to download, but I
> >would really like to listen to the other books available at recorded
books.
> >Please
> >
> >let me know if this would be possible.
> >
> >Lorraine
> >
> >_____
> >Find a local pizza place, movie theater, and more..then map the best
>route!
> >http://maps.live.com/?icid=hmtag1&FORM=MGAC01
> >
> >
> >
> >
>_____
>Mortgage rates as low as 4.625% - Refinance $150,000 loan for $579 a
month.
>Intro*Terms
>https://www2.nextag.com/goto.jsp?product=100000035&url=%2fst.jsp&tm=y&s
>earc
h
>=mortgage_text_links_88_h27f6&disc=y&vers=743&s=4056&p=5117
>
>
>


_____
Find what you need at prices you'll love. Compare products and save at
MSNR Shopping.
http://shopping.msn.com/default/shp/?ptnrid=37,ptnrdata=24102&tcode=T001
MSN2
0A0701
```

Confidential

RB000187

Jackson District Library

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Thursday, May 24, 2007 2:44 PM
To: 'Sharon Altheide'
Cc: 'swasinger@netlibrary.com'; 'Downingbt@aol.com'; 'Mary Smith'
Subject: Jackson District Library

Sharon,

The Jackson District Library, which is just a month away from renewal, is reporting
several license acquisition problems from patrons.

Has this crucial issue resurfaced, as indicated by the recent reports from Hall
County and McDowell County which you thought had been resolved?

Can you or Violita please Lorraine Butchart at the library, 517-788-4673, to obtain
more intelligence?

Please keep me informed.    Thank you.

Jerry Hadley
Recorded Books

Page 1

Confidential                                                                    RB000188

FW license management in Media Player v.11
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, May 15, 2007 8:47 AM
To: 'Scott Wasinger'
Cc: 'Paula Roman'
Subject: FW: license management in Media Player v.11

Scott,

Another licensing problem, similar to the one that I sent you yesterday.

Can someone call these folks and address the problem, please?  Thanks.

Jerry


-----------------------------------------------------------------------

From: Jean Krause [mailto:jkrause@mcdowell.main.nc.us]
Sent: Tuesday, May 01, 2007 11:24 AM
To: Dan McCaffrey
Subject: license management in Media Player v.11



Hi Dan,


I think I might have mentioned to you that I am having difficulty finding how to
transfer the license on this new version of Media Player.  Do you have any words of
wisdom?  Patrons are asking me.


Jean

Jean Krause Library Director
McDowell County Public Library
Telephone: 828-652-3858
Fax: 828-652-2098

    -----Original Message-----
    From: Dan McCaffrey [mailto:dmccaffrey@recordedbooks.com]
    Sent: Thursday, August 03, 2006 11:36 AM
    To: jkrause@mcdowell.main.nc.us
    Subject: Thank you!

    Hello Jean,


    Thanks for meeting with me yesterday. I enjoyed talking with you.


    Please find attached above a list of MP3 players that our company has looked at
and which lists features. I also have attached an electronic version of the tri-fold
that I handed out to you yesterday.
                            Page 1

Confidential

FW license management in Media Player v.11

And I will get back to you on the question about determining which patrons from your county are using the NC LIVE Downloadable System.

Sincerely,

Dan McCaffrey

Recorded Books, L.L.C.

1-800-638-1304, x-1316

Confidential                                                                    RB000190

Re status RE license management in Media Player v.11McDowell County Public...
From: Downingbt@aol.com
Sent: Thursday, May 24, 2007 3:45 PM
To: jhadley@recordedbooks.com; swasinger@netlibrary.com
Subject: Re: status RE: license management in Media Player v.11/McDowell County
Public...

Scott,

Jackson County Michigan called me and they are having extensive problems with
license acquisition.  They were considering not renewing the service, the problem is
so bad.

We would appreciate an update on this right away, and when it will be fixed.  It is
a chronic problem.

Thanks.

Brian
  Scott,

  I would ask that more follow up be done to insure the customers have been taken
care of, or to gather more intelligence if needed.

  Thanks.

