RE SpS S RE Downloadable service

I am the administrator in the home office of Recorded Books who oversees the set up and ongoing administration of the service for libraries.

It is my understanding that you are the tech person overseeing the contact between NetLibrary and Iowa City for the downloadable eaudiobook service, in the process of providing barcode authentication by means of the new CybraryN software.  I am aware that this process has been ongoing.

If you have the time, could you let me know briefly where you and Iowa City are in this process?

Thanks.


Jerry Hadley

Recorded Books

Page 2

Confidential

RB000210

Dockets.Justia.com

RE Patron Authentication

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, May 23, 2006 3:54 PM
To: 'Scott Wasinger'
Cc: 'mwalker@recordedbooks.com'
Subject: RE: Patron Authentication

Scott,


The IT person at Iowa just returned from a four day absence, and is still not able
to access via Firefox browser.  The authenticatioin works fine with Explorer, as it
did before.


Ivy told me just today that a test solution for the other outstanding authentication
problem had been sent to Iowa today for testing this week.


It appears that this library's order for service is close to being fulfilled, but
not completely.


Jerry



-----------------------------------------------------------------------------------

From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Monday, May 15, 2006 4:15 PM
To: Matt Walker; Brian Downing; Rich Rosy
Cc: Maureen Kanwischer; Gillian Harrison; jhadley@recordedbooks.com
Subject: RE: Patron Authentication


Matt,


The definitive confirmation I received today is that it is working, and there are no
outstanding issues to be resolved.  Why the library has not yet updated the
messaging on their site, I do not know.  We are looking into and will advise.


Scott



-----------------------------------------------------------------------------------

From: Matt Walker [mailto:walker100@verizon.net]
Sent: Monday, May 15, 2006 12:13 PM
To: Scott Wasinger; Brian Downing; Rich Rosy
Cc: Maureen Kanwischer; Gillian Harrison; jhadley@recordedbooks.com
Subject: RE: Patron Authentication

Page 1

Confidential                                                                  RB000211

RE Patron Authentication

Scott,

I was on the Iowa City Site ten seconds ago and this is what it says.

We apologize for the delay in introducing access to downloadable audiobooks. We are working with our vendor to make login with our library card barcodes functional. We are hopeful the postponement won't last much longer. Watch this space for news.

What do you mean by up and running? Is it working in house but not through their website?

Matt Walker

National Sales Director

Recorded Books

Office 800-638-1304 X1323

Cell 410-991-7682

Fax 410-535-6347

--------------------------------------------------------------------------------
From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Monday, May 15, 2006 12:39 PM
To: Brian Downing; walker100@verizon.net; Rich Rosy
CC: Maureen Kanwischer; Gillian Harrison; jhadley@recordedbooks.com
Subject: RE: Patron Authentication

To confirm, the Iowa City Public Library beta is up and running.  They had one outstanding question on an unusual Firefox browser use case issue, which was resolved last week.

We have also received an order from Wauconda Area Library which is in the process of being fulfilled.

If you would still like to schedule a call to address any outstanding questions or concerns, we are happy to participate.

Thanks,
Scott

Page 2

**Confidential**                                                                                     **RB000212**

RE Patron Authentication

------------------------------------------------------------------------

From: Downingbt@aol.com [mailto:Downingbt@aol.com]
Sent: Monday, May 15, 2006 7:03 AM
To: walker100@verizon.net; Rich Rosy
CC: Maureen Kanwischer; Scott Wasinger; Gillian Harrison; jhadley@recordedbooks.com
Subject: Re: Patron Authentication


Maybe we should schedule a call to discuss the status and what we should be saying to customers?  Sound good?  Matt, can you coordinate?

   Brian and Rich,


   To my knowledge we do not have one library in the country that has successfully implemented the new authentication program. I have instructed our sales force to only talk about it if they have to and then in the most general terms (i.e. we are working on something). We need to make this work to maintain our position against Overdrive and keep our customers satisfied and willing to continue to invest.


   What is the status and what are we doing to fix it?


   Matt Walker

   National Sales Director

   Recorded Books

   Office 800-638-1304 X1323

   Cell 410-991-7682

   Fax 410-535-6347



Brian T. Downing
Publisher
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, Maryland 20678
phone 410.535.5590 ext. 1147
fax 202.318.3242

**Confidential**                                                                      **RB000213**

                          Update for Iowa City
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Monday, August 14, 2006 1:26 PM
To: 'Scott Wasinger'
Cc: 'Matt Walker'; 'Paul Gillespie'
Subject: Update for Iowa City

Scott,

Iowa City has still not launched their service, because they are waiting for a
solution to access for those users without Explorer.

To my knowledge, Hal at Iowa City has not been informed that the license acquisition
redesign that Ivy mentions in her email has been scheduled.

Our sales force has not been selling this product because of the difficulties with
implementation that remain unsolved.  All inquiries are being referred to OCLC
support.

Jerry

-----Original Message-----
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Friday, July 14, 2006 11:53 AM
To: Hal Penick
Subject: RE: Update

You're correct, ticketing is active otherwise I wouldn't have included it.

We are getting ready to release NetLibrary 4.0 on July 31st. Since we are in a
development/release freeze I am unable to schedule this until after 7/31. The
positive aspect of this is that we have some additional functionality associated
with browsing eAudiobooks by subject. We'll get the license acquisition redesign in
as soon as possible after 7/31.


-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Wednesday, July 12, 2006 3:06 PM
To: Ivy Armagost
Subject: Fwd: Update

Hi Ivy,
I passed this redesign out to some others in the crew, and received no feedback. I
think it works pretty well. I wondered if you still use "tickets" for license
acquisition? I looked around on the NetLibrary website and saw a referral to a link
where one could purchase a ticket online, but could never find the link. Just
thought if it was no longer a viable means to acquire a license that it could be
removed.

Other than that, I think this should work. Of course, it will not be until people
actually start using it that we will know if it needs any more tweaking, but it
seems workable to me.

Thanks,

Hal
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240

                              Page 1

(319) 887-6035
hpenick@icpl.org

Update for Iowa City

Confidential

RB000215

RE Update for Iowa City
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Monday, August 28, 2006 9:14 AM
To: 'Scott Wasinger'
Cc: 'Matt Walker'
Subject: RE: Update for Iowa City

Scott,

Yes, we did discuss last week.  You were going to discover why their launch was
delayed.

You were also going to share with us which public libraries had ordered the new
authentication.

Jerry

-----Original Message-----
From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Sunday, August 27, 2006 11:37 PM
To: Jerry Hadley
Subject: RE: Update for Iowa City

Jerry,

I think we discussed but to be sure -- Iowa City is now happy with the
authentication server. They are updating their interface and help text before they
will launch.  They are to get back to us soon (after meetings on update
requirements)with an estimated launch date.

Scott

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, August 14, 2006 11:26 AM
To: Scott Wasinger
Cc: 'Matt Walker'; 'Paul Gillespie'
Subject: Update for Iowa City

Scott,

Iowa City has still not launched their service, because they are waiting for a
solution to access for those users without Explorer.

To my knowledge, Hal at Iowa City has not been informed that the license acquisition
redesign that Ivy mentions in her email has been scheduled.

Our sales force has not been selling this product because of the difficulties with
implementation that remain unsolved.  All inquiries are being referred to OCLC
support.

Jerry

-----Original Message-----
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Friday, July 14, 2006 11:53 AM
To: Hal Penick
Subject: RE: Update

You're correct, ticketing is active otherwise I wouldn't have included it.

We are getting ready to release NetLibrary 4.0 on July 31st. Since we are in a
development/release freeze I am unable to schedule this until after 7/31. The
positive aspect of this is that we have some additional functionality associated
Page 1

Confidential                                          RB000216

RE Update for Iowa City

with browsing eAudiobooks by subject. We'll get the license acquisition redesign in
as soon as possible after 7/31.


-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Wednesday, July 12, 2006 3:06 PM
To: Ivy Armagost
Subject: Fwd: Update

Hi Ivy,
I passed this redesign out to some others in the crew, and received no feedback. I
think it works pretty well. I wondered if you still use "tickets" for license
acquisition? I looked around on the NetLibrary website and saw a referral to a link
where one could purchase a ticket online, but could never find the link. Just
thought if it was no longer a viable means to acquire a license that it could be
removed.

Other than that, I think this should work. Of course, it will not be until people
actually start using it that we will know if it needs any more tweaking, but it
seems workable to me.

Thanks,

Hal
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org


Page 2

**Confidential**

**RB000217**

FW eAudio still NOT working

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, January 16, 2007 2:58 PM
To: 'Scott Wasinger'
Cc: 'Mary Smith'; 'Matt Walker'; 'Paul Gillespie'
Subject: FW: eAudio still NOT working

Attachments: eAudioError.jpg

Scott,

As we discussed, a contact from your technical people today would be well received
at the library - Iowa City.

Jerry

-----Original Message-----
From: Paul Gillespie [mailto:pgillespie@recordedbooks.com]
Sent: Tuesday, January 16, 2007 2:54 PM
To: Jerry Hadley
Subject: FW: eAudio still NOT working


Paul Gillespie
Recorded Books, LLC
fax (319) 358-7538
(800) 638-1304 X1319
pgillespie@recordedbooks.com

-----Original Message-----
From: Kara Logsden [mailto:KLOGSDEN@icpl.org]
Sent: Friday, January 12, 2007 3:16 PM
To: pgillespie@recordedbooks.com
Subject: Fwd: eAudio still NOT working

FYI ~~ Kara

>>> Hal Penick 1/12/2007 10:05 am >>>
We are working with a different person at OCLC to try and resolve our
eAudio download problems. Currently anyone using the service receives an
error message from NetLibrary (attached) after they enter they enter
their barcode and password at our site. I will keep you posted.

thanks,
Hal

ps. Sorry form the "Urgent" tag, but this is a really popular service
and I am sure people will be calling. - hp

Page 1

Confidential

RB000218

FW eAudio downloading not working

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, January 16, 2007 2:59 PM
To: 'Scott Wasinger'
Subject: FW: eAudio downloading not working

Scott,

This email predates the one just sent.

Jerry

-----Original Message-----
From: Paul Gillespie [mailto:pgillespie@recordedbooks.com]
Sent: Tuesday, January 16, 2007 2:54 PM
To: Jerry Hadley
Subject: FW: eAudio downloading not working


Paul Gillespie
Recorded Books, LLC
fax (319) 358-7538
(800) 638-1304 x1319
pgillespie@recordedbooks.com

-----Original Message-----
From: Kara Logsden [mailto:KLOGSDEN@icpl.org]
Sent: Friday, January 12, 2007 3:17 PM
To: pgillespie@recordedbooks.com
Subject: Fwd: eAudio downloading not working

FYI ~~ Kara

>>> Hal Penick 1/11/2007 4:55 pm >>>
In case someone should ask:

We are currently receiving a login error message from the NetLibrary
site when someone tries to download an eAudiobook. Everything looks
normal at our end. We have an call placed with the NetLibrary tech
support to resolve the issue. As of 5pm 1/11 it is still not working.

Hal
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org

Page 1

**Confidential**

**RB000219**

FW Re eAudio and Wednesday Training
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, January 16, 2007 3:00 PM
To: 'Scott Wasinger'
Subject: FW: Re: eAudio and Wednesday Training

Scott,

And this is the most recent communication from the library to the sales rep,
indicating the cancellation of a training session on account of this problem.

Jerry

-----Original Message-----
From: Kara Logsden [mailto:KLOGSDEN@icpl.org]
Sent: Tuesday, January 16, 2007 1:05 PM
To: pgillespie@recordedbooks.com
Subject: Fwd: Re: eAudio and Wednesday Training

Paul ~~ FYI ~~ This is so frustrating!  Kara

>>> Hal Penick 1/16/2007 12:32 pm >>>
I have not spoken with anyone at OCLC other than front line support.
Was put on hold when person I spoke with this morning tried to contact 2nd tier
support. Eventually (after a concerto) the phone went dead (no dial tone though).
Called back and after identifying myself was told to that they were working on the
problem and that I should contact the ICPL Reference Desk for more information.
Explained that I was working with another person a few minutes earlier and was
transferred to him. He said he would contact me as soon as he was able to contact
2nd tier.

I would not expect anything by 3pm.

>>> On 1/16/2007 at 12:13 PM, in message
<45ACC186.EA1D.0019.0@icpl.org>, Kara
Logsden wrote:
> Hi Hal ~~
>
> At 3:00 I need to make a decision about proceeding with the training
> tomorrow or canceling.  Any progress on eAudio today?
>
> Thanks!
> Kara
>

Page 1

**Confidential**

**RB000220**

FW SpS 5 RE NetLibrary authentication problem at ICPL

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Wednesday, January 17, 2007 12:27 PM
To: 'Scott Wasinger'
Subject: FW: [SpS: 5] RE: NetLibrary authentication problem at ICPL

Scott,

Here is another email from Iowa City.

Jerry

-----Original Message-----
From: Shawn Thomas [mailto:sthomas@netlibrary.com]
Sent: Wednesday, January 17, 2007 12:06 PM
To: Hal Penick
Cc: Kara Logsden; Susan Craig; pgillespie@recordedbooks.com;
jhadley@recordedbooks.com
Subject: [SpS: 5] RE: NetLibrary authentication problem at ICPL

Hi Hal,
The input on our end by two developers is as follows:

Dev. #1 - Emily) "...it is a problem on CybraryN's end.  The encrypted security
string being passed is not the correct length therefore we cannot decrypt it.  It is
my understanding that they made a code change on their end last week and apparently
something was changed."

Dev. #2 - Will) "There's not too much more to it than that, really.  The string that
was included in the email Emily forwarded me is an invalid length and can't be
decrypted.  There's no way to tell if it's too long or too short but as our codebase
for the URL API hasn't changed I'm confident the problem is on their end."

