RE quantity limits on materials for eAudiobooks
From: Jerry Hadley [jhadley@landmarkaudio.com]
Sent: Thursday, August 24, 2006 8:01 AM
To: 'Sean Gallagher'
Subject: RE: quantity limits on materials for eAudiobooks

Sean,


Any status on this update?


Jerry



--------------------------------------------------------------------------
From: Sean Gallagher [mailto:sgallagher@netlibrary.com]
Sent: Tuesday, August 08, 2006 11:25 AM
To: Jerry Hadley
Subject: RE: quantity limits on materials for eAudiobooks


Jerry:


We have requested updates to the site that would include this information.  I'll
check with the team in Dublin to see what the status is.


-Sean



--------------------------------------------------------------------------
From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
Sent: Tuesday, August 08, 2006 9:06 AM
To: Sean Gallagher
Cc: Scott Wasinger
Subject: RE: quantity limits on materials for eAudiobooks

Should an indication be put onto the site?  How would a library know about this
option?


Jerry



--------------------------------------------------------------------------
From: Sean Gallagher [mailto:sgallagher@netlibrary.com]
Sent: Tuesday, August 08, 2006 10:33 AM
                              Page 1

Confidential                                                              RB000327

Dockets.Justia.com

RE quantity limits on materials for eAudiobooks
To: Jerry Hadley
Subject: RE: quantity limits on materials for eAudiobooks

Jerry:

Requests for larger orders can be forwarded to directly to orders@oclc.org.  Or by calling 1-800-848-5800.

-Sean

----------------------------------------------------------------------------

From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
Sent: Tuesday, August 08, 2006 8:02 AM
To: Sean Gallagher; Jonathan Bahe
Cc: Scott Wasinger; 'Matt Walker'
Subject: quantity limits on materials for eAudiobooks

Sean/Jonathan,

I have asked about this issue in the past.

The quantity limits for eAudiobook materials that can be ordered on the site are adequate for smaller libraries but not for large systems.

Is there a possibility of an option on the order site for larger quantity orders? If that is not something that you want to do, please let me know so that I can consider alternatives.

Jerry

Confidential

RB000328

LRC Error.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, September 18, 2006 11:20 AM
To: 'Zoie Mellios'
Subject: LRC Error

Follow Up Flag: Follow up
Flag Status: Green


Zoie,


I am getting the following error when I try to access a library through the LRC.
Any ideas?




Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

208-474-4525--fax

Confidential                                                                    RB000329

RE LRC Error.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, September 18, 2006 11:56 AM
To: 'Sharon Altheide'
Subject: RE: LRC Error

Follow Up Flag: Follow up
Flag Status: Green

All, I cannot access any.


Ex:


Plum Borough Library

Amelia Givin Library


-------------------------------------------------------------------------------
From: Sharon Altheide [mailto:saltheide@netlibrary.com]
Sent: Monday, September 18, 2006 11:44 AM
To: msmith@recordedbooks.com
CC: Zoie Mellios
Subject: re: LRC Error


Hi Mary


What library are you trying to access the LRC for when you get this error?


Sharon


-------------------------------------------------------------------------------
From: Zoie Mellios
Sent: Monday, September 18, 2006 9:22 AM
To: Sharon Altheide
Subject: FW: LRC Error


Hey Sharon,


Any ideas?  Are we having issues?

Confidential                                                          RB000330

RE LRC Error.txt

Thanks,

Zoie

--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, September 18, 2006 9:20 AM
To: Zoie Mellios
Subject: LRC Error

Zoie,

I am getting the following error when I try to access a library through the LRC.
Any ideas?

Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

208-474-4525--fax

Page 2

Confidential

RB000331

FW LRC Reporting for Bergen County.txt
RE: LRC Reporting for Bergen CountyFrom: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, November 13, 2006 10:35 AM
To: 'Jerry Hadley'
Subject: FW: LRC Reporting for Bergen County

Follow Up Flag: Follow up
Flag Status: Green

--------------------------------------------------------------------------------

From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Friday, November 10, 2006 4:02 PM
To: Zoie Mellios
Cc: Mary Smith
Subject: RE: LRC Reporting for Bergen County


Hi Zoie,

I have asked our development team to confirm our options so we can get back to
Bergen County.

Thanks,

Scott

From: Zoie Mellios
Sent: Tuesday, November 07, 2006 12:32 PM
To: Scott Wasinger
Cc: Mary Smith
Subject: LRC Reporting for Bergen County

Hi Scott,

It has come to my attention that Bergen County is unhappy with the way the reports
need to be run in the LRC to get a total number of usage statistics for their
cooperative.  They have 72 member libraries and in order to get the usage statistics
for the group they have to go into each libraries page and run the reports.  This
takes them two and a half days to get the number that they need.  This co-op is one
of the best we have in terms of usage statistics and are an asset in the community
as the library has written articles on how great our service is and has promoted it
throughout the region. The library had also adopted Overdrive and has communicated
through the same article that their model wasn't as good as ours and that we are the
future.  Mary from RB has informed me that the library has had issues with OCLC in
the past and if we cannot clean up this reporting issue they will not be renewing
the subscription that expires January 1.

Please let me know if there is action we can take to prevent this service from being
interrupted.

Thanks,

Zoie

Page 1

Confidential                                                          RB000332

**Mary Smith**

| | | |
|---|---|---|
| **From:** | Zoie Mellios [zmellios@netlibrary.com] | **Redacted** |
| **Sent:** | Thursday, January 04, 2007 11:53 AM | |
| **To:** | Mary Smith | |
| **Subject:** | FW: NetLibrary RB AB Sub for Fraser Valley Regional Library | |

**Attachments:** Fraser Valley Regional Library-1197767 (27.4 KB)

---

**From:** Kara Kroes **On Behalf Of** Sales Operations
**Sent:** Friday, December 22, 2006 9:31 AM
**To:** Zoie Mellios
**Cc:** 'Long,Nigel'
**Subject:** FW: NetLibrary RB AB Sub for Fraser Valley Regional Library

Hi Zoie,

Can you please make a note to terminate this account upon its expiration? I am not sure how long the process usually takes to expire the acocunts.

Let me know if there is any problem with this request.

Thanks,
Kara

---

**From:** Long,Nigel [mailto:longn@oclc.org]
**Sent:** Thursday, December 21, 2006 1:28 PM
**To:** Sales Operations
**Subject:** FW: NetLibrary RB AB Sub for Fraser Valley Regional Library

Hello,

Re: Fraser Valley Regional Library (CNFVR) NetL AB sub expires 12/31/2006

Please terminate access to NetL for RB AB subscription on 1/1/2007. (for background, please scroll through this email string. RB are in agreement with me). Details of the sub are in the attached email.

Thanks for your help,
Nigel

Nigel Long
Library Services Consultant
OCLC Canada - West
Calgary, AB  T2W 6E4
T. 877.858.2058
F. 403.281.1740

---

**From:** Long,Nigel
**Sent:** Thursday, December 21, 2006 1:23 PM
**To:** Boivin,Daniel
**Subject:** FW: NetLibrary RB AB Sub for Fraser Valley Regional Library

4/11/2007

**Confidential**                                                                  **RB000333**

Hi Daniel,

I'm working closely with Sher O'Hara on the language set sales. The second order is being processed at the moment but we were told to suspend processing until the start of FVRL's new fiscal on 1/1/2007. Once Sher makes her mind up there's no room for changing it – she wants to use the province-wide Overdrive AB sub and not NetL.

Bryan from RB is going to try and meet with the CEO, Saul Amdursky, at ALA in Seattle. However, Saul tends to defer to Sher's decision making. Same as me, Bryan has other sales with FVRL. We have accommodated special set up for them enough on the NetL RB AB sub.

I'm fairly sure that the Overdrive province-wide AB project is not ready. I think FVRL will come back wanting to restore access. I don't want this to drift as free access. My strategy is they need a regular subscription renewal to maintain access like all our other customers.

Nigel

Nigel Long
Library Services Consultant
OCLC Canada - West
Calgary, AB  T2W 6E4
T. 877.858.2058
F. 403.281.1740

---

**From:** Bryan Messersmith [mailto:bmessersmith@recordedbooks.com]
**Sent:** Thursday, December 21, 2006 10:35 AM
**To:** Long,Nigel
**Subject:** RE: NetLibrary RB AB Sub for Fraser Valley Regional Library

I agree Nigel. Let me work on this a bit. I will try to talk with Saul. We have PLA in Seattle early in January and I am trying to get a sit down.

On that note, I have no problem with disconnecting the service. I will need to warn them this week.

Bryan

---

**From:** Long,Nigel [mailto:longn@oclc.org]
**Sent:** Thursday, December 21, 2006 8:03 AM
**To:** bmessersmith@recordedbooks.com
**Cc:** Boivin,Daniel
**Subject:** NetLibrary RB AB Sub for Fraser Valley Regional Library

Hello Bryan,

Re: Fraser Valley Regional Library (CNFVR) NetL AB RB Subscription

I'm not wanting to be a humbug at this time of year but….

The special 8 month subscription for Fraser Valley Regional Library to Core, Bible Pimsleur expires 12/31/2006, I think the service should be switched off after 12/31/2006.
If I recall, Sher O'Hara is not renewing with us. Since they negotiated an 8 month renewal and receive special pricing, I think it is time to follow the rules.

See the attached email for the sub details.

Sincerely,
Nigel

4/11/2007

**Confidential**                                                                                                    **RB000334**

Nigel W. Long, BLib, MBA, MCLIP
Library Services Consultant
OCLC Canada - West
WPO 73028
Calgary AB  T2W 6E4
T. 877.858.2058 / 403.281.1730
F. 403.281.1740
longn@oclc.org
Share your successes, ask questions, pass along advice and exchange ideas among OCLC Canada libraries, Join the
discussion on the OCLC Canada listserv  https://www3.oclc.org/app/listserv/

4/11/2007

**Confidential**

**RB000335**

Update Site.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, January 25, 2007 11:07 AM
To: 'Zoie Mellios'
Subject: Update Site

Follow Up Flag: Follow up
Flag Status: Green

Hi Zoie,


It doesn't appear that this site has been updated with the new titles. How does this happen?


www.netlibrary.com/librarian/Products


Mary


Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext. 1421

fax: 208-474-4525


Page 1


Confidential                                                                RB000336

CLAMS .txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, February 28, 2007 8:57 AM
To: 'Zoie Mellios'
Subject: CLAMS

Follow Up Flag: Follow up
Flag Status: Green

Zoie.


Monica Grace is no longer able to run reports on the different libraries within her group. Can we fix this or her please?


Username is MonicaGrace, password is CLAMSX


Thanks,

mary

Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext. 1421

fax: 208-474-4525

Page 1

Confidential                                                          RB000337

FW follow-up from CLAMS meeting.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, March 05, 2007 11:25 AM
To: 'Zoie Mellios'
Subject: FW: follow-up from CLAMS meeting

Follow Up Flag: Follow up
Flag Status: Green

Zoie,


Can you fix this?


Mary


--------------------------------------------------------------------------------

From: Nancy Gilbert [mailto:ngilbert@recordedbooks.com]
Sent: Friday, March 02, 2007 4:43 PM
To: 'Mary Smith'
Subject: FW: follow-up from CLAMS meeting


Hi Mary,

Could you check on the 2 libraries mentioned below?  It appears their log-ins were
not re-instated along with the rest.

Thanks,

Nancy


Nancy Gilbert

Library Representative

Recorded Books LLC

(800)638-1304 x 1353

ngilbert@recordedbooks.com


--------------------------------------------------------------------------------

From: Monica Grace [mailto:mgrace@clamsnet.org]
Sent: Friday, March 02, 2007 4:16 PM
To: nancy gilbert
Cc: 'Paula Roman'; 'Matt Walker'; Downingbt@aol.com
Subject: Re: follow-up from CLAMS meeting

Page 1

Confidential                                                                    RB000338

FW RB Issue - Ch  YA Collection

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Monday, March 12, 2007 1:09 PM
To: 'Scott Wasinger'
Cc: 'Beth Eaton'; 'Karen Stone'; 'swilliams@recordedbooks.com'
Subject: FW: RB Issue - Ch / YA Collection

Scott,


Any update?  Thanks.


Jerry


------------------------------------------------------------------------------

From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Wednesday, March 07, 2007 4:25 PM
To: 'Scott Wasinger'
Cc: 'Beth Eaton'; 'Karen Stone'; 'Matt Walker'
Subject: FW: RB Issue - Ch / YA Collection


Scott,


It looks like there has been a lot of back and forth on this issue.    Thanks for
following up.


I have discovered why the schools division people here at RB, and by extension any
potential school customer who is interested in the service, cannot see all the
titles that comprise the school collections – the NL marketing pages for eAudio have
not been updated since midyear 2006.  The co-branded site and NL Audiobook center do
reflect the increased number of ch/ya titles.


While the co-branded site serves the public librarians who know about it and who
wish to browse the titles on the service, the only means for school librarians to
see the entire K-12 collection is by means of the NL marketing page, which lists the
separate components - eAudioEssentials, ch/ya and popular fiction for academic
libraries.

This is particularly so for high school librarians, who asked for the popular
fiction component to make the audiobook collection more attractive to older
children.


For those public librarians who know only the NetLibrary site to browse the eAudio
offering, all the collections they are looking at are almost 9 months old, and do
not include any Modern Scholar lectures or other titles added to the service since
mid 2006 to increase value to the library.

Page 1

                                    RB000339

FW RB Issue - Ch  YA Collection

What can be done to update this section of the marketing site?


Jerry


------------------------------------------------------------------------------

From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Tuesday, March 06, 2007 10:29 PM
To: Jerry Hadley
Subject: RE: RB Issue - Ch / YA Collection


Jerry,


Please see Marge's response below.


Scott


-----Original Message-----
From: Marge Gammon
Sent: Friday, March 02, 2007 11:31 AM
To: Natalie Jones
Cc: Scott Wasinger
Subject: RE: RE: RB Issue - Ch / YA Collection


Scott,

This would  mean that we have no idea why they are not seeing the titles, or whether
that's our problem or something they are not doing correctly.  All our info suggests
we have both converted and loaded them correctly.

Marge


-----Original Message-----

From: Natalie Jones

Sent: Friday, March 02, 2007 11:21 AM

To: Marge Gammon

Cc: Scott Wasinger

Subject: RE: RE: RB Issue - Ch / YA Collection


Page 2


Confidential                                                          RB000340

FW RB Issue - Ch  YA Collection

Hi Marge,

It is a matter of routine that the collections are identical.  I honestly don't remember if that came from RB or Mo.  It's been awhile.

I query collections at least once every few weeks to make sure things are where they should be.  It's very seldom that updates are needed.  And when they are, it's usually only a handful of titles.

I don't think it had anything to do with Load issues.

Hope this helps,

Natalie

-----Original Message-----

From: Marge Gammon

Sent: Friday, March 02, 2007 10:14 AM

To: Natalie Jones

Cc: Scott Wasinger

Subject: RE: RE: RB Issue - Ch / YA Collection

Natalie,

To be sure I understand...so, we put all C & YA titles in the K12 collection as a matter of routine?

Is there any chance we've missed any in the past six months or so?  Other than the 7 you've identified for reload?

This may not be a CI issue since there was also a  techology issue reported  that suggested they were not able to see all their titles...if we're  sure they were classified correctly and loaded, then the Technology team can look elsewhere as part of resolving RB's concern that they cannot see titles on site.

Final question...any chance that these titles got caught up in the hardware problems that created the backlog in loading titles? I'm not sure Technology resolved that problem fully yet.