  Jerry


--------------------------------------------------------------------------
  From: Sharon Altheide [mailto:saltheide@netlibrary.com]
  Sent: Wednesday, May 23, 2007 5:02 PM
  To: Scott Wasinger
  Cc: Jerry Hadley
  Subject: RE: status RE: license management in Media Player v.11/McDowell County
Public Library & RE: Netscape/Hall County Library


  Hi Scott, Violita and I both provided information to the libraries; and we have
not heard back from them.  I can only assume the information provided to the
libraries enabled them to resolve the issues they were having.



--------------------------------------------------------------------------
  From: Sharon Altheide
  Sent: Thursday, May 17, 2007 5:05 PM
  To: Scott Wasinger
  Cc: 'Jerry Hadley'
  Subject: status RE: license management in Media Player v.11/McDowell County Public
Library & RE: Netscape/Hall County Library


  5/17/07 – waiting to hear back from both libraries.

  5/16/07 – responded to both McDowell County Public Library and Hall County Library
and requested additional information.

Confidential

RB000191

Re status RE license management in Media Player v.11McDowell County Public...
--------------------------------------------------------------------------
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, May 14, 2007 3:13 PM
To: Scott Wasinger; Cc: 'Mary Smith'; 'Paula Roman'
Subject: FW: Netscape

Scott,

You had said that the license error that was hitting customers earlier this year
had been rectified.

I haven't seen any complaints for a while, until the one below.  Can your
technical people look into this, please?

Thanks.

Jerry


--------------------------------------------------------------------------
From: Jeanne Hozak [mailto:jhozak@hallcountylibrary.org]
Sent: Friday, May 11, 2007 3:23 PM
To: dmccaffrey@recordedbooks.com
Subject: Netscape

Dan –

We continue to have problems with receiving licenses for our Downloadables.  A
patron told me that she successfully checked out a book, didn't get to finish it,
didn't think to renew it in time so she attempted a second checkout.  At that time
she was told a license was needed to access the book, but it wouldn't allow her to
get the license.

I personally have been caught in a loop where I was told that I needed a license,
that I already had a license, that I needed a license, that I already had a
license…..At least my patron this morning was able to check out the book once, I can
only sit and glare at the screen!

What techno wizard can help us solve this problem?

Jeanne Hozak

Assistant Director

Hall County Library System

127 Main St. NW

Gainesville, GA  30501

(770) 532-3311 x 107

(770) 532-4305 Fax


--------------------------------------------------------------------------
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Tuesday, May 15, 2007 6:47 AM
To: Scott Wasinger; Cc: 'Paula Roman'
Subject: FW: license management in Media Player v.11
Page 2

RB000192

Re status RE license management in Media Player v.11McDowell County Public...

Scott,

Another licensing problem, similar to the one that I sent you yesterday.

Can someone call these folks and address the problem, please?  Thanks.

Jerry


---------------------------------------------------------------------------

From: Jean Krause [mailto:jkrause@mcdowell.main.nc.us]
Sent: Tuesday, May 01, 2007 11:24 AM
To: Dan McCaffrey
Subject: license management in Media Player v.11

Hi Dan,

I think I might have mentioned to you that I am having difficulty finding how to
transfer the license on this new version of Media Player.  Do you have any words of
wisdom?  Patrons are asking me.

Jean
Jean Krause Library Director
McDowell County Public Library
Telephone: 828-652-3858
Fax: 828-652-2098

    -----Original Message-----
    From: Dan McCaffrey [mailto:dmccaffrey@recordedbooks.com]
    Sent: Thursday, August 03, 2006 11:36 AM
    To: jkrause@mcdowell.main.nc.us
    Subject: Thank you!
    Hello Jean,
    Thanks for meeting with me yesterday. I enjoyed talking with you.
    Please find attached above a list of MP3 players that our company has looked at
and which lists features. I also have attached an electronic version of the tri-fold
that I handed out to you yesterday.
    And I will get back to you on the question about determining which patrons from
your county are using the NC LIVE Downloadable System.
    Sincerely,
    Dan McCaffrey
    Recorded Books, L.L.C.
    1-800-638-1304, x-1316



Brian T. Downing
Publisher
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, Maryland 20678
phone (410)535-5590 ext. 1142
fax (202)318-3242




Page 3


                                                                    RB000193

Re status RE license management in Media Player v.11McDowell County Public...