Hal, Let me know what else I can do to assist you other than getting Computers by
Design to get off the phone and call you back:-) Shawn

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Wednesday, January 17, 2007 9:32 AM
To: Shawn Thomas
Cc: Kara Logsden; Susan Craig
Subject: NetLibrary authentication problem at ICPL

Hi Shawn,

Thanks for the email. I think the biggest problem has been the lack of
communications about the status of the problem resolution. Yesterday and today I
called tech support at Computers by Design. Both times I was told the engineer I
needed to deal with (Mike Williams is no longer with
them) was on the phone with another customer and that he would call me back. So far,
no word.

The error message we are receiving from NetLibrary states, "A problem has occurred
while processing your request. The problem has been logged so that it can be
corrected. We apologize for the inconvenience." I would hope that the log files
would be able to share some light on why we are not able to login.

The log files on our CybraryN server of the authentication process do not indicate
any errors; the user authentication with the ILS passes and a url is created that
tries to contact http://www.netlibrary.com/urlapi.aspx? with an encrypted string.

For troubleshooting purposes, we did install recommended Microsoft updates to the
Server 2003 platform around the time we started having problems (Jan 11 about 1pm).
Page 1

**Confidential**

**RB000221**

FW SpS 5 RE NetLibrary authentication problem at ICPL

Personally, I think they are suspect but I need to have someone who knows the product take a look at it to see what might have happened. It might just save some other customers a headache.

Thanks again for your note,

Hal

ps. - Still no word from Computers By Design.  Must be still on the phone.
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org


>>> On 1/16/2007 at 5:24 PM, in message
<EEA2B3C9BED36642AA339E0F450SB32901F31D53@mailman2.netlibrary.com>,
"Shawn
Thomas" <sthomas@netlibrary.com> wrote:
> Hi Hal,
> I am sorry your eAudiobook problem is taking longer than we'd like. One
> of our developers is going to take a quick look at it to see if there is
> an easy answer.  If that isn't the case, it will likely be tomorrow or
> Thursday before we can look into it in more detail.  I understand that
> you are frustrated and we will get you a solution as quickly as
> possible.
> Thanks in advance for your patience!
>
> Shawn Thomas
> QATS Support
> NetLibrary
> 4888 Pearl East Circle, Suite 103
> Boulder, CO 80301
> 303.381.8752
> sthomas@netlibrary.com

Confidential

RB000222

## Jerry Hadley

| | |
|---|---|
| **From:** | Jerry Hadley [jhadley@landmarkaudio.com] |
| **Sent:** | Wednesday, January 17, 2007 1:37 PM |
| **To:** | 'Scott Wasinger' |
| **Subject:** | RE: [SpS: 5] FW: NetLibrary authentication problem at ICPL |

Scott,

Thanks for the response.

My concern is to have someone (from NL?) helping to drive this process a bit harder, so that the customer is not left feeling that they are not being helped - see the last sentence of Shawn's message. CBD may be the actual vendor, but we are all affected by their performance.

Jerry

-----Original Message-----
From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Wednesday, January 17, 2007 1:22 PM
To: Jerry Hadley
Subject: [SpS: 5] FW: NetLibrary authentication problem at ICPL

Jerry,

Based on Hal's message immediately below, we understand that Iowa City is now working with CBD to resolve.

Regards,
Scott

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Wednesday, January 17, 2007 10:16 AM
To: Shawn Thomas
Cc: Barb Black; Jay Beattie; Kara Logsden; Susan Craig
Subject: RE: NetLibrary authentication problem at ICPL

Excellent feedback. Makes sense to me, although as far as I know they have not changed anything on our server; wonder where they made the code change? I work a split shift today but will give CBD someone else to contact.

Thanks again,

Hal

>>> On 1/17/2007 at 11:06 AM, in message
<EEA2B3C9BED36642AA339E0F4505B32901F31E60@mailman2.netlibrary.com>,
"Shawn
Thomas" <sthomas@netlibrary.com> wrote:
> Hi Hal,
> The input on our end by two developers is as follows:
>
> Dev. #1 - Emily) "...it is a problem on CybraryN's end.  The encrypted
> security string being passed is not the correct length therefore we
> cannot decrypt it.  It is my understanding that they made a code change
> on their end last week and apparently something was changed."
>
> Dev. #2 - Will) "There's not too much more to it than that, really. The
> string that was included in the email Emily forwarded me is an

1

**Confidential**

invalid
> length and can't be decrypted.  There's no way to tell if it's too long
> or too short but as our codebase for the URL API hasn't changed I'm
> confident the problem is on their end."
>
> Hal, Let me know what else I can do to assist you other than getting
> Computers by Design to get off the phone and call you back:-} Shawn
>
>
> -----Original Message-----
> From: Hal Penick [mailto:HPENICK@icpl.org]
> Sent: Wednesday, January 17, 2007 9:32 AM
> To: Shawn Thomas
> Cc: Kara Logsden; Susan Craig
> Subject: NetLibrary authentication problem at ICPL
>
> Hi Shawn,
>
> Thanks for the email. I think the biggest problem has been the lack of
> communications about the status of the problem resolution. Yesterday and
> today I called tech support at Computers by Design. Both times I was
> told the engineer I needed to deal with (Mike Williams is no longer with
> them) was on the phone with another customer and that he would call me
> back. So far, no word.
>
> The error message we are receiving from NetLibrary states, "A problem
> has occurred while processing your request. The problem has been logged
> so that it can be corrected. We apologize for the inconvenience." I
> would hope that the log files would be able to share some light on why
> we are not able to login.
>
> The log files on our CybraryN server of the authentication process do
> not indicate any errors; the user authentication with the ILS passes and
> a url is created that tries to contact
> http://www.netlibrary.com/urlapi.aspx? with an encrypted string.
>
> For troubleshooting purposes, we did install recommended Microsoft
> updates to the Server 2003 platform around the time we started having
> problems (Jan 11 about 1pm). Personally, I think they are suspect but I
> need to have someone who knows the product take a look at it to see what
> might have happened. It might just save some other customers a headache.
>
> Thanks again for your note,
>
> Hal
>
> ps. - Still no word from Computers By Design.  Must be still on the
> phone.

2

Confidential

RB000224

RE Baltimore County

From: Jerry Hadley [jhadley@landmarkaudio.com]
Sent: Wednesday, October 25, 2006 1:57 PM
To: 'Scott Wasinger'
Cc: 'April Driver'; 'Kara Kroes'; 'Matt Walker'; 'msmith@recordedbooks.com'
Subject: RE: Baltimore County

Scott,


I apologize for the delay in submitting the requested email.


On October 13, in a conversation between you, Matt Walker and myself, it was agreed that:


1)    Baltimore County, which renewed their eAudiobook service on August 1, 2006 by means of a signed two year amendment, will pay $25,000 for that renewed service in lieu of the $50,000 charge previously agreed upon. This change is due to the library's substandard experience with the service during the first year, and the recent difficulties with implementing the Cybrarian authentication interface.

2)    Because the library wishes to pay for that service as soon as possible, it was further agreed that Recorded Books should create a proforma invoice to be sent to the library.

3)    Recorded Books will obtain from the library a revised order form for the new pricing, as well as a written request to be released from their two year amendment for the reasons stated above.


Jerry



--------------------------------------------------------------------------------
From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Tuesday, October 17, 2006 11:21 AM
To: Matt Walker; Jerry Hadley
Subject: Baltimore County


Matt / Jerry,


As discussed Friday, please send an e-mail confirming the specifics of your proposed solution for Baltimore County.


Thanks,

Scott


Page 1


**Confidential**    **RB000225**

RE Baltimore County

Confidential

RB000226

FW Scoville Library

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Wednesday, June 20, 2007 2:09 PM
To: 'Zoie Mellios'
Cc: 'msmith@recordedbooks.com'; 'Roger Corriveau'
Subject: FW: Scoville Library

Zoie,


This is a CT library which shows in the LRC as having no active accounts since May 1, yet from June 1 to 15 there were 16 accesses.


Please look into this, and let us know when it has been resolved.


Jerry


-----------------------------------------------------------------------------

From: Roger Corriveau [mailto:rcorriveau@recordedbooks.com]
Sent: Wednesday, June 20, 2007 1:52 PM
To: 'Jerry Hadley'
Subject: Scoville Library


JH,

        Scoville Library in CT can still DL from Netlibrary.  They were supposed to be cut off.  Can you please check into this?  They don't want to pay any other bills.  Thanks.


Roger C. Corriveau

Recorded Books, LLC

800-638-1304, ext. 1309

Fax:  860-487-3596

Confidential

RB000227

RE 1-17333723status.txt

RE: 1-17333723/statusFrom: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, March 07, 2005 3:09 PM
To: 'Mumaw,Brenda'
Subject: RE: 1-17333723/status

Follow Up Flag: Follow up
Flag Status: Green

Hi Brenda,


Can you tell me if the records for Middlebury Community Public Library in IN have
been sent yet? If not, can you give me a time frame on when they will receive them?


Thanks,

mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421



-------------------------------------------------------------------------

From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Thursday, March 03, 2005 12:32 PM
To: Gantt,Ben(NetLibrary); Mary Smith; Savage,Michael
Subject: RE: 1-17333723/status


I have processed the order.  The user will receive an email tomorrow or Monday re:
downloading the file.

Brenda



-------------------------------------------------------------------------

From: Ben Gantt [mailto:bgantt@netlibrary.com]
Sent: Thursday, March 03, 2005 12:14 PM
To: Mary Smith; Mumaw,Brenda; Savage,Michael
Subject: RE: 1-17333723/status

I have just submitted the MARC order for TLM.


Ben

                        Page 1

Confidential                                                                 RB000228

RE 1-17333723status.txt

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, March 03, 2005 9:59 AM
To: Mumaw,Brenda (OCLC); Savage,Michael (OCLC); Ben Gantt
Cc: Calvert,Dave (OCLC); smithsm50@earthlink.net
Subject: RE: 1-17333723/status

Hello Brenda,

Thanks for the response! I will advise Washington-Centerville (W6C) that they will
receive an email shortly with instructions on downloading the file.

Regarding, TLM (Toledo-Lucas), what do you need in order to set up MARC records for
their account? They claim to have requested this previously.

The records should go to Ben Bolbach bbolbach@toledolibrary.org.

Let me know what I can do to resolve this for Toledo Lucas.

Mary

Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

--------------------------------------------------------------------------
From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Thursday, March 03, 2005 11:51 AM
To: Savage,Michael; Gantt,Ben(NetLibrary); msmith@recordedbooks.com
Cc: Calvert,Dave
Subject: RE: 1-17333723/status

I have already received the order and processed it for W6C.  They will receive an
email today or tomorrow re: downloading the file.

I have heard nothing from NetLibrary for TLM.
Brenda

Page 2

Confidential

RB000229

RE 1-17333723status.txt

---

From:      Savage,Michael
Sent:      Thursday, March 03, 2005 11:48 AM
To:        Mumaw,Brenda
Cc:        Calvert,Dave
Subject:         FW: 1-17333723/status

Dave,
 Brenda works with the audiobooks I was just covering for her yesterday when she was
out.

Brenda,
 Here you go

---

From:      Calvert,Dave
Sent:      Thursday, March 03, 2005 11:35 AM
To:        Savage,Michael
Subject:         1-17333723/status

Hi Mike

Mary from recorded books called on the status of the order for TLM , she had called
before and you were waiting on the order from Ben Gant?

Mary also asked about an order for W6C?

Can you give her status on these? I have created an activity for SR 1-17333723 for
TLM.

Her email is msmith@recordedbooks.com

Thanks

Dave
OCLC/CSD

Page 3

**Confidential**

**RB000230**

```
                        RE Darien Public Library.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, March 16, 2005 2:15 PM
To: 'Mumaw,Brenda'
Subject: RE: Darien Public Library

Follow Up Flag: Follow up
Flag Status: Green

Darien, CT symbol GKX


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421



------------------------------------------------------------------------------

From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Wednesday, March 16, 2005 1:06 PM
To: Mary Smith
Subject: RE: Darien Public Library


Hi Mary -

I do not show that an order has been sent for them.

I am looking under OCLC symbol WD#.

Are they located in Darien, WI??


Brenda



------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, March 16, 2005 12:38 PM
To: Mumaw,Brenda
Subject: Darien Public Library

Brenda,


Have the MARC records been sent to Darien Public yet? I just received an email from
the customer.


Thanks,
```

**Confidential**                                                                    **RB000231**

RE Frazer Valley Regional.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, May 12, 2005 2:35 PM
To: 'Mumaw,Brenda'
Subject: RE: Frazer Valley Regional

Follow Up Flag: Follow up
Flag Status: Green

Can you tell me when? They are claiming that they never received them.


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


-------------------------------------------------------------------------

From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Thursday, May 12, 2005 2:33 PM
To: Mary Smith
Subject: RE: Frazer Valley Regional


Yes.



-------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, May 12, 2005 2:28 PM
To: Mumaw,Brenda
Subject: Frazer Valley Regional

Brenda,


Have you sent the MARC records for Frazer Valley yet?


Thanks,

Mary


Mary Smith

Page 1

**Confidential**                                                          **RB000232**

Cedar City Public.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, October 13, 2005 2:19 PM
To: 'Mumaw,Brenda'
Subject: Cedar City Public

Follow Up Flag: Follow up
Flag Status: Green

Hi Brenda,


Cedar City is claiming that they never received their initial batch of MARC records.
Can you resend them?

He is getting the monthly batches; so I assume that he overlooked the initial group
that you sent.


They should go to Steve Decker dsteve@cedarcity.org


Thanks for your help,


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Page 1

Confidential

RB000233

Ypsilanti District.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, December 20, 2005 12:18 PM
To: 'Mumaw,Brenda'
Subject: Ypsilanti District

Follow Up Flag: Follow up
Flag Status: Green

Hi Brenda,


When was the last time that you sent MARC's to this library. She said she is missing the MARCs for the November titles which should have sent in the beginning of December.


Thanks,


Mary


BTW—HAPPY HOLIDAYS!!!!