Page 3

Confidential

RB000341

FW RB Issue - Ch  YA Collection

Marge


-----Original Message-----


From:  "Natalie Jones" <njones@netlibrary.com>

Subj:  RE: RE: RB Issue - Ch / YA Collection

Date:  Fri Mar 2, 2007 11:55 am

Size:  2K

To:  "Marge Gammon" <mgammon@netlibrary.com>, "Martin, Tim \(OCLC\)"
<martint@oclc.org>


With the exception of 7 titles, everything that's in the C&YA collection is also in
the K-12 Collection.  They are always identical.


The 7 in question are being reloaded to add them to K-12.


Thanks,

Natalie


-----Original Message-----

From: Marge Gammon

Sent: Thursday, March 01, 2007 5:13 PM

To: Martin, Tim (OCLC)

Cc: Natalie Jones

Subject: RE: RE: RB Issue - Ch / YA Collection


Do we have resolution on this?  Turns out they were asking about loading titles in
the K-12 and not the Children's.  Did they specify that in the metadata?


-----Original Message-----

Page 4

Confidential                                                    RB000342

FW RB Issue - Ch  YA Collection

From: Martin,Tim [mailto:martint@oclc.org]

Sent: Tuesday, February 27, 2007 9:32 AM

To: Marge Gammon

Subject: RE: RE: RB Issue - Ch / YA Collection


Marge,


I left a message with Natalie to call me once she gets in the office.


From my understanding from Susan Clark, we loaded the titles under the
Children/Young Adult collection, but there are about 60 titles that should also be
in the K-12 collection as well.   I sent the list to Natalie back on the 12th and
had asked her to research and see how the metadata was coded.  If RB is not
specifying that these titles are to be added to the K-12 collection within the
metadata, then we would not automatically add these titles to that collection.


I'll let you, Scott, and Jerry know as soon as I speak with Natalie.  I'll also copy
Susan Clark as well since she sent me the list of titles.


Thanks!

Tim


-----Original Message-----

From: Marge Gammon [mailto:mgammon@netlibrary.com]

Sent: Tuesday, February 27, 2007 11:16 AM

To: Martin,Tim

Subject: Fwd: RE: RB Issue - Ch / YA Collection


Rim,

Thanks for the message.


Re RB, the problem is not just this month...see below.  They are claiming we have
not loaded for months.  Please get with Natalie and confirm that titles have gone
live to the CYA collection every month.  Then please confirm that via email to
Jerry, copying me and Scott.


Page 5

Confidential

RB000343

FW RB Issue - Ch  YA Collection

Fyi...this m.ay be related to a techjnology issue that resulted in titles not
showing up even after load.  That's not our issue but just background for you.  Jan
is looking into that.  For our part, I want to confirm that we did process and
load...and have been for months.

Marge

-----Original Message-----


From:  "Scott Wasinger" <swasinger@netlibrary.com>

Subj:  RE: RB Issue - Ch / YA Collection

Date:  Tue Feb 27, 2007 8:10 am

Size:  1K

To:   "Marge Gammon" <mgammon@netlibrary.com>

cc:   "Schwieterman, Rick \(OCLC\)" <schwietr@oclc.org>, "Marc Story"
<mstory@netlibrary.com>


--------------------------------------------------------------------------------
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Tuesday, February 27, 2007 12:38 PM
To: Scott Wasinger
Subject: FW: RB Issue - Ch / YA Collection


Scott,


In communicating this inquiry the nomenclature has gotten switched - what has failed
to expand is not the ch/ya collection but the K-12 school library collection - that
is the collection that has remained static since June 2006, according to Karen Stone
with our schools division.


Jerry


Page 6

Confidential

RB000344

FW RB Issue - Ch  YA Collection

-------------------------------------------------------------------------------

From: Scott Wasinger
Sent: Monday, February 26, 2007 4:05 PM
To: Marge Gammon
Cc: Schwieterman, Rick (OCLC); Marc Story
Subject: RB Issue - Ch / YA Collection

Marge,

RB informed me that the Children's / Young Adult Collection has not been updated since 7/1/06.  It is RB's understanding that titles should be added monthly to this collection, as with the other collections.  Karen Stone informed Tim Martin in early February.  RB is awaiting a response.  Appreciate any light you can shed on the matter.

Thanks,

Scott

Confidential

RB000345

FW Evansville

From: Jerry Hadley [jhadley@landmarkaudio.com]
Sent: Thursday, March 15, 2007 2:28 PM
To: 'Zoie Mellios'
Cc: 'msmith@recordedbooks.com'
Subject: FW: Evansville

Zoie,

I don't know what to think of this recent spate of OCLC reps appearing on the scene just as libraries run out of their grace periods - just coincidence?

We tried hard to resign Evansville, even dangling the possibility of a discounted price in front of them.  The librarian told the sales rep that price was not the issue.

Jerry

--------------------------------------------------------------------------------

From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
Sent: Friday, March 09, 2007 10:57 AM
To: 'msmith@recordedbooks.com'
Cc: 'Jason Bradley'; 'Matt Walker'
Subject: Evansville

Mary,

Based upon conversations between the library and Jason Bradley as recently as this past week, Evansville will not renew their eAudio subscription with the current platform, even for less cost.

Please turn them off immediately, since they are in their grace period.

Jerry

Page 1

Confidential

RB000346

FW Net Library Marketing Materials
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Friday, March 16, 2007 11:33 AM
To: 'Scott Wasinger'
Cc: 'Mary Smith'
Subject: FW: Net Library Marketing Materials

Scott,


Can you give me an update on the status of the marketing materials page on the OCLC
website?  It has been missing for some months now.


Jerry




------------------------------------------------------------------------------

From: Andrew Gross [mailto:agross@recordedbooks.com]
Sent: Friday, March 16, 2007 11:26 AM
To: 'Mary Smith'
Cc: 'Paula Roman'
Subject: Net Library Marketing Materials


Hi Mary:


A customer in Lebanon County pointed out that Net library changed their order page
for Marketing Materials.  They are no longer displaying the bookmarks and other
materials and OCLC needs to be contacted by email to order materials.  I'm sure you
may be aware of the change but I wanted to let you know.

Also is there a PDF that I can send to Lebanon that displays the marketing materials
available so they know what they are ordering?


Thank you:


Andrew Gross

Library Representative

Recorded Books

1-800-638-1304, ext. 1326

Confidential

RB000347

**Mary Smith**

| | |
|---|---|
| **From:** | Scott Wasinger [swasinger@netlibrary.com] |
| **Sent:** | Monday, March 19, 2007 4:53 PM |
| **To:** | Jerry Hadley |
| **Cc:** | Mary Smith; Christine Malmborg |
| **Subject:** | RE: Net Library Marketing Materials |

Jerry,

By copy, I am asking Christine to provide a status update.

Thanks,
Scott

**From:** Jerry Hadley [mailto:jhadley@recordedbooks.com]
**Sent:** Friday, March 16, 2007 9:33 AM
**To:** Scott Wasinger
**Cc:** 'Mary Smith'
**Subject:** FW: Net Library Marketing Materials

Scott,

Can you give me an update on the status of the marketing materials page on the OCLC website?  It has been missing for some months now.

Jerry

**From:** Andrew Gross [mailto:agross@recordedbooks.com]
**Sent:** Friday, March 16, 2007 11:26 AM
**To:** 'Mary Smith'
**Cc:** 'Paula Roman'
**Subject:** Net Library Marketing Materials

Hi Mary:

A customer in Lebanon County pointed out that Net library changed their order page for Marketing Materials. They are no longer displaying the bookmarks and other materials and OCLC needs to be contacted by email to order materials.  I'm sure you may be aware of the change but I wanted to let you know.
Also is there a PDF that I can send to Lebanon that displays the marketing materials available so they know what they are ordering?

Thank you:

Andrew Gross
Library Representative
Recorded Books
1-800-638-1304, ext. 1326

4/11/2007

**Confidential**

**RB000348**

link to QSG

From: Jerry Hadley [jhadley@landmarkaudio.com]
Sent: Tuesday, May 09, 2006 4:02 PM
To: 'Gillian Harrison'
Subject: link to QSG

Gillian,


I was reviewing the cobranded site for help information, and discovered that the QSG link under "Help" placed me on an eContent page of the NL site.  Where did the QSG go?


Please let me know.  Thanks.


Jerry

Page 1

Confidential                                                                      RB000349

NetLibrary Reporting Site
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Monday, May 14, 2007 12:41 PM
To: 'zmellios@netlibrary.com'; 'swasinger@netlibrary.com'
Cc: 'Mary Smith'; 'Downingbt@aol.com'
Subject: NetLibrary Reporting Site

Zoie,

Late last week and today, we have received complaints that eAudio customers cannot run reports out of the LRC.  They keep getting the message "No records were found at this time."

We have tested for several more accounts today and had the same result, trying all different types of parameters.

Is this a temporary situation?  When will it be resolved?

Thanks for any information you can give us to pass onto our customers.

Jerry

Confidential

RB000350

FW 1-75254847 Recorded BooksNetLibrary eAudiobook Subscription
From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, June 05, 2007 4:23 PM
To: 'Jerry Hadley'
Subject: FW: 1-75254847: Recorded Books/NetLibrary eAudiobook
Subscription

Attachments: sandra brown.JPG

I forgot to copy you.

Mary

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, June 05, 2007 4:07 PM
To: 'OCLC Customer Support'
Subject: RE: 1-75254847: Recorded Books/NetLibrary eAudiobook Subscription

Hi Violita,

No they are using the NetLibrary site. She only wants to offer audiobooks for which
she has print books in the library. I don't think that it is possible to remove
eAudiobooks per title from her collection since they purchased it by collection but
I wanted to double check.

Also, you made the statement that the NetLibrary site scales down the eAudiobooks
for those that were purchased. We learned recently that all of the Blackstone and
Randhom House titles have been added to the site as well.
So for example, if I search for eAudiobooks by Sandra Brown. 8 titles come up. 3
from Random House, 5 from Recorded Books. I included a screenshot for you.

Thanks for your help.

-----Original Message-----
From: OCLC Customer Support [mailto:support@oclc.org]
Sent: Tuesday, June 05, 2007 3:51 PM
To: msmith@recordedbooks.com
Subject: 1-75254847: Recorded Books/NetLibrary eAudiobook Subscription

HI Mary,

I'm not sure I understand Suzanne's question.  If they go to the NetLibrary site
directly at http://www.netlibrary.com  we scale the eAudiobooks down to ownership of
the library.   Is she going to the Recorded Books co-branded website?

Sincerely,
Violita
Senior Support Analyst
Customer Support Department
OCLC Inc.
email: support@oclc.org
phone: 800-848-5800

This message was generated within the Relationship Management System (RMS.) Please
use "Reply" from this message to communicate your responses; this will retain the
Service Request number in the subject line and enable RMS to handle your message
correctly.

[THREAD ID:1-18SQQW]

Confidential

RB000351

FW 1-75254847 Recorded BooksNetLibrary eAudiobook Subscription
-----Original Message-----

From:  msmith@recordedbooks.com
Sent:  6/5/2007 02:44:25 PM
To:  <support@oclc.org>
Subject:  FW: Recorded Books/NetLibrary eAudiobook Subscription


-----Original Message-----
From: Suzanne Foster [mailto:sfoster@scfl.lib.ca.us]
Sent: Monday, June 04, 2007 6:37 PM
To: Mary Smith
Subject: RE: Recorded Books/NetLibrary eAudiobook Subscription

Hi Mary,

The County Librarian wants to know if we can customize our Netlibrary collection.
She is thinking that we should only offer those titles that we have in print in the
collection.  Can this be done or is it a package deal?

Thanks,

Suzanne

Page 2

RE Library Resource Center.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, January 30, 2006 11:02 AM
To: 'Jeanette Sontoski'
Subject: RE: Library Resource Center

Follow Up Flag: Follow up
Flag Status: Green

I have another customer that cannot access the titles that should be in their
collection. The authentication is working fine but when I try to download a book, I
receive the error message that this title is not available in the library
collection.


Any idea?


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


------------------------------------------------------------------------------

From: Robin Lesher [mailto:RobinL@adamslibrary.org]
Sent: Monday, January 30, 2006 10:40 AM
To: Mary Smith
Subject: [SpS: 5] RE: [SpS: 5] RE: [SpS: 5] RE: [SpS: 5] RE: Library Resource Center


Mary,


The webpage which authenticates the patron's barcode is"


http://webcat.adamslibrary.org/TLCScripts/interpac.dll?RPRLogin?Directions=1&Config=
youseemore&Branc


This can also be gotten to from our webpage at the moment by going to


http://www.adamslibrary.org and clicking on the link audio books on the right hand
side of the page.


Page 1

**Confidential**                                                                                                  **RB000353**

```
                        RE Library Resource Center.txt
A library barcode which you can use is:


Barcode: 25740627245964

Pin 5964


I hope that helps.


Rob Lesher




-------------------------------------------------------------------------------

From: Robin Lesher [mailto:RobinL@adamslibrary.org]
Sent: Friday, January 27, 2006 3:44 PM
To: Mary Smith
Subject: [SpS: 5] RE: [SpS: 5] RE: [SpS: 5] RE: Library Resource Center


Mary,


Have you had any chance to look at this?  I still have not been able to download any
books from our Recorded Books account.


Rob Lesher

Adams County Library System
```

Confidential                                                                    RB000354

```
           FW SpS 8 RE NetLibrary  Recorded Books API authentication.txt
RE: Mt Lebanon Public LibraryFrom: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, February 20, 2006 1:57 PM
To: 'Downing,Nathan'
Subject: FW: [SpS: 8] RE: NetLibrary / Recorded Books API authentication
```

Follow Up Flag: Follow up
Flag Status: Green

Hi Nathan,


I spoke to Sharon today and wanted to go over a few things.


1.)    Was a master login and password assigned for the Library Resource Center? Or
is this a question for NetLibrary?

2.)    Can you create another encrypted URL for another branch within the system?
They would like this for the Sewickley Library. The tests that they performed on the
Mt. Lebanon URL seemed to have worked and they would like to test another.

3.)    How do they go about running the authentication through their automation
system where the authentication would remember the initial book ID searched and
after authentication pass them through to the correct title?


Thanks for your help,


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


------------------------------------------------------------------------------
From: Downing,Nathan [mailto:downingn@oclc.org]
Sent: Friday, February 10, 2006 5:17 PM
To: Verminski, Sharon; Mary Smith
Cc: Beasley, Sarah; Maharam, Gladys; Williams, Ernest; Serey, Rebecca
Subject: [SpS: 8] RE: NetLibrary / Recorded Books API authentication


Hi Sharon


Yes, the reason why your API setup is not working with NetLibrary is because it
involves a scripted redirect.

Confidential

RB000355

FW SpS 8 RE NetLibrary  Recorded Books API authentication.txt

Here is what I mean by a "password protected page"... A referring URL needs to be
from an http site (not https) and needs to authenticate the user by barcode, library

card, username, etc.


Here are 2 examples of a referring URL:


http://165.252.88.6/rpa/webauth.exe?rs=netl&op=124977


http://ezproxy.averett.edu/login?url=http://www.netlibrary.com


Once the authentication is in place, we can confirm it. Our system will look for an
exact referring URL first.


Example:


http://165.252.88.6/rpa/webauth.exe?rs=netl&op=124977



If it does not find an exact match it will look for the referring URL back to the
last slash.


Example:


http://165.252.88.6/rpa/



The second example scenario will work if you wished to access a single NetLibrary
collection. We would register http://tafecat.tafensw.edu.au/ipac20/ as your
referring URL for that collection.


If you wish to have each of their 80 institutions set up with their own NetLibrary
account (branding, logo, etc.) we will have to have them provide us unique special
URLs for authentication, as a referring URL can only be registered to one NetLibrary
account.

Page 2

RB000356

FW SpS 8 RE NetLibrary  Recorded Books API authentication.txt

I am waiting on product management to provide me with an encrypted URL for Mt Lebanon Public Library so that we could try to see if it will work in the Perl script you wrote.