--------------------------------------------------------------------------------
See what's free at AOL.com.

Confidential

RB000194

## Mary Smith

| | |
|---|---|
| **From:** | Mary Smith [msmith@recordedbooks.com] |
| **Sent:** | Tuesday, June 05, 2007 3:31 PM |
| **To:** | 'saltheide@netlibrary.com' |
| **Cc:** | 'Zoie Mellios'; 'Jerry Hadley' |
| **Subject:** | Unavailable Titles |

Sharon,

This new release is listed as "Not in the library's collection". Can you look into this for me?

1. **Good Husband of Zebra Drive**
   *No. 1 Ladies Detective Agency Series; Unabridged.*
   by McCall Smith, Alexander.
   Publication: Prince Frederick, MD Recorded Books, 2007.
   **Not in Collection** | Show Details | Add to Favorites

Thanks,
Mary

Mary Smith
Digital Products Group,
Recorded Books, LLC
phone: 800-638-1304 ext.1421
fax: 208-474-4525

*6/28/2007*

**Confidential**

**Mary Smith**

| | |
|---|---|
| **From:** | Mary Smith [msmith@recordedbooks.com] |
| **Sent:** | Thursday, June 07, 2007 10:11 AM |
| **To:** | 'Sharon Altheide' |
| **Cc:** | 'Zoie Mellios'; 'Jerry Hadley' |
| **Subject:** | RE: Unavailable Titles |

Thanks Sharon. They should stay as UK only.

I do have one more question though.... Why would it show up in their collection at all if they do not have access to it? The library's collection was always customized to only those titles that they have purchased.

Mary

---

**From:** Sharon Altheide [mailto:saltheide@netlibrary.com]
**Sent:** Tuesday, June 05, 2007 6:31 PM
**To:** Mary Smith
**Cc:** Zoie Mellios
**Subject:** RE: Unavailable Titles

Hi Mary, what I found out is all of the titles are UK titles:
**Publication:** [Rothley, Leicester] Recorded Books, 2007

Do you agree? Should they be available in the US?

---

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Tuesday, June 05, 2007 2:09 PM
**To:** Sharon Altheide
**Subject:** RE: Unavailable Titles

No, Anne Arundel County Public Library.

Mary

---

**From:** Sharon Altheide [mailto:saltheide@netlibrary.com]
**Sent:** Tuesday, June 05, 2007 4:08 PM
**To:** Mary Smith
**Cc:** Jerry Hadley; Zoie Mellios
**Subject:** RE: Unavailable Titles

Hi Mary

Thank you for reporting this; we are looking into it.

Are you affiliated as Recorded Books in your example below?

Sharon

---

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Tuesday, June 05, 2007 1:55 PM

**To:** Sharon Altheide
**Cc:** 'Jerry Hadley'; Zoie Mellios
**Subject:** Unavailable Titles

Sharon,

These releases are listed as "Not in the library's collection". Can you look into this for me?

Thanks,
Mary

Sort by: Relevance Title Newest First Oldest First

1. ☒ **Strip Jack**
   *Unabridged.*
   by Rankin, Ian.
   Publication: Leicester, Eng Recorded Books, 2000.
   **Not in Collection** | Show Details | Add to Favorites

2. ☒ **The Falls**
   *Unabridged.*
   by Rankin, Ian.; Gillies, Samuel.
   Publication: Leicester, UK Recorded Books, 2001.
   **Not in Collection** | Show Details | Add to Favorites

3. ☒ **Beggar's Banquet. Part Two**
   *Unabridged.*
   by Rankin, Ian.
   Publication: Leicester, Eng Recorded Books, 2003.
   **Not in Collection** | Show Details | Add to Favorites

4. ☒ **Watchman**
   *Unabridged.*
   by Rankin, Ian.
   Publication: Leicester, Eng Recorded Books, 2004.
   **Not in Collection** | Show Details | Add to Favorites

5. ☒ **Set in Darkness**
   *Inspector Rebus Series; Unabridged.*
   by Rankin, Ian.
   Publication: Leicester [England] Recorded Books, 2001.
   **Not in Collection** | Show Details | Add to Favorites

6/28/2007

**Confidential**

6. [×] **Let It Bleed**
*Unabridged.*
by Rankin, Ian.; Gillies, Samuel.