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Page 1

Confidential

RB000234

```
                      RE Marc records for Bergenv3.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, February 03, 2006 12:57 PM
To: 'Mumaw,Brenda'; 'Jerry Hadley'; 'Sontoski,Jeanette(NetLibrary)'
Subject: RE: Marc records for Bergen
```

Follow Up Flag: Follow up
Flag Status: Green

Brenda,


The symbol is BRG. This is the one that we spoke of a few days ago.


Mary

Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


--------------------------------------------------------------------

```
From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Friday, February 03, 2006 12:49 PM
To: Jerry Hadley; Sontoski,Jeanette(NetLibrary)
Cc: Mary Smith
Subject: RE: Marc records for Bergen
```

Jerry - Do you know the OCLC symbol?  We have several Bergen Libraries.

Brenda



--------------------------------------------------------------------

```
From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
Sent: Friday, February 03, 2006 12:48 PM
To: Sontoski,Jeanette(NetLibrary); Mumaw,Brenda
Cc: 'Mary Smith'
Subject: Marc records for Bergen
```

Jeanette/Brenda,


Was an order placed for Marc records for Bergen?  Have they been sent to the
library?

Confidential

RB000235

RE Marc records for Bergenv3.txt

Thanks.

Jerry H.

**Confidential**

**RB000236**

```
                        RE Marc records for Bergen.txt
```
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, February 08, 2006 1:58 PM
To: 'Mumaw,Brenda'; 'Jerry Hadley'; 'Sontoski,Jeanette(NetLibrary)'
Subject: RE: Marc records for Bergen

Follow Up Flag: Follow up
Flag Status: Green

Hi Brenda,


I just got a message from Bergen County and they haven't seen the MARC records yet.
Do you know if the order was processed?


Thanks,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


---------------------------------------------------------------------------

From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Friday, February 03, 2006 12:59 PM
To: Mary Smith; Jerry Hadley; Sontoski,Jeanette(NetLibrary)
Subject: RE: Marc records for Bergen


I still do not have an order for BRG.

Maybe Jeanette has it at her end.

Brenda


---------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, February 03, 2006 12:57 PM
To: Mumaw,Brenda; 'Jerry Hadley'; Sontoski,Jeanette(NetLibrary)
Subject: RE: Marc records for Bergen

Brenda,


Page 1

Confidential
RB000237

RE Marc records for Bergen.txt
The symbol is BRG. This is the one that we spoke of a few days ago.


Mary

Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


--------------------------------------------------------------------------------
From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Friday, February 03, 2006 12:49 PM
To: Jerry Hadley; Sontoski,Jeanette(NetLibrary)
Cc: Mary Smith
Subject: RE: Marc records for Bergen


Jerry - Do you know the OCLC symbol?  We have several Bergen Libraries.

Brenda


--------------------------------------------------------------------------------
From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
Sent: Friday, February 03, 2006 12:48 PM
To: Sontoski,Jeanette(NetLibrary); Mumaw,Brenda
Cc: 'Mary Smith'
Subject: Marc records for Bergen

Jeanette/Brenda,


Was an order placed for Marc records for Bergen?  Have they been sent to the
library?


Thanks.


Jerry H.

Confidential                                    RB000238

FW MARC Status.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, April 04, 2006 12:37 PM
To: 'Mumaw,Brenda'
Subject: FW: MARC Status

Follow Up Flag: Follow up
Flag Status: Green

-------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, April 04, 2006 10:35 AM
To: 'Zoie Mellios'; 'bmessersmith@recordedbooks.com'
Subject: MARC Status

Hello,

The following libraries have inquired regarding the status of their MARC records.
Can you tell me when these will be sent?

Charleston-Clark County

Ephrata Public Library

Grapevine Public Library

Lenawee Public Library

Thanks,

Mary

-------------------------------------------------------------------------------

From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Monday, March 27, 2006 12:29 PM
To: msmith@recordedbooks.com
Subject: [SpS: 5] FW: Libraries

Mary -

I KNOW THAT THERE ARE SOME TECHNICAL DIFFICULTIES GOING ON RIGHT NOW.  NetLibrary
DOES NOT KNOW WHEN THE ORDERS WILL BE COMING TO ME.  SEE ZOIE'S RESPONSE BELOW.

BRENDA

Page 1

Confidential

RB000239

FW MARC Status.txt

------------------------------------------------------------------------

From: Zoie Mellios [mailto:zmellios@netlibrary.com]
Sent: Monday, March 27, 2006 12:11 PM
To: Mumaw,Brenda
Subject: RE: Libraries

No, I'm sorry I don't.


------------------------------------------------------------------------

From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Monday, March 27, 2006 10:10 AM
To: Mary Smith; Zoie Mellios
Subject: RE: Libraries

Zoie - Do you know when these orders will come to OCLC?

Brenda




------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, March 27, 2006 12:02 PM
To: Mumaw,Brenda
Subject: Libraries

Brenda,


Can you tell me when the MARC record email will go out to the following libraries?
They are driving me crazy and want to know when they will see them.


Ephrata Public Library

Grapevine Public Library


Thanks,

Mary


Mary Smith

Page 2

Confidential

RB000240

FW MARC Status.txt

Recorded Books, LLC

800-638-1304 ext.1421

208-474-4525--fax

Confidential

RE SpS 5 RE Recorded Books MARC Records.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, May 01, 2006 9:33 AM
To: 'Mumaw,Brenda'
Subject: RE: [SpS: 5] RE: Recorded Books MARC Records

Follow Up Flag: Follow up
Flag Status: Green

Do you know why they would have received over 2000 marcs when only 1400 titles are available?

Mary

-----Original Message-----
From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Monday, May 01, 2006 9:06 AM
To: Mary Smith
Subject: [SpS: 5] RE: Recorded Books MARC Records

They have the enclosed collections.  They will be receiving another 50 records this week.

NETLIBRARY - EAUDIOBOOK CEV HOLY BIBLE NETLIBRARY - EAUDIOBOOK PIMSLEUR LANGUAGE SERIES NETLIBRARY - EAUDIOBOOKS US & CANADA CORE COLL NETLIBRARY - EAUDIOESSENTIALS COLL NETLIBRARY - EAUDIOBOOKS CHILDREN & YOUNG ADULTS COLL

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, May 01, 2006 9:01 AM
To: Mumaw,Brenda
Subject: FW: Recorded Books MARC Records

Brenda,

Can you tell me what collections were included with this customers MARC record batch?

Thanks,
mary

---- Original Message ----
From: BarnesJ@jocolibrary.org
To: bdoss@recordedbooks.com
Subject: FW: Recorded Books MARC Records
Date: Tue, 25 Apr 2006 10:32:47 -0500

Brad,

I'm sending you this email to remind you to check on our MARC records we downloaded from OCLC.  I have 2118 records and you say that I should only have 1470...  Let us know what you find out.

Thanks!
Jason

Jason Barnes
Johnson County Library
Bibliographic Services Coordinator
9875 W. 87th St.
Overland Park, KS 66212
913/495-2456

Page 1

Confidential

RB000242

RE SpS 5 RE Recorded Books MARC Records.txt
Fax 913/495-2441
barnesj@jocolibrary.org


xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Would you like some best sellers for you audiobook collection?  Here are a few books
that had modest Hardcover sales that have literally exploded in Paperback!  All are
available from Recorded Books!

THE KITE RUNNER by Kaled Hosseini
50,000        Hardcover           2.2 Million  Paperback
BEE SEASON by Myla Goldberg
10,000        Hardcover           400,000        Paperback
ANGRY HOUSEWIVES EATING BON BONS by Lorna Landvik
60,000        Hardcover           450,000        Paperback
READING LOLITA IN TEHRAN by Azar Nafisi
65,000        Hardcover           1 Million      Paperback
DON'T LET'S GO TO THE DOGS TONIGHT by Alexandra Fuller
35,000        Hardcover           175,000        Paperback
THE CURIOUS INCIDENT OF THE DOG IN THE NIGHT-TIME by Mark Haddon
130,000       Hardcover           1.3 Million  Paperback
MY SISTER'S KEEPER by Jodi Picoult
100,000       Hardcover           600,000        Paperback
THE KNOWN WORLD by Edward P. Jones
80,000        Hardcover           575,000        Paperback
WICKED by Gregory Maguire
12,000        Hardcover           2 Million      Paperback
THE GIRL WITH THE PEARL EARRING by Tracey Chevalier
40,000        Hardcover           1.8 Million  Paperback
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Brad Doss
Library Major Account Manager
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, MD 20678
800-638-1304 ext. 1304
404-317-1271 mobile

Page 2

Confidential

RB000243

Franklin Township Library.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, May 23, 2006 2:08 PM
To: 'Mumaw,Brenda'
Subject: Franklin Township Library

Follow Up Flag: Follow up
Flag Status: Green

Hi Brenda,


Can you tell me if MARC records have been sent to this library yet? They emailed me
inquiring about the status.


Best,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

208-474-4525--fax

Confidential

RB000244

```
                          Watertown Public Library.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, June 01, 2006 2:27 PM
To: 'Mumaw,Brenda'
Subject: Watertown Public Library

Follow Up Flag: Follow up
Flag Status: Green

Hi Brenda,


Can you tell me if the MARC records for Watertown Public Library, MA have been sent
yet?


mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

208-474-4525--fax
```

Confidential

RB000245

```
                    FW SpS 4 RE SpS 4 RE eaudiobook marc records.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, December 14, 2006 4:27 PM
To: 'Linda_Fair@oclc.org'
Subject: FW: [SpS: 4] RE: [SpS: 4] RE: eaudiobook marc records

Follow Up Flag: Follow up
Flag Status: Green

Yes, they were ordered on 9/27.  Brenda got their contact info on 9/28.  Their
symbol is IN4




-------------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Thursday, December 14, 2006 4:07 PM
To: Mary Smith
Subject: [SpS: 4] RE: eaudiobook marc records


Mary, do you have there symbol or order #s for these recprds.





  From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, December 14, 2006 4:02 PM
To: Fair,Linda
Subject: FW: eaudiobook marc records

Hi Linda,


This library needs all MARC records for their eAudio collections. Could you send
them?


Thanks,

Mary



-------------------------------------------------------------------------

From: Sally Stegner [mailto:sjstegne@lpld.lib.in.us]
Sent: Thursday, December 14, 2006 10:34 AM
To: 'Mary Smith'
Cc: 'Jason Bradley'
Subject: eaudiobook marc records
                            Page 1
```

Confidential

RB000246

FW SpS 4 RE SpS 4 RE eaudiobook marc records.txt

Mary,


Now that our cataloger has returned from maternity leave we are ready to download
the MARC records for eaudiobook subscription.  Can you please let me know what we
need to do to make that possible?


Thanks for your help.


Sally Stegner

Library Director

Lawrenceburg Public Library District

123 W. High St.

Lawrenceburg, IN 47025

812-537-2775, x 21

**Confidential**                                                                                      **RB000247**

FW NetLibrary Bibliographic Records for MVLSSALS.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, December 28, 2006 8:17 AM
To: 'Linda_Fair@oclc.org'
Subject: FW: NetLibrary Bibliographic Records for MVLS/SALS

Follow Up Flag: Follow up
Flag Status: Green

Do you know when this library will receive their MARCs? The main order was under
Mohawk Valley Library System.


Mary


--------------------------------------------------------------------------------

From: Robinson, Diane [mailto:diane@sals.edu]
Sent: Wednesday, December 27, 2006 9:13 AM
To: Mary Smith
CC: Largeteau, Michele; O'Brien,Sharon; Dolan, Laura; Thomson, Jason
Subject: NetLibrary Bibliographic Records for MVLS/SALS


Hi Mary,


Sharon has not received the file of NetLibrary bibliographic records for MVLS
libraries.  Should we expect that soon?


Thanks!


Diane


==================================

Diane M. Robinson

MVLS/SALS Joint Automation Project

22 Whitney Place

Saratoga Springs, NY 12866

(518) 584-7300 ext 212

==================================


Page 1

Confidential                                                              RB000248

FW MARC Recordsv2.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, January 03, 2007 8:36 AM
To: 'Linda_Fair@oclc.org'
Subject: FW: MARC Records

Follow Up Flag: Follow up
Flag Status: Green

Hi Linda,


 Do you know when this batch will be sent?


Mary



--------------------------------------------------------------------------------

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Friday, December 29, 2006 1:52 PM
To: Mary Smith
Subject: RE: MARC Records


Mary,


I was on vacation and returned to work now.  I believe that I have not received the
initial MARC record batch, 1600 records from you yet.  Can you check it for me and
let me know?


Thanks.




Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga.gov

Page 1

Confidential

RB000249

FW MARC Recordsv2.txt

---------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, December 11, 2006 3:10 PM
To: Liu, Seung Ja
Subject: RE: MARC Records


Hi Seung-Ja,


The initial MARC record batch will consist of 1600 records. You will receive the
email notification stating that the records are available approx. 5 business days
after the account has been activated. If all things go well the account will be
activated tomorrow morning, so you should expect the MARC records around 12/18.


Best,

Mary



---------------------------------------------------------------------------

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Monday, December 11, 2006 1:17 PM
To: Mary Smith
Subject: MARC Records


Mary,


I believed that I sent an email to you to request that we would like to receive the
initial MARC records, 16,000 records with several small files rather than one big
file.


Could you let me know when we will be getting these files from you? So I can make
loading schedule for them.


Thanks.


Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

Page 2

Confidential                                                      RB000250

FW MARC Recordsv2.txt

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga.gov

Confidential

RB000251

RE NetLibrary Bibliographic Records for MVLSSALS.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, December 28, 2006 8:43 AM
To: 'Fair,Linda'
Cc: Zoie Mellios
Subject: RE: NetLibrary Bibliographic Records for MVLS/SALS

Follow Up Flag: Follow up
Flag Status: Green

Hi Linda,


I thought libraries would receive their MARCs based upon their activation date not
their start date. We have a lot of libraries that are activated earlier in the moth
before their official start date. Receiving the MARCs before their official start
date assists the library in prepping for the subscription.


Has this process changed?


Mary



--------------------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Thursday, December 28, 2006 8:33 AM
To: Mary Smith
Subject: RE: NetLibrary Bibliographic Records for MVLS/SALS


Mary,  there subscription start date is 1/1/07.