Sincerely,
Nathan Downing
Senior Support Analyst
Customer Support Department
OCLC Inc.
email: support@oclc.org
cc: downingn@oclc.org
phone: 800-848-5878 x3019


--------------------------------------------------------------------------------

From: Verminski, Sharon [mailto:verminskis@einetwork.net]
Sent: Friday, February 10, 2006 12:04 PM
To: Downing,Nathan; Mary Smith
Cc: Beasley, Sarah; Maharam, Gladys; Williams, Ernest; Serey, Rebecca
Subject: NetLibrary / Recorded Books API authentication

Hi Nathan,

We understand now that we are defaulting to IP authentication for in-library use, because our API method is currently not working. We would like to continue working on having the API in place for in-library use and remote users, so that patrons will be able to create accounts remotely. In the interim we we notify our library staff and patrons that the remote user account creation is currently not available, and patrons will need to visit a library to create an account. We will also notify staff that the NetLibrary patron accounts that are created in a local library will be attribute to that library's NetLibrary Account. This is not how we planned to have patron account creation recorded.


Here is a general description of the our Patron authentication setup:

We have approximately 80 physical library sites with 80 NetLibrary Accounts with unique referring URLs created. We have written a Perl script using Cold Fusion using patron library barcode authentication against our Innovative Interfaces patron database.

   a.. When accessing the Recorded Books eAudio collection from The Catalog & from library websites, patrons are prompted with the following API webpage :
http://www.einetwork.net/netlibrary.cfm
   b.. Patrons enter their library barcode and when they select the submit button a script runs that allows the patron barcode to be validated against our patron database from Innovative Interfaces Inc. The script checks that the library card exists and that it is not expired in our patron database.
   c.. The script then looks at the Home Library field in the patron record. Each possible home library field value is associated with one of the unique referring URLs established for NetLibrary. The script selects the proper unique referring URL and passes the user to NetLibrary.
   d.. When the patron creates their NetLibrary user account, the user account is associated with the correct NetLibrary account.
   e.. When the patron uses the NetLibrary service, the checkouts produced will be attributed to the library that was originally associated with the patron account
                                    Page 3

Confidential                                                                     RB000357

FW SpS 8 RE NetLibrary  Recorded Books API authentication.txt
creation.
From you email below, I gather that our API method is not working because it
involves a scripted redirect, which you do not currently support.  Is that the
bottom line with why our API setup is not working with NetLibrary?


What are some of your other customers doing with remote patron authentication, where
there are multiple NetLibrary library accounts similar to our setup?   We are
specifically interested in how other consortium libraries may be gathering usage
statistics that need to be broken out by library or some identifying patron field in
a patron database.


I'm not sure what you mean by a "password protected page" in your second paragraph
about remote use.  Can you explain further or give us a site example and walk us
through the process?


Can you give us examples of  what some of your customers may be doing with ezproxy?
  You mentioned that as an alternative, but we not sure if that will address our
needs of being able to check a field in our patron record.


Please give us more infomation about some of our options and the next step involved
with moving API forward.

Thanks,

Sharon



Sharon Verminski
eiNetwork
412.622.8820 Voice
412.622.3197 Fax


----------------------------------------------------------------------------

From: Downing,Nathan [mailto:downingn@oclc.org]
Sent: Wednesday, February 08, 2006 5:25 PM
To: Verminski, Sharon
Cc: Williams, Ernest
Subject: RE: Mt Lebanon Public Library

Hi Sharon

Check out the bolded info below...

It was good speaking with you today; I hope that we can work with you and your
technical staff to complete the authentication setup and get this working exactly
the way you want. As I mentioned on the phone, your library is using IP
authentication for your on-campus users. When someone connects to NetLibrary from
one of those IP addresses you have informed us about, we can identify that the
person is connecting from your library.

Page 4

Confidential

RB000358

FW SpS 8 RE NetLibrary  Recorded Books API authentication.txt

For off campus access, I recommend you consider using the Referring URL method. Your staff would create a password-protected page on your website that would link to NetLibrary. After your off-campus users put in a library barcode number or other identifying information, your page would link them to our site; since they would be coming from a specific URL that would be in our authentication tables we would know they were associated with your library.

The link must be a standard HTML link in the form <a href="http://www.netlibrary.com/>NetLibrary</a> rather than a JavaScript or other scripted redirect; the referring page must be stored in the web browser's last-visited buffer for this to work. The URL they last visit prior to linking to NetLibrary must exactly match the URL in NetLibrary's authentication tables.

Here are some example referring URLs:
http://carlweb.bcpl.lib.md.us/wc-bin/netlib
http://www.jackson.lib.mi.us/rpa/webauth.exe?rs=DABLogIn
http://www.uhls.org/rpa/webauth.exe?rs=NetLibrary

Sincerely,
Nathan Downing
Senior Support Analyst
Customer Support Department
OCLC Inc.
email: support@oclc.org
cc: downingn@oclc.org
phone: 800-848-5878 x3019

---

From:      Downing,Nathan
Sent:      Wednesday, February 08, 2006 4:53 PM
To:        Downing,Nathan; 'verminskis@einetwork.net'
Cc:        'williamse@einetwork.net'
Subject:        RE: Mt Lebanon Public Library

 << File: remoteaccess.pdf >>

Also see:
http://www.netlibrary.com/Librarian/ToolsAndResources/RemoteAuthentication.aspx

---

From:      Downing,Nathan
Sent:      Wednesday, February 08, 2006 4:43 PM
To:        'verminskis@einetwork.net'
Cc:        'williamse@einetwork.net'
Subject:        Mt Lebanon Public Library

 << OLE Object: Picture (Device Independent Bitmap) >>

Page 5

Confidential                                                    RB000359

1-33150584 What was the name of the library having problems seeing the create a free account li
    From: Jerry Hadley [jhadley@landmarkaudio.com]
    Sent: Monday, February 27, 2006 2:58 PM
    To: 'salessupport@oclc.org'
    Subject: RE: 1-33150584: What was the name of the library having
    problems seeing the create a free account link?

    Violita,

    I gave Nathan two phone numbers for David, including his cell phone - you will
    probably have better luck contacting him that way.

    The number is 908/319/0822 (cell).

    Please try contacting him at that number.  I am very concerned about the response
    time here - I spoke with David early last week, and indicated that he might get some
    help within 24-48 hours.

    Thanks.

    Jerry

    -----Original Message-----
    From: SalesRMS@oclc.org [mailto:SalesRMS@oclc.org]
    Sent: Monday, February 27, 2006 2:32 PM
    To: jhadley@landmarkaudio.com
    Subject: 1-33150584: What was the name of the library having problems seeing the
    create a free account link?

    Hello Jerry,

    Thank you for contacting OCLC Customer Support.

    Due to Nathan's schedule he will be unable to address this issue.  I have been
    assigned this case today.  I have called Warren County library and left a msg with
    the librarian there for David Costa to contact me in regards to this issue.  Just to
    let you know I have checked on our end and everything looks good in our system.  I
    believe what might be occurring is that they have some sort of filtering software in
    place such as Norton Privacy Software which is preventing them from seeing the
    "Create a Free Account" link in NetLibrary.  I will try emailing David Costa to see
    if I have better luck getting a hold of him.

    Please let me know if there is anything more I can help you with regarding this
    issue.

    Sincerely,
    Violita
    Senior Support Analyst
    Customer Support Department
    OCLC Inc.
    email: support@oclc.org
    phone: 800-848-5800

    [THREAD ID:1-JQBR9]


    -----Original Message-----

    From:  jhadley@landmarkaudio.com
    Sent:  2/24/2006 12:22:09 PM
    To:
    Subject:  FW: What was the name of the library having problems seeing the create a
    free account link?
                                    Page 1

Confidential                                                                    RB000360

1-33150584 What was the name of the library having problems seeing the create a free account li

What was the name of the library having problems seeing the create a free account link?

Warren County &#8211; David Costa &#8211; 908/362/7495 (office) or 908/319/0822 (cell).  Yes, please call him &#8211; I told him that someone would contact him right away.

I gave this information to Sue as well.

JH

 From: Downing,Nathan [mailto:downingn@oclc.org]

Sent: Friday, February 24, 2006 12:09 PM

To: Jerry Hadley

Subject: What was the name of the library having problems seeing the create a free account link?

Hi Jerry

I got your voice mail&#8230; man, have I been swamped!

What was the name of the library having problems seeing the create a free account link?

Please send it to me via salessupport@oclc.org and I will call them ASAP.

:) -Nathan

Sincerely, Nathan Downing Senior Support Analyst Customer Support Department OCLC Inc. email: salessupport@oclc.org cc: downingn@oclc.org phone: 800-848-5878 x3019

Page 2

Confidential

RB000361

RE Bethel Park account creation.txt
Bethel Park account creationFrom: Eric Cussen [ecussen@netlibrary.com]
Sent: Thursday, March 02, 2006 4:20 PM
To: Mary Smith
Cc: Downing,Nathan (OCLC)
Subject: RE: Bethel Park account creation

Follow Up Flag: Follow up
Flag Status: Green

URL API links must have been implemented improperly.  Nathan, can you please look
into it?

-Eric


--------------------------------------------------------------------------------
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, March 02, 2006 1:41 PM
To: Eric Cussen
Cc: Downing,Nathan (OCLC)
Subject: FW: Bethel Park account creation


Do you know why this would be happening? Is seems as if all new accounts regardless
of the referring URL are being assigned to Mt. Lebanon.



Mary



--------------------------------------------------------------------------------
From: Verminski, Sharon [mailto:verminskis@einetwork.net]
Sent: Thursday, March 02, 2006 3:37 PM
To: Mary Smith
Subject: Bethel Park account creation


Mary,
I did a test with Bethel Park and had them create a NetLibrary account from the
Bethel Park library.
Rachel Corbett created and account today 3/2/06
Username: rachelcorbett

Her page is being branded as Mt. Lebanon and her account created is listed as a
Mt.Lebanon account.

I'm not sure what is going on, can you look into this.
Is Mt.Lebanon getting all the account creation credit.

I will look at more library accounts first thing tomorrow morning.

Sharon

Sharon Verminski
eiNetwork
412.622.8820 Voice
412.622.3197 Fax

                                Page 1

Confidential                                                        RB000362

```
                            FW Highland Park.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, March 07, 2006 11:29 AM
To: 'OCLC Customer Support'
Cc: 'Peter Billson'; 'Jane Stanley'
Subject: FW: Highland Park
```

Follow Up Flag: Follow up
Flag Status: Green

Support:

Highland Park Public Library is having difficulty connecting remotely through their
catalog. I have verified the URLs through the LRC and we are still having the same
problem. Apparently, another library using Sirsi had a similar problem that was
fixed through NetLibrary tech support. (See Library comments below)

Pertinent Links and Info:
Catalog: http://catalog.hpplnj.org
Search for: Bringing Down the House--this is the only title in the system at this
point.
Barcode: 29301000258300

Thanks,
Mary

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421

-----Original Message-----
From: Peter Billson [mailto:Pete@ELBnet.com]
Sent: Tuesday, March 07, 2006 8:11 AM
To: Mary Smith
Cc: 'Lucy Paras'; 'Jane Stanley'; sandy.schlueter@sirsidynix.com
Subject: Re: Highland Park

Mary,
    According to Sandy from SirsiDynix the Bartlesville Public Library had the same
problem we are having with the RPA referring link and a tech at NetLibrary knew the
fix. Her log from that client notes:

netLibrary needs either:
1.  just the root referring URL - which means just up to the first "/"
or
2. the root - which means up to the last "/"


    Does this help you at all?


    I *really* need to get this working today.


Pete Billson
--
http://www.elbnet.com
ELB Internet Service, Inc.
Web Design, Computer Consulting, Internet Hosting

**Confidential**                                                    **RB000363**

RE NetLibrary Authentication Beta (CybraryN).txt
NetLibrary Authentication Beta (CybraryN)From: Downing,Nathan [downingn@oclc.org]
Sent: Thursday, March 09, 2006 11:57 AM
To: Verminski, Sharon; Armagost,Ivy(NetLibrary); Harrison,Gillian(NetLibrary)
Cc: Williams, Ernest; Everitt, George; Serey, Rebecca; Mary Smith;
Bahe,Jonathan(NetLibrary)
Subject: RE: NetLibrary Authentication Beta (CybraryN)

Importance: High

Follow Up Flag: Follow up
Flag Status: Green

Sharon,

I am confused too.  I understood Jonathan would have a product developer/technician
from NetLibrary contact you about your Perl Script and getting it to work with some
adjustments that you were going to test.

Ivy, or Gillian, can you comment about this?   Also, can you answer these questions:
  a.. Can someone explain, what the next step is and who is our main contact is at
Recorded Books/ NetLibrary/OCLC to get the service working correctly.
  b.. If the CybraryN software works for us, will there be any additional charges
now or in the future?

Sincerely,
Nathan Downing
Senior Support Analyst
Customer Support
OCLC Inc.
email: support@oclc.org
cc: downingn@oclc.org
phone: 800-848-5878 x3019



--------------------------------------------------------------------------
From: Verminski, Sharon [mailto:verminskis@einetwork.net]
Sent: Thursday, March 09, 2006 8:56 AM
To: Mary Smith; Downing,Nathan
Cc: Williams, Ernest; Everitt, George; Serey, Rebecca
Subject: FW: NetLibrary Authentication Beta (CybraryN)


Nathan,
I'm very confused on what we are testing.  I thought (per our conversation on 3/3 &
3/6) that we would be contacted by someone at NetLibrary regarding our Perl Script.
You suggested that Jonathan thought our Perl Script would work with some adjustments
that we were going to test.
I received the email below regarding a CybraryN pilot?

Can someone explain, what the next step is and who is our main contact is at
Recorded Books/ NetLibrary/OCLC to get the service working correctly.

If the CybraryN software works for us, will there be any additional charges now or
in the future?
Thanks,
Sharon



--------------------------------------------------------------------------
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Page 1

RE NetLibrary Authentication Beta  (CybraryN).txt
Sent: Wednesday, March 08, 2006 3:36 PM
To: Verminski, Sharon
Subject: NetLibrary Authentication Beta (CybraryN)


I am contacting you regarding your potential participation in a beta test of the
NetLibrary Authentication Server beta. Gillian Harrison had a conversation with
Gladys Maharam, which eventually lead me to you. The CybraryN software that powers
the service would be provided to you complimentary if you chose to participate.
Additionally, I understand that this may resolve some technology conflict that you
are currently experiencing.

If you'd like to participate, simply respond to my e-mail with a technical contact
person on your end. I will then schedule a brief demo with Computers by Design
(CybraryN software people). After that they will provide software and the beta will
begin.

I look forward to working with you.

Best regards,

Ivy Armagost
Project Manager
NetLibrary, A Division of OCLC
iarmagost@netlibrary.com
Office: 303-381-8725

Confidential

RB000365

RE 1-33932771 Assistance still needed.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, March 09, 2006 11:34 AM
To: 'OCLC Customer Support'
Subject: RE: 1-33932771 Assistance still needed?

Follow Up Flag: Follow up
Flag Status: Green

Yes, the library director is expecting a call from David at tech support. Her name is Lynn Snodgrass-Pilla.

-----Original Message-----
From: OCLC Siebel Workflow Manager - Prod [mailto:SiebelProdWfMgr@oclc.org]
Sent: Thursday, March 09, 2006 5:26 AM
To: msmith@recordedbooks.com
Subject: RE: 1-33932771 Assistance still needed?

This is an automated follow-up message from OCLC concerning your pending Service Request.

Service Request:1-33932771
OCLC Service Request Owner: Nathan
Subject: NAD: Memorial Lib of Nazareth and Vicinity

Do you need further assistance with this issue? Reply to support@oclc.org to let us know the current status of this situation. We will be happy to continue working with you.
.