Publication: Rothley, Leicester Recorded Books, 2001.
**Not in Collection** | Show Details | Add to Favorites

7. [×] **Question of Blood**
*Unabridged.*
by Rankin, Ian.
Publication: Leicester, Eng Recorded Books, 2003.
**Not in Collection** | Show Details | Add to Favorites

8. [×] **Beggar's Banquet. Part One**
*Unabridged.*
by Rankin, Ian.
Publication: Leicester, Eng Recorded Books, 2002.
**Not in Collection** | Show Details | Add to Favorites

9. [×] **Tooth & Nail**
*Unabridged.*
by Rankin, Ian.
Publication: Rothley, Leic[estershire, England] Recorded Books, 2001.
**Not in Collection** | Show Details | Add to Favorites

10. [×] **Fleshmarket Alley: An Inspector Rebus Novel**
*Unabridged.*
by Rankin, Ian.
Publication: [Leicester, UK] Recorded Books, 2005.
**Not in Collection** | Show Details | Add to Favorites

Mary Smith
Digital Products Group,
Recorded Books, LLC
phone: 800-638-1304 ext.1421
fax: 208-474-4525

RE SpS 8 RE Unavailable Titles.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, June 08, 2007 8:59 AM
To: 'Sharon Altheide'
Cc: 'Zoie Mellios'; 'jhadley@recordedbooks.com'; 'elongo@recordedbooks.com'
Subject: RE: [SpS: 8] RE: Unavailable Titles

Follow Up Flag: Follow up
Flag Status: Green

Hi Sharon,


Thanks for the info! What is the default? See all items or only those in your
collection.


Since a patron at Mansfield brought this to our attention and I doubt that they knew
how to change their preferences, I would assume that the default is to see all items
regardless of collection status. Is that true?


Mary


-----------------------------------------------------------------------

From: Sharon Altheide [mailto:saltheide@netlibrary.com]
Sent: Thursday, June 07, 2007 5:26 PM
To: Mary Smith
Cc: Zoie Mellios; jhadley@recordedbooks.com; elongo@recordedbooks.com
Subject: RE: [SpS: 8] RE: Unavailable Titles


Hi Mary


Login again with your Anne Arundel County Public Library U/P (butterball/mrjowls)

Then click on the link near the top right of the page "Edit My Account"

Then scroll down to the bottom of the Edit My Account page

you will see Username 'butterball' has their Search preferences set to Search Items
not available from Anne Arundel County Public Library.

Uncheck the box in front of "Items not available from Anne Arundel County Public
Library" and Save Changes.

Then your Search Results will no longer include items not available.


-Sharon

                                    Page 1

Confidential                                                    RB000199

RE SpS 8 RE Unavailable Titles.txt

---------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, June 07, 2007 10:28 AM
To: Sharon Altheide
Cc: Zoie Mellios; jhadley@recordedbooks.com; elongo@recordedbooks.com
Subject: RE: [SpS: 8] RE: Unavailable Titles


Sharon,


When I log in with my RB U/P (msmithrb/nathan1) and search for "WAR" at
www.netlibrary.com; I see 117 eAudiobooks. These are titles available through RB.
When I login with my U/P through Anne Arundel County Public Library
(butterball/mrjowls), I see 335 eAudeiobooks. These titles are available through RB/
Random/ Blackstone.


I discovered this through a conversation with Mansfield Public Library. They were
seeing additional eAudiobooks through Random/Blackstone but they all said Not in
Collection.


I think Good Husband and Ian Rankin are a good examples. Since you had it listed as
a K-12 title/UK release, it shouldn't have shown up on the site. It definitely is
there but is listed as Not in Collection.


Mary


---------------------------------------------------------------------------

From: Sharon Altheide [mailto:saltheide@netlibrary.com]
Sent: Thursday, June 07, 2007 12:17 PM
To: Mary Smith
Cc: Zoie Mellios
Subject: [SpS: 8] RE: Unavailable Titles


Were you logged in?  Did you check your search parameters via the link to Edit My
Account near the top right of the page?  I would need to know the NetLibrary
Username you signed in with to verify, but the account could have the search
preferences set to include titles the library does not own.