--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, December 28, 2006 8:17 AM
To: Fair,Linda
Subject: FW: NetLibrary Bibliographic Records for MVLS/SALS

Do you know when this library will receive their MARCs? The main order was under
Mohawk Valley Library System.


Mary



--------------------------------------------------------------------------------

From: Robinson, Diane [mailto:diane@sals.edu]

Confidential    RB000252

```
                     RE NetLibrary Bibliographic Records for MVLSSALS.txt
Sent: Wednesday, December 27, 2006 9:13 AM
To: Mary Smith
Cc: Largeteau, Michele; O'Brien,Sharon; Dolan, Laura; Thomson, Jason
Subject: NetLibrary Bibliographic Records for MVLS/SALS
```

Hi Mary,


Sharon has not received the file of NetLibrary bibliographic records for MVLS libraries.   Should we expect that soon?


Thanks!


Diane


================================

Diane M. Robinson

MVLS/SALS Joint Automation Project

22 Whitney Place

Saratoga Springs, NY 12866

(518) 584-7300 ext 212

================================

Page 2

**Confidential**

**RB000253**

RE MARC Recordsv2.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, January 09, 2007 8:36 AM
To: 'Fair,Linda'
Subject: RE: MARC Records

Follow Up Flag: Follow up
Flag Status: Green

Hi Linda,


This library stated that they haven't received the records yet. Do you have a status
that I can give them?


Mary



--------------------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Wednesday, January 03, 2007 8:38 AM
To: Mary Smith
Subject: RE: MARC Records


Hi Mary:  I will be sending Marc Records out for the next few days.  Let me know if
you don't receive them.


Linda



--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, January 03, 2007 8:36 AM
To: Fair,Linda
Subject: FW: MARC Records

Hi Linda,


 Do you know when this batch will be sent?


Mary



--------------------------------------------------------------------------------

Confidential

RB000254

RE MARC Recordsv2.txt

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Friday, December 29, 2006 1:52 PM
To: Mary Smith
Subject: RE: MARC Records


Mary,


I was on vacation and returned to work now.  I believe that I have not received the
initial MARC record batch, 1600 records from you yet.  Can you check it for me and
let me know?


Thanks.




Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga.gov



--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, December 11, 2006 3:10 PM
To: Liu, Seung Ja
Subject: RE: MARC Records


Hi Seung-Ja,


The initial MARC record batch will consist of 1600 records. You will receive the
email notification stating that the records are available approx. 5 business days
after the account has been activated. If all things go well the account will be
activated tomorrow morning, so you should expect the MARC records around 12/18.


Best,

Page 2

Confidential                                                                      RB000255

RE MARC Recordsv2.txt

Mary

-------------------------------------------------------------------------

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Monday, December 11, 2006 1:17 PM
To: Mary Smith
Subject: MARC Records

Mary,

I believed that I sent an email to you to request that we would like to receive the
initial MARC records, 16,000 records with several small files rather than one big
file.

Could you let me know when we will be getting these files from you? So I can make
loading schedule for them.

Thanks.

Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga.gov

Confidential

RB000256

RE MARC Records.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, January 12, 2007 8:45 AM
To: 'Fair,Linda'
Subject: RE: MARC Records

Follow Up Flag: Follow up
Flag Status: Green

Hi Linda,


Both Atlanta Fulton Public Library and the Mohawk Valley Library System claim that
they have not received their records. Can you look into it for me?


Thanks,

Mary



----------------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Tuesday, January 09, 2007 8:38 AM
To: Mary Smith
Subject: RE: MARC Records


Hi Mary,  I am processing a large batch right now.  They should receive there Marc
Records today or tomorrow.  Just let me know by Friday if they haven't and I will
see what's up.



----------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, January 09, 2007 8:36 AM
To: Fair,Linda
Subject: RE: MARC Records

Hi Linda,


This library stated that they haven't received the records yet. Do you have a status
that I can give them?


Mary



----------------------------------------------------------------------------

Page 1

Confidential

RB000257

RE MARC Records.txt

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Wednesday, January 03, 2007 8:38 AM
To: Mary Smith
Subject: RE: MARC Records


Hi Mary:  I will be sending Marc Records out for the next few days.  Let me know if you don't receive them.


Linda


--------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, January 03, 2007 8:36 AM
To: Fair,Linda
Subject: FW: MARC Records

Hi Linda,


 Do you know when this batch will be sent?


Mary


--------------------------------------------------------------------------

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Friday, December 29, 2006 1:52 PM
To: Mary Smith
Subject: RE: MARC Records


Mary,


I was on vacation and returned to work now.  I believe that I have not received the initial MARC record batch, 1600 records from you yet.  Can you check it for me and let me know?


Thanks.


Page 2

**Confidential**

**RB000258**

RE MARC Records.txt

Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga.gov

--------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, December 11, 2006 3:10 PM
To: Liu, Seung Ja
Subject: RE: MARC Records

Hi Seung-Ja,

The initial MARC record batch will consist of 1600 records. You will receive the
email notification stating that the records are available approx. 5 business days
after the account has been activated. If all things go well the account will be
activated tomorrow morning, so you should expect the MARC records around 12/18.

Best,

Mary

--------------------------------------------------------------------------

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Monday, December 11, 2006 1:17 PM
To: Mary Smith
Subject: MARC Records

Mary,

I believed that I sent an email to you to request that we would like to receive the
initial MARC records, 16,000 records with several small files rather than one big
file.

Page 3

Confidential

RB000259

RE MARC Records.txt

Could you let me know when we will be getting these files from you? So I can make loading schedule for them.


Thanks.


Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga.gov

Confidential

RB000260

FW SpS 5 RE MARC Records.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, January 12, 2007 3:45 PM
To: 'walkers@oclc.org'
Subject: FW: [SpS: 5] RE: MARC Records

Follow Up Flag: Follow up
Flag Status: Green

Hi Susan,


I was hoping that you could help me with this… Both the Atlanta Fulton County
Library and the Mohawk Valley Library System subscribed to eAudios for Jan.1. Their
subscription began in early December and they have been inquiring about the status
of their MARC records since then. They are getting aggreveted now, one month since
activation and they still have not received them.


My normal contact is Linda but I understand that she is new. Zoie thought that you
would be able to provide a reliable answer that I can provide to our customer.


Thanks,

Mary



------------------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Friday, January 12, 2007 9:30 AM
To: Mary Smith
Subject: [SpS: 5] RE: MARC Records


Mary,  Is this for ebooks, audio or WCS?  I didn't find anything for WCS.


Linda



------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, January 12, 2007 8:45 AM
To: Fair,Linda
Subject: RE: MARC Records

Hi Linda,


Both Atlanta Fulton Public Library and the Mohawk Valley Library System claim that
they have not received their records. Can you look into it for me?
                              Page 1

Confidential                                                              RB000261

FW SpS 5 RE MARC Records.txt

Thanks,

Mary

---

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Tuesday, January 09, 2007 8:38 AM
To: Mary Smith
Subject: RE: MARC Records

Hi Mary,  I am processing a large batch right now.  They should receive there Marc
Records today or tomorrow.  Just let me know by Friday if they haven't and I will
see what's up.

---

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, January 09, 2007 8:36 AM
To: Fair,Linda
Subject: RE: MARC Records

Hi Linda,

This library stated that they haven't received the records yet. Do you have a status
that I can give them?

Mary

---

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Wednesday, January 03, 2007 8:38 AM
To: Mary Smith
Subject: RE: MARC Records

Hi Mary:  I will be sending Marc Records out for the next few days.  Let me know if
you don't receive them.

Linda

Page 2

Confidential                                                                                    RB000262

FW SpS 5 RE MARC Records.txt

--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, January 03, 2007 8:36 AM
To: Fair,Linda
Subject: FW: MARC Records

Hi Linda,


Do you know when this batch will be sent?


Mary



--------------------------------------------------------------------------------

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Friday, December 29, 2006 1:52 PM
To: Mary Smith
Subject: RE: MARC Records


Mary,


I was on vacation and returned to work now.  I believe that I have not received the
initial MARC record batch, 1600 records from you yet.  Can you check it for me and
let me know?


Thanks.




Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga.gov

Page 3

Confidential

RB000263

FW SpS 5 RE MARC Records.txt

----------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, December 11, 2006 3:10 PM
To: Liu, Seung Ja
Subject: RE: MARC Records


Hi Seung-Ja,


The initial MARC record batch will consist of 1600 records. You will receive the
email notification stating that the records are available approx. 5 business days
after the account has been activated. If all things go well the account will be
activated tomorrow morning, so you should expect the MARC records around 12/18.


Best,

Mary


----------------------------------------------------------------------------

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Monday, December 11, 2006 1:17 PM
To: Mary Smith
Subject: MARC Records


Mary,


I believed that I sent an email to you to request that we would like to receive the
initial MARC records, 16,000 records with several small files rather than one big
file.


Could you let me know when we will be getting these files from you? So I can make
loading schedule for them.


Thanks.


Seung-Ja Liu

Information Systems Manager

Confidential                                                    RB000264

FW SpS 5 RE MARC Records.txt

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga.gov

Confidential

RB000265

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, January 22, 2007 2:11 PM
To: 'Fair,Linda'
Cc: 'Walker,Susan'; 'Zoie Mellios'
Subject: FW: SR 1-61859387 - Off-site access for NetLibrary (GAP)

Follow Up Flag: Follow up
Flag Status: Green

Hi Linda,


I just heard from this library again today. They haven't received the records and
are getting extremely angry. Any update?


Mary


--------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Thursday, January 18, 2007 9:21 AM
To: Mary Smith
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary (GAP)


Mary

I will be email the customer tomorrow with the info on the records.


Linda


--------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, January 18, 2007 8:40 AM
To: Fair,Linda
Cc: Walker,Susan
Subject: FW: SR 1-61859387 - Off-site access for NetLibrary (GAP)

Any idea when the batch will be emailed to the customer? They just called me and
wanted to know.


Mary


--------------------------------------------------------------------

**Confidential**

**RB000266**

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt
From: Walker,Susan [mailto:walkers@oclc.org]
Sent: Wednesday, January 17, 2007 6:56 AM
To: Mary Smith
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary (GAP)


Linda is rerunning all the records and will email Lucelia when the file is ready.


--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, January 16, 2007 1:43 PM
To: Walker,Susan
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary (GAP)

Yes to both please.


Mary


--------------------------------------------------------------------------------

From: Walker,Susan [mailto:walkers@oclc.org]
Sent: Tuesday, January 16, 2007 1:41 PM
To: Mary Smith
Cc: Fair,Linda
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary (GAP)


Mary,


Do you want us to rerun their orders?  We can do that and also correct their
standing order so this won't happen next time.  Is it okay if the records are all in
one file?


Susan


--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, January 16, 2007 1:30 PM
To: Walker,Susan
Subject: FW: SR 1-61859387 - Off-site access for NetLibrary

Help!

Page 2

Confidential
RB000267

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

--------------------------------------------------------------------------------

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Tuesday, January 16, 2007 1:25 PM
To: Mary Smith; Mack, Debora
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

Mary,

I am looking at MARC records and noticed that it has the holding code "GABA" in 049 tag. AFPL's holding code should be "GAPA" instead of "GABA".

Please let me know.

Thanks.

Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga.gov

--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, January 16, 2007 12:23 PM
To: Liu, Seung Ja; Mack, Debora
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

Hi Seung-Ja,

Any OCLC authorization id will work. The one that is assigned to you is:

Confidential                                                                RB000268

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

Autho - 100-065-091

Pwv - GAP

Mary

----------------------------------------------------------------------------

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Tuesday, January 16, 2007 11:15 AM
To: Liu, Seung Ja; Mary Smith; Mack, Debora
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

Mary, how do I get authorization and password to access PSW? (4. Type in appropriate authorization and password)

Thanks.

Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga..gov

----------------------------------------------------------------------------

From: Liu, Seung Ja
Sent: Tuesday, January 16, 2007 10:49 AM
To: 'Mary Smith'; Mack, Debora
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

Mary, the email domain OCLC used is not correct.  It should be @fultoncountyga.gov. Should be "gov" instead of "us" ..

Thanks.

Confidential

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga..gov

----------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, January 16, 2007 10:28 AM
To: Liu, Seung Ja; Mack, Debora
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

Sueng Ja,

Please note the email string below from OCLC including a copy of the email sent.

Mary

----------------------------------------------------------------------------

Mary,

We have processed a couple of orders for Atlanta Fulton, one order in December and
one in January.  File names are:

    D070104.B0026064

    D061214.B0025446

Below is the email that we sent in January.  Emails are going to Lucelia Flood.

Confidential                                                    RB000270

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

-----Original Message-----

From: Fair,Linda

Sent: Thursday, January 11, 2007 1:36 PM

To: 'LUCELIA.FLOOD@FULTONCOUNTY.GA.US'

Cc: 'marcorder@netlibrary.com'; 'HELPDESK@SOLINET.NET'

Subject: GAP - ATLANTA-FULTON PUB LIBR - ORDER 26064

Greetings,

Your NetLibrary file is ready for retrieval via the OCLC Product Services Web (PSW).
This file is OCLC-MARC data and can be loaded into your local system or opened with
a MARC editing tool to view or edit the records. Your file name is enclosed below
and will be out on the PSW for a 90-day period. Please retrieve your file within
that time period by following the steps below. If you need assistance, you may
contact our Customer Service Dept. at 1-800-848-5800.

1. Click on PSW url http://psw.oclc.org/psw/.

2. Click on "Records and Reports".

3. Click on "OCLC WorldCat Collection Sets".

4. Type in appropriate authorization and password.

5. Click on file or record name. Please ignore the COUNT files.

6. Right-click the file of records you want to download.

If using Internet Explorer, click Save Target As.

If using Netscape Navigator, a small menu will appear (after you have right-clicked
the

file you want), click Save Link As.

7. Optional - Rename file. Your local system may have specific requirements for

file names. If so, on the bottom type the name of the file using your local system's

file naming conventions.