Confidential                                                                    RB000366

SpS 5 RE RE 1-32621703 Recorded Books problem redux.txt

From: Downing,Nathan [downingn@oclc.org]
Sent: Wednesday, March 22, 2006 6:32 PM
To: Armagost,Ivy(NetLibrary); Mary Smith
Cc: Jerry Hadley
Subject: [SpS: 5] RE: RE 1-32621703: Recorded Books problem redux

Follow Up Flag: Follow up
Flag Status: Green

That was it Ivy.  Just you helping her resolve her authentication problems.

:)
Sincerely,
Nathan Downing
Senior Support Analyst
Customer Support
OCLC Inc.
email: salessupport@oclc.org
cc: downingn@oclc.org
phone: 800-848-5878 x3019


--------------------------------------------------------------------------------
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Wednesday, March 22, 2006 5:31 PM
To: Downing,Nathan; Mary Smith
Cc: Jerry Hadley
Subject: RE: RE 1-32621703: Recorded Books problem redux


I have responded to Sharon regarding the CybraryN beta program. That is the only
item I have been involved with.

Nathan, what did you hand over to me?


--------------------------------------------------------------------------------
From: Downing,Nathan [mailto:downingn@oclc.org]
Sent: Wednesday, March 22, 2006 3:24 PM
To: Mary Smith
Cc: Jerry Hadley; Ivy Armagost
Subject: RE 1-32621703: Recorded Books problem redux


Mary

For the title problem, I need a screen shot of the NetLibrary page that says the
message "This Audiobook is not included in your library's collection and is
unavailable for download." so I can see what NetLibrary account she is affiliating
to.

As for the contact... Ivy Armagost told Sharon she would contact her.  I am out of
the service request at this point... as I handed it over to Ivy.

Sincerely,
Nathan Downing
Senior Support Analyst
Customer Support
OCLC Inc.

Page 1

Confidential                                                                    RB000367

SpS 5 RE RE 1-32621703 Recorded Books problem redux.txt
email: salessupport@oclc.org
cc: downingn@oclc.org
phone: 800-848-5878 x3019

[THREAD ID:1-JEECH]

--------------------------------------------------------------------------------
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, March 22, 2006 10:54 AM
To: Downing,Nathan
Cc: 'Jerry Hadley'
Subject: FW: Recorded Books problem redux


Nathan,


Another problem with Carnegie Library of PA…


Also, Sharon Verminksi mentions below that she hasn't heard back from us since
3/13/06 regarding resolution… Is this true?


Mary



--------------------------------------------------------------------------------
From: Beasley, Sarah [mailto:beasleys@carnegielibrary.org]
Sent: Wednesday, March 22, 2006 9:07 AM
To: Mary Smith
Subject: FW: Recorded Books problem redux


Hi Mary,


We have recently encountered two instances when people who have set up an account at
our Downtown and Business location (listed as Library Center with NetLibrary) have
been unable to see the audiobook collection.  Actually, in one case, they got to the
NetLibrary page before logging in, but were only given the Reference Center.  When
they tried to go into a specific title via our catalog the received the message that
I have forwarded below.  When the first incident was reported I had staff at the
branch set up a couple of test accounts, one on a staff PC and one on a public PC.
These functioned correctly, so we assumed there was just a glitch in the customer's
account set up.  I went in and administratively set up a new account for him in
Library Center.  This account works fine.  When Roye (a staff member there) reported
the same problem I realized we might be looking at something bigger.  Our network
folks took a look at our end of things and think everything is good to go.  That
location does have two IP addresses, but on our end they are both set up correctly.
Any ideas about what the problem might be?


Page 2

Confidential                                                                        RB000368

SpS 5 RE RE 1-32621703 Recorded Books problem redux.txt

Thanks,

Sarah


Sarah Beasley
Manager, Film and Audio Department
Carnegie Library of Pittsburgh
4400 Forbes Avenue
Pittsburgh, PA 15213
412.622.1918
beasleys@carnegielibrary.org


--------------------------------------------------------------------------------

From: Werner, Roye
Sent: Tuesday, March 21, 2006 12:25 PM
To: Beasley, Sarah
Subject: RE: Recorded Books problem redux

Hi Sarah,

My account username is wernerr (I just signed up, because I couldn't remember what
the old one was...) but none of my searches had gotten to the point where I needed
it. I just re-did the search we did yesterday - went to Advanced Search, and then
limited to eAudio - and then got a long list, of which I picked:


Who Does She Think She Is? by Benilde Little.


It then gave me this:

                    Author
                    Little, Benilde

                    Title
                    Who does she think she is? [electronic resource] / by Benilde
Little.

                    Publisher
                    Prince Frederick, Md. : Recorded Books ; [Boulder, Colo. :
Made available electronically by] NetLibrary, 2006.

                    Edition
                    Unabridged.

                    Description
                    1 sound file (8 hr.) : digital, wma file.

Confidential                                                                RB000369

SpS 5 RE RE 1-32621703 Recorded Books problem redux.txt

Click on the following to:

A downloadable audio book accessible through the World Wide Web; click for information

And when I clicked on that link, gave me the page that asks for your library card number.  Putting that in, I then got this:

Listening Options

This Audiobook is not included in your library's collection and is unavailable for download.

So the quest stopped there. (There was another title, but I can't remember which one.)  I hope that helps - let me know if you need anything else -

Roye

-----Original Message-----
From: Beasley, Sarah
Sent: Tue 3/21/2006 11:51 AM
To: Werner, Roye
Cc:
Subject: FW: Recorded Books problem redux

Roye,

Do you mind passing along your NetLibrary account username and whatever titles you remember clicking on in the Catalog?  I'll then pass along the information to our contact at Recorded Books and see if we can get this resolved.

Thanks,
Sarah

Confidential

RB000370

SpS 5 RE RE 1-32621703 Recorded Books problem redux.txt

From: Verminski, Sharon
Sent: Monday, March 20, 2006 3:48 PM
To: Beasley, Sarah
Cc: Werner, Roye
Subject: RE: Recorded Books problem redux

Hi Sarah,

Please contact Mary Smith at Recorded Books.  Give her as much info as Roye has.
NetLibrary account name, title being searched, etc.

I'm out of the office tomorrow to Friday.


Sorry I can't help more right now.

I have not heard a word from anyone at Recorded Books since the email I sent them
on Monday 3-13-06.  This is getting very frustrating.


Sharon


----------------------------------------------------------------------------

From: Beasley, Sarah
Sent: Monday, March 20, 2006 3:42 PM
To: Verminski, Sharon
Cc: Werner, Roye
Subject: Recorded Books problem redux

Hi Sharon,


Just wanted to give you a heads up that Roye Werner (staff member - Downtown &
Business) experienced the exact same problem as our customer from Downtown.  She was
trying to explore the eAudio services and is unable to see the eAudio Center from
Recorded Books. She is able to see the REference CEnter.  Also, when she tried to
access titles from the Catalog, she got a message saying that the titles were not
included in her library's collection.  Before I contact Recorded Books I wanted to
let you know, and also let you know that the PC she was using is a staff PC
(xz109z), in case that helps to identify a problem on our end.  If not, I will go
ahead and contact Recorded Books and let them know of our problem.


Thanks,
Sarah


Page 5


Confidential                                                        RB000371

```
                         FW Downloading Audio Books.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, March 22, 2006 11:07 AM
To: 'OCLC Customer Support'
Subject: FW: Downloading Audio Books

Follow Up Flag: Follow up
Flag Status: Green


-----Original Message-----
From: Svetlana Foley [mailto:svetlana_foley@hotmail.com]
Sent: Monday, March 20, 2006 12:49 PM
To: msmith@recordedbooks.com
Subject: FW: Downloading Audio Books

Hi, Mary –

could you/technical department please help me to help this patron?

He tried to use the service numerous times, but it never works - this is the message
that aborts his download every time.


Thanks!
Svetlana Foley


----Original Message Follows----
From: George Meade <gameade@sbcglobal.net>
To: svetlana foley <svetlana_foley@hotmail.com>
Subject: Downloading Audio Books
Date: Fri, 17 Mar 2006 13:00:12 -0800 (PST)

In the midst of downloading a book from your website This message popped up,
interupting the downloading process:

        C:\documents and settings\george meade\local settings\temporary
internet files\content.ie5\y95ujq90\austin_city_blues_lone_st [2].wmc

        Invalid menu handle.
```

Page 1

                                              RB000372

FW SpS 5 FW NetLibrary account affiliation still Carol Stream PL (was RE URL change request).txt
    From: Mary Smith [msmith@recordedbooks.com]
    Sent: Wednesday, March 22, 2006 1:52 PM
    To: 'OCLC Customer Support'
    Subject: FW: [SpS: 5] FW: NetLibrary "account affiliation" still Carol
    Stream PL (was RE: URL change request)

    Follow Up Flag: Follow up
    Flag Status: Green


    -----Original Message-----
    From: Julie Adamski [mailto:jadamski@oak-brook.lib.il.us]
    Sent: Tuesday, March 21, 2006 10:34 AM
    To: Mary Smith
    Subject: [SpS: 5] FW: NetLibrary "account affiliation" still Carol Stream PL (was
    RE: URL change request)

    Hi Mary,
    I don't know where you're at with this, when I log in from within the library, I see
    Oak Brook as the library, but when we log in from the outside, it thinks we're Carol
    Stream with no active collections.

    If you want to test it out, I have a test home page with links:

    http://www.oak-brook.lib.il.us/test.shtml

    I'm talking about the link for "begin here--click to create your free Netlibrary
    account"

    Or is it just not active because our subscription for the public doesn't begin until
    4/1?

    Thanks,
    Julie


    -----Original Message-----
    From: Eric Bain [mailto:ebain@dupagels.lib.il.us]
    Sent: Tuesday, March 21, 2006 8:59 AM
    To: Julie Adamski
    Subject: NetLibrary "account affiliation" still Carol Stream PL (was RE:
    URL change request)

    Julie,

    Just an FYI: NetLibrary is still displaying an "Account Affiliation" of Carol Stream
    Public Library when the OB RPA authentication page is used.
    This text appears below the "Create Account" button on the page.

    You probably already know that, but I wanted to be sure. This is an issue that
    NetLibrary can address by recognizing the full URL for your RPA authentication page.
    Thank you.

    Regards,

    Eric Bain
    LLSAP Manager
    DuPage Library System
    127 South First Street
    Geneva, IL 60134
    IT Dept:  630-232-4674
    Office:   630-232-8457, ext. 208

Confidential           RB000373

FW SpS_5 FW NetLibrary account affiliation still Carol Stream PL (was RE URL change request).txt
        Fax:        630-232-0699
        http://www.dupagels.lib.il.us
        mailto:ebain@dupagels.lib.il.us


        -----Original Message-----
        From: Julie Adamski [mailto:jadamski@oak-brook.lib.il.us]
        Sent: Monday, March 20, 2006 7:03 PM
        To: ebain@dupagels.lib.il.us
        Subject: URL change request

        Hi Eric,

        Thanks for your work on the NetLibrary link for us.  NetLibrary fixed the "welcome
        carol stream patron" thing on their end.


        Would you be willing to or can you change the destination URL for the
        OB32
        link you created http://rpa.dupagels.lib.il.us/rpa/webauth?rs=OB32&lb=OB

        so that it points to the create account page instead of just to NetLibrary?
        It's the URL below.


        http://www.netlibrary.com/CreateAccount.aspx



        Let me know if you're able to do that, thanks,

        Julie




        Julie Adamski

        Electronic Resources Librarian

        Oak Brook Public Library

        600 Oak Brook Rd.

        Oak Brook, IL 60523


        630-990-2222 x29   FAX 630-990-4509


        jadamski@oak-brook.lib.il.us
                                        Page 2

FW Recorded Books problem redux.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, March 22, 2006 11:54 AM
To: 'Downing,Nathan'
Cc: 'Jerry Hadley'
Subject: FW: Recorded Books problem redux

Follow Up Flag: Follow up
Flag Status: Green

Nathan,


Another problem with Carnegie Library of PA…


Also, Sharon Verminksi mentions below that she hasn't heard back from us since
3/13/06 regarding resolution… Is this true?


Mary



--------------------------------------------------------------------------------

From: Beasley, Sarah [mailto:beasleys@carnegielibrary.org]
Sent: Wednesday, March 22, 2006 9:07 AM
To: Mary Smith
Subject: FW: Recorded Books problem redux


Hi Mary,


We have recently encountered two instances when people who have set up an account at
our Downtown and Business location (listed as Library Center with NetLibrary) have
been unable to see the audiobook collection.  Actually, in one case, they got to the
NetLibrary page before logging in, but were only given the Reference Center.  When
they tried to go into a specific title via our catalog the received the message that
I have forwarded below.  When the first incident was reported I had staff at the
branch set up a couple of test accounts, one on a staff PC and one on a public PC.
These functioned correctly, so we assumed there was just a glitch in the customer's
account set up.  I went in and administratively set up a new account for him in
Library Center.  This account works fine.  When Roye (a staff member there) reported
the same problem I realized we might be looking at something bigger.  Our network
folks took a look at our end of things and think everything is good to go.  That
location does have two IP addresses, but on our end they are both set up correctly.
Any ideas about what the problem might be?


Thanks,

Sarah


                                Page 1


Confidential                                                          RB000375

FW Recorded Books problem redux.txt

Sarah Beasley
Manager, Film and Audio Department
Carnegie Library of Pittsburgh
4400 Forbes Avenue
Pittsburgh, PA 15213
412.622.1918
beasleys@carnegielibrary.org

---------------------------------------------------------------------------

From: Werner, Roye
Sent: Tuesday, March 21, 2006 12:25 PM
To: Beasley, Sarah
Subject: RE: Recorded Books problem redux

Hi Sarah,

My account username is wernerr (I just signed up, because I couldn't remember what
the old one was...) but none of my searches had gotten to the point where I needed
it.  I just re-did the search we did yesterday - went to Advanced Search, and then
limited to eAudio - and then got a long list, of which I picked:


Who Does She Think She Is? by Benilde Little.


It then gave me this:

                    Author
                    Little, Benilde

                    Title
                    Who does she think she is? [electronic resource] / by Benilde
Little.

                    Publisher
                    Prince Frederick, Md. : Recorded Books ; [Boulder, Colo. :
Made available electronically by] NetLibrary, 2006.

                    Edition
                    Unabridged.

                    Description
                    1 sound file (8 hr.) : digital, wma file.

Page 2

Confidential

RB000376

FW Recorded Books problem redux.txt

Click on the following to:

A downloadable audio book accessible through the World Wide Web; click for information

And when I clicked on that link, gave me the page that asks for your library card number. Putting that in, I then got this:

Listening Options

This Audiobook is not included in your library's collection and is unavailable for download.

So the quest stopped there. (There was another title, but I can't remember which one.) I hope that helps - let me know if you need anything else -

Roye

-----Original Message-----
From: Beasley, Sarah
Sent: Tue 3/21/2006 11:51 AM
To: Werner, Roye
Cc:
Subject: FW: Recorded Books problem redux

Roye,

Do you mind passing along your NetLibrary account username and whatever titles you remember clicking on in the Catalog? I'll then pass along the information to our contact at Recorded Books and see if we can get this resolved.

Thanks,
Sarah

---------------------------------------------------------------------

From: Verminski, Sharon
Sent: Monday, March 20, 2006 3:48 PM
To: Beasley, Sarah
Cc: Werner, Roye
Subject: RE: Recorded Books problem redux
                    Page 3

Confidential                                                    RB000377

FW Recorded Books problem redux.txt

Hi Sarah,

Please contact Mary Smith at Recorded Books.  Give her as much info as Roye has.
NetLibrary account name, title being searched, etc.