---------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
                                    Page 2

Confidential                                                          RB000200

RE SpS 8 RE Unavailable Titles.txt
Sent: Thursday, June 07, 2007 10:02 AM
To: Sharon Altheide
Cc: Zoie Mellios; jhaag@recordedbooks.com
Subject: RE: Unavailable Titles


This was not from the co-branded site. Mansfield Public originally reported this to
me and I tested it through Anne Arundel. When searching the NetLibrary site, you see
titles that are unavailable including the Ian Rankin, Good Husband of Zebra Drive
and those through Random and Blackstone.


For example, within Anne Arundel's NetLibrary site I searched for Sandra Brown. 8
titles appear, 5 available from RB and 3 from Random. I have included a snapshot.
Why are all titles showing up?


Mary


--------------------------------------------------------------------------

From: Sharon Altheide [mailto:saltheide@netlibrary.com]
Sent: Thursday, June 07, 2007 11:55 AM
To: Mary Smith
Cc: Zoie Mellios; Jerry Hadley
Subject: RE: Unavailable Titles


Hi Mary


You are right, if they click on the links to their collection, they will only see
the titles they have access to.


Some of the libraries reporting this issue, clicked on the link "View New Titles" on
the cobranded site.  There is also a link on the Library portal "What's New."
Another way they could see titles they do not have access to would be to change
their Account preferences (see attached); they have the option to set their
preferences to search titles their library does not own.


Sharon


--------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, June 07, 2007 8:11 AM
To: Sharon Altheide
Cc: Zoie Mellios; 'Jerry Hadley'

Page 3

                                                                    RB000201

                              RE SpS 8 RE Unavailable Titles.txt
Subject: RE: Unavailable Titles


Thanks Sharon. They should stay as UK only.


I do have one more question though…. why would it show up in their collection at all
if they do not have access to it? The library's collection was always customized to
only those titles that they have purchased.


Mary


-------------------------------------------------------------------------------

From: Sharon Altheide [mailto:saltheide@netlibrary.com]
Sent: Tuesday, June 05, 2007 6:31 PM
To: Mary Smith
Cc: Zoie Mellios
Subject: RE: Unavailable Titles


Hi Mary, what I found out is all of the titles are UK titles:

Publication: [Rothley, Leicester] Recorded Books, 2007


Do you agree?  Should they be available in the US?


-------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, June 05, 2007 2:09 PM
To: Sharon Altheide
Subject: RE: Unavailable Titles


No, Anne Arundel County Public Library.


Mary


-------------------------------------------------------------------------------

From: Sharon Altheide [mailto:saltheide@netlibrary.com]
Sent: Tuesday, June 05, 2007 4:08 PM
To: Mary Smith
                              Page 4

Confidential                                                       RB000202

RE SpS 8 RE Unavailable Titles.txt
Cc: Jerry Hadley; Zoie Mellios
Subject: RE: Unavailable Titles


Hi Mary


Thank you for reporting this; we are looking into it.


Are you affiliated as Recorded Books in your example below?


Sharon


------------------------------------------------------------------------------
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, June 05, 2007 1:55 PM
To: Sharon Altheide
Cc: 'Jerry Hadley'; Zoie Mellios
Subject: Unavailable Titles


Sharon,


These releases are listed as "Not in the library's collection". Can you look into this for me?


Thanks,
Mary


Sort by: Relevance Title Newest First Oldest First
    1.

    Strip Jack
    Unabridged.

    by Rankin, Ian.
    Publication: Leicester, Eng Recorded Books, 2000.

    Not in Collection | Show Details | Add to Favorites


    2.

Confidential                                                    RB000203

RE SpS 8 RE Unavailable Titles.txt

The Falls
Unabridged.

by Rankin, Ian.; Gillies, Samuel.
Publication: Leicester, UK Recorded Books, 2001.

Not in Collection | Show Details | Add to Favorites

3.

Beggar's Banquet. Part Two
Unabridged.

by Rankin, Ian.
Publication: Leicester, Eng Recorded Books, 2003.

Not in Collection | Show Details | Add to Favorites

4.