8. To save the file, click Save if using Internet Explorer. If using Netscape
Navigator,

click Save this file to disk then OK.

For more information about Collection Sets visit:

http://collectionsets.oclc.org/JustLooking?cmd=displayElectronicSets

Linda Fair

OCLC Online Computer Library Center

Confidential

RB000271

             FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt
fairl@oclc.org

1-800-848-5878

_____

Order 26064 for institution ATLANTA-FULTON PUB LIBR has completed processing.

34 Records were retrieved (holdings were not set) on 2007-01-04.

The EDX output file name is D070104.B0026064 The records are sequenced by Set
Symbol, Subset Symbol, and OCLC Number as indicated below.

SUBSET NETLIBRARY - EAUDIOBOOKS US & CANADA CORE COLL 34

-------

SET NETLIBRARY - EAUDIOBOOKS US & CANADA CORE COLL 34


ORDER TOTAL 34

0 RECORDS OMITTED DUE TO WORLDCAT HOLDINGS ALREADY SET

OR DUPLICATE OCLC RECORD NUMBERS WITHIN THE ORDER




----------------------------------------------------------------------------
From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Tuesday, January 16, 2007 10:21 AM
To: Mary Smith; Mack, Debora
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary


Mary,


We, Lucelia and I, have not received any file from OCLC.  Please check into this
with OCLC and let us know.


Thanks.


Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government
                              Page 7

Confidential                                                    RB000272

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga...gov

--------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, January 16, 2007 9:19 AM
To: Mack, Debora
Cc: Liu, Seung Ja; Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

I need to check into this a little further. NetLibrary merged both the existing
GALILEO account with the new eAudiobook account. This is great because it allows
existing ebook patrons to view eAudiobooks and vice versa. I need to verify how the
GALILEO account was setup regarding statistics and access and will get back to you.

Debora,

Can you forward your NetLibrary username and password to me? Can I also get a sample
patron barcode?

FYI~OCLC notified me on Friday that the MARC records were sent to Lucelia on
Thursday. Can you confirm that you received them?

Thanks,

Mary

--------------------------------------------------------------------------

From: Mack, Debora [mailto:Debora.Mack@fultoncountyga.gov]
Sent: Tuesday, January 16, 2007 7:49 AM
To: Mary Smith; Liu, Seung Ja
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

How does this affect statistical issues. Patrons coming through Galileo, which will
land them on our page, will still be counted, right?

--------------------------------------------------------------------------
Page 8

Confidential

RB000273

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, January 12, 2007 10:10 AM
To: Mack, Debora; Liu, Seung Ja
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary


Hi Debora,


NetLibrary/OCLC is correct. We did not setup remote connectivity for the patrons.
Lucelia and Seung Ja decided to go with the IP authentication requiring patrons to
come into the library to setup their accounts initially.


Please let me know if you have any questions.


Best,

Mary



--------------------------------------------------------------------------------

From: Mack, Debora [mailto:Debora.Mack@fultoncountyga.gov]
Sent: Friday, January 12, 2007 8:31 AM
To: Mary Smith; Liu, Seung Ja
Cc: Flood-Partridge, Lucelia
Subject: FW: SR 1-61859387 - Off-site access for NetLibrary


Please let us know how to pursue.  I was able to set up an account from home on
Netlibrary through the Library site, however, the patron below was not.
Additionally, OCLC states there is no remote connectivity.



Anne,


I have checked the configuration information for the Atlanta-Fulton Public Library
System, and found that there was no off-site connectivity set up for NetLibrary.
Please have the librarian contact NetLibrary support to make available off-site
access to NetLibrary.  Until that time, it may be necessary either to go to the
library to set up a personal NetLibrary account, or contact a librarian to set up an
account for you.


Denny

Confidential

RB000274

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt
Customer Support Department

OCLC


[THREAD ID:1-100E9W]




-----Original Message-----


From:  anneorjack@aol.com

Sent:  1/5/2007 07:19:55 PM

To:  <general@netlibrary.com>

Subject:  Audiobooks: I need help using NetLibrary


Audiobooks Contact Us

Date Submitted: 1/5/2007 5:19:55 PM


Contact Information

Name: Anne Pritchard

E-Mail: anneorjack@aol.com

Phone Number: Not provided.

Library/School: No organization provided.

Contact Type: Patron


Comments: I am a patron of the Atlanta/Fulton Co. library and cannot reach the "set
up account" screen. The reference librarian said I should be able to access it
through their site,

but I just keep looping back to the

log-in site for those with accounts.

Thanks for your help.


User's IP: 205.188.116.130

Browser: IE7

Confidential
                                                                    RB000275

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

Account ID: 0

User Alias:

Affiliation: No library affiliation

-------------------------------------------------------------------------

From: Library Database
Sent: Thursday, January 11, 2007 9:37 AM
To: Mack, Debora; Liu, Seung Ja
Subject: FW: SR 1-61859387 - Off-site access for NetLibrary

FYI

Confidential                                                                    **RB000276**

FW Cumberland County Library System.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, February 08, 2007 8:40 AM
To: 'Zoie Mellios'
Subject: FW: Cumberland County Library System

Follow Up Flag: Follow up
Flag Status: Green

What????? So, in other words no records are kept proving that the records were sent
and to whom............

I really need help in dealing with her.


Mary



------------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Thursday, February 08, 2007 8:38 AM
To: Mary Smith
Subject: RE: Cumberland County Library System


I will look at this today but I delete a lot of the emails once there sent.



------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, February 07, 2007 5:29 PM
To: Fair,Linda
Cc: Mellios,Zoie(NetLibrary)
Subject: FW: Cumberland County Library System

Linda,


Did you get a chance to look at this?


Mary



------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, February 02, 2007 1:52 PM
To: 'Fair,Linda'
Subject: Cumberland County Library System

Page 1

Confidential    RB000277

FW Cumberland County Library System.txt

Hi Linda,

Can you forward me the last two MARC emails that were sent to bleach@ccpa.net?

Thanks,
mary

Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext. 1421

fax: 208-474-4525

Confidential

RB000278

```
                          Royal Oak NetLib records.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, February 13, 2007 11:38 AM
To: 'Fair,Linda'
Cc: 'Zoie Mellios'
Subject: Royal Oak NetLib records

Follow Up Flag: Follow up
Flag Status: Green

Linda/Zoie,

Royal Oak Public Library, MI is claiming that they didn't receive their MARC batch.
They were a 2/1 start and the account was activated on 1/22.

HELP!!!!

Mary
```

Page 1

**RB000279**

RE Cumberland County Library System.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, February 15, 2007 11:57 AM
To: 'Fair,Linda'
Cc: 'Zoie Mellios'
Subject: RE: Cumberland County Library System

Follow Up Flag: Follow up
Flag Status: Green

So, were you able to figure this out?


Mary


-----------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Thursday, February 15, 2007 8:53 AM
To: Mary Smith
Subject: RE: Cumberland County Library System


Yes sorry.


-----------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, February 15, 2007 8:44 AM
To: Fair,Linda
Cc: Mellios,Zoie(NetLibrary)
Subject: RE: Cumberland County Library System

Did you send this to me by mistake?


mary

-----------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Thursday, February 15, 2007 8:43 AM
To: Mary Smith
Subject: RE: Cumberland County Library System


Great thanks for letting me know.


Linda

Page 1

Confidential

RB000280

RE Cumberland County Library System.txt

----------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, February 15, 2007 8:42 AM
To: Fair,Linda
Cc: Mellios,Zoie(NetLibrary)
Subject: FW: Cumberland County Library System

Hi Linda,


Were you able to figure this out?


mary



----------------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Thursday, February 08, 2007 8:53 AM
To: Mary Smith
Subject: RE: Cumberland County Library System


Mary,  Do you have a symbol for this user.  We have a few Cumberland County Libr.


Linda



----------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, February 07, 2007 5:29 PM
To: Fair,Linda
Cc: Mellios,Zoie(NetLibrary)
Subject: FW: Cumberland County Library System

Linda,


Did you get a chance to look at this?


Mary



----------------------------------------------------------------------------
Page 2

**Confidential**                                                           **RB000281**

RE Cumberland County Library System.txt

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, February 02, 2007 1:52 PM
To: 'Fair,Linda'
Subject: Cumberland County Library System


Hi Linda,


Can you forward me the last two MARC emails that were sent to bleach@ccpa.net?


Thanks,
mary


Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext. 1421

fax: 208-474-4525

**Confidential**

**RB000282**

```
                        Richardson Public LibraryTX.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, February 23, 2007 12:30 PM
To: 'Fair,Linda'
Cc: 'Zoie Mellios'
Subject: Richardson Public Library,TX

Follow Up Flag: Follow up
Flag Status: Green

Hi Linda,


I just received a call from this library claiming that they have not received their
MARC records. They began their service on 1/07. Could you resend the records to
steve.benson@cor.gov?


Thanks,
Mary


Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext. 1421

fax: 208-474-4525
```

Confidential                                                                        RB000283

FW CLAMS.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, March 02, 2007 9:15 AM
To: 'Fair,Linda'
Cc: 'Zoie Mellios'; 'Walker,Susan'; 'Jerry Hadley'
Subject: FW: CLAMS

Follow Up Flag: Follow up
Flag Status: Green

Linda,


Do you have any answer for me? The customer has been waiting since Monday.


Mary



--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, February 28, 2007 10:34 AM
To: 'Mary Smith'; 'Fair,Linda'
Cc: 'Zoie Mellios'
Subject: RE: CLAMS


Linda,


Have you had a chance to figure this out?


mary



--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, February 26, 2007 3:26 PM
To: 'Fair,Linda'
Cc: 'Zoie Mellios'
Subject: RE: CLAMS


I do not have symbols for OCLC. Zoie?


Mary


Page 1

Confidential                                                    RB000284

FW CLAMS.txt

--------------------------------------------------------------------------------
From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Monday, February 26, 2007 3:20 PM
To: Mary Smith
Subject: RE: CLAMS


Mary,  do you have a symbol for them?



--------------------------------------------------------------------------------
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, February 26, 2007 3:18 PM
To: Fair,Linda
Cc: Mellios,Zoie(NetLibrary)
Subject: CLAMS


Hi Linda,


This large consortia claims that they did not reiceve the update MARC batch for
February. Can you tell me when it was sent?


Thanks,
Mary


Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext. 1421

fax: 208-474-4525

Confidential                                                                                  RB000285

FW Reciept For  TCape Libraries Automated Materials Sharing(CLAMS)-6923902006v2.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, March 02, 2007 11:42 AM
To: 'Fair,Linda'
Cc: 'Zoie Mellios'
Subject: FW: Reciept For: T:\Cape Libraries Automated Materials
Sharing(CLAMS)-692390\2006

Follow Up Flag: Follow up
Flag Status: Green

Linda,


I am asking about their updates. When did you send the update batch to them for
February?


mary



---------------------------------------------------------------------------
From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Friday, March 02, 2007 11:41 AM
To: Mary Smith
Subject: FW: Reciept For: T:\Cape Libraries Automated Materials
Sharing(CLAMS)-692390\2006


Mary,  here is what Zoie just sent me.



---------------------------------------------------------------------------
From: Zoie Mellios [mailto:zmellios@netlibrary.com]
Sent: Friday, March 02, 2007 11:17 AM
To: Fair,Linda
Subject: RE: Reciept For: T:\Cape Libraries Automated Materials
Sharing(CLAMS)-692390\2006

THis is an old order.  They should be getting their updates.



---------------------------------------------------------------------------
From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Monday, February 26, 2007 2:06 PM
To: Zoie Mellios
Cc: Simms,Jim (OCLC)
Subject: RE: Reciept For: T:\Cape Libraries Automated Materials
Sharing(CLAMS)-692390\2006

Zoie,  this is all I can find in RMS for this account.  I don't have an order for
this from Rbatch.  I have asked Jim Simms about this also.
                              Page 1

FW Reciept For  TCape Libraries Automated Materials Sharing(CLAMS)-6923902006v2.txt

---------------------------------------------------------------------------

From: Zoie Mellios [mailto:zmellios@netlibrary.com]
Sent: Wednesday, June 07, 2006 3:49 PM
To: nlbilling
Cc: Hurley,Becky; Mary Smith
Subject: Reciept For: T:\Cape Libraries Automated Materials
Sharing(CLAMS)-692390\2006


Order Type: Audiobook

  a.. Category: 5
  b.. Access Type: Subscription
  c.. Subscription Start Date: 6/1/06
http://orders.netlibrary.com/bookorderform.aspx?order_id=7380


Core $48,000 USD  Bible/Pimsleur $ 0
Childrens $6,000 USD
Split billing request:  Bill in two installments.  One in July '06, and the second
in January '07

Confidential                                                      RB000287

FW Reciept For  TCape Libraries Automated Materials Sharing(CLAMS)-6923902006.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, March 02, 2007 1:22 PM
To: 'Zoie Mellios'
Subject: FW: Reciept For: T:\Cape Libraries Automated Materials
Sharing(CLAMS)-692390\2006

Follow Up Flag: Follow up
Flag Status: Green

Waiting on sending the February updates???????????????????????????

---------------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Friday, March 02, 2007 1:16 PM
To: Mary Smith
Subject: RE: Reciept For: T:\Cape Libraries Automated Materials
Sharing(CLAMS)-692390\2006

I'm sorry I misunderstood.  I am waiting myself.  It should be any day now.

Linda

---------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, March 02, 2007 11:42 AM
To: Fair,Linda
Cc: Mellios,Zoie(NetLibrary)
Subject: FW: Reciept For: T:\Cape Libraries Automated Materials
Sharing(CLAMS)-692390\2006

Linda,

I am asking about their updates. When did you send the update batch to them for
February?

mary

---------------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Friday, March 02, 2007 11:41 AM
To: Mary Smith
Subject: FW: Reciept For: T:\Cape Libraries Automated Materials
Sharing(CLAMS)-692390\2006

Confidential

RB000288

FW Reciept For  TCape Libraries Automated Materials Sharing(CLAMS)-6923902006.txt

Mary,  here is what Zoie just sent me.