I'm out of the office tomorrow to Friday.


Sorry I can't help more right now.

I have not heard a word from anyone at Recorded Books since the email I sent them
on Monday 3-13-06.  This is getting very frustrating.


Sharon


--------------------------------------------------------------------------------

From: Beasley, Sarah
Sent: Monday, March 20, 2006 3:42 PM
To: Verminski, Sharon
Cc: Werner, Roye
Subject: Recorded Books problem redux

Hi Sharon,


Just wanted to give you a heads up that Roye Werner (staff member - Downtown &
Business) experienced the exact same problem as our customer from Downtown.  She was
trying to explore the eAudio services and is unable to see the eAudio Center from
Recorded Books. She is able to see the REference CEnter.  Also, when she tried to
access titles from the Catalog, she got a message saying that the titles were not
included in her library's collection.  Before I contact Recorded Books I wanted to
let you know, and also let you know that the PC she was using is a staff PC
(xz109z), in case that helps to identify a problem on our end.  If not, I will go
ahead and contact Recorded Books and let them know of our problem.


Thanks,
Sarah

Confidential

RB000378

SpS 5 RE One More Detail.txt

From: Zoie Mellios [zmellios@netlibrary.com]
Sent: Monday, April 10, 2006 1:18 PM
To: Mary Smith
Subject: [SpS 5] RE: One More Detail

Follow Up Flag: Follow up
Flag Status: Green

Updated.


--------------------------------------------------------------------------------
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, April 10, 2006 10:16 AM
To: Zoie Mellios
Subject: FW: One More Detail


Catasaqua is missing for the Bethlehem Area District master account login.


Mary



--------------------------------------------------------------------------------
From: Mary Kupferschmid [mailto:mkupferschmid@bapl.org]
Sent: Friday, April 07, 2006 12:35 PM
To: Mary Smith
Subject: One More Detail


The reports are great - it was fun to look at all the numbers.  There's just one
library that isn't included in the all-encompassing Bethlehem Area Public Library
eAudiobooks category - Catasaqua.  It isn't significant now because they had no
downloads by March 31, but I hope they will have some in the future!  Whenever you
can get it added before the end of April will be fine.  They are included in the
separate listing.  Thanks!


-- Mary S. Kupferschmid, Administrative Coordinator & District ConsultantBethlehem
Area Public Library11 West Church St.Bethlehem PA 18018Tel: 610-867-3761, X212Fax:
610-867-2767

Confidential

RB000379

SpS 5 RE SpS 5 still not working.txt
From: Zoie Mellios [zmellios@netlibrary.com]
Sent: Monday, April 17, 2006 6:53 PM
To: Mary Smith
Subject: [SpS: 5] RE: [SpS: 5] still not working

Follow Up Flag: Follow up
Flag Status: Green

You did great.  Jonathan is now involved and hopefully that will push this issue to
the forefront.

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, April 17, 2006 7:51 AM
To: Zoie Mellios
Subject: FW: [SpS: 5] still not working

Zoie,

I wanted to make sure I covered all the bases here with the reps for both you and
me.

Mary

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, April 17, 2006 9:50 AM
To: 'jhadley@recordedbooks.com'; 'Roger Corriveau'
Cc: 'zmellios@netlibrary.com'
Subject: FW: [SpS: 5] still not working

Jerry/Roger,

I have been speaking with NetLibrary consistently over the past week and a half
trying to resolve her problem. As I stated in my earlier email, NetLibrary created a
second account instead of just adding the eAudiobooks to the ebook account. This is
where her problem lies. Zoie at NetLibrary cannot just delete the second account
without it going through the normal channels and I know that she submitted the
request when we discovered the problem. She did upgrade the priority on this
request.

I don't know what else Zoie and I can do to get this moving any faster.

Mary

-----Original Message-----
From: Gunn Memorial Library [mailto:gunnlib@biblio.org]
Sent: Thursday, April 13, 2006 4:48 PM
To: Mary Smith
Cc: Roger Corriveau
Subject: [SpS: 5] still not working

Mary,

It is the afternoon of 4/13 and still no sign of this issue being resolved.

We released the information to a local newspaper about the availability of
downloadable audiobooks from our website, publicized this in our newsletter and
purchased MP3 players to loan to our patrons.  We are all set to go and are anxious
to get the show on the road.

Could you please get in touch with NetLibrary again and ask why this is taking so
long?

Page 1

Confidential                                                                    RB000380

SpS 5 RE SpS 5 still not working.txt

Thanks,
Kristine Dyson
Gunn Memorial Library
Washington, CT


-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, April 10, 2006 11:40 AM
To: 'Gunn Memorial Library'
Subject: RE: [SpS: 5] RE: [SpS: 5] Correct URLs?


I spoke to NetLibrary this morning and they are still working on resolving the
issue. They are estimating that the account will be fixed by 4/13.

Best,
Mary

-----Original Message-----
From: Gunn Memorial Library [mailto:gunnlib@biblio.org]
Sent: Monday, April 10, 2006 11:24 AM
To: Mary Smith
Subject: [SpS: 5] RE: [SpS: 5] Correct URLs?

Mary,

This issue has still not been resolved.  Could you please give whoever is in charge
of this a nudge?

Thanks,
Kristine

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, April 04, 2006 10:01 AM
To: 'Polly Roberts'
Cc: 'Kristine Dyson'; 'Amy Terlaga'
Subject: RE: [SpS: 5] Correct URLs?


Hi Polly,

I spoke to Kristine yesterday regarding this issue...Basically, you have two
accounts with NetLibrary; one for ebooks and one for eaudiobooks.
This should not happen. When you are authenticating you only see the ebook section
because you are authenticating into that account only. I have put in the request to
remove the extra account and add the eaudiobook subscription to your existing
account for the ebooks. This may take a day or so but I will keep you posted.

Best,
Mary


-----Original Message-----
From: Polly Roberts [mailto:polly@pollyroberts.com]
Sent: Monday, April 03, 2006 6:42 PM
To: Mary Smith
Cc: Kristine Dyson; Amy Terlaga
Subject: [SpS: 5] Correct URLs?

Page 2

Confidential

RB000381

SpS 5 RE SpS 5 still not working.txt

Dear Mary,
I still do not get a direct link (from the GML authentication page) to the Recorded Books section of your site.

 From our site we introduce Audiobooks.
http://www.gunnlibrary.org/links.html
But we refer patrons to an authentication page
http://biblio_rpa.biblio.org/rpa/webauth.exe?lb=wshgtn&rs=netlibws
Once a patron fills in their bar code number and hits "login" They are delivered to a page that's only about eBooks: http://www.netlibrary.com

I think it would make so much more sense if they were delivered to the recorded books page: http://www.netlibrary.com/recordedbooks
Please let me know what I can do to make this happen.
Thank you so much, Polly


Kristine and I feel it's important that the NetLibrary page have a link to Audiobooks, so please let us know the correct NetLibrary URL to use, or see if you can correct the situation on your end? Kristine has lined up quite a lot of press that touts this will be available as of April 1.
And it's my fault this hasn't been implemented sooner, but this is a volunteer job for me, and sometimes, I just can't get to it as promptly as I should.
Many thanks for your help, Polly

Polly Roberts | 8 South St. | Washington, CT 06793
P: 860-868-0131 | F: 860-868-9970 | C: 617-827-7577
Email: polly@pollyroberts.com
Web: http://www.pollyroberts.com

Page 3

Confidential

RB000382

```
                        FW SpS 5 still not working
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Monday, April 17, 2006 5:15 PM
To: 'Maureen Kanwischer'; 'Jonathan Bahe'; 'swasinger@netlibrary.com'
Cc: 'Mary Smith'; 'Matt Walker'
Subject: FW: [SpS: 5] still not working
```

Maureen/Jonathan/Scott,

HELP.....

Jerry

```
-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, April 17, 2006 9:50 AM
To: jhadley@recordedbooks.com; 'Roger Corriveau'
Cc: zmellios@netlibrary.com
Subject: FW: [SpS: 5] still not working
```

Jerry/Roger,

I have been speaking with NetLibrary consistently over the past week and a half trying to resolve her problem. As I stated in my earlier email, NetLibrary created a second account instead of just adding the eAudiobooks to the ebook account. This is where her problem lies. Zoie at NetLibrary cannot just delete the second account without it going through the normal channels and I know that she submitted the request when we discovered the problem. She did upgrade the priority on this request.

I don't know what else Zoie and I can do to get this moving any faster.

Mary

```
-----Original Message-----
From: Gunn Memorial Library [mailto:gunnlib@biblio.org]
Sent: Thursday, April 13, 2006 4:48 PM
To: Mary Smith
Cc: Roger Corriveau
Subject: [SpS: 5] still not working
```

Mary,

It is the afternoon of 4/13 and still no sign of this issue being resolved.

We released the information to a local newspaper about the availability of downloadable audiobooks from our website, publicized this in our newsletter and purchased MP3 players to loan to our patrons. We are all set to go and are anxious to get the show on the road.

Could you please get in touch with NetLibrary again and ask why this is taking so long?

Thanks,
Kristine Dyson
Gunn Memorial Library
Washington, CT

```
-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, April 10, 2006 11:40 AM
To: 'Gunn Memorial Library'
Subject: RE: [SpS: 5] RE: [SpS: 5] Correct URLs?
```
                                Page 1

**Confidential**                                                    **RB000383**

FW SpS 5 still not working

I spoke to NetLibrary this morning and they are still working on resolving the issue. They are estimating that the account will be fixed by 4/13.

Best,
Mary

-----Original Message-----
From: Gunn Memorial Library [mailto:gunnlib@biblio.org]
Sent: Monday, April 10, 2006 11:24 AM
To: Mary Smith
Subject: [SpS: 5] RE: [SpS: 5] Correct URLs?

Mary,

This issue has still not been resolved.  Could you please give whoever is in charge of this a nudge?

Thanks,
Kristine

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, April 04, 2006 10:01 AM
To: 'Polly Roberts'
Cc: 'Kristine Dyson'; 'Amy Terlaga'
Subject: RE: [SpS: 5] Correct URLs?


Hi Polly,

I spoke to Kristine yesterday regarding this issue...Basically, you have two accounts with NetLibrary; one for ebooks and one for eaudiobooks. This should not happen. When you are authenticating you only see the ebook section because you are authenticating into that account only. I have put in the request to remove the extra account and add the eaudiobook subscription to your existing account for the ebooks. This may take a day or so but I will keep you posted.

Best,
Mary



-----Original Message-----
From: Polly Roberts [mailto:polly@pollyroberts.com]
Sent: Monday, April 03, 2006 6:42 PM
To: Mary Smith
Cc: Kristine Dyson; Amy Terlaga
Subject: [SpS: 5] Correct URLs?

Dear Mary,
I still do not get a direct link (from the GML authentication page) to the Recorded Books section of your site.

  From our site we introduce Audiobooks.
http://www.gunnlibrary.org/links.html
But we refer patrons to an authentication page
http://biblio_rpa.biblio.org/rpa/webauth.exe?lb=wshgtn&rs=netlibws
Once a patron fills in their bar code number and hits "login" They are delivered to a page that's only about eBooks: http://www.netlibrary.com

I think it would make so much more sense if they were delivered to the recorded
Page 2

Confidential                                                                        RB000384

FW SpS 5 still not working
books page: http://www.netlibrary.com/recordedbooks
Please let me know what I can do to make this happen.
Thank you so much, Polly


Kristine and I feel it's important that the NetLibrary page have a link to
Audiobooks, so please let us know the correct NetLibrary URL to use, or see if you
can correct the situation on your end? Kristine has lined up quite a lot of press
that touts this will be available as of April 1. And it's my fault this hasn't been
implemented sooner, but this is a volunteer job for me, and sometimes, I just can't
get to it as promptly as I should.
Many thanks for your help, Polly

---

Polly Roberts | 8 South St. | Washington, CT 06793
P: 860-868-0131 | F: 860-868-9970 | C: 617-827-7577
Email: polly@pollyroberts.com
Web: http://www.pollyroberts.com

Page 3

Confidential                                                                      RB000385

RE UK titles on website

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Friday, April 28, 2006 11:44 AM
To: 'Gillian Harrison'
Subject: RE: UK titles on website

Gillian,


Has this been resolved?


Thanks.


Jerry


------------------------------------------------------------------------------

From: Gillian Harrison [mailto:gharrison@netlibrary.com]
Sent: Monday, March 27, 2006 11:49 PM
To: Jerry Hadley
Cc: Carla Evans; Matt Walker; Maureen Kanwischer
Subject: RE: UK titles on website


Jerry - We have a fix in QA and are testing it and expect it to go live early this
week.  I'll let you know as soon as it is completed.


gillian


------------------------------------------------------------------------------

From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, March 27, 2006 10:13 AM
To: Gillian Harrison
Subject: RE: UK titles on website


Gillian,


Any update on this problem?


Thanks.

Confidential

RB000386

                              RE UK titles on website
Jerry


------------------------------------------------------------------------------

From: Gillian Harrison [mailto:gharrison@netlibrary.com]
Sent: Thursday, March 23, 2006 1:09 PM
To: Carla Evans
Cc: Matt Walker; jhadley@recordedbooks.com
Subject: RE: UK titles on website


Carla -- I'm aware of the issue and we are working on it.  I hope to have the issue
resolved today.


gillian



------------------------------------------------------------------------------

From: Carla Evans [mailto:cevans@recordedbooks.com]
Sent: Mon 3/20/2006 6:04 AM
To: Gillian Harrison
Cc: 'Matt Walker'; jhadley@recordedbooks.com
Subject: UK titles on website

Hi Gillian,

I hope you had a good weekend.

Last week we had several inquiries from libraries asking about titles that came up
"Not part of your library's collection".  Upon further investigation it turns out
that these titles were part of the WF Howes collection.  From what I can tell the
titles do not come up if you search by author or title but when I clicked on MYSTERY
to do a search, 8 out of 30 titles on just the first page come up that are part of
the UK collection-I have listed them below.

Can you tell me why this would be happening and how we can prevent it?  I am in the
office today until 4pm EST if you would like to call me to discuss.

Thanks for your help.


BLOOD ON THE TONGUE-Product ID: 131225

BLIND TO THE BONES-Product ID: 131227

BAD MONEY-Product ID: 131238

BEGGAR'S BANQUET-Product ID: 129201 (this is an Ian Rankin title)

THE BIG NOWHERE-Product ID: 131205

BLACK DOG-Product ID: 131226

                              Page 2

Confidential                                                    RB000387

RE UK titles on website

BLACK FLY SEASON-Product ID: 131224

THE BEAST MUST DIE-Product ID: 133124

Carla C. Evans

Director of Marketing

Recorded Books, LLC

270 Skipjack Rd.

Prince Frederick, MD  20678

410-535-5590, ext 1147

Fax: 410-414-2576

Confidential

RB000388

FW PALS library Access to Listen Ill
PALS library Access to Listen IllFrom: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Wednesday, May 24, 2006 5:57 PM
To: 'Scott Wasinger'
Subject: FW: PALS library Access to Listen Ill

Scott,


Here is Jonathan's email to me last week about the "fix" for these libraries.


Zoie told Mary Smith this morning that her request for technical help was still in
the pipeline, and had been since May 10.


I am interested primarily in getting these libraries going.  Thanks for any
assistance.


Jerry



------------------------------------------------------------------------------------

From: Jonathan Bahe [mailto:jbahe@netlibrary.com]
Sent: Wednesday, May 17, 2006 12:40 PM
To: Jerry Hadley
Subject: PALS library Access to Listen Ill


Jerry,

The fix we discussed yesterday should be going out tomorrow.