Watchman
Unabridged.

by Rankin, Ian.
Publication: Leicester, Eng Recorded Books, 2004.

Not in Collection | Show Details | Add to Favorites

5.

Set in Darkness
Inspector Rebus Series; Unabridged.

by Rankin, Ian.
Publication: Leicester [England] Recorded Books, 2001.

Not in Collection | Show Details | Add to Favorites

6.

Let It Bleed
Unabridged.

by Rankin, Ian.; Gillies, Samuel.
Publication: Rothley, Leicester Recorded Books, 2001.

Not in Collection | Show Details | Add to Favorites

Page 6

Confidential

RB000204

RE SpS 8 RE Unavailable Titles.txt

7.

Question of Blood
Unabridged.

by Rankin, Ian.
Publication: Leicester, Eng Recorded Books, 2003.

Not in Collection | Show Details | Add to Favorites

8.

Beggar's Banquet. Part One
Unabridged.

by Rankin, Ian.
Publication: Leicester, Eng Recorded Books, 2002.

Not in Collection | Show Details | Add to Favorites

9.

Tooth & Nail
Unabridged.

by Rankin, Ian.
Publication: Rothley, Leic[estershire, England] Recorded Books, 2001.

Not in Collection | Show Details | Add to Favorites

10.

Fleshmarket Alley: An Inspector Rebus Novel
Unabridged.

by Rankin, Ian.
Publication: [Leicester, UK] Recorded Books, 2005.

Not in Collection | Show Details | Add to Favorites

Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext.1421

fax: 208-474-4525

Confidential

RB000205

RE SpS 8 RE Unavailable Titles.txt

Confidential

RB000206

New Releases.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, June 19, 2007 12:28 PM
To: 'Sharon Altheide'
Cc: 'Zoie Mellios'
Subject: New Releases

Follow Up Flag: Follow up
Flag Status: Green

Hi Sharon,


The following new releases are not showing up on the site. When I change my
preferences to show all titles regardless of collection, they do appear but say "Not
in Collection". Can you look into these for me? They definitely should be part of
the core collection.


Astrid & Veronika

Invisible Prey

Rant

Spellman Files


Thanks,

Mary


Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext.1421

fax: 208-474-4525

Confidential

RB000207

Iowa City
From: Jerry Hadley [jhadley@landmarkaudio.com]
Sent: Tuesday, December 13, 2005 1:41 PM
To: 'Gillian Harrison'
Cc: 'JPete90184@aol.com'
Subject: Iowa City

Gillian,


I called and left a VM earlier.


Have you any update re the status of Iowa City's set up for downloadable?


Jerry

Confidential

RB000208

RE SpS 5 RE Downloadable service
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Wednesday, February 08, 2006 2:59 PM
To: 'Ivy Armagost'
Subject: RE: [SpS: 5] RE: Downloadable service

Thanks for your information.  Jeanette also told me that all was ready to proceed.


Jerry Hadley




------------------------------------------------------------------------

From: Ivy Armagost [mailto:iarmagost@netlibary.com]
Sent: Wednesday, February 08, 2006 2:06 PM
To: Jerry Hadley
Cc: Ivy Armagost
Subject: [SpS: 5] RE: Downloadable service


I would be happy to provide you an update. I am not so much a tech person, but a
Project Manager. There are other technical resources assigned to this project.
NetLibrary and the CybraryN software people (Computers by Design) have concluded our
internal testing. Iowa City Public Library has volunteered to beta test the software
with us. Computers by Design will provide software and training to Hal Penick, the
tech contact at Iowa City. NetLibrary will provide Hal with a URL to our QA
environment. We will beta test the software in this environment. This should
commence the week of February 13th.


Ivy Armagost

Project Manager

NetLibrary, A division of OCLC

303-381-8725 Voice

303-381-8899 Fax

iarmagost@netlibary.com




------------------------------------------------------------------------

From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Wednesday, February 08, 2006 10:59 AM
To: Ivy Armagost
Cc: jhadley@recordedbooks.com
Subject: Downloadable service

Ivy,

Page 1

Confidential                                                                                    RB000209