-----------------------------------------------------------------------------

From: Zoie Mellios [mailto:zmellios@netlibrary.com]
Sent: Friday, March 02, 2007 11:17 AM
To: Fair,Linda
Subject: RE: Reciept For: T:\Cape Libraries Automated Materials Sharing(CLAMS)-692390\2006

THis is an old order.  They should be getting their updates.

-----------------------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Monday, February 26, 2007 2:06 PM
To: Zoie Mellios
Cc: Simms,Jim (OCLC)
Subject: RE: Reciept For: T:\Cape Libraries Automated Materials Sharing(CLAMS)-692390\2006

Zoie,  this is all I can find in RMS for this account.  I don't have an order for this from Rbatch.  I have asked Jim Simms about this also.

-----------------------------------------------------------------------------

From: Zoie Mellios [mailto:zmellios@netlibrary.com]
Sent: Wednesday, June 07, 2006 3:49 PM
To: nlbilling
Cc: Hurley,Becky; Mary Smith
Subject: Reciept For: T:\Cape Libraries Automated Materials Sharing(CLAMS)-692390\2006

Order Type: Audiobook

  a.. Category: 5
  b.. Access Type: Subscription
  c.. Subscription Start Date: 6/1/06
http://orders.netlibrary.com/bookorderform.aspx?order_id=7380

Core $48,000 USD  Bible/Pimsleur $ 0
Childrens $6,000 USD
Split billing request:  Bill in two installments.  One in July '06, and the second in January '07

Confidential                                    RB000289

FW Reciept For  TCape Libraries Automated Materials Sharing(CLAMS)-6923902006.txt

Confidential

RB000290

```
                         RE OCLC marc_records.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, March 13, 2007 11:07 AM
To: 'Fair,Linda'
Subject: RE: OCLC marc records

Follow Up Flag: Follow up
Flag Status: Green

Thanks!




-----------------------------------------------------------------

From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Tuesday, March 13, 2007 8:39 AM
To: Mary Smith
Subject: RE: OCLC marc records


Mary, We were having technical problems with our Marc system but it has been
resolved.  They should receive an email from me in the next few days.


Linda




-----------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, March 12, 2007 2:54 PM
To: Fair,Linda
Cc: Mellios,Zoie(NetLibrary)
Subject: FW: OCLC marc records

What should I tell her?


Mary




-----------------------------------------------------------------

From: Pam Vincent [mailto:pvincent@hcpl.org]
Sent: Monday, March 12, 2007 2:39 PM
To: 'Mary Smith'
Subject: OCLC marc records


Mary:


I don't know who to ask this, so I thought I would start with you.
                              Page 1
```

Confidential                                                          RB000291

RE OCLC marc records.txt

We haven't gotten our marc records from OCLC this month for our eaudiobooks.  We usually have received them by email by this time of the month.

Can you help?

Thanks,

Pam Vincent

Assistant Director

Henderson County Public Library

101 South Main Street

Henderson, Kentucky 42420

270.826.3712

270.827.4226 (fax)

www.hcpl.org

Confidential

RB000292

Helen Plum Library IL.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, March 14, 2007 2:42 PM
To: 'Fair,Linda'
Cc: 'Zoie Mellios'
Subject: Helen Plum Library, IL

Follow Up Flag: Follow up
Flag Status: Green


Linda,


This library claims that they have never received their MARC records. Could you send
a full batch to Brownene Culhane bculhane@plum.lib.il.us? She will also be the
contact for the updates.


Mary


Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext. 1421

fax: 208-474-4525

Confidential                                                              RB000293

**Mary Smith**

| | |
|---|---|
| **From:** | Mary Smith [msmith@recordedbooks.com] |
| **Sent:** | Wednesday, March 28, 2007 2:25 PM |
| **To:** | 'Fair,Linda' |
| **Subject:** | RE: Recorded Books/NetLibrary eAudiobok Subscription |

Who's Terri? The only contact that I have for this library (Edwin Bemis Public Library) is Phyllis and the email mentioned below.

Mary

**From:** Fair,Linda [mailto:fairl@oclc.org]
**Sent:** Wednesday, March 28, 2007 2:19 PM
**To:** Mary Smith
**Subject:** RE: Recorded Books/NetLibrary eAudiobok Subscription

Mary, would this goto Terri or the email below?

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Wednesday, March 28, 2007 2:16 PM
**To:** Fair,Linda
**Subject:** RE: Recorded Books/NetLibrary eAudiobok Subscription

Could you resend the email to her on 3/27 and cc me?

Thanks,
Mary

**From:** Fair,Linda [mailto:fairl@oclc.org]
**Sent:** Wednesday, March 28, 2007 2:12 PM
**To:** Mary Smith
**Subject:** RE: Recorded Books/NetLibrary eAudiobok Subscription

Mary, I sent it out the first time on 1/10/07 and then again on 3/27/07.
Do you need copies of these emails?

Linda

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Wednesday, March 28, 2007 1:59 PM
**To:** Fair,Linda
**Cc:** Mellios,Zoie(NetLibrary); Simms,Jim
**Subject:** FW: Recorded Books/NetLibrary eAudiobok Subscription

Linda,

Do you know when this file was sent?

Mary

4/11/2007

**Confidential**

**RB000294**

**From:** Phyllis J. Larison [mailto:plarison@littletongov.org]
**Sent:** Wednesday, March 28, 2007 12:08 AM
**To:** Mary Smith
**Subject:** RE: Recorded Books/NetLibrary eAudiobok Subscription

Mary,
We did not receive the MARC records for the eAudiobook subscription.  It is possible that they were sent to our
Technical Services supervisor, who is no longer working at the library.  Can the records be sent again?  You can
send them to dduralia@littletongov.org
Phyllis
Bemis Library

4/11/2007

**Confidential**

URGENT RE Reply  Request to Gref RE Rec Books Downloadable Books.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, March 28, 2007 2:50 PM
To: 'Fair,Linda'
Cc: 'Zoie Mellios'; 'simmsj@oclc.org'
Subject: URGENT RE: Reply & Request to Gref: RE: Rec Books Downloadable Books

Importance: High

Follow Up Flag: Follow up
Flag Status: Green

I got the email you sent to Phyllis but it was Jackson County's email not Edwin Bemis Public Library email.

Mary

-----Original Message-----
From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Wednesday, March 28, 2007 2:48 PM
To: Mary Smith
Subject: RE: Reply & Request to Gref: RE: Rec Books Downloadable Books

Yes I sure will.  I just sent the emial out to Phyllis.

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, March 28, 2007 2:43 PM
To: Fair,Linda
Cc: Simms,Jim; Mellios,Zoie(NetLibrary)
Subject: FW: Reply & Request to Gref: RE: Rec Books Downloadable Books

This may be were you got Terri. I just want to confirm that you are not going to change their contact information.

Mary

-----Original Message-----
From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Tuesday, March 27, 2007 1:04 PM
To: Mary Smith; Simms,Jim
Cc: Mellios,Zoie(NetLibrary)
Subject: RE: Reply & Request to Gref: RE: Rec Books Downloadable Books

Mary,  I emailed Terri the only order that I had in our system it was dated Jan. 10, 07.  I also noticed it wasn't entered as a Standing Order. I told Terri I could enter this today as a Standing Order and they would have the updated records by tomorrow.

Linda

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, March 27, 2007 12:14 PM
To: Fair,Linda; Simms,Jim
Cc: Mellios,Zoie(NetLibrary)
Subject: FW: Reply & Request to Gref: RE: Rec Books Downloadable Books

Hi Linda,

Can you resend the complete MARC batch out to this customer? They claim that they never received their records.

Page 1

Confidential                                          RB000296

URGENT RE Reply  Request to Gref RE Rec Books Downloadable Books.txt
Jackson County Public Library
Seymour, IN 47274

Also, can you let me know when it goes so I can update our rep?

Thanks,
Mary

-----Original Message-----
From: Greg Dages [mailto:gdages@recordedbooks.com]
Sent: Thursday, March 22, 2007 12:04 PM
To: msmith@recordedbooks.com
Subject: FW: Reply & Request to Gref: RE: Rec Books Downloadable Books

Mary,

Please see below.  Can you tell me why the the Jackson County library in Seymour is not getting their Marc records?

Greg
---- Original Message ----
From: terriw@japl.lib.in.us
To: gdages@recordedbooks.com
Subject: Reply & Request to Gref: RE: Rec Books Downloadable Books
Date: Thu, 22 Mar 2007 11:50:21 -0400

3/22/07


Hi Greg,


I have been receiving the monthly notice from Recorded Books of the new titles that are being added to the downloadable audiobooks. However, we are still not getting a file of MARC of records that we can load into our database.


Would you check on this, please, and let me know what's happening.
Thanks.  TW

_____

From: Greg Dages [mailto:gdages@recordedbooks.com]
Sent: Friday, March 02, 2007 4:15 PM
To: beckyb@myjclibrary.org
Cc: Jason Boyer; Terri Wichman
Subject: Rec Books Downloadable Books


Becky

Thanks for meeting with me this past week.  I appreciate your time.

*       Attached is the pdf file of the downloadable audio book poster that you wanted.

*       I have also attached the sheet covering the FM Transmitter and
Page 2

Confidential                                                    RB000297

URGENT RE Reply  Request to Gref RE Rec Books Downloadable Books.txt
other devices to be used in conjunction with an MP3 player when listening in a car.


*       I have added you, Jason, & Terri to the distribution list for
the monthly email of the downloadable titles being added.

*       I have requested the posters, bookmarks, and other materials
you
wanted.

*       I am awaiting an answer on the MARC records question and any
instructions for accessing the resource center page.

Let me know if you have any other questions.

Sincerely,

Greg Dages
Library Representative

Recorded Books
800-638-1304 x1343

gdages@recordedbooks.com

<<...>> <<...>> <<...>> <<...>>

Page 3

Confidential                                                      RB000298

FW MARC records.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, May 15, 2007 1:48 PM
To: 'Zoie Mellios'
Subject: FW: MARC records

Follow Up Flag: Follow up
Flag Status: Green

Can you help me with this?


Mary


-------------------------------------------------------------------------------

From: Suzanne Harris [mailto:SHarris@wcpl.lib.oh.us]
Sent: Tuesday, May 15, 2007 9:11 AM
To: Mary Smith
Subject: FW: MARC records


Mary,

The Marc records went to Serena one month, but are again going to Margaret.  Could
you check on this for me?


Also, we only received 29 records this month, rather than the usual 30.  Any ideas
what happened?


Suzanne


-------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, March 06, 2007 1:01 PM
To: Suzanne Harris
Subject: RE: MARC records


Thanks Suzanne! I will take care of it. Unfortunately, I do not think I will be able
to catch this for the March update. Would it be OK if this change went into effect
for April's update?


Mary

Confidential

RB000299

FW MARC records.txt
--------------------------------------------------------------------------------
From: Suzanne Harris [mailto:SHarris@wcpl.lib.oh.us]
Sent: Tuesday, March 06, 2007 9:54 AM
To: msmith@recordedbooks.com
Subject: MARC records


Mary,

Last week I faxed to you an agreement for extending the digital audio subscription
for Washington-Centerville Public Library.  I would like to change the contact
person for the MARC records.  On the form was listed Margaret Maddox.  The new
contact and email address for the records will be:

Serena Cordonnier

scordonnier@wcpl.lib.oh.us


If you have any questions feel free to contact me by email or the phone number
below.


Thanks!


Suzanne Harris

Reference Team Leader

Washington-Centerville Public Library

937-610-4412

Confidential

RB000300

RE MARC Issues

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Wednesday, March 21, 2007 4:50 PM
To: 'Scott Wasinger'
Subject: RE: MARC Issues

Scott,


Thanks.  If there is better communication so we can more intelligently speak with customers that will go a long way towards reducing the anxiety relating to this issue.


Jerry



------------------------------------------------------------------------------

From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Wednesday, March 21, 2007 4:39 PM
To: Jerry Hadley
Subject: MARC Issues


Jerry,


We had a good discussion today with the OCLC manager in Dublin responsible for MARC record delivery.  We are taking steps to improve the process.  One specific outcome - Zoie and Mary will begin copying him on correspondence with Linda so he can more effectively monitor and manage.


Regards,

Scott


Page 1

Confidential                                                                    RB000301

```
            FW Reply  Request to Gref RE Rec Books Downloadable Booksv2.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, March 27, 2007 12:14 PM
To: 'Fair,Linda'; 'simmsj@oclc.org'
Cc: 'Zoie Mellios'
Subject: FW: Reply & Request to Gref: RE: Rec Books Downloadable Books
```

Follow Up Flag: Follow up
Flag Status: Completed

Hi Linda,

Can you resend the complete MARC batch out to this customer? They claim that they
never received their records.

Jackson County Public Library
Seymour, IN 47274

Also, can you let me know when it goes so I can update our rep?

Thanks,
Mary

-----Original Message-----
From: Greg Dages [mailto:gdages@recordedbooks.com]
Sent: Thursday, March 22, 2007 12:04 PM
To: msmith@recordedbooks.com
Subject: FW: Reply & Request to Gref: RE: Rec Books Downloadable Books

Mary,

Please see below.  Can you tell me why the the Jackson County library in Seymour is
not getting their Marc records?

Greg
---- Original Message ----
From: terriw@japl.lib.in.us
To: gdages@recordedbooks.com
Subject: Reply & Request to Gref: RE: Rec Books Downloadable Books
Date: Thu, 22 Mar 2007 11:50:21 -0400

3/22/07

Hi Greg,

I have been receiving the monthly notice from Recorded Books of the new titles that
are being added to the downloadable audiobooks. However, we are still not getting a
file of MARC of records that we can load into our database.