Thanks,

Jonathan

Confidential                                                RB000389

```
              FW SpS 5 RE SpS 5 RE SpS 5 eiNetwork  Carnegie .txt
eiNetwork / Carnegie Library AccountsFrom: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, September 18, 2006 3:54 PM
To: 'Zoie Mellios'
Subject: FW: [SpS: 5] RE: [SpS: 5] RE: [SpS: 5] eiNetwork / Carnegie
```

Follow Up Flag: Follow up
Flag Status: Green

Can you help me straighten this out? I don't know what to tell her.


Mary


------------------------------------------------------------------------------

From: Verminski, Sharon [mailto:verminskis@einetwork.net]
Sent: Monday, September 18, 2006 12:26 PM
To: Mary Smith
Cc: Beasley, Sarah
Subject: [SpS: 5] RE: [SpS: 5] RE: [SpS: 5] eiNetwork / Carnegie


Hi Mary,

I only see Plum Community in my list, what is Plum Borough Library for?


I checked Plum Community and I do not see the Power library referring URLs.

Also I still only see the eAudiobook collections, no eBook collections as our other sites have.


Am I missing something?   The login I'm using is sverminski in the Library Resource Center.


Please let me know,

Sharon


------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, September 18, 2006 11:58 AM
To: Verminski, Sharon
Subject: RE: [SpS: 5] RE: [SpS: 5] eiNetwork / Carnegie Library Accounts

NetLibrary accidentally assigned the address to Plum Borough Library instead of Plum Community. I apologize for the confusion, please try again.

Confidential                                                                    RB000390

FW SpS 5 RE SpS 5 RE SpS 5 eiNetwork  Carnegie .txt

Mary

--------------------------------------------------------------------------------

From: Verminski, Sharon [mailto:verminskis@einetwork.net]
Sent: Thursday, September 14, 2006 4:52 PM
To: Mary Smith
Cc: Beasley, Sarah
Subject: [SpS: 5] RE: [SpS: 5] eiNetwork / Carnegie Library Accounts


Hi Mary,

Thanks so much for adding the IP.  Does it take a while to show up in the Library
Resource Center?  There is still no IP or additional referring URLs listed.


Also, who should I contact about getting the eBook collections added to the Plum
account?


Thanks,

Sharon


--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, September 14, 2006 11:07 AM
To: Verminski, Sharon
Subject: RE: [SpS: 5] eiNetwork / Carnegie Library Accounts

Hi Sharon,


The IP address has been added. Let me know if you find anything else.


Mary


--------------------------------------------------------------------------------

From: Verminski, Sharon [mailto:verminskis@einetwork.net]
Sent: Wednesday, September 13, 2006 1:20 PM
To: Mary Smith
Cc: Beasley, Sarah
Subject: [SpS: 5] eiNetwork / Carnegie Library Accounts

Page 2

Confidential                                                              RB000391

FW SpS 5 RE SpS 5 RE SpS 5 eiNetwork  Carnegie .txt

Hi Mary,
We've noticed a discrepency with at least one of our NetLibrary Accounts in the
Library Resource Center.   Some libraries do not have the full collection of eBooks
and eAudio and some do not have an IP address entered, nor do they have all of the
referring URLs.

Please see the example of Avalon Library and Plum Library.  I need to go through
each account and check.
Can you get the IP 216.183.185.92 added for Plum and the full collections list.
I'll be in touch with other discrepencies I may find.


Thanks,
Sharon


Example for Avalon Library for Available Collections:

Access PA
AccessPA Public Libraries
Avalon
Carnegie Library of Pittsburgh
Carnegie Library of Pittsburgh -eAudiobooks
eAudiobooks CEV Holy Bible
eAudiobooks Pimsleur Language Series
eAudionooks US & Canada Core Collection
eAudioEssentials Collection
PALINET
PALINET 2001
PALINET Shared Reference Center 2004


Referring URLS for Avalon Account:
Referring URLs
www.einetwork.net/netlib/lib2.cfm
www.powerlibrary.net/Remote/MainR.asp?ID=PL3183
www.powerlibrary.org/Interface/IntLinks/NetLibrary.asp?ID=PL3183

Example for Plum Library for Available Collections:
Carnegie Library of Pittsburgh -eAudiobooks
eAudiobooks CEV Holy Bible
eAudiobooks Pimsleur Language Series
eAudionooks US & Canada Core Collection
eAudioEssentials Collection
Plum Community Library

Referring URLs for Plum Account:
Referring URLs
www.einetwork.net/netlib/lib59.cfm


Page 3

Confidential                                                    RB000392

**Mary Smith**

| | |
|---|---|
| **From:** | Eric Cussen [ecussen@netlibrary.com] |
| **Sent:** | Friday, September 29, 2006 12:23 PM |
| **To:** | Mary Smith; Mumaw,Brenda (OCLC) |
| **Cc:** | Natalie Jones; Zoie Mellios; Scott Wasinger |
| **Subject:** | RE: September Title Load |

Hi Mary,

We realize this does raise questions from time to time but we're talking about a very small subset of titles. OCLC has had systems and processes in place for handling collection sets for years and we've simply hooked into those existing systems. The same situation exists for eBook collection sets. We have explored other options but any option we choose would still have some lag time. There's simply no way we can get MARCs to the libraries in real-time, which is probably what they want (I don't know why they wouldn't want that). Given the options we have, the time and cost to make a change, the possible impact on eBook customers and the difficulties of coordinating development schedules between NL and OCLC to get a joint project underway, I think this is the best we can do for the foreseeable future.

Thanks,

-Eric

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Friday, September 29, 2006 9:37 AM
**To:** Eric Cussen; Mumaw,Brenda (OCLC)
**Cc:** Natalie Jones; Zoie Mellios; Scott Wasinger
**Subject:** RE: September Title Load

Thanks for the info Eric.

I just have a few more questions. We frequently get calls from libraries complaining that the titles are available on the site but they don't have the MARCs to load in the catalog. I can explain why based on the info below but I know the question will arise as to why it takes three weeks to send the MARC notifications when the titles are already available. I do understand that we have to allow time for each department to complete their appropriate functions. Is there anything RB can do to shorten that time frame? Any suggestions?

Any additional info that you can provide would be greatly appreciated.

Best,
Mary

**From:** Eric Cussen [mailto:ecussen@netlibrary.com]
**Sent:** Thursday, September 28, 2006 1:28 PM
**To:** Mumaw,Brenda (OCLC); Mary Smith
**Cc:** Natalie Jones; Zoie Mellios; Eric Cussen
**Subject:** RE: September Title Load

Hi Mary,

Yes, there is a requirement for MARC records to be created before we can load a book to our site but that is not the crux of the issue here, which seems to surround delivery of MARCs to libraries for titles already loaded to the NetLibrary site and already delivered into libraries' electronic content collections.

There is a process for notifying Brenda's group of changes to all the "Collection Sets" we've identified (all the Recorded Books titles are in Collection Sets) which happens once per month. As Brenda states, that occurs on the 25th of each month. The job which runs at NetLibrary looks at all the Collection Sets, determines what titles have been added (or removed) from each one since the last job run, and reports that information to Brenda's group.

So, Brenda's group -- in their role of tracking what titles loaded on the NetLibrary site are placed in which Collection Sets -- would only have been notified earlier this week of changes to Collection Sets made in September.

Once NetLibrary delivers the addition and deletion lists to Brenda's group, we are out of the loop. Of course it takes Brenda's group some time to integrate the changes into the master lists they keep and it takes additional time to notifiy libraries. Brenda seems to indicate below that the changes from 8/25 to 9/24 have been processed and that e-mails will be going out to libraries this week and next.

So I think the answer to the original question: "Do you know when the MARC records were sent for the batch loaded the first week of September?", is that they haven't been sent yet, but will be sent very shortly.

Let me give you an example to illustrate the process a little better. Let's say a library orders audio books on August 15th and they pick up their MARC records shortly thereafter. Between the 25th of July when our system last sent updates to Brenda's group and the 25th of August when we sent the next update, books would have been loaded to our site. So, between August 15th when the library has access to the content and September 1st when a new MARC collection set update is available, any new books loaded to the site will be available to the library (provided those titles are being loaded to a collection they purchased of course) but they won't get MARC records for those few new titles until the beginning of September. In other words, there is always lag time between the time a new title hits our site and when the MARC update is available. The amount of lag time is dependent on when the title hits our site. The earlier in the month, the longer the lag time.

I hope this helps.

For future reference, please contact Scott Wasinger (swasinger@netlibrary.com) or myself with any questions or issues. Contacting Scott or myself just helps us run interference for our development and ops people so they don't get bogged down.

Thanks,

-Eric

---

**From:** Mumaw,Brenda [mailto:mumawb@oclc.org]
**Sent:** Thursday, September 28, 2006 9:43 AM
**To:** Natalie Jones; Mary Smith; Zoie Mellios; Eric Cussen
**Subject:** RE: September Title Load

---

**From:** Natalie Jones [mailto:njones@netlibrary.com]
**Sent:** Thursday, September 28, 2006 11:42 AM
**To:** Mary Smith; Mumaw,Brenda; Zoie Mellios
**Subject:** RE: September Title Load

Hi Eric,

Can you answer Mary's question below? I believe it to be a timing issue.

Thanks,
Natalie

---

**From:** Zoie Mellios [mailto:zmellios@netlibrary.com]
**Sent:** Thursday, September 28, 2006 11:24 AM
**To:** Mumaw,Brenda (OCLC); Mary Smith
**Subject:** RE: September Title Load

Hello,

I'm sorry I do not have the answers to these questions.  My understanding is we provide OCLC with the titles and they they get loaded somehow from there.  I don't have timeline information, or the complete process.  I'm sure this question could be better answered by some one in the Marc record department, but I'm not sure who that would be.

Thanks,
Zoie

---

**From:** Mumaw,Brenda [mailto:mumawb@oclc.org]
**Sent:** Thursday, September 28, 2006 9:19 AM
**To:** Mary Smith
**Cc:** Zoie Mellios
**Subject:** RE: September Title Load

Maybe Zoie can answer for NetLibrary.  We get updated records from NetLibrary on the 25th of every month.  I am working on the September orders now.

---

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Thursday, September 28, 2006 11:16 AM
**To:** Mumaw,Brenda
**Subject:** RE: September Title Load

Hi Brenda,

I'm confused. NetLibrary said they loaded the titles in the 1st week of September. I'm trying to understand the process once NetLibrary loads the titles to the collections for public view. Can you give me an idea of what happens after NetLibrary loads the titles to the site? It was my understanding that they couldn't load the titles until MARCs were created.

Thanks for your help!

Mary

---

**From:** Mumaw,Brenda [mailto:mumawb@oclc.org]
**Sent:** Wednesday, September 27, 2006 4:11 PM
**To:** Mary Smith
**Subject:** RE: September Title Load

The title were added yesterday and the emails will be going to users this week and part of next.  I show

Confidential
RB000395

**JPainter@princetonlibrary.org** as the contact for Princeton Public Library.
Brenda

---

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Wednesday, September 27, 2006 3:55 PM
**To:** Mumaw,Brenda
**Subject:** September Title Load

Hi Brenda,

Do you know when the MARC records were sent for the batch loaded the first week of September?
Particularly, I need to know when it was sent to BSilberstein@princetonlibrary.org at Princeton Library.

mary

**Mary Smith**
Recorded Books, LLC
800-638-1304 ext.1421
208-474-4525--fax

FW SpS 5 Corrections to setup.txt

Corrections to setup?From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, October 17, 2006 11:07 AM
To: 'Zoie Mellios'
Subject: FW: [SpS: 5] Corrections to setup?

Follow Up Flag: Follow up
Flag Status: Green


FYI



------------------------------------------------------------------------------

From: Carrie Haverman [mailto:chaverman@dcls.org]
Sent: Friday, October 13, 2006 3:19 PM
To: msmith@recordedbooks.com
Subject: [SpS: 5] Corrections to setup?


And last, just an FYI, I know it's Friday and I'm going home at 4:30 today...the
OCLC help was atrocious.  The guy told me that it wouldn't work with Windows Media
Player 9, even though all of the promo materials say use 9 or 10.  He then sent me a
followup email (instead of calling) with useless information telling me how to
resolve an error code I didn't tell him I had.   We did get our local techs to
figure it out--don't know how or what they did--I just got a call that it was
working.




Carrie Haverman, District Consultant
Capital Area Library District
Dauphin County Library System
101 Walnut St.  Harrisburg, PA 17101
phone: 717.234.4961 x106
fax: 717.234.7479
chaverman@dcls.org

Confidential                                                      RB000397

RE September Title Load.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, November 08, 2006 7:49 AM
To: 'Eric Cussen'
Subject: RE: September Title Load

Follow Up Flag: Follow up
Flag Status: Green

Thanks

--------------------------------------------------------------------------

From: Eric Cussen [mailto:ecussen@netlibrary.com]
Sent: Tuesday, November 07, 2006 8:31 PM
To: Mary Smith; Mumaw,Brenda (OCLC)
Subject: RE: September Title Load

Sorry it's taking so long Mary.  I still don't have an answer as to what happened.
Our systems show that the request was sent to OCLC in Dublin but the systems in
Dublin have no record of it.  Obviously the data was lost somewhere but I haven't
been able to figure out where.  To make it harder, this seems to be an anomaly.
Other requests seem to be working without a problem.

-Eric

--------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, October 20, 2006 8:43 AM
To: Eric Cussen; Mumaw,Brenda (OCLC)
Subject: RE: September Title Load

Hi Eric,

I know you are very busy but have you been able to track this down…..

Mary

--------------------------------------------------------------------------

From: Eric Cussen [mailto:ecussen@netlibrary.com]
Sent: Thursday, October 05, 2006 2:08 PM
To: Mumaw,Brenda (OCLC); Mary Smith
Subject: RE: September Title Load

Page 1

RB000398

RE September Title Load.txt

Yes, I'm still working on it.  I've got a couple people investigating what happened,
but there are a lot of other fires right now too.

--------------------------------------------------------------------------------

From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Thursday, October 05, 2006 7:27 AM
To: Mary Smith; Eric Cussen
Subject: RE: September Title Load

Eric - Are you still looking into this?

Brenda

--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, October 04, 2006 3:22 PM
To: Mumaw,Brenda; Cussen,Eric(NetLibrary)
Subject: RE: September Title Load

Hi Eric,

RB is having an internal meeting on Friday to discuss what we can do to notify the
customers of delivery dates for the MARCs but have you had a chance to find out why
the titles below were not added to the MARC batch of 9/29.

Thanks,

Mary

--------------------------------------------------------------------------------

From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Tuesday, October 03, 2006 11:25 AM
To: Mary Smith; Cussen,Eric(NetLibrary)
Subject: RE: September Title Load

Here is the email that went out to Princeton Public Library on 9/29/2006:

-----Original Message-----

From: Mumaw,Brenda [mailto:mumawb@oclc.org]

Sent: Friday, September 29, 2006 1:30 PM

Page 2

Confidential

RB000399

RE September Title Load.txt

To: jpainter@princetonlibrary.org

Cc: marcorders(NetLibrary); paloclc-orders@palinet.org

Subject: PPR - Princeton Pub Libr - Order 23361 / 27837

Greetings,

Your NetLibrary file is ready for retrieval via the OCLC Product Services Web (PSW). This file is OCLC-MARC data and can be loaded into your local system or opened with a MARC editing tool to view or edit the records. Your file name is enclosed below and will be out on the PSW for a 90-day period. Please retrieve your file within that time period by following the steps below. If you need assistance, you may contact our Customer Service Dept. at 1-800-848-5800.

1. Click on PSW url http://psw.oclc.org/psw/.

2. Click on "Records and Reports".

3. Click on "OCLC WorldCat Collection Sets".

4. Type in appropriate authorization and password.

5. Click on file or record name. Please ignore the COUNT files.

6. Right-click the file of records you want to download.

If using Internet Explorer, click Save Target As.