Would you check on this, please, and let me know what's happening.
Thanks.  TW

_____

From: Greg Dages [mailto:gdages@recordedbooks.com]
Sent: Friday, March 02, 2007 4:15 PM
                              Page 1

            FW Reply  Request to Gref RE Rec Books Downloadable Booksv2.txt
To: beckyb@myjclibrary.org
Cc: Jason Boyer; Terri Wichman
Subject: Rec Books Downloadable Books


Becky

Thanks for meeting with me this past week.  I appreciate your time.

*        Attached is the pdf file of the downloadable audio book poster
that you wanted.

*        I have also attached the sheet covering the FM Transmitter and
other devices to be used in conjunction with an MP3 player when listening in a car.


*        I have added you, Jason, & Terri to the distribution list for
the monthly email of the downloadable titles being added.

*        I have requested the posters, bookmarks, and other materials
you
wanted.

*        I am awaiting an answer on the MARC records question and any
instructions for accessing the resource center page.

Let me know if you have any other questions.

Sincerely,

Greg Dages
Library Representative

Recorded Books
800-638-1304 x1343

gdages@recordedbooks.com

<<...>> <<...>> <<...>> <<...>>

Confidential                                                           RB000303

```
              FW Recorded BooksNetLibrary eAudiobok Subscription.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, March 28, 2007 1:59 PM
To: 'Fair,Linda'
Cc: 'Zoie Mellios'; 'simmsj@oclc.org'
Subject: FW: Recorded Books/NetLibrary eAudiobok Subscription

Follow Up Flag: Follow up
Flag Status: Green

Linda,


Do you know when this file was sent?


Mary



---------------------------------------------------------------------------

From: Phyllis J. Larison [mailto:plarison@littletongov.org]
Sent: Wednesday, March 28, 2007 12:08 AM
To: Mary Smith
Subject: RE: Recorded Books/NetLibrary eAudiobok Subscription


Mary,

We did not receive the MARC records for the eAudiobook subscription.  It is possible
that they were sent to our Technical Services supervisor, who is no longer working
at the library.  Can the records be sent again?  You can send them to
dduralia@littletongov.org

Phyllis

Bemis Library
```

**Confidential**

**RB000304**

FW SpS 5 FWD eAudiobooks March update presented by Recorded Books.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, March 30, 2006 3:46 PM
To: 'Mumaw,Brenda'
Subject: FW: [SpS: 5] FWD: eAudiobooks March update presented by
Recorded Books

Follow Up Flag: Follow up
Flag Status: Green

Brenda,

Do you have any idea why titles would be listed on the site when MARCs are not
available?

This library claims that the following titles (which I checked) are new to the site
but she does not have access to the MARC records yet:

Last Mermaid, The
Purple Hibiscus
Crime in the Neighborhood, A
Our Husband
Brief History of the Dead, The
Sour Puss
Looking for Peyton Place
Tiger in the Grass, The
Virgin Suicides, The
One Bullet Away
Team of Rivals  Sisterchicks on the Loose!
First Man: The Life of Neil A. Armstrong Cry Me a River Grace Will Lead Me Home
Lovesick Blues: The Life of Hank Williams Clay's Quilt Golfer's Education, English
Teacher, The High Country Fall At Play in the Fields of the Lord Someone in the
House Counting Raindrops Through a Stained Glass Window Gap Creek Morning Star
Resurrection Row Straight Talk on Investing One Day In The Life Of Ivan Denisovich
Souvenir Amalgamation Polka, The

If she is correct, when will the MARCs become available?

Mary

-----Original Message-----
From: Tricia Karlin [mailto:tkarlin@lawrence.lib.ks.us]
Sent: Monday, March 27, 2006 7:12 PM
To: Mary Smith
Cc: cglinka@post.lawrence.lib.ks.us
Subject: [SpS: 5] FWD: eAudiobooks March update presented by Recorded Books

Hi Mary,

Not sure what is going on...this e-mail was sent to me on March 10 for new March
titles.  The new March titles show up on the RB web site.  However, I just checked
the OCLC PSW and still do not have a file of cataloging records for these titles.
This is confusing to patrons and staff to have a difference between the titles
listed in the catalog and the titles listed in the OPAC.

Could you possibly look into this for me?  I would greatly appreciate your help!

Many, many thanks!

Tricia

cc:cglinka

---------- Original Message ----------------------------------
                              Page 1

                                                           **RB000305**

```
        FW SpS 5 FWD eAudiobooks March update presented by Recorded Books.txt
From: Recorded Books <news@recordedbooks.com>
Date:  Fri, 10 Mar 2006 11:35:09 -0800

To view this email as a webpage, please use this link:
<http://www.icebase.com/reader.ice?ECJL3320604246&tkarlin&3300>

==================================================
To help you read this email properly, you can use the link below and see the message
as it was intended. Make sure you copy the entire link below into your browser's
address bar:
<http://www.icebase.com/reader.ice?ECJL3320604246&tkarlin&m15627>
==================================================

This CoolerEmail was delivered to you by CoolerEmail  on behalf of Recorded Books.
To take yourself off Recorded Books's email list, or update your account information
and/or send comments to Recorded Books, please follow the link below:
<http://www.icebase.com/un.ice?ECJL3320604246&tkarlin&m15627>

If you request to be taken off Recorded Books' email list, Recorded Books will honor
your request pursuant to CoolerEmail's permission-based email terms and conditions.

To view our privacy policy and terms of use, please visit:
<http://www.cooleremail.com/aboutus_privacy.shtml>

Postal address:
CoolerEmail Inc., c/o Worksource Inc, 1231 NW Hoyt Suite 305, Portland, OR 97209

Powered by CoolerEmail
<http://www.cooleremail.com>




--
Tricia Karlin
Technical Services Coordinator
Lawrence Public Library
707 Vermont St.
Lawrence, KS  66044
phone (785)843-0230 x.109
fax 785.843.0700
tkarlin@lawrence.lib.ks.us

--
```

**Confidential**

**RB000306**

FW Reply  Request to Gref RE Rec Books Downloadable Books.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, March 28, 2007 2:43 PM
To: 'Fair,Linda'
Cc: 'simmsj@oclc.org'; 'Zoie Mellios'
Subject: FW: Reply & Request to Gref: RE: Rec Books Downloadable Books

Follow Up Flag: Follow up
Flag Status: Green

This may be were you got Terri. I just want to confirm that you are not going to
change their contact information.

Mary

-----Original Message-----
From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Tuesday, March 27, 2007 1:04 PM
To: Mary Smith; Simms,Jim
Cc: Mellios,Zoie(NetLibrary)
Subject: RE: Reply & Request to Gref: RE: Rec Books Downloadable Books

Mary,  I emailed Terri the only order that I had in our system it was dated Jan. 10,
07.  I also noticed it wasn't entered as a Standing Order. I told Terri I could
enter this today as a Standing Order and they would have the updated records by
tomorrow.

Linda

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, March 27, 2007 12:14 PM
To: Fair,Linda; Simms,Jim
Cc: Mellios,Zoie(NetLibrary)
Subject: FW: Reply & Request to Gref: RE: Rec Books Downloadable Books

Hi Linda,

Can you resend the complete MARC batch out to this customer? They claim that they
never received their records.

Jackson County Public Library
Seymour, IN 47274

Also, can you let me know when it goes so I can update our rep?

Thanks,
Mary

-----Original Message-----
From: Greg Dages [mailto:gdages@recordedbooks.com]
Sent: Thursday, March 22, 2007 12:04 PM
To: msmith@recordedbooks.com
Subject: FW: Reply & Request to Gref: RE: Rec Books Downloadable Books

Mary,

Please see below.  Can you tell me why the the Jackson County library in Seymour is
not getting their Marc records?

Greg
---- Original Message ----
From: terriw@japl.lib.in.us
To: gdages@recordedbooks.com

Confidential                                                                    RB000307

FW Reply  Request to Gref RE Rec Books Downloadable Books.txt
Subject: Reply & Request to Gref: RE: Rec Books Downloadable Books
Date: Thu, 22 Mar 2007 11:50:21 -0400

3/22/07


Hi Greg,


I have been receiving the monthly notice from Recorded Books of the new titles that
are being added to the downloadable audiobooks. However, we are still not getting a
file of MARC of records that we can load into our database.


Would you check on this, please, and let me know what's happening.
Thanks.  TW

---

From: Greg Dages [mailto:gdages@recordedbooks.com]
Sent: Friday, March 02, 2007 4:15 PM
To: beckyb@myjclibrary.org
Cc: Jason Boyer; Terri Wichman
Subject: Rec Books Downloadable Books


Becky

Thanks for meeting with me this past week.  I appreciate your time.

*       Attached is the pdf file of the downloadable audio book poster
that you wanted.

*       I have also attached the sheet covering the FM Transmitter and
other devices to be used in conjunction with an MP3 player when listening in a car.


*       I have added you, Jason, & Terri to the distribution list for
the monthly email of the downloadable titles being added.

*       I have requested the posters, bookmarks, and other materials
you
wanted.

*       I am awaiting an answer on the MARC records question and any
instructions for accessing the resource center page.

Let me know if you have any other questions.

Sincerely,

Greg Dages
Library Representative

Recorded Books
800-638-1304 x1343

Confidential                                                    RB000308

FW Reply  Request to Gref RE Rec Books Downloadable Books.txt
gdages@recordedbooks.com

<<...>> <<...>> <<...>> <<...>>

Confidential

RE Helen Plum Library IL.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, April 02, 2007 11:12 AM
To: 'Fair,Linda'
Cc: 'Zoie Mellios'; 'simmsj@oclc.org'
Subject: RE: Helen Plum Library, IL

Follow Up Flag: Follow up
Flag Status: Green

Hi Linda,


I just received a call from this library. Apparently, they never received the MARC
batch.


Can you tell me when it was sent or when it will be sent?


Mary



--------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, March 14, 2007 2:42 PM
To: 'Fair,Linda'
Cc: 'Zoie Mellios'
Subject: Helen Plum Library, IL



Linda,


This library claims that they have never received their MARC records. Could you send
a full batch to Brownene Culhane bculhane@plum.lib.il.us? She will also be the
contact for the updates.


Mary


Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext. 1421

fax: 208-474-4525

Page 1

Confidential                                                                 RB000310

RE Reply  Request to Gref RE Rec Books Downloadable Books.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, April 30, 2007 12:04 PM
To: 'Fair,Linda'
Cc: 'Simms,Jim'; 'Mellios,Zoie(NetLibrary)'
Subject: RE: Reply & Request to Gref: RE: Rec Books Downloadable Books

Follow Up Flag: Follow up
Flag Status: Green

HI Linda,

This library claims that they never received their MARCs and they are not receiving
the monthly updates. Can you look into this for me?

Thanks,
Mary

-----Original Message-----
From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Wednesday, March 28, 2007 4:05 PM
To: Mary Smith
Cc: Simms,Jim; Mellios,Zoie(NetLibrary)
Subject: RE: Reply & Request to Gref: RE: Rec Books Downloadable Books

I am processing this request now and expect the records to be available by tomorrow.


Linda

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, March 28, 2007 2:43 PM
To: Fair,Linda
Cc: Simms,Jim; Mellios,Zoie(NetLibrary)
Subject: FW: Reply & Request to Gref: RE: Rec Books Downloadable Books

This may be were you got Terri. I just want to confirm that you are not going to
change their contact information.

Mary

-----Original Message-----
From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Tuesday, March 27, 2007 1:04 PM
To: Mary Smith; Simms,Jim
Cc: Mellios,Zoie(NetLibrary)
Subject: RE: Reply & Request to Gref: RE: Rec Books Downloadable Books

Mary,  I emailed Terri the only order that I had in our system it was dated Jan. 10,
07.  I also noticed it wasn't entered as a Standing Order. I told Terri I could
enter this today as a Standing Order and they would have the updated records by
tomorrow.

Linda

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, March 27, 2007 12:14 PM
To: Fair,Linda; Simms,Jim
Cc: Mellios,Zoie(NetLibrary)
Subject: FW: Reply & Request to Gref: RE: Rec Books Downloadable Books

Hi Linda,

Confidential

RB000311

RE Reply  Request to Gref RE Rec Books Downloadable Books.txt

Can you resend the complete MARC batch out to this customer? They claim that they never received their records.

Jackson County Public Library
Seymour, IN 47274

Also, can you let me know when it goes so I can update our rep?

Thanks,
Mary

-----Original Message-----
From: Greg Dages [mailto:gdages@recordedbooks.com]
Sent: Thursday, March 22, 2007 12:04 PM
To: msmith@recordedbooks.com
Subject: FW: Reply & Request to Gref: RE: Rec Books Downloadable Books

Mary,

Please see below.  Can you tell me why the the Jackson County library in Seymour is not getting their Marc records?

Greg
---- Original Message ----
From: terriw@japl.lib.in.us
To: gdages@recordedbooks.com
Subject: Reply & Request to Gref: RE: Rec Books Downloadable Books
Date: Thu, 22 Mar 2007 11:50:21 -0400

3/22/07

Hi Greg,

I have been receiving the monthly notice from Recorded Books of the new titles that are being added to the downloadable audiobooks. However, we are still not getting a file of MARC of records that we can load into our database.

Would you check on this, please, and let me know what's happening.
Thanks.  TW

_____

From: Greg Dages [mailto:gdages@recordedbooks.com]
Sent: Friday, March 02, 2007 4:15 PM
To: beckyb@myjclibrary.org
Cc: Jason Boyer; Terri Wichman
Subject: Rec Books Downloadable Books

Becky

Thanks for meeting with me this past week.  I appreciate your time.

Page 2

Confidential

RB000312

RE Reply  Request to Gref RE Rec Books Downloadable Books.txt
*       Attached is the pdf file of the downloadable audio book poster
that you wanted.

*       I have also attached the sheet covering the FM Transmitter and
other devices to be used in conjunction with an MP3 player when listening in a car.

*       I have added you, Jason, & Terri to the distribution list for
the monthly email of the downloadable titles being added.

*       I have requested the posters, bookmarks, and other materials
you
wanted.

*       I am awaiting an answer on the MARC records question and any
instructions for accessing the resource center page.

Let me know if you have any other questions.