If using Netscape Navigator, a small menu will appear (after you have right-clicked the

file you want), click Save Link As.

7. Optional - Rename file. Your local system may have specific requirements for

file names. If so, on the bottom type the name of the file using your local system's

file naming conventions.

8. To save the file, click Save if using Internet Explorer. If using Netscape Navigator,

click Save this file to disk then OK.

For more information about Collection Sets visit:

http://collectionsets.oclc.org/JustLooking?cmd=displayElectronicSets

Brenda Mumaw

OCLC Online Computer Library Center

mumawb@oclc.org

1-800-848-5878 x6431

Page 3

Confidential

RB000400

RE September Title Load.txt

Order 23361 for institution PRINCETON PUB LIBR has completed processing.

Holdings were set and records sent for 36 records on 2006-09-28.

The EDX output file name is D060928.B0023361 The records are sequenced by Set Symbol, Subset Symbol, and OCLC Number as indicated below.

SUBSET NETLIBRARY - EAUDIOBOOKS US & CANADA CORE COLL

25

-------

SET NETLIBRARY - EAUDIOBOOKS US & CANADA CORE COLL

25

SUBSET NETLIBRARY - EAUDIOBOOKS CHILDREN & YOUNG ADUL

11

-------

SET NETLIBRARY - EAUDIOBOOKS CHILDREN & YOUNG ADUL

11


ORDER TOTAL

36

0 RECORDS OMITTED DUE TO WORLDCAT HOLDINGS ALREADY SET

OR DUPLICATE OCLC RECORD NUMBERS WITHIN THE ORDER


--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, October 03, 2006 11:19 AM
To: Cussen,Eric(NetLibrary); Mumaw,Brenda
Subject: RE: September Title Load

Eric/Brenda,


Here is the email that I received from the customer, Princeton Public Library.


The file was left for us on OCLC on 9/28. It would be nice to actually get that collection's MARC records sooner in the month.


What is interesting is that we did *not* receive MARC records for the following
Page 4

Confidential

RB000401

**Mary Smith**

| | |
|---|---|
| **From:** | Mary Smith [msmith@recordedbooks.com] |
| **Sent:** | Wednesday, November 22, 2006 9:26 AM |
| **To:** | 'Scott Wasinger' |
| **Cc:** | 'Zoie Mellios' |
| **Subject:** | RE: LRC Reporting for Bergen County |

**Attachments:** rBooks.xls

Scott,

Zoie mentioned that I could send this info directly to you in her absence.

I have attached a copy of their report for your review. Based on my conversations w/ BCCLS, they would like the following:

-One report that encompasses data for each library in their group; generated monthly.
-Data should include: New Accounts, Adult Checkouts, Bible Checkouts, Pimsleur Checkouts, Adult Renewals, Bible Renewals, Pimsleur Renewals

The best example is under the Feb 06 tab of their spreadsheet. They list the information as Pimsleur and non-Pimsleur but that is not necessary. As long as we break the individual collections out; they will be able to merge the information as needed.

Let me know if you have any questions.

Best,
Mary

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421

---

**From:** Scott Wasinger [mailto:swasinger@netlibrary.com]
**Sent:** Friday, November 10, 2006 4:02 PM
**To:** Zoie Mellios
**Cc:** Mary Smith
**Subject:** RE: LRC Reporting for Bergen County


Hi Zoie,

I have asked our development team to confirm our options so we can get back to Bergen County.

Thanks,

Scott

---

**From:** Zoie Mellios
**Sent:** Tuesday, November 07, 2006 12:32 PM
**To:** Scott Wasinger
**Cc:** Mary Smith

**Confidential**                                                          **RB000402**

**Subject:** LRC Reporting for Bergen County

Hi Scott,

It has come to my attention that Bergen County is unhappy with the way the reports need to be run in the LRC to get a total number of usage statistics for their cooperative. They have 72 member libraries and in order to get the usage statistics for the group they have to go into each libraries page and run the reports. This takes them two and a half days to get the number that they need. This co-op is one of the best we have in terms of usage statistics and are an asset in the community as the library has written articles on how great our service is and has promoted it throughout the region. The library had also adopted Overdrive and has communicated through the same article that their model wasn't as good as ours and that we are the future. Mary from RB has informed me that the library has had issues with OCLC in the past and if we cannot clean up this reporting issue they will not be renewing the subscription that expires January 1.

Please let me know if there is action we can take to prevent this service from being interrupted.

Thanks,

Zoie

FW SpS 5 RE SpS 5 RE SpS 5 REnetLibrary stats.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, December 26, 2006 10:10 PM
To: Zoie Mellios
Subject: FW: [SpS: 5] RE: [SpS: 5] RE: [SpS: 5] RE:netLibrary stats

Follow Up Flag: Follow up
Flag Status: Green

Do we have an update on this yet?

-----Original Message-----
From: Guy Dobson [mailto:guy@bccls.org]
Sent: Tuesday, December 26, 2006 12:02 PM
To: Mary Smith
Cc: arlene@bccls.org; robert@bccls.org
Subject: [SpS: 5] RE: [SpS: 5] RE: [SpS: 5] RE:netLibrary stats


Mary,

Any news re the stats for November. It's almost time to deal w/December's!

Thanks,
Guy

> Guy,
>
>
>
> See comments below.....
>
>
>
> -----Original Message-----
> From: Guy Dobson [mailto:guy@bccls.org]
> Sent: Tuesday, December 12, 2006 11:38 AM
> To: Mary Smith
> Cc: robert@bccls.org
> Subject: [SpS: 5] RE: [SpS: 5] RE:netLibrary stats
>
>
>
>
>
>> I have attached the data files that I received from NetLibrary. Let me
> know
>
>> when you have had a chance to review.
>
>
>
> Mary,
>
>
>
> Thanks. This is a great start. Here's what I see still needs work:
>
>
>
> When I tried to open these *.txt files with a text editor (WordPad) I got
> gobbledyguck.
>
> Excel doesn't like the format but at least I was able to view the contents.

Page 1

**Confidential**

**RB000404**

```
                    FW SpS 5 RE SpS 5 RE SpS 5 REnetLibrary stats.txt
> If these
>
> could be created as real honest to goodnes *.xls files that would be best.
> ~~~This shouldn't be a problem but I will confirm with NetLibrary.
>
>
>
> RE accounts.txt the following libraries (UserNames(-ADMIN)) are not
> included...CARL,
>
> CLTR, CRES, ERUT, ELPK, FAVW, FRLK, GARF, GLRG, HAPK, LEON, NBER, NOVL,
> NOWD, OAKL,
>
> ORAD, PARA, PASC, RFPK....does this mean that they were left out or does it
> mean
>
> that they enjoyed no new accounts in 11/06 ? ~~~ I'm not sure but will find
> out.
>
>
>
> RE usage.txt there is one column for checkouts. We would like to see both
> checkouts
>
> and renewals. I found that when I include all of the "Collections" I don't
> get a
>
> renewals column. Searching for just the 3 non-Pimsleur "eAudio..."
> collections and
>
> then the 1 "Pimsleur" collections returns both columns : checkouts and
> renewals.
>
> Also, not all libraries are listed for either non-Pimsleur, Pimsleur, or
> both. It
>
> looks like those that aren't listed = 0. Could you confirm that?
>
> What does Pimsler (With Core) mean ? ~~ This is NetLibrary's code for
> Pimsleur titles. I've been including the "eAudiobooks US &
>
> Canada Core Collection" among the nonPimsleur stats.
>
>
>
> RE both
>
> could the UserName (ex: RAMS-ADMIN) be included as one of the columns? This
> would
>
> enable me to sort the list to jive with the spreadsheet that I'm using here:
>
> http://www.bccls.org/buckles/stats/DABs/rBooks.xls ~~ I will find out.
>
>
>
> There's no list of titles and cumulative stats but I remember when we talked
> on the
>
> phone that you said I could get those by logging on with a different
>
> UserName/Password. What is that UserName/Password ?  BCCLS-ADMIN  audio12
>
                                   Page 2
```

Confidential

RB000405

```
                    FW SpS 5 RE SpS 5 RE SpS 5 REnetLibrary stats.txt
>
>
> If you want to talk about any of this I'll be around. Thanks,
>
> Guy
>
>
>
> ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
>
> Guy Dobson
>
> Internet Services Librarian
>
> www.bccls.org  201-489-1283
>
>
>
>


--
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Guy Dobson
Internet Services Librarian
www.bccls.org  201-489-1283
```

Confidential

RB000406

RE LRC Reporting for Bergen County.txt
RE: LRC Reporting for Bergen CountyFrom: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, December 04, 2006 1:30 PM
To: 'Scott Wasinger'
Cc: 'Zoie Mellios'
Subject: RE: LRC Reporting for Bergen County

Follow Up Flag: Follow up
Flag Status: Green

Hi Scott/Zoie,


I just received a call from Bergen County regarding this request. Is there any
update that I can pass on to them?


Thanks,

Mary




-----------------------------------------------------------------------------

From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Monday, November 27, 2006 12:14 AM
To: Mary Smith
Cc: Zoie Mellios
Subject: RE: LRC Reporting for Bergen County


Thanks, Mary.


I have passed on to our technical group for review.  We will let you know as soon as
they confirm reporting capabilities and options in response to this request.


Best regards,

Scott




-----------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, November 22, 2006 7:26 AM
To: Scott Wasinger
Cc: Zoie Mellios
Subject: RE: LRC Reporting for Bergen County


Scott,

Page 1

                                                          RB000407

RE LRC Reporting for Bergen County.txt

Zoie mentioned that I could send this info directly to you in her absence.

I have attached a copy of their report for your review. Based on my conversations w/ BCCLS, they would like the following:

-One report that encompasses data for each library in their group; generated monthly.

-Data should include: New Accounts, Adult Checkouts, Bible Checkouts, Pimsleur Checkouts, Adult Renewals, Bible Renewals, Pimsleur Renewals

The best example is under the Feb 06 tab of their spreadsheet. They list the information as Pimsleur and non-Pimsleur but that is not necessary. As long as we break the individual collections out; they will be able to merge the information as needed.

Let me know if you have any questions.

Best,

Mary

Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

--------------------------------------------------------------------------------

From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Friday, November 10, 2006 4:02 PM
To: Zoie Mellios
Cc: Mary Smith
Subject: RE: LRC Reporting for Bergen County

Hi Zoie,

I have asked our development team to confirm our options so we can get back to Bergen County.

Thanks,

Scott

Page 2

Confidential

RB000408

RE LRC Reporting for Bergen County.txt

From: Zoie Mellios
Sent: Tuesday, November 07, 2006 12:32 PM
To: Scott Wasinger
Cc: Mary Smith
Subject: LRC Reporting for Bergen County

Hi Scott,

It has come to my attention that Bergen County is unhappy with the way the reports
need to be run in the LRC to get a total number of usage statistics for their
cooperative.  They have 72 member libraries and in order to get the usage statistics
for the group they have to go into each libraries page and run the reports.  This
takes them two and a half days to get the number that they need.  This co-op is one
of the best we have in terms of usage statistics and are an asset in the community
as the library has written articles on how great our service is and has promoted it
throughout the region. The library had also adopted Overdrive and has communicated
through the same article that their model wasn't as good as ours and that we are the
future.  Mary from RB has informed me that the library has had issues with OCLC in
the past and if we cannot clean up this reporting issue they will not be renewing
the subscription that expires January 1.

Please let me know if there is action we can take to prevent this service from being
interrupted.

Thanks,

Zoie

Confidential

RB000409

FW eAudiobook patron problem.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, January 10, 2007 4:48 PM
To: 'support@oclc.org'
Subject: FW: eAudiobook patron problem

Follow Up Flag: Follow up
Flag Status: Green

--------------------------------------------------------------------------------

From: Debbie Lozito [mailto:debbie.lozito@edythedyer.lib.me.us]
Sent: Wednesday, January 10, 2007 12:14 PM
To: 'Mary Smith'
Cc: dsbeebe@aol.com
Subject: eAudiobook patron problem


Mary-

Are you the person I should direct technical difficulties to? If not would you
please forward this email.


A patron who already had a NetLibrary account at Annapolis, MD has registered at my
library to download books. She can download books to our library computer, but each
time she tries to sync to her Zen player she gets the message "Error: unable to
obtain license". I don't think that this has to do with her Annapolis account, but
perhaps you can shed some light on her trouble.


I see in the help section on NetLibrary's site: Q: Can I download eAudiobooks to
public computers in my library?
A: Yes and no. We strongly advise users not to download eAudiobooks to a public
computer and some libraries do not allow downloading to public computers or do not
provide the necessary equipment to then transfer the eAudiobook file to your
portable listening device. Check with your library regarding their public computer
policies regarding downloading and transferring files. We do have Windows Media
Players installed on our public computers.


I'll also ask my IT person to see if there's something she needs to adjust.


Thank you, Mary.


            -Debbie


Debbie Lozito

Page 1

**Confidential**

**RB000410**

FW eAudiobook patron problem.txt

Director

Edythe Dyer Community Library

269 Main Road North

Hampden, Maine  04444

207-862-3550

Confidential

RB000411

## Mary Smith

| | |
|---|---|
| **From:** | Scott Wasinger [swasinger@netlibrary.com] |
| **Sent:** | Wednesday, January 17, 2007 5:04 PM |
| **To:** | Jerry Hadley |
| **Cc:** | msmith@recordedbooks.com |
| **Subject:** | RE: [SpS: 5] BCCLS Custom Reporting |

Jerry,

It is for the first year. Subsequent year pricing would be reduced as much of our cost would be incurred in the year one up front development.

Scott

---

**From:** Jerry Hadley [mailto:jhadley@landmarkaudio.com]
**Sent:** Tuesday, January 16, 2007 11:04 AM
**To:** Scott Wasinger
**Cc:** msmith@recordedbooks.com
**Subject:** RE: [SpS: 5] BCCLS Custom Reporting

Scott,

Is this cost a per/annum charge?

Jerry

---

**From:** Scott Wasinger [mailto:swasinger@netlibrary.com]
**Sent:** Tuesday, January 16, 2007 11:44 AM
**To:** Jerry Hadley
**Subject:** [SpS: 5] BCCLS Custom Reporting

Jerry,

We have reviewed in detail the requirements to accommodate BCCLS' custom reporting request. The cost to deliver exactly as requested is $8,500. Delivery would be roughly 60 days from start date. The primary component behind this cost and timeline is the renewal information which is outside of the scope of our current tracking and reporting capabilities. We would therefore have to establish a separate project and commit substantial technical resources to develop this reporting capability. If BCCLS would like to exclude the renewal component but include some of the other elements listed below, please advise in detail so we can determine requirements and associated cost.