Sincerely,

Greg Dages
Library Representative

Recorded Books
800-638-1304 x1343

gdages@recordedbooks.com

<<...>> <<...>> <<...>> <<...>>

Confidential                                                                    RB000313

Utah DL deal
From: Jerry Hadley [jhadley@landmarkaudio.com]
Sent: Wednesday, July 05, 2006 5:13 PM
To: 'Scott Wasinger'
CC: 'Matt Walker'
Subject: Utah DL deal

Scott,


We are trying to understand the mechanics of the Utah state deal for downloadable.


It is our understanding that both Salt Lake County and Salt Lake City were not included.  What was the basis of that decision?  What to do if these libraries take umbrage at not being included as part of the deal?


There are a few other libraries that already have the service – BYU, Uintah County, Cedar City.  Are these libraries to receive refunds?


Please shed some light on these issues.


Jerry

Page 1

Confidential                                                                RB000314

FW SpS 5 Reciept For  TUtah State Library-7342792006
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Thursday, August 10, 2006 1:34 PM
To: 'Scott Wasinger'
Cc: 'Matt Walker'; 'Brad Doss'
Subject: FW: [SpS: 5] Reciept For: T:\Utah State Library-734279\2006

Attachments: Utah State Library(31702)063006.xls; UTAH - eAudio MARC.txt

Scott,


I have forwarded the receipt that we get when a library is given access.  It
indicates that the ch/ya collection is included for Utah.


Something happened after getting this receipt.  Zoie is correct in that the LRC
shows Utah as not having the ch/ya collection.


Somehow, a librarian from Salt Lake County Library seems to think that the state has
this collection (see attached email, sent to you earlier).  The situation is further
clouded because – as I understand it - her library and the other large library in
the state, Salt Lake City, are not part of the Utah state deal.


This is a bit of a messy situation.


1)      Is this a "state" deal?  Are Salt Lake County and Salt Lake City included?
If not, why not?

2)      Does the state think they have access to ch/ya?  How?


Matt and I need more information.


Jerry




From: Zoie Mellios [mailto:zmellios@netlibrary.com]
Sent: Wednesday, July 05, 2006 3:26 PM
To: nlbilling
Cc: Hurley,Becky (OCLC); Mary Smith
Subject: [SpS: 5] Reciept For: T:\Utah State Library-734279\2006



Order Type: Audiobook

  a.. Category: 7

Page 1

Confidential

RB000315

FW SpS 5 Reciept For  TUtah State Library-7342792006
b.. Access Type: Subscription
c.. Subscription Start Date: 7/1/06
http://orders.netlibrary.com/bookorderform.aspx?order_id=7728


Core $187,769 USD  Bible/Pimsleur $ 0
Childrens $36,817 USD

Confidential                                                                      RB000316

RE

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Friday, September 02, 2005 1:51 PM
To: Marge Gammon
Subject: RE:

Marge,

Thanks for the quick response, and the update on the launch.

The text descriptions referred to are the text descriptions for the titles, not the devices. I checked with Carla this week and I believe that you have all the information now.

Have a good weekend, and good luck with your travels.

Jerry

-----Original Message-----
From: Marge Gammon [mailto:mgammon@netlibrary.com]
Sent: Friday, September 02, 2005 1:42 PM
To: Jerry Hadley
Subject: RE:

Jerry,
The launch will happen internally near the end of the month and go live to the library community around the second week in October. You will all be invited to attend a web seminar as we get closer previewing the changes before it goes live to the library community.

The issue of linking back to the RB co branded site has been addressed. The code changes are in QA this week and we expect the link to go live sometime next week.

I'm not sure what you meant by the addition of text descriptions. I'm guessing you're referring to copy about devices, etc. I have not yet started that; it remains on my list of items to take action on.
Unfortunatley, there is simply a boatload of other projects and issues that keep taking priority, many of them having to do with sales issues and conflicts that continue to dominate a high percentage of our time.
I am also out of the country most of September so I'm not sure when I can make this project happen.

We'll look into the Guides and Demos problem you've uncovered.
Marge

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Friday, September 02, 2005 9:58 AM
To: Marge Gammon
Cc: Brian Downing; Jim Petersen
Subject:

Marge,

I recall that you expected some kind of internal launch of the new search engine at the beginning of September. I hope that has gone ahead and performed as you hoped.

Since you have been busy with this launch, I have not inquired in a while about any site issues. I wondered if you have a timeline yet for:

Confidential

RB000317

RE

1) the "missing link"
2) the addition of text descriptions

For one additional site suggestion, I noted today that on the NL site under "Help" the link for "Guides and Demos" does not function. The "Quick Start Guide" on the cobranded site is one of the more informative pages, and would be of assistance to patrons accessing the NL site.

Jerry

Jerry Hadley
Inside Sales Manager
Phone: 1-800-638-1304 x1336
Fax: 1-410-535-4298
Email: jhadley@recordedbooks.com

Confidential

RB000318

RE RB Logo Linking
MessageFrom: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Friday, September 16, 2005 5:25 PM
To: 'Marge Gammon'
Subject: RE: RB Logo Linking

Marge,


We have lift-off!  The link works and the abstracts are there, but only for certain titles.  I assume this is because they are being put on in batches.


Thanks.


Jerry


--------------------------------------------------------------------------------

From: Marge Gammon [mailto:mgammon@netlibrary.com]
Sent: Thursday, September 15, 2005 7:56 PM
To: Jerry Hadley
Subject: FW: RB Logo Linking


Jerry,

Some of the changes we talked about -- linking and summaries -- should go live tonite.  I would appreciate it if you also poked around -- sometimes having someone from an outside website have a look helps point up problems (if any) that we don't always see internally.

Marge


-----Original Message-----
From: Jonathan Bahe
Sent: Thursday, September 15, 2005 2:15 PM
To: Marge Gammon
Cc: Gillian Harrison
Subject: RB Logo Linking

Marge,


The RB Logo linking changes will be going Live tonight with the other projects we pulled out of Audio UK/Ticketing.


Thanks!

Jonathan

Page 1

RB000319

RE Abstracts
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Monday, September 19, 2005 3:28 PM
To: 'Jonathan Bahe'
Subject: RE: Abstracts

Thanks.  I just wanted to know if there was a schedule for loading, so that I can
pass that on to libraries as an upgrade to the site.


Jerry



--------------------------------------------------------------------------------

From: Jonathan Bahe [mailto:jbahe@netlibrary.com]
Sent: Monday, September 19, 2005 3:24 PM
To: Jerry Hadley; David Kolka
Subject: Abstracts


Jerry,


Unfortunately, I need to get an answer from Dave on whether we've loaded all of the
abstracts we've received, and he's out today.  I added him to this email so he can
reply tomorrow.


Dave, does your group have abstracts that haven't been loaded to the site yet?
Please let Jerry and I know as we are looking to find out if we are waiting for them
to send more, or if they've sent everything and are waiting on us.


Thanks!

Jonathan

Confidential                                                                    RB000320

link abstract descriptions

From: Jerry Hadley [jhadley@landmarkaudio.com]
Sent: Thursday, September 22, 2005 8:23 AM
To: 'gharrison@netlibrary.com'
Cc: 'Carla Evans'; 'JPete90184@aol.com'; 'Downingbt@aol.com'
Subject: link, abstract descriptions

Gillian,


I had asked Jonathan earlier in the week for this information, but realized after I
spoke with him that you were probably the one to field this request.


First, at Marge's request I checked the site just before she left town to check on
the posting of the abstract descriptions, and reported back that I could see some
and not others. The question I posed to Jonathan is really two questions: Is there
a schedule for posting all the abstracts? Are you posting them bit by bit, or have
you posted all that you have?


Second, I noted that the "missing link" now exists on the NL site. However, I seem
to recall that at our meeting in CO it was indicated that there would be some short
text message identifying the link – by itself, the graphic quality of the image
which sits in front of the link seems to me to give little evidence of its function.


If you could get back to me today or tomorrow, I would be appreciative.


Jerry

Confidential                                                          RB000321

abstracts on site link

From: Jerry Hadley [jhadley@landmarkaudio.com]
Sent: Tuesday, October 04, 2005 1:30 PM
To: 'Gillian Harrison'
Cc: 'Carla Evans'; 'JPete90184@aol.com'
Subject: abstracts on site, link

Gillian,


It has been a week or so since the abstracts began to appear on the site, and I was
under the impression that they were being put on in batches and that in time they
would all appear.  Is there a schedule for this task to be completed? There are
still significant groups of titles - the classics, for instance - for which few if
any abstracts appear.


Carla has assured me that she has sent all the descriptions through the Aug titles.
If your team does not have all those descriptions, I would like to find out where we
are failing to "link up" on this project.


I have also had a request from a library which I thought merited mention - when a
patron from a branch library opens an account for downloadable, I understand that
nowhere on the "create an account" page is there a place to identify the branch
name.  For systems, it seems that this information would be valuable to capture.


Finally, I noted in my last email that the link between sites did not have any
explanatory text letting patrons know it was hot - I am strongly in favor of some
textual treatment here, as an aid to customers that may not even realize that the
co-branded site exists.


Thanks.


Jerry H.

Page 1

Confidential                                                    RB000322

FW Fwd Re Cannot use the downloaded books.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, January 26, 2006 10:53 AM
To: 'OCLC Customer Support'
Cc: 'guy@bccls.org'
Subject: FW: [Fwd: Re: Cannot use the downloaded books]

Follow Up Flag: Follow up
Flag Status: Green

Hello,

Can you look into this problem and respond to the customer, Guy Dobson @ eaudio@bccls.org?

The account name is Bergen County Cooperative Library System.

Mary

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421


-----Original Message-----
From: eaudio@bccls.org [mailto:eaudio@bccls.org]
Sent: Wednesday, January 25, 2006 5:44 PM
To: msmith@recordedbooks.com
Subject: [Fwd: Re: Cannot use the downloaded books]

Mary,

I had this experience myself today. What does it mean?

Guy


-------------------------- Original Message --------------------------
Subject: Re: Cannot use the downloaded books
From:    eaudio@bccls.org
Date:    Wed, January 25, 2006 5:37 pm
To:      "Vitaly Rapoport" <paley11@yahoo.com>
-------------------------------------------------------------------------


> Here my predicament. I down loaded 2 books with licences.
> But every time I try play either one I am prompted to logon to tne
> Netlibrary I receive the following message:
> A PROBLEM HAS OCCUREDWHILE PROCESSING YOUR REQUEST.
> tHE PROBLEM HAS BEEN LOFGGED SO IT CANNOT BE CORRECTED. WE APOLOGIZE
> FOR INCONVINIENCE.
>
> Thank you.

I don't know what this means but I will find out and write back to you.

Guy Dobson
BCCLS


Page 1

Confidential

RB000323

Middlebury Community Library.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, February 08, 2006 1:53 PM
To: 'OCLC Customer Support'
Cc: 'terry@mdy.lib.in.us'
Subject: Middlebury Community Library

Follow Up Flag: Follow up
Flag Status: Green

Support:


While running stats today through the LRC, both Terry, director at Middlebury
Community Library, and myself ran into the error when trying to access subsequent
pages in the User Listing.


Can you please try to help Terry access these pages?


Thanks,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Confidential                    RB000324

```
                      FW SpS 7 summaries and unavailable titles
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, March 14, 2006 3:04 PM
To: 'Gillian Harrison'
Subject: FW: [SpS: 7] summaries and unavailable titles
```

Gillian,


Can you call me when you have a minute, so I can clarify my understanding about the issues below?  Thanks.


Jerry


------------------------------------------------------------------------------

```
From: Debbie McDonald [mailto:debbierecbooks@yahoo.com]
Sent: Thursday, March 09, 2006 9:13 PM
To: jhadley@recordedbooks.com
Cc: proman@recordedbooks.com; walker100@verizon.net
Subject: [SpS: 7] summaries and unavailable titles
```


Jerry,


Can you help me with the answers to Mary's questions below?


Thanks,


Debbie

```
From: hoguem@wvlc.lib.wv.us
To: dmcdonald@recordedbooks.com
Subject: FW: [SpS: 7] summaries and unavailable titles
Date: Thu, 9 Mar 2006 14:15:06 -0500
```

"Debbie," she whined, "what happened to the summaries on the downloadable audiobooks' records on NetLibrary?"

My favorite way to look at downloadables is to list all and then sort by newest first. None of the 2006 records that I've looked at have summaries. Did they lead me on? What's happened to those wonderful blurbs that helped me and my users decide if a books was just for us? Purple Hibiscus was the title I was looking at when I discovered that these most recent titles didn't have summaries.

[Wait, I just found a 2006 title that had a summary. It was I Am Rosa Parks. That was the only one I found. But there was another problem with this record which leads me to . . . .]

"Debbie," she whined again, "why are there records for downloadable
                              Page 1

Confidential                                                        RB000325

FW SpS 7 summaries and unavailable titles
audiobooks in NetLibrary that have this warning: This Audiobook is
not included in your library's collection and is unavailable for
download." The Rosa Parks book had this warning on the "show details"
screen. There were several others that I found in that list: Angels
Watching Over Me, Angel of Mercy, Angel of Hope, The Body of
Christopher Creed, All the People, The Age of Extreme, and Aiden of
Oren: The Journey Begins. When I try to search for these titles using
keywords, authors or titles I can't find them. When I list them with
"list all audiobooks" they come up. Why don't we have access to them?
The only patterns I could discern among the 90 or so that I looked at
were that the titles were either juvenile/ young adult or were
Christian fiction.

Needing your help I remain,

Mary E. Hogue
Library Services Director
West Virginia Library Commission
Cultural Center
1900 Kanawha Blvd. East
Charleston, WV 25305
800 642 9021 x2069
304 558 2045
304 558 2044 fax
hoguem@wvlc.lib.wv.us


Debbie McDonald
Recorded Books, LLC
1-800-638-1304, ext. 1328
dmcdonald@recordedbooks.com

------------------------------------------------------------------------------

Yahoo! Mail
Bring photos to life! New PhotoMail makes sharing a breeze.

Confidential                                                                      RB000326