Regards,
Scott

```
----Original Message-----
> From: Guy Dobson [mailto:guy@bccls.org]
> Sent: Tuesday, December 12, 2006 11:38 AM
> To: Mary Smith
> Cc: robert@bccls.org
> Subject: [SpS: 5] RE: [SpS: 5] RE:netLibrary stats
>
>
>
```

4/11/2007

**Confidential**

**RB000412**

```
>
>
>> I have attached the data files that I received from NetLibrary. Let
>> me
> know
>
>> when you have had a chance to review.
>
>
>
> Mary,
>
>
>
> Thanks. This is a great start. Here's what I see still needs work:
>
>
>
> When I tried to open these *.txt files with a text editor (WordPad) I
> got gobbledyguck.
>
> Excel doesn't like the format but at least I was able to view the
contents.
> If these
>
> could be created as real honest to goodnes *.xls files that would be best.
> ~~~This shouldn't be a problem but I will confirm with NetLibrary.
>
>
>
> RE accounts.txt the following libraries (UserNames(-ADMIN)) are not
> included...CARL,
>
> CLTR, CRES, ERUT, ELPK, FAVW, FRLK, GARF, GLRG, HAPK, LEON, NBER,
> NOVL, NOWD, OAKL,
>
> ORAD, PARA, PASC, RFPK....does this mean that they were left out or
> does
it
> mean
>
> that they enjoyed no new accounts in 11/06 ? ~~~ I'm not sure but will
find
> out.
>
>
>
> RE usage.txt there is one column for checkouts. We would like to see
> both checkouts
>
> and renewals. I found that when I include all of the "Collections" I
> don't get a
>
> renewals column. Searching for just the 3 non-Pimsleur "eAudio..."
> collections and
>
> then the 1 "Pimsleur" collections returns both columns : checkouts and
> renewals.
>
> Also, not all libraries are listed for either non-Pimsleur, Pimsleur,
```

Confidential

RB000413

> or both. It
>
> looks like those that aren't listed = 0. Could you confirm that?
>
> What does Pimsler (With Core) mean ? ~~ This is NetLibrary's code for
> Pimsleur titles. I've been including the "eAudiobooks US &
>
> Canada Core Collection" among the nonPimsleur stats.
>
>
>
> RE both
>
> could the UserName (ex: RAMS-ADMIN) be included as one of the columns?
This
> would
>
> enable me to sort the list to jive with the spreadsheet that I'm using
here:
>
> http://www.bccls.org/buckles/stats/DABs/rBooks.xls -- I will find out.
>
>
>
> There's no list of titles and cumulative stats but I remember when we
talked
> on the
>
> phone that you said I could get those by logging on with a different
>
> UserName/Password. What is that UserName/Password ?  BCCLS-ADMIN
> audio12
>
>
>
> If you want to talk about any of this I'll be around. Thanks,
>
> Guy
>
>
>
> ----------------------------
>
> Guy Dobson
>
> Internet Services Librarian
>
> www.bccls.org  201-489-1283

Confidential                                                                RB000414

**Mary Smith**

| | |
|---|---|
| **From:** | Zoie Mellios [zmellios@netlibrary.com] |
| **Sent:** | Friday, February 02, 2007 1:33 PM |
| **To:** | Mary Smith |
| **Subject:** | RE: Recorded Books eAudiobook Subscription |

This has already been taken care of

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, February 02, 2007 11:29 AM
To: Zoie Mellios
Subject: FW: Recorded Books eAudiobook Subscription

Can you fix this please?

Mary

-----Original Message-----
From: Sara Weissman [mailto:weissman@main.morris.org]
Sent: Thursday, February 01, 2007 9:00 PM
To: Mary Smith
Subject: RE: Recorded Books eAudiobook Subscription

Up and running today and all but one library seems happy.
Kinnelon Public Library seems to have been accidentially dropped from the IP table (and
statistics rep was missing, too ..that's been taken care of).

Please be sure validated IPs for MAIN subscription include    Kinnelon
IP
209.212.28.146

Thanks


--
Reference Dept
Morris County Library
http://www.mclib.info

1

**Confidential**                                                                                              **RB000415**

FW Recorded Books eAudiobook Subscription.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, February 02, 2007 1:29 PM
To: 'Zoie Mellios'
Subject: FW: Recorded Books eAudiobook Subscription

Follow Up Flag: Follow up
Flag Status: Green

Can you fix this please?

Mary

-----Original Message-----
From: Sara Weissman [mailto:weissman@main.morris.org]
Sent: Thursday, February 01, 2007 9:00 PM
To: Mary Smith
Subject: RE: Recorded Books eAudiobook Subscription

Up and running today and all but one library seems happy.
Kinnelon Public Library seems to have been accidentially dropped from the IP table
(and statistics rep was missing, too ..that's been taken care of).

Please be sure validated IPs for MAIN subscription include     Kinnelon IP
209.212.28.146

Thanks


--
Reference Dept
Morris County Library
http://www.mclib.info

Confidential                                                                RB000416

FW file problem .txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, February 16, 2007 3:45 PM
To: 'OCLC Customer Support'
Subject: FW: file problem

Follow Up Flag: Follow up
Flag Status: Green


-----Original Message-----
From: Dora Page [mailto:dpage@clan.lib.nv.us]
Sent: Friday, February 16, 2007 3:40 PM
To: Mary Smith
Subject: file problem

Hi Mary,
When playing eAudiobooks on my computer, I often get the following message:

Windows Media Player cannot play the file. If the file is on another computer,
verify that you are connected to the network. If you typed a path, verify that it is
correct. If the problem persists, the server might not be available.

Then I can't finish the book or I have to download it again.  A patron reported the
same.  What could be the problem?

Thanks,
Dora Page

**Confidential**                                                                    **RB000417**

## Mary Smith

| | |
|---|---|
| **From:** | Sharon Altheide [saltheide@netlibrary.com] |
| **Sent:** | Thursday, March 15, 2007 4:54 PM |
| **To:** | Mary Smith |
| **Cc:** | Zoie Mellios |
| **Subject:** | RE: CR 11244 - Pima County Public Library (Tucson-Pima) eAudiobook download issue - getting partial file even though they see Download Complete |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hi Mary

Sorry for not having answers for you on this yet.

Please attach the file you downloaded to an email and send it to me.

And if you get a chance, please try downloading another title and if the same problem occurs, run this IP trace and let me know your IP.
**\*\*Go to http://www.tracert.com. On the left side of the screen there are various buttons. Click on the TraceRoute button that is located below SpeedMeter. On the next page, your External IP address will be displayed in the upper left corner of the screen.**

---

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Friday, March 02, 2007 9:59 AM
**To:** Sharon Altheide
**Cc:** Zoie Mellios
**Subject:** RE: CR 11244 - Pima County Public Library (Tucson-Pima) eAudiobook download issue - getting partial file even though they see Download Complete

The problem occurs on all titles. You can listen to the beginning of the book but at a certain point it stops. No error message is produced.

I tested this myself using IE7 and Firefox on the title "B is for Betsy". Download stopped prematurely but said it was complete. Using WMP 11, after 22 minutes and 5 seconds of listening to the book it stopped. The scrub bar shows that the audio should be 1 Hour and 50 minutes long.

Hope this helps!
Mary

---

**From:** Sharon Altheide [mailto:saltheide@netlibrary.com]
**Sent:** Friday, March 02, 2007 11:41 AM
**To:** Mary Smith
**Cc:** Zoie Mellios
**Subject:** CR 11244 - Pima County Public Library (Tucson-Pima) eAudiobook download issue - getting partial file even though they see Download Complete

Hi Mary, please verify the problem is documented correctly below; and provide additional info if possible. Development is asking if this is title specific, browser specific, are they using Windows Media Player to open the file, are they able to listen to part of the file, are they getting an error message.

4/11/2007

**Confidential**                                                                 **RB000418**

Problem:  They are seeing Download Complete; then they are opening the file using Windows Media Player; the file is not complete.

Questions:  are they able to listen to part of the file?  Are they getting an error message?



Welcome to the Pima County Public Library (Tucson-Pima) eContent Collection

# Download this eAudiobook

 The eAudiobook was checked out successfully and will automatically begin downloading in a few seconds. not, you can download the eAudiobook manually. Once the download is complete open the file in your med to acquire a license to play the eAudiobook on your computer.

 **The Kite Runner**
*Unabridged,*
by Hosseini, Khaled.


**This eAudiobook is checked out to you.** (Time remaining: 21 Days)

Select an Option:



(?) **Download CD Quality**
(Required for transfer to portable media d

(?) **Download Radio Quality**

(?) Renew your checkout for 21 Days (N

Learn more about eAudiobook sour
View the eAudiobooks Demo...
Read eAudiobooks FAQ...

**Listening Requirements**
Microsoft® Windows Media® player v9 and above is required to listen to this eAudiobook.

4/11/2007
**Confidential**

**RB000419**

**Mary Smith**

From:        Zoie Mellios {zmellios@netlibrary.com]
Sent:        Thursday, March 29, 2007 3:33 PM
To:          Mary Smith
Subject:     RE: Stanislaus Library Account

EZproxy

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, March 29, 2007 1:28 PM
To: Zoie Mellios
Subject: FW: Stanislaus Library Account

Can you help me figure out what she is talking about? I also asked her if she was talking
about CybraryN and she said no.

Mary

-----Original Message-----
From: Craig Mears [mailto:jcmears@earthlink.net]
Sent: Thursday, March 29, 2007 12:33 PM
To: Mary Smith
Cc: Jerry Hadley
Subject: FW: Stanislaus Library Account

FYI.  I don't know if you have had a chance to call her yet.

Craig Mears
Regional Sales Manager
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, MD 20678
phone 1-800-638-1304 ext. 1314
local fax 651-698-5693
jcmears@earthlink.net


> [Original Message]
> From: Suzanne Foster <sfoster@scfl.lib.ca.us>
> To: <jcmears@earthlink.net>
> Date: 3/29/2007 11:12:13 AM
> Subject: Stanislaus Library Account
>
> Hi Craig,
>
> It was great talking to you yesterday and I want to explain where we
> are
and why we are stuck.
>
> As you know we signed a contract for NetLibrary downloadable audio
books.
At the time Mary Smith explained that we would have to authenticate the library card
numbers of our users before they would be able to log into NetLibrary.  I purchased
EZProxy which works well with NetLibrary authentication.  In getting EZProxy to work for
us the owner/developer Chris Zagar suggested that we use a new method specific to
NetLibrary and I agreed because it sounded much better than the standard way.
Chris said that NetLibrary had to do some configuration on their end and he would be
talking to them.  Then he reported that no one would answer him and after a week or more
when they finally did answer him they told him that we did not have an account with
NetLibrary and we couldn't go any further.
>

1

                                                    **RB000420**

> This brings us up to Monday when we were trying to contact Donna Liss
> and
then you called yesterday.  I guess what we need is for someone to tell NetLibrary about
us so I can get EZProxy to work and we can activate the account.
>
> Hope this is not too long winded and please call me at 209-604-2919 if
you have any questions.
>
> Thanks very much for looking into this,
>
> Suzanne Foster
> IT Manager
> Stanislaus County Library
>
>
>
>

Confidential

RB000421

```
                    FW Stanislaus Library Account.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, April 04, 2007 1:52 PM
To: 'Zoie Mellios'
Subject: FW: Stanislaus Library Account

Follow Up Flag: Follow up
Flag Status: Green

FYI!

-----Original Message-----
From: Suzanne Foster [mailto:sfoster@scfl.lib.ca.us]
Sent: Tuesday, April 03, 2007 11:51 AM
To: Mary Smith
Subject: RE: Stanislaus Library Account

Hi Mary,

How are we doing with resolving the EZProxy?  Did you talk to Chris?  Is there
anything I can do to help?

Thanks,

Suzanne
-----Original message-----
From: "Mary Smith" msmith@recordedbooks.com
Date: Thu, 29 Mar 2007 10:30:16 -0700
To: "'Suzanne Foster'" sfoster@scfl.lib.ca.us
Subject: RE: Stanislaus Library Account

> I'm confused. He said that Recorded Books, LLC. needed to do something
> or NetLibrary needed to do something.
>
> Mary
>
> -----Original Message-----
> From: Suzanne Foster [mailto:sfoster@scfl.lib.ca.us]
> Sent: Thursday, March 29, 2007 2:29 PM
> To: Mary Smith
> Subject: RE: Stanislaus Library Account
>
> Hi Mary,
>
> No, we have nothing to do with cybraryN.  I am using EZProxy to
> authenticate the barcode and Chris Zager said that you have a new way
> of doing it for NetLibrary and so I was going to test it out.  Chris
> was going to help set it up and said that you needed to do some configuration at
your end.
>
> Thanks,
>
> suzanne
> > > [Original Message]
> > > From: Suzanne Foster <sfoster@scfl.lib.ca.us>
> > > To: <jcmears@earthlink.net>
> > > Date: 3/29/2007 11:12:13 AM
> > > Subject: Stanislaus Library Account
> > >
> > > Hi Craig,
> > >
> > > It was great talking to you yesterday and I want to explain where
> > > we are
> > and why we are stuck.
```

<center>Page 1</center>

RB000422

FW Stanislaus Library Account.txt

```
> > >
> > > As you know we signed a contract for NetLibrary downloadable audio
> books.
> > At the time Mary Smith explained that we would have to authenticate
> > the library card numbers of our users before they would be able to
> > log into NetLibrary.  I purchased EZProxy which works well with
> > NetLibrary authentication.  In getting EZProxy to work for us the
> > owner/developer Chris Zagar suggested that we use a new method
> > specific to NetLibrary and
> I
> > agreed because it sounded much better than the standard way.  Chris
> > said that NetLibrary had to do some configuration on their end and
> > he would be talking to them.  Then he reported that no one would
> > answer him and after
> a
> > week or more when they finally did answer him they told him that we
> > did
> not
> > have an account with NetLibrary and we couldn't go any further.
> > >
> > > This brings us up to Monday when we were trying to contact Donna
> > > Liss
> and
> > then you called yesterday.  I guess what we need is for someone to
> > tell NetLibrary about us so I can get EZProxy to work and we can
> > activate the account.
> > >
> > > Hope this is not too long winded and please call me at
> > > 209-604-2919 if
> > you have any questions.
> > >
> > > Thanks very much for looking into this,
> > >
> > > Suzanne Foster
> > > IT Manager
> > > Stanislaus County Library
> > >
> > >
> > >
> > >
> >
> >
> >
> >
> >
> >
```

**Confidential**

**RB000423**

FW eAudiobook access.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, April 23, 2007 9:28 AM
To: 'OCLC Customer Support'
Subject: FW: eAudiobook access

Follow Up Flag: Follow up
Flag Status: Green


-----Original Message-----
From: Ed Moeller [mailto:MoellerE@dekalblibrary.org]
Sent: Friday, April 20, 2007 7:06 PM
To: Mary Smith
Cc: tuckerd
Subject: eAudiobook access

Mary,

As per our conversation earlier today. eAudiobook access via IP and via GALILEO has
been restored. Referring URL access for remote access (and we will be restricting
access for in-library use) is not. Our referring URLs are not showing up on the
NetLibrary Library Resource Center page.

Thanks for your attention to this matter.

Ed Moeller, Library Systems Analyst
DeKalb County Public Library
3560 Kensington Rd.
Decatur, GA  30032
Voice:  (404) 508-7190x24  Fax:  (404) 508-7184
INTERNET: mailto://moellere@dekalblibrary.org
        http://www.dekalblibrary.org
...and if you take cranberries and stew them like apple sauce, it tastes much more
like prunes than rhubarb does.-- G. Marx

Page 1

Confidential                                                   RB000424

```
                    FW Recorded Books eAudiobok Subscription Renewal.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, May 02, 2007 10:14 AM
To: 'Zoie Mellios'
Subject: FW: Recorded Books eAudiobok Subscription Renewal

Importance: High

Follow Up Flag: Follow up
Flag Status: Green

Do you know what has happened?



Mary



-------------------------------------------------------------------------------

From: Dicecco Lorraine Ctr 1 SVS/SVMG [mailto:Lorraine.Dicecco.ctr@langley.af.mil]
Sent: Wednesday, May 02, 2007 10:01 AM
To: Mary Smith
Subject: RE: Recorded Books eAudiobok Subscription Renewal
Importance: High



Mary we have a problem...........my eAudiobooks have been pulled from my
account?????????????



-------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, April 17, 2007 9:48 AM
To: Dicecco Lorraine Ctr 1 SVS/SVMG
Subject: RE: Recorded Books eAudiobok Subscription Renewal


Hi Lorraince,


Sorry for the delay in my response; I was out of the office on vacation. It appears
as if the ACC-LRC account is covered under a blanket contract through HQ. You're
account has already been renewed and nothing is due to NetLibrary/OCLC.


Please let me know if you have any questions.


Mary
```

Confidential

RB000425