FW Recorded Books eAudiobok Subscription Renewal.txt

-------------------------------------------------------------------------------

From: Dicecco Lorraine Ctr 1 SVS/SVMG [mailto:Lorraine.Dicecco.ctr@langley.af.mil]
Sent: Thursday, April 12, 2007 2:33 PM
To: Mary Smith
Subject: RE: Recorded Books eAudiobok Subscription Renewal


Hi Mary, I called you today and left a message..........what do you need me to fill out
for this? Just my signature? My money is now in Fedlink as of 3/30/07 $2500, so I'm
anxious to get this taken care of and you can now invoice Fedlink. Thanks, lorraine


-------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, February 28, 2007 9:05 PM
To: Dicecco Lorraine Ctr 1 SVS/SVMG
Subject: Recorded Books eAudiobok Subscription Renewal


Hello Lorraine,


As requested by your rep, I have attached the renewal form for the library's
eAudiobook subscription. The current subscription is set to renew on 03/01/07.
Please sign and fax the form back at your earliest convenience to 208-474-4525.


Please let me know if you have any questions/concerns.


Best,

Mary



Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext. 1421

fax: 208-474-4525



Page 2

Confidential

FW eAudiobook Issues.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, May 03, 2007 3:40 PM
To: 'Sharon Altheide'; 'swasinger@netlibrary.com'; 'lacys@oclc.org'
Cc: 'Matt Walker'; 'Zoie Mellios'; 'jhadley@recordedbooks.com'
Subject: FW: eAudiobook Issues

Follow Up Flag: Follow up
Flag Status: Green

Sharon,


Can you help me look into this problem?


Thanks,

Mary



-----------------------------------------------------------------------------

From: Shawn Flecken [mailto:Shawn.Flecken@pima.gov]
Sent: Wednesday, May 02, 2007 3:03 PM
To: Mary Smith
Cc: Matt Walker; jhadley@recordedbooks.com
Subject: RE: eAudiobook Issues


Hi Mary,

Thank you for getting back to me about this issue.  I understand what you're saying,
as this is pretty much what I've heard in the past.  However, I have talked to our
LAN Administrator, and he has assured me that while we could limit bandwidth for
downloads, we have specifically not put any such limit in place.   Furthermore, the
problem seems to occur irrespective of when the download is attempted (i.e.: during
busy times when we are likely using much of our bandwidth, as well as off-hours when
our bandwidth use is small).  To me this hints that the problem is somewhere else.


Irrespective of this, inasmuch as we haven't set any limits on bandwidth for
downloads, and the ILS system we are using for authentication is an Innovative
Interfaces (a very big player in the library world) product, it seems silly that we
are unable to make the downloads work.  This is especially the case since everything
worked fine when we launched the system in August 2005.  Since then, we have
encountered a number of occasions where the downloads stopped working (giving an
error message that said "please go back to the page where you downloaded the file,
and try the download again").  These issues generally took several weeks to resolve,
and seemed to occur about every six months or so.  Although we no longer get that
message, the issue first appeared at a time which seemed to fit this "cycle of
problems."


Our I.T. department has been in contact with Innovative about this issue, and been
informed that other library systems have reported similar complaints.  While the
issue may lie with Innovative and not with NetLibrary, it seems clear that some kind
Page 1

Confidential                                                                  RB000427

FW eAudiobook Issues.txt

of cooperative dialog between NetLibrary and Innovative is in order.  Has there been any such dialog, to your knowledge?

Thank you for getting involved in trying to solve this issue for us.

Regards,

-Shawn Flecken

Electronic Resources Librarian

Pima County Public Library

--------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, May 02, 2007 11:21 AM
To: Shawn Flecken
CC: 'Matt Walker'; jhadley@recordedbooks.com
Subject: eAudiobook Issues

Hi Shawn,

Unfortunately I was unable to reach you earlier today but I wanted to make sure you received a response as soon as possible. I remember working on the premature download completion issue a few months ago. I went through my notes and found the following email from OCLC Support:

Hello Mary,

I have been working with Shawn Flecken from the Pima County Public Library.  I received an email from a patron of Pima County Public Library getting incomplete downloads.  I recommended they go directly to NetLibrary instead of going through the library's website.  I think something on the library's network is only allowing so much bandwidth for downloads.

--------------------------------------------------------------------------
----------------------------------------------------------------

Here is Shawn's response:

Hello,

I tried going directly to www.netlibrary.com and the download worked in its entirety for me as well. So, what has changed to make the downloads no longer work when patrons access NetLibrary through our library website, and winds up proxying in? We
Page 2

Confidential

Public Library (Tucson-Pima) eAudiobook download issue - getting partial file even though they
  From: Mary Smith [msmith@recordedbooks.com]
  Sent: Friday, May 04, 2007 12:02 PM
  To: 'Sharon Altheide'
  Cc: 'Matt Walker'; 'Zoie Mellios'; 'jhadley@recordedbooks.com'; 'Marc Story'; 'OCLC
  Support'; 'Scott Wasinger'; 'Lacy,Sue (OCLC)'
  Subject: RE: CR 11244 - Pima County Public Library (Tucson-Pima) eAudiobook download
  issue - getting partial file even though they see Download Complete

  Follow Up Flag: Follow up
  Flag Status: Green

  No, I already deleted the incomplete file.


  I recreated the problem by following the links on the library site. I used the login
  below.


        Virtual Library
        21152022784346




  Let me know if I can help.


  Mary



  -------------------------------------------------------------------------------
  From: Sharon Altheide [mailto:saltheide@netlibrary.com]
  Sent: Thursday, May 03, 2007 6:00 PM
  To: Mary Smith
  Cc: Matt Walker; Zoie Mellios; jhadley@recordedbooks.com; Marc Story; OCLC Support;
  Scott Wasinger; Lacy,Sue (OCLC)
  Subject: CR 11244 - Pima County Public Library (Tucson-Pima) eAudiobook download
  issue - getting partial file even though they see Download Complete


  Hi Mary


  Do you have the incomplete file B_Is_for_Betsy_Unabridge.wma?  If so, please attach
  it to an email and send it to me.


  When you recreated the problem, did you login to the library's website?  Should I
  contact Shawn Flecken to request a login for their website, or would you be able to
  share the login you used?

Page 1

Confidential

RB000429

Public Library (Tucson-Pima) eAudiobook download issue - getting partial file even though they

Sharon

--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, May 03, 2007 1:40 PM
To: Sharon Altheide; Scott Wasinger; Lacy,Sue (OCLC)
Cc: 'Matt Walker'; Zoie Mellios; jhadley@recordedbooks.com
Subject: FW: eAudiobook Issues

Sharon,

Can you help me look into this problem?

Thanks,

Mary

--------------------------------------------------------------------------------

From: Shawn Flecken [mailto:Shawn.Flecken@pima.gov]
Sent: Wednesday, May 02, 2007 3:03 PM
To: Mary Smith
Cc: Matt Walker; jhadley@recordedbooks.com
Subject: RE: eAudiobook Issues

Hi Mary,

Thank you for getting back to me about this issue.  I understand what you're saying, as this is pretty much what I've heard in the past.  However, I have talked to our LAN Administrator, and he has assured me that while we could limit bandwidth for downloads, we have specifically not put any such limit in place.   Furthermore, the problem seems to occur irrespective of when the download is attempted (i.e.: during busy times when we are likely using much of our bandwidth, as well as off-hours when our bandwidth use is small).  To me this hints that the problem is somewhere else.

Irrespective of this, inasmuch as we haven't set any limits on bandwidth for downloads, and the ILS system we are using for authentication is an Innovative Interfaces (a very big player in the library world) product, it seems silly that we are unable to make the downloads work.  This is especially the case since everything worked fine when we launched the system in August 2005.  Since then, we have encountered a number of occasions where the downloads stopped working (giving an error message that said "please go back to the page where you downloaded the file, and try the download again").  These issues generally took several weeks to resolve, and seemed to occur about every six months or so.  Although we no longer get that
Page 2

**Mary Smith**

| | |
|---|---|
| **From:** | Mary Smith [msmith@recordedbooks.com] |
| **Sent:** | Tuesday, May 29, 2007 12:42 PM |
| **To:** | 'Michele Speitz'; 'Darren Swett' |
| **Cc:** | 'Zoie Mellios'; 'Jerry Hadley' |
| **Subject:** | RE: Consortia Agreement Request~Scranton District Library |
| **Importance:** | High |

Michelle,

Would it be possible to send me this agreement today? I forwarded the info at Darren's request to contractquestions@netlibrary.com and to Darren directly on 5/22 and 5/24.

Mary

---

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Thursday, May 17, 2007 4:26 PM
**To:** 'Michele Speitz'
**Cc:** 'Zoie Mellios'
**Subject:** Consortia Agreement Request~Scranton District Library

Hi Michele,

Could you create a consortia agreement for the Scranton
District Library? Do you think I could get it by
5/22? Let me know if that date is a problem.

The main contact for the agreement is:

Jack Finnerty, Director
500 Vine Street
Scranton, PA 18509
Phone: 570-348-3013
Fax: 570-348-3020

The following libraries will have access to eAudiobooks
under this contract:


Albright Memorial Library
(District Center)

Bethany Public Library


Carbondale Public Library

Dalton Community Library

Dingman Twp. Branch Library

Factoryville Public Library

Forest City Branch Library

Frances E. Kennard Public
Library

6/28/2007

**Confidential**

**RB000431**

Green Ridge Branch

Hallstead-Great Bend Branch Library

Hawley Public Library

Keystone College: Miller Library

Laceyville Public Library

Lackawanna County Children's Library

Lackawanna County Library System

Lackawanna County Library System Bookmobile

Lackawaxen Branch Library

Newfoundland Area Public Library

North Pocono Public Library

Northern Wayne Community Library

Pike County Public Library

Pleasant Mount Public Library

Pratt Memorial Library

Salem Public Library

Susquehanna Branch Library

Susquehanna County Main Library (Montrose)

Taylor Community Library

Tunkhannock Public Library

Valley Community Library

Wayne County Public Library

Mary Smith
Digital Products Group,
Recorded Books, LLC
phone: 800-638-1304 ext. 1421
fax: 208-474-4525

6/28/2007

Confidential

FW RB Invoice Request~Fletcher Free Library.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, June 20, 2007 3:26 PM
To: 'Zoie Mellios'
Subject: FW: RB Invoice Request~Fletcher Free Library

Follow Up Flag: Follow up
Flag Status: Green

Zoie,


I just got a call from this library. They claim that they haven't received an
invoice. HELP!!!!!!! Can we fax it to them today? 802-865-7227



----------------------------------------------------------------------

From: Zoie Mellios [mailto:zmellios@netlibrary.com]
Sent: Wednesday, June 13, 2007 2:39 PM
To: Mary Smith; Michele Speitz; Scott Wasinger
Cc: Jerry Hadley
Subject: RE: RB Invoice Request~Fletcher Free Library


Hello,


I am in agreement with this email.


Thanks,

Zoie



----------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, June 13, 2007 12:04 PM
To: Michele Speitz; Scott Wasinger
Cc: Zoie Mellios; 'Jerry Hadley'
Subject: RB Invoice Request~Fletcher Free Library
Importance: High

Hi Michelle,


This library recently signed up for an eAudiobooks subscription starting July 1.
Zoie activated the account and issued a proforma invoice on 6/8 as requested by the
library.

Today, Robert Resnik at the library expressed his concern about the start date of
the service because they cannot use this years funds for any subscriptions that
begin after 6/15. They have asked me to change the start date to 6/1/07.
Page 1

Confidential                                                              RB000433

FW RB Invoice Request~Fletcher Free Library.txt

Zoie and I discussed this and since she cannot change the start date once the subscription has been activated; we decided on the following.

Recorded Books will invoice the library for $6200 for the subscription period of 6/1/07 to 5/31/08. This will meet their requirements for invoicing.

Zoie will change the end date of the current subscription from 6/30/08 to 5/31/08.

The library needs an invoice before 6/15. In order to complete this on our end I will need an answer from you by tomorrow, 6/14.

I apologize for the rush and while this is not Recorded Books or NetLibrary's error; I would like to accommodate this customer.

Please let me know if you have any questions.

Mary

Mary Smith

Digital Products Group,

Recorded Books, LLC

phone: 800-638-1304 ext.1421

fax: 208-474-4525

Confidential

RB000434

FW NetLibraryRecorded Books eAudio.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, June 26, 2007 10:40 AM
To: 'OCLC Customer Support'
Subject: FW: NetLibrary/Recorded Books eAudio

Importance: High

Follow Up Flag: Follow up
Flag Status: Green

-----Original Message-----
From: Powell, Anette L Civ 316 SVS/SVMG [mailto:Anette.Powell@Andrews.af.mil]
Sent: Tuesday, June 26, 2007 10:33 AM
To: Brian Downing
Subject: RE: NetLibrary/Recorded Books eAudio
Importance: High

We are having difficulty creating netlibrary accounts for our patrons.
Our subscription ends 30 July 07.  When we use the link we previously used to create
accounts, the msg says "if we have an account in our libraries, log on" It does not
allow us to set up new accounts.
Please have someone send me a link that works.
Thanks.

Anette
301-981-1637 (DSN 858-1637)

Confidential                                                                   RB000435

FW Braswell Memorial.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, March 21, 2005 10:42 AM
To: 'businessserviceprojects@netlibrary.com'
Subject: FW: Braswell Memorial

Follow Up Flag: Follow up
Flag Status: Green

Attachments: braswell logo final transp.jpg

I just heard from the director of this library, Susan Reese, and she claims that the
logo does not appear on the website. Can you add this please? They would also like
it to link back to www.braswell-library.org


Thanks,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


-------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, March 10, 2005 1:56 PM
To: 'businessserviceprojects@netlibrary.com'
Subject: Braswell Memorial


Braswell Memorial would like the attached logo to appear on their website.


Thanks,

mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Confidential                                                                      RB000436

RE Normal Public Authentication.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, April 05, 2005 10:53 AM
To: 'Frank Bravo'; 'Ben Gantt'
Subject: RE: Normal Public Authentication

Follow Up Flag: Follow up
Flag Status: Green

Do we have an update on this? I just heard from the library and they wanted a
status.


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421



------------------------------------------------------------------------------
From: Frank Bravo [mailto:fbravo@netlibrary.com]
Sent: Friday, April 01, 2005 1:24 PM
To: Ben Gantt
Cc: Mary Smith
Subject: FW: Normal Public Authentication


Ben - these are the IP ranges in question.


Mary - I sent this request to our support staff because I can't remove these ranges
from Alliance Library System w/o us notifying Alliance first and from what I
understand there has already been a discussion about this with netlibrary's support
and the OCLC's support groups.


I will keep you informed.


\Frank


-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, April 01, 2005 10:20 AM
To: Frank Bravo
Subject: RE: Normal Public Authentication


Page 1

Confidential

RB000437

RE Normal Public Authentication.txt
The IP info should be 209.175.168.130-190.


Thanks,
mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


---------------------------------------------------------------------------

From: Frank Bravo [mailto:fbravo@netlibrary.com]
Sent: Thursday, March 31, 2005 4:17 PM
To: Mary Smith
Subject: RE: Normal Public Authentication


Mary – These IP addresses are already in use by another library (Alliance Library
System), have Normal verify these IPs before I have our support staff contact
Alliance.


Thank you,

\Frank


-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, March 31, 2005 2:14 PM
To: Frank Bravo
Subject: Normal Public Authentication


Frank,


Can you add the following IP addresses for Normal's authentication?


209.175.168.130-190


Thanks,

Mary

Page 2

**Confidential**

**RB000438**

RE Normal Public Authentication.txt

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421

Confidential

RB000439

RE SR 1-18005526 - Normal Public Authentication.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, April 06, 2005 9:50 AM
To: 'OCLC Customer Support'; 'Jerry Hadley'
Cc: 'Frank Bravo'; 'Ben Gantt'
Subject: RE: SR 1-18005526 - Normal Public Authentication

Follow Up Flag: Follow up
Flag Status: Green

I understand that they are having problems with the SURL. The current issue that we
are working on is why their IP addresses are not listed. We need to fix the IP issue
ASAP.

Mary

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421


-----Original Message-----
From: OCLC Customer Support [mailto:support@oclc.org]
Sent: Wednesday, April 06, 2005 9:45 AM
To: msmith@recordedbooks.com
Subject: SR 1-18005526 - Normal Public Authentication

Mary,

This is the email that was sent to Jeanne Moonan at the Normal Public Library on
March 29, 2005:


Jeanne,

This is the response that I had received:

It looks like the Normal Public Library is using meta refresh code to direct the
patron to the NetLibrary site.  It typically does not work. That does not send the
referrer to NetLibrary.

Below is the code that the Normal Public Library is using on the page before they
hit the NetLibrary site:

<html><body>
PG nplnet <br>
LC D031159515 <br>
LN Moonan <br>
<META HTTP-EQUIV="Refresh" Content="0;
URL=http://author.alsrsa.org:3001/wc-bin/
nplnet?0=D031159515&2=Moonan
">
</body></html>

NetLibrary recommends the following or something similar:

 <html>
<body onLoad="javascript:document.forms[0].submit();">
<form action="http://www.netlibrary.com" method="post"></form> </body> </html>

This should do what the Normal Public Library wants and it will send the referrer to
NetLibrary.

Please be advised that Alliance Library System must approve of this change before it
Page 1

Confidential

RB000440

RE SR 1-18005526 - Normal Public Authentication.txt
can be implemented.

Denny
OCLC Customer Support Department
OCLC


Mary,  I have not received any response from the Normal Public Library indicating
that the requested changes have been made at this time.  Until those changes have
been made, Remote Patron Authentication for Normal Public Library patrons attempting
to access NetLibrary will not work.  Once those changes have been made, I would be
glad to test the site again.

Denny Bumb
Customer Support Department
OCLC

[THREAD ID:1-BAYZI]


-----Original Message-----

From:  bumbd@oclc.org
Sent:  4/6/2005 08:09:18 AM
To:  OCLC Customer Support <Support@oclc.org>
Subject:  SR 1-18005526 FW: Normal Public Authentication


_____

From: Ben Gantt [mailto:bgantt@netlibrary.com]
Sent: Tuesday, April 05, 2005 4:57 PM
To: Bumb,Dennis; Mary Smith
Cc: Bravo,Frank(NetLibrary)
Subject: SR 1-18005526 FW: Normal Public Authentication


Mary - Denny at OCLC support is handling the IP conflict and the remote
access problem with Normal.  His most recent call notes indicate that
Normal is waiting to hear from Alliance regarding remote access
problems.  I do not know if Denny has resolved the IP conflict


Denny - Can you give Mary an update if you have anything more recent?


Thanks,


Ben


-----Original Message-----
From: Frank Bravo
Sent: Tuesday, April 05, 2005 9:01 AM
To: 'Mary Smith'; Ben Gantt

Page 2

Confidential                                                                RB000441

Subject: RE: Normal Public Authentication
RE SR 1-18005526 - Normal Public Authentication.txt

Mary- I'll get back to you about this request before 4pm EST.


\Frank


-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, April 05, 2005 8:53 AM
To: Frank Bravo; Ben Gantt
Subject: RE: Normal Public Authentication


Do we have an update on this? I just heard from the library and they
wanted a status.


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


_____

From: Frank Bravo [mailto:fbravo@netlibrary.com]
Sent: Friday, April 01, 2005 1:24 PM
To: Ben Gantt
Cc: Mary Smith
Subject: FW: Normal Public Authentication


Ben - these are the IP ranges in question.


Mary - I sent this request to our support staff because I can't remove
these ranges from Alliance Library System w/o us notifying Alliance
first and from what I understand there has already been a discussion
about this with netlibrary's support and the OCLC's support groups.


I will keep you informed.


\Frank

Page 3

Confidential

RB000442

RE SR 1-18005526 - Normal Public Authentication.txt

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, April 01, 2005 10:20 AM
To: Frank Bravo
Subject: RE: Normal Public Authentication


The IP info should be 209.175.168.130-190.


Thanks,
mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


────

From: Frank Bravo [mailto:fbravo@netlibrary.com]
Sent: Thursday, March 31, 2005 4:17 PM
To: Mary Smith
Subject: RE: Normal Public Authentication


Mary - These IP addresses are already in use by another library
(Alliance Library System), have Normal verify these IPs before I have
our support staff contact Alliance.


Thank you,

\Frank


-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, March 31, 2005 2:14 PM
To: Frank Bravo
Subject: Normal Public Authentication


Frank,


Can you add the following IP addresses for Normal's authentication?

Page 4

Confidential                                                                    RB000443

RE SR 1-18005526 - Normal Public Authentication.txt

209.175.168.130-190

Thanks,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Confidential

RB000444

Logo.txt

MessageFrom: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, April 06, 2005 1:49 PM
To: 'Jeanette Sontoski'
Subject: Logo

Follow Up Flag: Follow up
Flag Status: Green

Attachments: braswell logo final transp.jpg

Here is one of the account that is having difficulty with the logo.


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421



----------------------------------------------------------------------------

From: Susan Reese [mailto:sreese@braswell-library.org]
Sent: Saturday, April 02, 2005 1:35 PM
To: 'Mary Smith'
Subject: RE: Recorded Books/NetLibrary Forms



Hi Mary, our logo still does not appear on our NetLibrary site. Would you prefer I
contact their tech support directly? Thanks. Susan

Susan Reese
Assistant Director
Braswell Memorial Library
727 North Grace Street
Rocky Mount, NC 27804
Phone: 252.442.1951 ext 250
Fax: 252.442.7366

Opinions expressed are my own.

    -----Original Message-----
    From: Mary Smith [mailto:msmith@recordedbooks.com]
    Sent: Monday, March 21, 2005 9:43 AM
    To: 'Susan Reese'
    Subject: RE: Recorded Books/NetLibrary Forms

    Hi Susan,


    I just spoke to the tech support at NetLibrary and resent the logo to them.
    Hopefully, they will have it posted on the site by Wednesday. Unfortunately, I do
    not have access to your NetLibrary page to check to see if it was done. Can you let
    me know if it does not appear on the site?


Page 1

Confidential                                                                 RB000445

Logo.txt

Thanks,
Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


--------------------------------------------------------------------------

From: Susan Reese [mailto:sreese@braswell-library.org]
Sent: Sunday, March 20, 2005 2:20 PM
To: 'Mary Smith'
Subject: RE: Recorded Books/NetLibrary Forms


Mary, I see the NetLibrary page is not displaying the logo I emailed a couple of
weeks ago. It's attached and should point to www.braswell-library.org.  Thanks!
Susan




Susan Reese
Assistant Director
Braswell Memorial Library
727 North Grace Street
Rocky Mount, NC 27804
Phone: 252.442.1951 ext 250
Fax: 252.442.7366

Opinions expressed are my own.


    -----Original Message-----
    From: Mary Smith [mailto:msmith@recordedbooks.com]
    Sent: Monday, March 07, 2005 3:46 PM
    To: sreese@braswell-library.org
    Subject: Recorded Books/NetLibrary Forms

    Susan,


    Here are the forms that we spoke of earlier today. Please let me know if you
have any questions. The order form should be faxed back to 410-535-5364.


    Thanks,

    Mary



Page 2


**Confidential**                                                                                    **RB000446**

Logo.txt

Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Confidential

RB000447

RE branding.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, April 06, 2005 1:50 PM
To: 'Jeanette Sontoski'
Subject: RE: branding

Follow Up Flag: Follow up
Flag Status: Green

Attachments: DarienLibrarylogo.jpg

I sent you the email from the customer for the one. The other is for Darien Library,
I have attached the logo.


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


---------------------------------------------------------------------------

From: Jeanette Sontoski [mailto:jsontoski@netlibrary.com]
Sent: Wednesday, April 06, 2005 10:06 AM
To: Mary Smith
Subject: branding


Hi Mary,


I have gotten a timeline quote for the addition of logos to a libraries page they
say it will take about 7-10 days.  I know you gave me this information yesterday but
can you please send me the names of the two libraries that you sent over on 03/10/05
that still have not had their branding updated?


Thanks,

Jeanette


Page 1

Confidential                                                    RB000448

FW Your Order WEB-27536 has been received.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, April 11, 2005 4:09 PM
To: 'Schiro,Kristy (OCLC)'
Subject: FW: Your Order WEB-27536 has been received

Follow Up Flag: Follow up
Flag Status: Green

Hi Kristy,

I submitted this order to the OSC last week but have not received a confirmation
that the account is live. Can you give me a status on this?

In case you have trouble finding it, the library is Eagle Valley District (E3V)

Thanks,
Mary

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421

-----Original Message-----
From: orders@oclc.org [mailto:orders@oclc.org]
Sent: Wednesday, April 06, 2005 9:27 AM
To: MSMITH@RECORDEDBOOKS.COM
Subject: Your Order WEB-27536 has been received

MARY SMITH,

Thank you for your OCLC order (#WEB-27536). This message confirms receipt of your
order.

As soon as your order is processed and access is available, we'll send another email
confirmation.

If you have questions, please contact us at bss@bcr.org, (800) 397-1552 or OCLC
Customer Support at orders@oclc.org  800-848-5800.

Thank you again for choosing OCLC!

Sincerely,
OCLC Order Services

Page 1

Confidential

RB000449

FW Audiobook - Eagle Valley Library District.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, April 18, 2005 9:14 AM
To: 'Jerry Hadley'
Subject: FW: Audiobook - Eagle Valley Library District

Importance: High

Follow Up Flag: Follow up
Flag Status: Green

Attachments: Audiobook Order (2.64 KB)

Jerry,

Do you have an updated status on this problem? I originally submitted the order for
fulfillment on 4/6 and they still are not live. I would like for them to start
testing since they sent the required forms back so quickly to do so.

Thanks,
Mary

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421

-----Original Message-----
From: Frank Bravo [mailto:fbravo@netlibrary.com]
Sent: Tuesday, April 12, 2005 10:35 AM
To: Schiro,Kristy (OCLC); Mary Smith
CC: Anne Mueller; Darren Swett
Subject: Audiobook - Eagle Valley Library District
Importance: High

I've been informed by accounting group to hold on this order because of the pricing
terms.

Please review the attached email.

\Frank

-----Original Message-----
From: Schiro,Kristy [mailto:schirok@oclc.org]
Sent: Tuesday, April 12, 2005 4:34 AM
To: Mary Smith
CC: Frank Bravo
Subject: RE: Your Order WEB-27536 has been received

Yes, I submitted last week and I see it out in the view orders screen.

Frank: Do you know when this one will be processed? Thanks.

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, April 11, 2005 4:09 PM
To: Schiro,Kristy
Subject: FW: Your Order WEB-27536 has been received

Hi Kristy,

I submitted this order to the OSC last week but have not received a confirmation
that the account is live. Can you give me a status on this?

In case you have trouble finding it, the library is Eagle Valley District
Page 1

Confidential

RB000450

FW Audiobook - Eagle Valley Library District.txt

(E3V)

Thanks,
Mary

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421

-----Original Message-----
From: orders@oclc.org [mailto:orders@oclc.org]
Sent: Wednesday, April 06, 2005 9:27 AM
To: MSMITH@RECORDEDBOOKS.COM
Subject: Your Order WEB-27536 has been received

MARY SMITH,

Thank you for your OCLC order (#WEB-27536). This message confirms receipt of your
order.

As soon as your order is processed and access is available, we'll send another email
confirmation.

If you have questions, please contact us at bss@bcr.org, (800) 397-1552 or OCLC
Customer Support at orders@oclc.org  800-848-5800.

Thank you again for choosing OCLC!

Sincerely,
OCLC Order Services

Confidential                                                                                                           RB000451

FW Downloadables.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, May 02, 2005 4:09 PM
To: 'Jeanette Sontoski'
Subject: FW: Downloadables

Follow Up Flag: Follow up
Flag Status: Green

Jeannette,

This customer is having difficulty accessing the site. I had her verify the IP
addresses which she did below.

Mary

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421


-----Original Message-----
From: Barbara Bailey [mailto:Bailey@glasct.org]
Sent: Friday, April 29, 2005 11:28 AM
To: msmith@recordedbooks.com
Subject: RE: Downloadables

Hi Mary,
I checked again with IT and the IP addresses that I orignally sent are correct.
The URL for the library website is also correct.

Let me know if you need anything else.

Thanks and have a nice weekend.

Barbara

Barbara Bailey
Director
Welles-Turner Memorial Library
2407 Main Street
Glastonbury, CT 06033
Voice: 860-652-7717
Fax: 869-652-7721
E-mail: bailey@glasct.org

>>> "Mary Smith" <msmith@recordedbooks.com> 4/28/2005 4:41:12 PM >>>
Thanks for checking this for me.

Mary

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421


-----Original Message-----
From: Barbara Bailey [mailto:Bailey@glasct.org]
Sent: Friday, April 15, 2005 3:48 PM
To: msmith@recordedbooks.com
Subject: Downloadables

Mary,
Here is the IP for the public computers: 65.75.61.190 For our wireless network:
                              Page 1

RB000452

FW Downloadables.txt

65.75.61.189
URL: www.wtmlib.com
Barcode: 22512023485806 (Monk, Thelonious - he's a training patron!)

Thanks for your help and have a great weekend!

Barbara Bailey
Director
Welles-Turner Memorial Library
2407 Main Street
Glastonbury, CT 06033
Voice: 860-652-7717
Fax: 869-652-7721
E-mail: bailey@glasct.org

**Confidential**

**RB000453**

Plymouth District Library.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, May 11, 2005 2:45 PM
To: 'Jeanette Sontoski'
CC: 'Jerry Hadley'
Subject: Plymouth District Library

Follow Up Flag: Follow up
Flag Status: Green

Jeanette,


I just received a call from Kathy at Plymouth District Library. She is having
difficulty accessing the NetLibrary site through the card catalog/RPA. She thinks
that we may have the wrong RPA listed. The RPA should be
165.252.88.6/rpa/webauth.exe? . Could you call her please?


Contact: Kathy

Phone: 734-453-0750 ext.208


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


Page 1


pmd


----------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, May 11, 2005 4:39 PM
To: JPete90184@aol.com
CC: 'Jerry Hadley'; 'Patrick Deering'
Subject: West Point and Little Rock


Jim,

Confidential                Page 1                RB000454

RE West Point and Little Rock.txt

As per your request, here is the contact info for the above libraries:

West Point:

Rose Robischon 845-938-2843

Little Rock:

Bethry Becker 501-987-6817

Both are anxiously waiting to be "turned on" for the downloadable program. They both have requested their MARC records and invoices at least twice.

Mary

Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Page 2

Confidential

RB000455

Denton PL.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, May 12, 2005 1:31 PM
To: 'Jeanette Sontoski'
Cc: 'Jerry Hadley'
Subject: Denton PL

Follow Up Flag: Follow up
Flag Status: Green

Hi Jeannette,


 Denton Public's authentication table does not list their IP addresses. Can you fix
that please?


Thanks,
mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Page 1

**Confidential**

**RB000456**

RE out today.txt

out todayFrom: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, May 16, 2005 12:39 PM
To: 'Jeanette Sontoski'
Subject: RE: out today

Follow Up Flag: Follow up
Flag Status: Green

I am so sorry to bother you while you're sick! I just have one important question to ask!


Based on a conversation that Jim Peterson had with Rich on Thursday, we were expecting both Little Rock and West Point AFB account to be live. I do not see them listed in the LRC, so I am assuming that this didn't happen. Are you the one that would handle this?Is there anyone else at NetLibrary that can do this?


Thanks for your help! I hope you feel better soon.


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


---------------------------------------------------------------------------

From: Jeanette Sontoski [mailto:jsontoski@netlibrary.com]
Sent: Monday, May 16, 2005 12:33 PM
To: msmith@recordedbooks.com
Subject: out today


Hi Mary,

I am out sick today (was also out on Friday).  I can access my email and voicemail via outlook web but otherwise I don't have access to anything else.

I got your message and just wanted to let you know that am out.

I got a voicemail from Barbara Bailey at Welles-Turner also.  She didn't reference the TraceRoute that I sent to her so I'm not sure what her results were.  I have forwarded her voicemail to Ben in our office asking him to give her a call if he gets a chance so that she doesn't think I am ignoring her. :-)

I'm sure I'll be able to come in tomorrow.  I will give you a call then.

Thanks,
Jeanette

Confidential                                                         RB000457

RE Denton Public Library.txt
MessageFrom: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, May 16, 2005 3:45 PM
To: 'Jeanette Sontoski'
Cc: 'jhadley@recordedbooks.com'
Subject: RE: Denton Public Library

Follow Up Flag: Follow up
Flag Status: Green

Hi Jeanette,


I just received a call from Corinne. She wanted to know if her IP addresses have
been updated yet. I checked in the LRC and nothing is listed. Could you call her
please?  Corinne Hill 940-349-8256


Thanks,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421



------------------------------------------------------------------------------
From: Jeanette Sontoski [mailto:jsontoski@netlibrary.com]
Sent: Thursday, May 12, 2005 2:32 PM
To: Mary Smith
Subject: RE: Denton Public Library


Mary,


I just received a response from Mary.  She said that she had passed my request for
authentication information along to someone in her IT dept. for some reason they
haven't been able to respond yet.  She sent me her IPs but indicated that they would
prefer a secure referring url.  She didn't send me the url so I am thinking that she
doesn't quiet understand it.  I will explain the secure referring URL to her but
will add the IPs so that they are authenticating.


Thanks,

Jeanette


-----Original Message-----

Confidential                                                      RB000458

FW Netlibrary implementation.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, May 18, 2005 10:31 AM
To: 'Jeanette Sontoski'
Subject: FW: Netlibrary implementation

Follow Up Flag: Follow up
Flag Status: Green

Hi Jeanette,

You are going to hear from Jerry regarding this account sometime this week.

Mary

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421

-----Original Message-----
From: Mary Trev Thomas [mailto:thomasmt@uhls.lib.ny.us]
Sent: Tuesday, May 17, 2005 4:18 PM
To: Mary Smith
Cc: JKRecBooks@aol.com
Subject: Netlibrary implementation

Hi Mary-

We have signed the contract with an expected start date of July 1.

Do I need to sign an "order form" to initiate the process?

We are concerned about having enough time to troubleshoot the authentication issues
and downloading problems.

I have heard from Albany Public Library patrons that even after they created their
account, they cannot log in to download.

I have also learned that incompleted downloads appear as checkouts: too many
unsuccessful tries, and the patron has "exceeded the allowed number of checkouts."

For this reason I was hoping to have Netlibrary access for troubleshooting purposes
prior to training reference staff.

Would Recorded Books supply us with a suitable MP-3 player (as they did for Albany
Public) so that we may begin to sort out these issues?

I am excited by the prospect of offering this service to our patrons, but really
want the process to go as smoothly as possible once we "go live."

Thank you.
Mary Trev


--
Mary Trev Thomas
Head of Adult Services
Bethlehem Public Library
Delmar, NY 12054

518 439-9314 x 3008


Page 1

Confidential                                                                    RB000459

Fraser Valley.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, May 18, 2005 10:37 AM
To: 'Jeanette Sontoski'
Subject: Fraser Valley

Follow Up Flag: Follow up
Flag Status: Green

Have you spoken to Fraser Valley recently? They called her on Monday and left two
messages for Jerry plus our customer service department transferred them to OCLC
support. Could you call Taryn and see what the problem is? Jerry claims that their
messages seem frantic.


Thanks,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Confidential

RB000460

FW logo for FVRL.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, May 19, 2005 3:15 PM
To: 'Jeanette Sontoski'
Subject: FW: logo for FVRL

Follow Up Flag: Follow up
Flag Status: Green


Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421

-----Original Message-----
From: Taryn Rusnell [mailto:taryn.rusnell@fvrl.bc.ca]
Sent: Wednesday, May 18, 2005 6:26 PM
To: msmith@recordedbooks.com
Subject: logo for FVRL

Hi Mary,

We've been looking around the netlibrary site - specifically the pages that identify
which library a user is affiliated with.  I notice that while our name appears on
each page, our logo doesn't.  I believe we sent the logo file to you.  Could you let
me know if there's any other information we need to provide to you to get our logo
and our name to appear in the right hand column when our users are logged in?

Thanks,

Taryn Rusnell
Acting Manager, Systems Support
Fraser Valley Regional Library
1-888-668-4141 ext. 317
taryn.rusnell@fvrl.bc.ca

Page 1

Confidential

RB000461

West Palm Beach Public Library.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Thursday, August 11, 2005 3:47 PM
To: 'downingn@oclc.org'
Subject: West Palm Beach Public Library

Follow Up Flag: Follow up
Flag Status: Green

Hi Nathan,


I was talking with Jerry Hadley regarding the following problem with West Palm Beach
and he suggested that I emailed you to see if you can share any ideas.


They claim that patrons are sometimes getting the NetLibrary login page after going
through their URL. I have been able to recreate this problem using both Opera and IE
by going to netlibrary.com first and then going through their secure URL with a test
barcode. It seems to me that the cookies are set to the Netlibrary login page and
when they try to go through the proper channels (i.e. secure URL) they still receive
the Login. I was able to fix the issue by deleting the cookies but is there any
thing else that could be happening. Janice as WPB is trying to help the patrons with
deleting the cookies but it becoming overwhelming. She has confirmed with each
patron that is having a problem that they are first going to netlibrary.com and then
they are trying to access the page through the secure URL.


I hope this makes sense. Let me know if you think we should be doing something
different.


Thanks for your help,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Confidential                                                  RB000462

RE 1-24106341 - NetLibrary Audiobook problem at TXN - Link no longer valid error message.
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Friday, August 05, 2005 8:05 AM
To: Jonathan Bahe
Subject: RE: 1-24106341 - NetLibrary Audiobook problem at TXN - Link no longer valid error message.

Jonathan,

Will the instructions be delivered direct to the libraries or to Dublin?  How many libraries are involved?  Do you have a list?

Thanks for your help in this matter.

Jerry

-----Original Message-----
From: Jonathan Bahe [mailto:jbahe@netlibrary.com]
Sent: Thursday, August 04, 2005 6:38 PM
To: Jonathan Bahe; Jerry Hadley
Subject: RE: 1-24106341 - NetLibrary Audiobook problem at TXN - Link no longer valid error message.

Hi Jerry,

I met with the ETS and development teams today, and they have a deliverable of Friday for the instructions for libraries with this issue.  It will be a document that will explain what changes they will have to make in the proxy server configuration or firewall to correct the problem.

I will send you the document when it is complete.

Thanks!
Jonathan

-----Original Message-----
From: Jonathan Bahe
Sent: Thursday, August 04, 2005 8:33 AM
To: 'Jerry Hadley'
Subject: RE: 1-24106341 - NetLibrary Audiobook problem at TXN - Link no longer valid error message.

Hi Jerry,

I'm working with our ETS and Development teams to get instructions on how the libraries can adjust their proxy server settings to correct this problem.  We are meeting today to try to come up with a document to give Customer Support in Dublin. Customer Support will then be able to respond to inquiries about this with the instructions.  I will let you know when we have that complete.

Thanks!
Jonathan

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Thursday, August 04, 2005 7:34 AM
To: Jonathan Bahe
Subject: FW: 1-24106341 - NetLibrary Audiobook problem at TXN - Link no longer valid error message.
Importance: High

Jonathan,

Page 1

RB000463

RE 1-24106341 - NetLibrary Audiobook problem at TXN - Link no longer valid error message. I work closely with Jeanette in the set up and ongoing support of the downloadable service.

From Nathan at OCLC, I understand that you are the person at NL researching questions about the error message "link not valid" and variations thereof. Can you share with me your estimate of how well these issues are being resolved?

Thanks.

Jerry Hadley
Recorded Books

-----Original Message-----
From: Downing,Nathan [mailto:downingn@oclc.org]
Sent: Tuesday, August 02, 2005 2:07 PM
To: Jerry Hadley; Bahe,Jonathan(NetLibrary)
Subject: RE: 1-24106341 - NetLibrary Audiobook problem at TXN - Link no longer valid error message.
Importance: High


This was one sent to Jonathan Bahe
-Nathan

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, August 01, 2005 1:52 PM
To: Downing,Nathan
Subject: FW: 1-24106341 - NetLibrary Audiobook problem at TXN - Link no longer valid error message.

Nathan,

Any feedback on this contact?

Jerry

-----Original Message-----
From: OCLC Customer Support [mailto:support@oclc.org]
Sent: Tuesday, July 26, 2005 4:55 PM
To: judith.hiott@cityofhouston.net
CC: jhadley@recordedbooks.com; glassr@oclc.org
Subject: 1-24106341 - NetLibrary Audiobook problem at TXN - Link no longer valid error message.


Hello Judith

Thank you for contacting OCLC Customer Support.

Is this problem only happening to her at home?  Is it a problem for you? How was she accessing NetLibrary from Home?  Was she going to your website and authenticating through a RPA method?

If it is just a problem on her computer, we need some more information on what kind of computer she is using.   Maybe it is caching the pages or something.  Have her try it on another computer.  Also, have her try this on her workstation to see if it resolves the problems:

I would like you to try changing your cache settings and try it again and let me know what your results are.  I think you are retrieving a cached error message instead of the correct page.

<center>Page 2</center>

RE 1-24106341 -  NetLibrary Audiobook problem at TXN - Link no longer valid error message.
Was the workstation that you used to access netLibrary set to check for newer
versions of stored pages every visit to the page?  Please be sure that the browser
is set to return a fresh copy of a page each time you click on your link.

For Microsoft Internet Explorer:
1. On the Tools menu in Internet Explorer, click Internet Options.
2. On the General tab, click Settings.
3. Click Every visit to the page.

For Netscape Navigator:
1. Open the Edit menu, choose Preferences.
2. Select the Cache panel (in the Advanced category).
3. Click Every time (Document in cache is compared to document on
network)

If it still does the same thing... please emails me some more info on the computer
and web browser versions you are using.  Also, is it just a
problem with one title?   Does this happen just on your computer or on
others you have tried?

=======================

If YOU are having this problem too, then you need to answer these questions for me:

In order to help us trouble shoot the Link No Longer Valid error message further,
please  answer the following questions:

1. Does your computer reside behind a proxy server?

1a. If so, what type of proxy server do you use?

2. Are you behind a firewall that limits outbound access to specific URLs?

2a. If you are behind a device that filters outbound traffic have you made an
allowance for http://download.netlibrary.com?

3. What is your Library System Administrator's contact information?

Please let me know if there is anything more I can help you with regarding this
issue.

Sincerely,
Nathan
Customer Support Department
OCLC Inc.
email: support@oclc.org
phone: 800-848-5800

-----Original Message-----
From: Glass,Ron [mailto:glassr@oclc.org]
Sent: Monday, July 25, 2005 5:50 PM
To: OCLC Customer Support
Cc: Hiott, Judith - HPL; Jim Petersen (E-mail)
Subject: Audiobook problem at TXN


OCLC Support...please see audiobook download issue raised by Houston PL
user.  Can you provide any assistance?   Please respond to Judith Hiott
at Houston Public, judith.hiott@cityofhouston.net - Ron Glass -----Original
Message-----
From: Hiott, Judith - HPL [mailto:Judith.Hiott@cityofhouston.net]
Sent: Monday, July 25, 2005 2:39 PM
To: Jim Petersen (E-mail); Glass,Ron
                              Page 3

Confidential                                                      RB000465

RE 1-24106341 -  NetLibrary Audiobook problem at TXN - Link no longer valid error message.
Subject: FW: problem


Ron and Jim,

I have talked to this user on the phone, and her problem is one that I cannot solve. When she gets to the download page and clicks on "Download CD Quality" she gets the message "The link you clicked is no longer valid.  Please return to the previous page where you clicked on hte link and try again."

She has five books checked out.

Can someone advise me what to tell her or email her and tell her what to do?

Is there a support desk at netLibrary that I should be calling or emailing?

Thanks.

Judith
-----Original Message-----
From: AISHA WHITE [mailto:recswifey7600@sbcglobal.net]
Sent: Saturday, July 23, 2005 1:35 AM
To: ebooks@hpl.lib.tx.us
Subject: problem


i became a new member at 1am and tried to download 2 audiobooks. it is telling me that i have successfully checked the audiobooks out and displays my time limit, but there is no trace of the book on my computer. my media player meets the sites requirements, but the
audiobook download did not start. what do i do?  Aisha Reynolds

Confidential

RB000466

RE September Title Load.txt

titles that were in the flier sent by David.

Le Divorce
Johnson, Diane
Toren, Suzanne
Fiction


Renegades
Johnston, William
Guidall, George
Western


Expected One, The
McGowan, Kathleen
Stephens, Linda
Fiction


Plain Truth
Picoult, Jodi
Toren & Moore
Fiction


Smart and Simple Financial Strategies for Busy People
Quinn, Jane Bryant
Foss, Eliza
Self-Help


Here are the titles/authors that *were* in the OCLC MARC file left on 9/28:

Gilda Joyce
by Jennifer Allison.

How the Garci-a girls lost their accents
Julia Alvarez.

Biggie and the mangled mortician
by Nancy Bell.

River boy
by Tim Bowler.

The problem child
by Michael Buckley.

Twilight
by Meg Cabot.

Younger next year for women

Page 5

Confidential

RB000467

RE September Title Load.txt
by Chris Crowley and Henry S. Lodge.

Undead and unappreciated
by MaryJanice Davidson.

The burning bridge
by John Flanagan.

The afghan
by Frederick Forsyth.

Delectable mountains
by Earlene Fowler.

Benjamin Franklin
by Benjamin Franklin.

Sisterchicks down under!
Robin Jones Gunn.

Final scream
by Lisa Jackson.

The next Mrs. Blackthorne
by Joan Johnston.

The last gunfighter.
by William W. Johnstone.

The Garden of Eden and other criminal delights
by Faye Kellerman.

The Akhenaten adventure
by P.B. Kerr.

The art of detection
by Laurie R. King.

Where yesterday lives
Karen Kingsbury.

James Madison and the struggle for the Bill of Rights
by Richard Labunski.

B for Buster
by Iain Lawrence.

Killer market
by Margaret Maron.

I, Dred Scott
by Shelia P. Moses.

Sunwing
by Kenneth Oppel.

Cold war
David S. Painter.

Rise and shine
by Anna Quindlen.

Break no bones

Page 6

Confidential

RB000468

RE September Title Load.txt

by Kathy Reichs.

Hip-hop high school
Alan Lawrence Sitomer.

There's a girl in my hammerlock
by Jerry Spinelli.

Damascus Gate
Robert Stone.

The one percent doctrine
by Ron Suskind.

Takedown
by Brad Thor.

The miracle life of Edgar Mint
by Brady Udall.

The first 90 days
Michael Watkins.

So you call yourself a man
by Carl Weber.

--------------------------------------------------------------------------------

From: Eric Cussen [mailto:ecussen@netlibrary.com]
Sent: Tuesday, October 03, 2006 11:01 AM
To: Mumaw,Brenda (OCLC); Mary Smith
Subject: RE: September Title Load

Thanks Brenda.

Mary, let us know as soon as you have the library name and e-mail.

--------------------------------------------------------------------------------

From: Mumaw,Brenda [mailto:mumawb@oclc.org]
Sent: Tuesday, October 03, 2006 8:38 AM
To: Eric Cussen; Mary Smith
Subject: RE: September Title Load

We have been sending them out for the past 4 working days.  If I have the name of
the library, I can see if theirs went out yet.

Brenda

Page 7

Confidential

RB000469

RE September Title Load.txt

--------------------------------------------------------------------------------

From: Eric Cussen [mailto:ecussen@netlibrary.com]
Sent: Tuesday, October 03, 2006 10:26 AM
To: Mary Smith; Mumaw,Brenda
Subject: RE: September Title Load

Hi Mary,


Did the customer receive any MARCs for the September load?  Can you give me the
library name and e-mail address?  I've added Brenda to the thread so I can ask if
the MARC notifications have even gone out yet.  If the titles were loaded in the
first week of September, OCLC wasn't updated until 09/25 which is only six working
days ago.  It is possible that the library has not been notified yet of the updated
collection set.  It is also possible that we have a bad e-mail address or perhaps
the library deleted the e-mail not knowing what it was.


Brenda, have notifications been sent out yet for updated collection sets?


Thanks,


-Eric


--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, October 03, 2006 7:15 AM
To: Eric Cussen
Subject: RE: September Title Load

Eric,


I apologize for all of the questions but I am trying to get my hands around this so
I can advise our customers.


Natalie sent me the attached spreadsheet of titles that were loaded in the first
week of September. I just received an email from a customer that claims that she did
not receive MARCs for the following titles that were loaded according to Natalie's
sheet. Why would this happen?


Would it be possible to ask Natalie to send me the spreadsheet of the titles loaded
and the load date every month?

Page 8

Confidential

RB000470

RE September Title Load.txt

Thanks again for your help!

Mary

Confidential

authentication

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, August 16, 2005 1:49 PM
To: mgammon@netlibrary.com; gharrison@netlibrary.com
Cc: Brian Downing; jpete90184@aol.com
Subject: authentication

Attachments: Help!.htm

Marge/Gillian,

I wanted to relate to you an issue that has begun to appear more frequently.  Most
recently, West Palm Beach (FL) and Westport (CT) have complained on behalf of their
patrons.  I have attached Westport's communication.  It appears that support has
been giving the libraries a "workaround" solution, whereas a more permanent fix
would be in everyone's favor.

Briefly, when a first time user goes to the site from outside the library, they
encounter the gateway page.  After they circle back through the library site and try
to open an account, their computer returns to the gateway page.  The workaround
solution presented to the library is to tell patrons to clear their cache and to try
again.

Is it possible to provide, for the sake of libraries who have patrons authenticating
from outside the library, a page with a slightly different address, so that they do
not encounter this problem?  Many contacts between both library/patrons and
library/patrons/support might be eliminated with such a solution.

Let me know your thoughts.  I would like to get back to Westport to let them know
how we might help.  Thanks.

Jerry

Jerry Hadley
Inside Sales Manager
Phone: 1-800-638-1304 x1336
Fax: 1-410-535-4298
Email: jhadley@recordedbooks.com

Confidential

RB000472

FW West Palm Beach Public Library.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, August 17, 2005 10:25 AM
To: 'downingn@oclc.org'
Cc: 'Jerry Hadley'
Subject: FW: West Palm Beach Public Library

Follow Up Flag: Follow up
Flag Status: Green

Hi Nathan,


Any ideas on this yet?


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421



--------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, August 11, 2005 3:47 PM
To: 'downingn@oclc.org'
Subject: West Palm Beach Public Library


Hi Nathan,


I was talking with Jerry Hadley regarding the following problem with West Palm Beach
and he suggested that I emailed you to see if you can share any ideas.


They claim that patrons are sometimes getting the NetLibrary login page after going
through their URL. I have been able to recreate this problem using both Opera and IE
by going to netlibrary.com first and then going through their secure URL with a test
barcode. It seems to me that the cookies are set to the Netlibrary login page and
when they try to go through the proper channels (i.e. secure URL) they still receive
the Login. I was able to fix the issue by deleting the cookies but is there any
thing else that could be happening. Janice as WPB is trying to help the patrons with
deleting the cookies but it becoming overwhelming. She has confirmed with each
patron that is having a problem that they are first going to netlibrary.com and then
they are trying to access the page through the secure URL.


I hope this makes sense. Let me know if you think we should be doing something
different.

Confidential

RB000473

FW West Palm Beach Public Library.txt

Thanks for your help,
Mary

Mary Smith
Recorded Books, LLC
800-638-1304 ext.1421

Confidential

RB000474

FW Help!
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Thursday, August 18, 2005 1:29 PM
To: gharrison@netlibrary.com
Subject: FW: Help!

Gillian,

Here is the original attachment with the screen shots.  I hope this works.

Jerry
-----Original Message-----
From: Tilly Dutta [mailto:Tdutta@westportlibrary.org]
Sent: Monday, August 15, 2005 11:09 AM
To: Downingbt@aol.com
Subject: Help!


◻ ◻ ◻ ◻
Hello Brian,


This patron is probably more than a dozen of those who contacted me with this problem.  Can you explain?  (I think I asked you this question in my last email.)


NetLibrary suggested I ask patrons to clean out the cookies and the cache.  But first time users shouldn't be getting to this site.


Thanks,




Tilly Dutta
Technology/Reference Librarian
Westport Public Library
Arnold Bernhard Plaza
20 Jesup Road
Westport, CT 06880
203-291-4847
tdutta@westportlibrary.org


-----Original Message-----
From: Kivin Varghese [mailto:kivin@brandport.com]
Sent: Monday, August 15, 2005 10:55 AM
To: Tilly Dutta
Subject: RE: Digital audiobook


Hi Tilly,


Thanks for the note. After I enter my card number, I get this page. Do I need to login to NetLibrary with a username & password?
                              Page 1

FW Help!

Thanks,

Kivin


------------------------------------------------------------------------------

From: Tilly Dutta [mailto:Tdutta@westportlibrary.org]
Sent: Monday, August 15, 2005 10:32 AM
To: kivin@brandport.com
Subject: Digital audiobook


Hello,


I am sorry you had a problem with the digital audiobook download.  If you click on
"Click here to get started" on the instructions page
http://www.westportlibrary.org/newrecommend/digitalaudio/instructions.html you will
be on the patron authentication page.  I was able to use your barcode to access the
NetLibrary site.




Let me know if this works for you.  Thank you for your interest in this new service.


Tilly Dutta
Technology/Reference Librarian
Westport Public Library
Arnold Bernhard Plaza
20 Jesup Road
Westport, CT 06880
203-291-4847
Email:tdutta@westportlibrary.org

Website: www.westportlibrary.org

Page 2

Confidential

RB000476

FW login page for patrons at hchlibrary.org.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, August 19, 2005 10:46 AM
To: 'OCLC Customer Support'
Cc: 'h b'
Subject: FW: login page for patrons at hchlibrary.org

Follow Up Flag: Follow up
Flag Status: Green

Please see the problems listed by Henry Carter Hull library below.


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421



--------------------------------------------------------------------------------
From: h b [mailto:missplumeau@sbcglobal.net]
Sent: Wednesday, August 17, 2005 9:43 PM
To: Mary Smith
Cc: Maribeth Breen
Subject: RE: login page for patrons at hchlibrary.org


I have made the form send to http://www.netlibrary.com ... still not working.

that page is a secure page. I have also tried it in its non secure form to no avail.

Can you give me a few sample of how other libraries have done it?

I'll try calling you tomorrow (Thursday) after 3:30 pm to solve this.

Thanks again for your help

Helene


  From: h b [mailto:missplumeau@sbcglobal.net]
  Sent: Tuesday, August 16, 2005 6:23 PM
  To: Mary Smith
  Subject: RE: login page for patrons at hchlibrary.org


  Hi Mary,

  Here is my barcode #: 23220000011236

  When I type that in, I get a "page not found" error

  here is the source code for the form

Confidential

RB000477

FW login page for patrons at hchlibrary.org.txt

```
<FORM action=/login method=post><INPUT type=hidden
value=http://www.netlibrary.com/Search/Centers/AudiobookCenter.aspx name=url>
   Please enter your library card number (without the spaces): <BR>
   <INPUT
name=user><BR><INPUT type=submit value=Submit> </FORM>
```

Thanks for your help!

--------------------------------------------------------------------------

From: Helene Bardinet [mailto:missplumeau@sbcglobal.net]
Sent: Monday, August 15, 2005 9:18 PM
To: msmith@recordedbooks.com
Cc: Maribeth Breen
Subject: login page for patrons at hchlibrary.org


Hello,
My name is Helene Bardinet  I am finally setting up the Henry Carter Hull
Library NetLibrary login page so patrons can login or register to their accounts
from home. Maribeth Breen told me that it required a secure page -which I can set
up. Can you tell me what needs to be on that secure page. I have made a sample login
page based on what another local library had done (
https://id247.securedata.net/hchlibrary/netlibrary_login.htm).
   it's not working.
   What am I doing wrong??!!
   Thank you!

Hélène Bardinet
Webmestre
www .hchlibrary.org
missplumeau@sbcglobal.net

Confidential
RB000478

RE authentication

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, August 23, 2005 1:39 PM
To: Gillian Harrison
Subject: RE: authentication

Thanks for looking at this issue, at a busy time.

Jerry

-----Original Message-----
From: Gillian Harrison [mailto:gharrison@netlibrary.com]
Sent: Tuesday, August 23, 2005 12:37 PM
To: Jerry Hadley; Marge Gammon
Cc: Brian Downing; Jim Petersen
Subject: RE: authentication


Jerry -- Our developers have investigated the issue below.  We were able to recreate
the scenario and are working on several possible alternate solutions.  We believe we
will have a solution to release by the end of this week and we believe we will be
able to release a solution that does not require an effort by the library (linking
to a separate URL or other options).

This is not a "problem" we had been aware of previously because not many users
typically visited the NetLibrary gateway page then their library's site and gone
through their library's remote authentication.  Now that more users are following
this scenario we see the need to make some changes in the way the various
authentication methods "override" and work with each other to provide the best
possible user experience in the majority of situations.

I will keep you posted as we develop and release the solution to this issue.  In the
meantime, you may share with the library that users encountering this scenario may
either clear their cache, as suggested by CSD, or if they simply close their browser
and start a new browser and go directly to the library's website, without going to
www.netlibrary.com first, they should not encounter the problem.

gillian

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Tuesday, August 16, 2005 11:49 AM
To: Marge Gammon; Gillian Harrison
Cc: Brian Downing; Jim Petersen
Subject: authentication

Marge/Gillian,

I wanted to relate to you an issue that has begun to appear more frequently.
Most recently, West Palm Beach (FL) and Westport (CT) have complained on behalf of
their patrons.  I have attached Westport's communication.  It appears that support
has been giving the libraries a "workaround"
solution,
whereas a more permanent fix would be in everyone's favor.

Briefly, when a first time user goes to the site from outside the library, they
encounter the gateway page.  After they circle back through the library site and try
to open an account, their computer returns to the gateway page.
The workaround solution presented to the library is to tell patrons to clear their
cache and to try again.

Is it possible to provide, for the sake of libraries who have patrons authenticating
from outside the library, a page with a slightly different address, so that they do

Page 1

Confidential

RE authentication

not encounter this problem?  Many contacts between both library/patrons and library/patrons/support might be eliminated with such a solution.

Let me know your thoughts.  I would like to get back to Westport to let them know how we might help.  Thanks.

Jerry

Jerry Hadley
Inside Sales Manager
Phone: 1-800-638-1304 x1336
Fax: 1-410-535-4298
Email: jhadley@recordedbooks.com

Confidential

RB000480

Woodbury Public.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, August 19, 2005 5:10 PM
To: 'Jeanette Sontoski'
Subject: Woodbury Public

Follow Up Flag: Follow up
Flag Status: Green

Hi Jeanette,


Jerry asked me to call Woodbury and MCAS on Monday to let them know that they are
"live". I checked Woodbury's Authentication Table at their IP range is missing.
Could you add that before I call them?


Thanks,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Confidential

RB000481

FW Help! 2

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Friday, August 26, 2005 11:36 AM
To: gharrison@netlibrary.com
Subject: FW: Help!

Gillian,

Here is an another email from the library that sent the screenshots earlier.  Has
there been any progress with a solution for this issue?

Thanks.

Jerry

-----Original Message-----
From: Tilly Dutta [mailto:Tdutta@westportlibrary.org]
Sent: Friday, August 26, 2005 11:20 AM
To: Jerry Hadley
Subject: RE: Help!


Hello Jerry,


Thank you for the update.  This issue of two NetLibrary pages is very confusing.
Deleting the cache and cookies often does not work.  And yesterday, I had a patron
on the phone who refused to delete all cookies on his computer!




Tilly Dutta
Technology/Reference Librarian
Westport Public Library
Arnold Bernhard Plaza
20 Jesup Road
Westport, CT 06880
203-291-4847
tdutta@westportlibrary.org

Confidential                                                    RB000482

RE Authentication issue Newport.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, August 31, 2005 3:59 PM
To: 'Jeanette Sontoski'
Cc: 'jhadley@recordedbooks.com'
Subject: RE: Authentication issue Newport

Follow Up Flag: Follow up
Flag Status: Green

Hi Jeanette,


I spoke to Lance at Newport Public and he did test five of the computers in the
library. They all came up with the same IP address 131.109.225.36. He says all of
the computers go through a central router which reflects the same external IP.


Any other ideas?


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421



-----------------------------------------------------------------------

From: Jeanette Sontoski [mailto:jsontoski@netlibrary.com]
Sent: Wednesday, August 31, 2005 3:29 PM
To: Netlibrary Support
Cc: Mary Smith
Subject: FW: Authentication issue Newport


Support,


I do not know what the SR number is on this one is.  I do not see it referenced it
in the string below.  But Marianne was the contact.


We need to have this reopened.   This account IS Newport Public Library - RI.  The
other Newport Public Library does not have Audiobooks and is not the Mattie's
library.  If authentication information for Mattie has been added to any other
Newport Public Library instead of Newport Public Library - RI it is incorrect.


Mattie has contacted Recorded Books angry that her authentication is not working.
Page 1

**Confidential**                                                                  **RB000483**

RE Authentication issue Newport.txt

Mary at Recorded Books is instructing her on checking IPs but if there has been remote authentication for this library added, it has been added to the wrong Newport Public Library account as the right one has no remote authentication in it.


Thanks,

Jeanette




-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, August 31, 2005 1:12 PM
To: Jeanette Sontoski
Subject: FW: Authentication issue




Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421



-------------------------------------------------------------------------

From: Mattie Gustafson [mailto:mattiegustafson@hotmail.com]
Sent: Wednesday, August 31, 2005 1:54 PM
To: msmith@recordedbooks.com
Subject: FW: Authentication issue




Mattie Gustafson

Newport Public Library

300 Spring Street

Newport, RI  02840

Page 2

Confidential

RB000484

RE Authentication issue Newport.txt

(401) 847-8720  Ext.117

mattiegustafson@hotmail.com

.....Magic doesn't live in the unwilling soul...

--------------------------------------------------------------------------

```
From:  OCLC Customer Support<support@oclc.org>
To:  mattiegustafson@hotmail.com
CC:  jhadley@recordedbooks.com
Subject:  Authentication issue
Date:  17 Aug 2005 16:15:51 -0400
>Hi Mattie, please disregard my last message, I was looking at Newport Public
Library - RI.  Your site has only one IP in the authentication tables and it is:
131.109.225.36.  So this workstation is the only workstation that when you go to
www.netlibrary.com, before even logging on you will see Newport Public Library.  Now
for the other workstations that are showing another site.  The IPs must be in
someone else's authentication table. Please send me the IPs of the other
workstations and I will make sure they are added to your site and removed from the
other site.  Thanks.
>
>Marianne
>
>
>[THREAD ID:1-ETH71]
>
>
>
>-----Original Message-----
>
>From:  jhadley@recordedbooks.com
>Sent:  8/16/2005 03:09:06 PM
>To:  <support@oclc.org>
>Cc:  <downingn@oclc.org>
>Subject:  FW: Downloadable audiobooks
>
><!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
><HTML><HEAD>
><META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
><META content="MSHTML 6.00.2800.1498" name=GENERATOR></HEAD>
><BODY>
><DIV><FONT face=Arial color=#0000ff size=2><SPAN
>class=096470719-16082005>Support, </SPAN></FONT></DIV>
><DIV><FONT face=Arial color=#0000ff size=2><SPAN
>class=096470719-16082005></SPAN></FONT> </DIV>
><DIV><FONT face=Arial color=#0000ff size=2><SPAN class=096470719-16082005>Is it
>possible that someone could look into this today, or early tomorrow? 
>Thanks. </SPAN></FONT></DIV>
><DIV><FONT face=Arial color=#0000ff size=2><SPAN
>class=096470719-16082005></SPAN></FONT> </DIV>
><DIV><FONT face=Arial color=#0000ff size=2><SPAN class=096470719-16082005>Jerry
>Hadley </SPAN></FONT></DIV>
><DIV><FONT face=Arial color=#0000ff size=2><SPAN
>class=096470719-16082005>Recorded Books</SPAN></FONT></DIV>
><DIV><FONT face=Arial color=#0000ff size=2><SPAN
>class=096470719-16082005></SPAN></FONT> </DIV>
><DIV class=OutlookMessageHeader dir=ltr align=left><FONT face=Tahoma
>size=2>-----Original Message-----<BR><B>From:</B> Mattie Gustafson
>[mailto:mattiegustafson@hotmail.com]<BR><B>Sent:</B> Tuesday, August 16, 2005
>2:08 PM<BR><B>To:</B> jsontoski@netlibrary.com;
>jkrecbooks@aol.com<BR><B>Subject:</B> Downloadable
```
                            Page 3

Confidential                                                                RB000485

RE Authentication issue Newport.txt
```
>audiobooks<BR><BR></FONT></DIV>
><DIV>
><DIV class=RTE></DIV>
><P>Well folks - Something really strange has been happening.  On MY
>computer, in MY office, in the Newport Library, using my web site - when I click
>on the link the NetLibrary it brings me to the Newport Library page set up by
>NetLibrary.</P>
><P>When anyone else in the library uses any other computer - clicks on that same
>link - it brings them to the Providence Public Library's e-book page.  What
>can be happening???  It has to be a fix at your end - my link says only
>netlibrary.com.</P>
><P>Any suggestions?????<BR><BR><BR>Mattie Gustafson </P>
><DIV></DIV>Newport Public Library
><DIV></DIV>300 Spring Street
><DIV></DIV>Newport, RI  02840
><DIV></DIV>(401) 847-8720  Ext.117
><DIV></DIV>mattiegustafson@hotmail.com
><DIV></DIV>
><DIV></DIV>.....Magic doesn't live in the unwilling soul...
><DIV></DIV>
><DIV></DIV>
><DIV></DIV></DIV></BODY></HTML>
```

Page 4

Confidential

RB000486

Westport West Palm Beach
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Thursday, September 01, 2005 12:20 PM
To: gharrison@netlibrary.com
Cc: Brian Downing
Subject: Westport, West Palm Beach

Gillian,

Has there been a resolution of the "cookie" issue brought to us by Westport and West
Palm Beach?  You said mid last week that a fix was being tested.  I would like to
get back to these libraries by the end of the week.

Thanks.

Jerry

Jerry Hadley
Inside Sales Manager
Phone: 1-800-638-1304 x1336
Fax: 1-410-535-4298
Email: jhadley@recordedbooks.com

Confidential

RB000487

FW Downloadable audiobooks
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Monday, September 19, 2005 2:53 PM
To: 'salessupport@oclc.org'
Subject: FW: Downloadable audiobooks

Help! I would appreciate it if someone could contact this library to help resolve
their problem. Thanks.

Jerry Hadley
Recorded Books

-----Original Message-----
From: Craig Mears [mailto:jcmears@earthlink.net]
Sent: Monday, September 19, 2005 2:26 PM
To: Jerry Hadley
Subject: FW: Downloadable audiobooks

Hi Jerry,

I'll give you a call about this. I talked to the Director and they are very
unhappy. They tell me that when many of their patrons try to access the NetLibrary
site the Create a Free Account option is not showing up.
This is happening about half the time. Nathan Downing has been talking to their
tech person, and Nathan claims that this problem hasn't happened anywhere else. I
know for sure that it has happened at Albany.

What should we do? I am supposed to get back to Janet. Is there someone else that
may be able to help?

Thanks,

Craig

Craig Mears
Regional Sales Manager
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, MD 20678
phone 1-800-638-1304 ext. 1314
local fax 651-698-5693
jcmears@earthlink.net


> [Original Message]
> From: Janet Huen <jhuen@poklib.org>
> To: <jcmears@earthlink.net>
> Date: 9/16/2005 2:15:44 PM
> Subject: Downloadable audiobooks
>
> Hi Craig-
> Could you please call Tom Lawrence-director of Poughkeepsie Public
> Library District on Monday at 485-3445 x3312 regarding our account.
> Thanks. Have
a
> good weekend
>
> Janet E. Huen
> Assistant Director
> 93 Market Street
> Poughkeepsie, NY 12601
> 845-485-3445 x3327
> jhuen@poklib.org
                              Page 1

Confidential                                                     RB000488

RE 1-26258121 Downloadable audiobooks
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, September 20, 2005 1:21 PM
To: 'salessupport@oclc.org'
Cc: 'cmears@recordedbooks.com'
Subject: RE: 1-26258121: Downloadable audiobooks

Nathan,

Has your contact been with Janet or Mr. Lawrence?

Jerry

-----Original Message-----
From: SalesRMS@oclc.org [mailto:SalesRMS@oclc.org]
Sent: Tuesday, September 20, 2005 1:13 PM
To: jhadley@recordedbooks.com
Cc: gharrison@netLibrary.com; jcmears@earthlink.net
Subject: RE: 1-26258121: Downloadable audiobooks

Hello Jerry

I have been working with them.  I am working one a set of instructions for their
patrons that will instruct them how to allow the referring URL to affiliate them
successfully.  It appears the problem lies with the firewall or security programs
the patrons have on their personal computers not allowing the referring URL through
to authenticate them.  I have our Second Level, Senior Support Analyst working with
some of these patrons via phone to create a resolution document.  I also am working
with Gillian on getting some help text out there on this.  This might take awhile as
this problem is with the patrons computers rather than a problem at the library.
So please communicate this, and assure those interested that we are working on it.

Sincerely,
Nathan
Senior Support Analyst
Customer Support Department
OCLC Inc.
email: support@oclc.org
phone: 800-848-5800


[THREAD ID:1-FM2GV]


-----Original Message-----

From:  jhadley@recordedbooks.com
Sent:  9/19/2005 02:53:21 PM
To:  <salessupport@oclc.org>
Subject:  FW: Downloadable audiobooks

Help!  I would appreciate it if someone could contact this library to help
resolve their problem.  Thanks.

Jerry Hadley
Recorded Books

-----Original Message-----
From: Craig Mears [mailto:jcmears@earthlink.net]
Sent: Monday, September 19, 2005 2:26 PM
To: Jerry Hadley
Subject: FW: Downloadable audiobooks

Page 1

Confidential                                                                    RB000489

RE 1-26258121 Downloadable audiobooks

Hi Jerry,

I'll give you a call about this.  I talked to the Director and they are
very unhappy.  They tell me that when many of their patrons try to access
the NetLibrary site the Create a Free Account option is not showing up.
This is happening about half the time.  Nathan Downing has been talking to
their tech person, and Nathan claims that this problem hasn't happened
anywhere else.  I know for sure that it has happened at Albany.

What should we do?  I am supposed to get back to Janet.  Is there someone
else that may be able to help?

Thanks,

Craig

Craig Mears
Regional Sales Manager
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, MD 20678
phone 1-800-638-1304 ext. 1314
local fax 651-698-5693
jcmears@earthlink.net


> [Original Message]
> From: Janet Huen <jhuen@poklib.org>
> To: <jcmears@earthlink.net>
> Date: 9/16/2005 2:15:44 PM
> Subject: Downloadable audiobooks
>
> Hi Craig-
> Could you please call Tom Lawrence-director of Poughkeepsie Public Library
> District on Monday at 485-3445 x3312 regarding our account.  Thanks. Have
a
> good weekend
>
> Janet E. Huen
> Assistant Director
> 93 Market Street
> Poughkeepsie, NY 12601
> 845-485-3445 x3327
> jhuen@poklib.org
>

Confidential                                                                       RB000490

FW Spam Score 5 Logo.txt

**From:** Mary Smith [msmith@recordedbooks.com]
**Sent:** Wednesday, September 28, 2005 10:40 AM
**To:** 'Jeanette Sontoski'
**Subject:** FW: [Spam Score: 5] Logo?

Follow Up Flag: Follow up
Flag Status: Green

Do you think the new logo will be on the site by 10/1?


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421



-------------------------------------------------------------------------

**From:** Ernest Bourne [mailto:EBourne@slco.lib.ut.us]
**Sent:** Monday, September 26, 2005 6:26 PM
**To:** Mary Smith
**Subject:** [Spam Score: 5] Logo?


Hate to bug you again, but it looks like our library logo isn't up yet. They have
the mascot up, but not the logo I sent you awhile back that goes above him. I'm just
trying to get everything squared away before we launch on the 1st.

Thanks!


Ernest Q. Bourne

Web Developer

Salt Lake County Library Services

801.944.7512

www.slco.lib.ut.us


-------------------------------------------------------------------------

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Monday, September 19, 2005 9:48 AM
**To:** Ernest Bourne
**Subject:** RE: Recorded Books/NetLibrary Downloadable Forms


Not a problem! I forwarded the new logo to OCLC/NetLibrary and they will post it on
your site as soon as possible.


Page 1

**Confidential**                                                                                                      **RB000491**

FW Spam Score 5 Logo.txt

Best,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


------------------------------------------------------------------------

From: Ernest Bourne [mailto:EBourne@slco.lib.ut.us]
Sent: Thursday, September 15, 2005 3:34 PM
To: Mary Smith
Subject: RE: Recorded Books/NetLibrary Downloadable Forms


I just noticed I sent you the wrong logo. I attached the correct one.


Thanks!


Ernest Q. Bourne

Web Developer

Salt Lake County Library Services

801.944.7512

www.slco.lib.ut.us

Confidential                                                    RB000492

FW Spam Score 5 WestportWest Palm Beach Problem
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Thursday, September 29, 2005 1:16 PM
To: 'gharrison@netlibrary.com'
Cc: 'Downingbt@aol.com'
Subject: FW: [Spam Score: 5] Westport/West Palm Beach Problem

Gillian,


Any word on the release of the solution for Westport/West Palm Beach?


This issue is having a detrimental effect on patron use at these libraries.  Some
potential users may be hard to get back.


Jerry



--------------------------------------------------------------------------

From: Gillian Harrison [mailto:gharrison@netlibrary.com]
Sent: Wednesday, September 21, 2005 10:14 AM
To: jhadley@recordedbooks.com
Subject: [Spam Score: 5] Westport/West Palm Beach Problem


Jerry – We have a fix in QA… we hit some snags during testing but everything is
looking better now and we're hoping for a Monday release.  I will let you know as
soon as the release is successful.


gillian


--

Gillian Harrison, MLIS

Sr. Manager, Library and Product Research

NetLibrary, a division of OCLC

4888 Pearl East Circle, Suite 103

Boulder, CO 80301

direct: 303.381.8723

toll free: 800.413.4557 x8723

fax: 303.381.8600

email: gharrison@netlibrary.com

Confidential                                                                    RB000493

FW Spam Score 5 WestportWest Palm Beach Problem

Confidential

RB000494

RE Spam Score 5 RE Spam Score 5 WestportWest Palm Beach Problem
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Thursday, September 29, 2005 1:40 PM
To: 'Gillian Harrison'
Subject: RE: [Spam Score: 5] RE: [Spam Score: 5] Westport/West Palm Beach Problem

Thanks, but released to whom?  How should I get the information to the affected libraries?


Jerry



--------------------------------------------------------------------------------

From: Gillian Harrison [mailto:gharrison@netlibrary.com]
Sent: Thursday, September 29, 2005 1:33 PM
To: Jerry Hadley
Cc: Brian Downing
Subject: [Spam Score: 5] RE: [Spam Score: 5] Westport/West Palm Beach Problem


Jerry – This problem has been fixed and was released on Tuesday.  I apologize for not getting to you on Tuesday, but I was out of the office ill.


gillian



--------------------------------------------------------------------------------

From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Thursday, September 29, 2005 11:16 AM
To: Gillian Harrison
Cc: Brian Downing
Subject: FW: [Spam Score: 5] Westport/West Palm Beach Problem


Gillian,


Any word on the release of the solution for Westport/West Palm Beach?


This issue is having a detrimental effect on patron use at these libraries.  Some potential users may be hard to get back.


Jerry



Page 1

Confidential

RB000495

RE Spam Score 5 RE Spam Score 5 WestportWest Palm Beach Problem
--------------------------------------------------------------------------------

From: Gillian Harrison [mailto:gharrison@netlibrary.com]
Sent: Wednesday, September 21, 2005 10:14 AM
To: jhadley@recordedbooks.com
Subject: [Spam Score: 5] Westport/West Palm Beach Problem


Jerry - We have a fix in QA... we hit some snags during testing but everything is
looking better now and we're hoping for a Monday release.  I will let you know as
soon as the release is successful.


gillian


--

Gillian Harrison, MLIS

Sr. Manager, Library and Product Research

NetLibrary, a division of OCLC

4888 Pearl East Circle, Suite 103

Boulder, CO 80301

direct: 303.381.8723

toll free: 800.413.4557 x8723

fax: 303.381.8600

email: gharrison@netlibrary.com

Page 2

Confidential                                                    RB000496

FW Severe Problems with NetLibrary Accounts

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Friday, September 30, 2005 9:22 AM
To: 'salessupport@oclc.org'
Cc: 'Patrick Deering'
Subject: FW: Severe Problems with NetLibrary Accounts

Nathan,


This sounds like an issue of the utmost urgency.  Can you find out what is going on
here and get back to me? I hope it is not related to what Gillian was working on re
the gateway page, but I fear the worst…


Jerry H.



-----------------------------------------------------------------------------

From: Patrick Deering [mailto:pdeering@landmarkaudio.com]
Sent: Thursday, September 29, 2005 6:26 PM
To: 'Jerry Hadley'
Subject: FW: Severe Problems with NetLibrary Accounts




-----------------------------------------------------------------------------

From: Smail Leslie A Ctr 1 SVS/SVMG [mailto:Leslie.Smail.ctr@langley.af.mil]
Sent: Thursday, September 29, 2005 1:04 PM
To: Jeanette Sontoski
Cc: libservices@oclc.org; info@NetLibrary.com; Dicecco Lorraine Ctr 1 SVS/Bateman
Library
Subject: Severe Problems with NetLibrary Accounts


Ms. Sontoski,

  Bateman Library's link to our NetLibrary account is not working, again.  We have
re-designed our website to prominently advertise our downloadable audiobooks
service; for which we pre-paid $10,000.00.  I am concerned that we are not getting
our money's worth of this service.

Apparently someone in OCLC or NetLibrary changed our access without notifying us.
Now I am getting customer complaints.

My customers are being blocked from even setting up a new account.  (See second
screen shot.)



Page 1


Confidential                                                      RB000497

FW Severe Problems with NetLibrary Accounts

This is the screen that now shows up when anyone tries to access our account.

At my first inclination that there was a problem I called OCLC Support and opened a Service Ticket (Service Tracking # 1-26585181) based on a problem noted by a customer.  His email was as follows:

" Good morning, Net Library is asking for me to log on, but I do not see the link where I can sign up for the "free account".  Would someone please provide some assistance on this matter?  Thank you in advance…"

 I apologized for NetLibrary again when I received another customer email:

"I went to the downloadable audio books, established an account and found that not a single book I selected was downloadable from our library.  Is there a trick I'm missing or is this feature really all hype? " (This one was from one of the members of the Headquarters staff who could evidently only get to e-books purchased by the Air Force.)

   a.. I need you to return our settings to what we agreed upon in February 2005. This is what we had last week:
http://www.netlibrary.com/UrlApi.aspx?msg=/ghQi8QL5gn4wGzk11YQB2nKRcB4C7ufG/W4r54716VyHkj7N31OPjX+btSBfYWMO+81xjv5qmyFCYMoCh4trrmXvSMSq4MWxslTNnNTCR0mZXQ9M2QmcGlkPTExMwAA

   a.. I need my service to stabilize so that I don't have to deal with customer complaints.
   b.. I need this fixed immediately or I will sincerely consider canceling this service and requesting a refund.

Sincerely,


Leslie Smail

Library Director

Bateman Library

FL4800 - 1SVS/SVMG

42 Ash Avenue

Langley AFB VA 23665

http://library.langley.accqolnet.org

Ph: 757-764-2906  DSN 574-2906

Fx: 757-764-3315  DSN 574-3315

Confidential                                                                    RB000498

RE Authentication for Recorded BooksNetLibrary Audiobooks.txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, October 03, 2005 2:50 PM
To: 'OCLC Customer Support'
Cc: 'Bollinger,Stephen'; 'Redman,Sarah'; 'Welscher,Catherine'; 'Knox,Sheryl Cormicle'
Subject: RE: Authentication for Recorded Books/NetLibrary Audiobooks

Follow Up Flag: Follow up
Flag Status: Green

Support:


Please respond to Capitol Area District suggestions and questions for their secure referring URL.


Thanks,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421



--------------------------------------------------------------------------------

From: Knox,Sheryl Cormicle [mailto:knoxs@cadl.org]
Sent: Monday, October 03, 2005 2:22 PM
To: Mary Smith
Cc: Bollinger,Stephen; Redman,Sarah; Welscher,Catherine
Subject: Authentication for Recorded Books/NetLibrary Audiobooks


Mary,


Thanks for your time today on the phone and for your efforts to connect us with a knowledgable tech support person at NetLibrary. We look forward to working with that person to find a solution to our remote authentication needs.


Stephen and I talked a little more after the call about our options, and one thing we decided to do is to clearly explain what we think an ideal authentication solution would be. It primarily needs to be easy to use for our patrons. It also needs to be, if not maintenance-free, at least manageable, on our end. This is offered in the spirit of creating the best product for everyone involved. Getting these audiobooks successfully into the headphones of our patrons is challenging enough, considering all the newness of dealing with the medium, without adding a layer of complexity around authentication.

Page 1

Confidential

RB000499

RE Authentication for Recorded BooksNetLibrary Audiobooks.txt

Here is a scenario describing the patron experience that we are shooting for: Patron is searching our catalog for an audiobook title. They find the title they are looking for and notice that we have a downloadable version. They decide, "Hey, I'll give it a try. The CD version is checked out." They click the link in our catalog and are transported to the NetLibrary web site directly to the detail page for the audiobook they are interested in. The NetLibrary site already knows that this user is associated with our library b/c the referring URL fits a pattern that identifies it as part of our catalog (this user is not yet authenticated, just associated with the correct NetLibrary subscribing institution). From that page, the patron clicks on "check out" or "download". They are presented with a web form in which they type their library card number. The patron is authenticated against our patron database. After the user is authenticated, the audiobook is "checked out" to the patron and a download dialog begins.

By the way, this is the experience our patrons have with a competing vendor (except for the automatic association with the library based on referring URL; instead, the user has to our library name from a drop down box). I think our statistics show that it is a more successful model than what we've been able to come up with so far with Recorded Books/NetLibrary. Our Selection Specialist, though, really likes your content catalog and wants to offer it to our patrons, too! So let's see how this experience may be possible:

>>First of all, the association with our library based on referring URL (remember this is not authentication yet), solves the problem we have when a patron, say a Michigan State University staff member, is using our catalog at work (thus has an IP address associated with MSU), clicks the link in the record and is informed that her library doesn't subscribe to that content. The problem being that the IP of her computer has been associated with the MSU Libraries' NetLibrary account, not ours.

>>To authenticate the patron, the NetLibrary site could query our patron database dynamically using SIP2 or alternatively, in our case, the Innovative Patron API. If some kind of NetLibrary account is required, it could be created automatically and invisibly to the user based on the data from the SIP or Patron API query. (This is what your competition does).

>>Alternatively for authentication, when the patron clicks "check out" or "download", the authentication process could be passed to a page on one of our servers. If NetLibrary provided us with the inputs they need returned to them, we could take care of authenticating our user, then pass it back to NetLibrary for further processing. I suppose, NetLibrary would likely make them create a user account on their system, which is not the optimum experience, but it may be acceptable.

>>We could proxy all the links from our catalog through our Innovative Web Access Mangement product. That is burdensome to us because we would have to manipulate and customize the URL in every MARC record we load, and I am reluctant to proxy the downloading of audiobooks that are all 100+ MBs. This is also inconvenient for patrons--my testing of that process resulted in terrible download performance. And I don't want to host all that traffic on my bandwidth if I don't have to.

Page 2

Confidential

RB000500

RE Authentication for Recorded BooksNetLibrary Audiobooks.txt

>>We could authenticate each user before passing them on to the NetLibrary site using a process that we create, then use NetLibrary's "Referring URL" method of authentication. That is burdensome to us because we would have to manipulate and customize the URL in every MARC record we load to point it to our authenticating page, as well as code the authentication mechanism. However, NetLibrary wouldn't have to change their product or do much, if anything, different than they already do to accommodate authentication. The downside for patrons is that they would still have to create an account on NetLibrary, even after already typing in their barcode. The downside of this for you trying to market this is that few libraries have the resources (or will or technical knowledge) to do this much work.


I hope this is helpful,

. . . . . . . . . .  .  .  .  .  .  .  .  .  .  .
Sheryl Cormicle Knox
Technology Director
Capital Area District Library
517.367.6347
www.cadl.org

    -----Original Message-----
    From: Mary Smith [mailto:msmith@recordedbooks.com]
    Sent: Friday, September 30, 2005 1:16 PM
    To: Bollinger,Stephen
    Cc: Redman,Sarah; Knox,Sheryl Cormicle
    Subject: RE: [Spam Score: 5] RE: Recorded Books/NetLibrary Downloadable Audiobooks

    That would be wonderful! I will be in from 8:30 to 4:30 EST on Monday. Let me know what time is best for all of you and I will block it out on my calendar.


    Thanks,

    Mary


    Mary Smith

    Recorded Books, LLC

    800-638-1304 ext.1421



--------------------------------------------------------------------------

    From: Bollinger,Stephen [mailto:bollingers@cadl.org]
    Sent: Friday, September 30, 2005 11:54 AM
    To: Mary Smith
    Cc: Redman,Sarah; Knox,Sheryl Cormicle
    Subject: [Spam Score: 5] RE: Recorded Books/NetLibrary Downloadable Audiobooks


    Hi Mary,

<div align="center">Page 3</div>

RE Authentication for Recorded BooksNetLibrary Audiobooks.txt

Thanks for contacting us.  We actually are keen to make the switch but have been struggling with some issues.  My boss, Sheryl Knox, will be necessary for this conversation and she is currently out of the office at a meeting.  Could we set up a time to call you on Monday?

Thanks,
-Steve

Stephen Bollinger
Internet Specialist
CAPITAL AREA DISTRICT LIBRARY
401 South Capitol Avenue
Lansing, MI  48901-7919
http://www.cadl.org/

-----Original Message-----
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, September 30, 2005 11:51 AM
To: Bollinger,Stephen
Cc: Redman,Sarah
Subject: Recorded Books/NetLibrary Downloadable Audiobooks

Hello Steve,


Sarah Redman suggested that we contact you in reference to setting up remote patron authentication for the downloadable audiobooks. Currently, your library is authenticating the patrons by the IP range of your library. This means that the patron must come to the library, set up an account at one of the public access computers, and then go home and download. Many libraries are using this process but Sarah thought circulations would improve if we allowed your patrons to set up the accounts from home. I would love to discuss this with you further. Please feel free to call me at your earliest convenience.


Best,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Page 4

Confidential

RB000502

                              problem at Sequoyah Regional
From: Jerry Hadley [jhadley@landmarkaudio.com]
Sent: Tuesday, October 04, 2005 11:56 AM
To: 'salessupport@oclc.org'
Subject: problem at Sequoyah Regional

Nathan,


Sequoyah Regional Library System just contacted us, and for a few days now they have
not been able to see a "Create a Free Account" screen.


The contact there is Nanette Kicker at 770-479-3090 x30.


They would appreciate some assistance, today if possible.


Thanks.


Jerry H.

Confidential                                                RB000503

FW Spam Score 5 RE problems with create an account on cobranded site
From: Jerry Hadley [jhadley@landmarkaudio.com]
Sent: Friday, October 07, 2005 12:52 PM
To: 'Gillian Harrison'
Subject: FW: [Spam Score: 5] RE: problems with create an account on cobranded site

I just heard of another library with the same problem – Grosse Pointe in MI – though
I have no more information on this one.  The contact name at the Huntington Woods
Library from yesterday's email is Jamie Richards (technical person) at 248-543-9720,
and the person who called from James Brown was the director Janice Trapp at
570-326-0536.

I hope this additional information is useful.

Jerry H.

-----------------------------------------------------------------------------

From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
Sent: Thursday, October 06, 2005 3:15 PM
To: 'Gillian Harrison'
Subject: RE: [Spam Score: 5] RE: problems with create an account on cobranded site

Thanks much.  We have heard from James V. Brown and Huntington Woods about this.

Jerry

-----------------------------------------------------------------------------

From: Gillian Harrison [mailto:gharrison@netlibrary.com]
Sent: Thursday, October 06, 2005 2:15 PM
To: Jerry Hadley; Jonathan Bahe
Cc: msmith@recordedbooks.com
Subject: [Spam Score: 5] RE: problems with create an account on cobranded site

Jerry – We are aware of the problem… we are still working with libraries to get
enough information and documentation to recreate, troubleshoot, and solve the issue.

gillian

-----------------------------------------------------------------------------

From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
                                    Page 1

Confidential                                                    RB000504

FW Spam Score 5 RE problems with create an account on cobranded site
Sent: Thursday, October 06, 2005 9:51 AM
To: Gillian Harrison
Cc: msmith@recordedbooks.com
Subject: problems with create an account on cobranded site


Gillian,


We have two libraries which have contacted us about problems with creating an
account from the cobranded site.  It is my understanding that OCLC has also been
contacted, and that they in turn made NL aware of it.


I just wanted to make certain that was correct, and that you had enough data to
investigate this problem.


Thanks.


Jerry

Confidential                                        RB000505

Logo for Seattle.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, December 05, 2005 2:53 PM
To: 'Jeanette Sontoski'
Subject: Logo for Seattle

Follow Up Flag: Follow up
Flag Status: Green

Attachments: SPL_vert_90x100.gif

Hi Jeanette,


I just got a call from Rachel Martin at Seattle that their new logo is missing from the website. Can you update with the attached logo?


Thanks,

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Page 1

Confidential                                                         RB000506

FW Spam Score 5 RE orders today.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Friday, December 16, 2005 2:36 PM
To: 'Ryan Lecky'
Subject: FW: [Spam Score: 5] RE: orders today

Follow Up Flag: Follow up
Flag Status: Green

Hi Ryan,


Jeanette mentioned below that she processed an order for New Haven Free. I do not
see them listed in the LRC. Can you tell me if the order has been processed?


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


------------------------------------------------------------------------

From: Jeanette Sontoski [mailto:jsontoski@netlibrary.com]
Sent: Thursday, December 15, 2005 6:42 PM
To: Mary Smith
Subject: [Spam Score: 5] RE: orders today


Hi Mary,


Thanks so much for taking care of this!


The libraries I ended up processing today are:


Benicia Public Library

Daveta Cooper

dcooper@ci.benicia.ca.us

707-746-4347


New Haven Free Public Library

Page 1

                                                                 RB000507

FW Spam Score 5 RE orders today.txt

Kristin Whitehead

kristin@nhfpl.org

203-946-8123


THAYER PUBLIC LIBRARY

David HINKLEY

dhinkley@ocln.org

(781)848-0405 4420


Lawrence Public Library

Charlee Glinka

eglinka@lawrence.lib.ks.us

785-843-3833

(We will need to call them for a Secure Referring URL)


Wayne Public Library

Jodi Treadway

treadwayj@waynepubliclibrary.org

973-694-4272


Adams County Library System

Rob Lesher

adamslib@cvn.net

(717) 334-0163


Sayerville Public Library

Denise Leight

dleight@lmxac.org

732-727-0212

(The gave us the wrong kind of IPs I sent them an email requesting external IPs and
asked them to send them to support so that they can enter them)


Page 2

Confidential                                                                 RB000508

FW Spam Score 5 RE orders today.txt

Simsbury Library

James Miller

jmiller@simsburylibrary.info

860-658-7663


Thompson Public Library

Alison Boutaugh

aboutaugh@thompsonpubliclibrary.org

860-923-9779


Ryan will let you know the ones that he processes while I'm gone.



Thanks!

Jeanette


-------------------------------------------------------------------------
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, December 15, 2005 10:16 AM
To: Jeanette Sontoski
Subject: RE: orders today


That's fine! Who should I send orders to next week for processing?


If I don't talk to you before the end of the day, Congratulations!!!! I'm sure you will have a wonderful day!


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421



-------------------------------------------------------------------------
From: Jeanette Sontoski [mailto:jsontoski@netlibrary.com]
Sent: Thursday, December 15, 2005 10:50 AM
To: Mary Smith

Page 3

Confidential

RB000509

FW Spam Score 5 RE orders today.txt

Cc: Jerry Hadley
Subject: orders today

Hi Mary,


I have about 15 or so orders to process today before I leave plus make sure the
people here have documentation and instructions would you by any chance have time to
do LRC setups and notify libraries that I process orders for today?  If not, I
totally understand.


Thanks,


Jeanette

Confidential

RE orders today.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, December 19, 2005 9:46 AM
To: 'Ryan Lecky'
Subject: RE: orders today

Follow Up Flag: Follow up
Flag Status: Green

I don't see either of these listed in the LRC.


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


------------------------------------------------------------------------------

From: Ryan Lecky [mailto:rlecky@netlibrary.com]
Sent: Friday, December 16, 2005 5:12 PM
To: Mary Smith
Subject: RE: orders today


Hello Mary,


Marshall County has been setup and we are setting up Highland Park right now as
well.


ryan


------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, December 16, 2005 8:11 AM
To: Ryan Lecky
Subject: RE: orders today


Hi Ryan,


Can you check on the setup status for the following accounts? I had faxed the info
to Jeanette a few days ago and I know that she was busy getting this finished before
her leave. If you could just provide me with an approx. date for  Marshall County
and Highland Park.

Confidential

RB000511

RE orders today.txt

Thanks so much,


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


-----------------------------------------------------------------------
From: Ryan Lecky [mailto:rlecky@netlibrary.com]
Sent: Thursday, December 15, 2005 3:52 PM
To: Mary Smith; Jeanette Sontoski
Cc: QATS Projects
Subject: RE: orders today


You can fax us at 303-381-8900 and put it to my attention.


Thanks,

ryan


-----------------------------------------------------------------------
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, December 15, 2005 11:55 AM
To: Jeanette Sontoski
Cc: QATS Projects
Subject: RE: orders today


Do you also have a fax number as most documents I receive are in paper form?


Thanks,

Mary


Mary Smith

Recorded Books, LLC

Confidential

RB000512

RE orders today.txt

800-638-1304 ext.1421

---------------------------------------------------------------------------

From: Jeanette Sontoski [mailto:jsontoski@netlibrary.com]
Sent: Thursday, December 15, 2005 12:51 PM
To: Mary Smith
Cc: QATS Projects
Subject: RE: orders today


Thanks Mary!


I'm going to have you send to QATSprojects@netlibrary.com.  I have someone there set
up to process the orders.  The timeframe may be a little slower as he is also
processing all eBooks orders just indicate if something is urgent.


I'll send you a list at the end of the day of the ones that I processed that need to
be contacted.  Thank you so much for doing this!




---------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, December 15, 2005 10:16 AM
To: Jeanette Sontoski
Subject: RE: orders today


That's fine! Who should I send orders to next week for processing?


If I don't talk to you before the end of the day, Congratulations!!!! I'm sure you
will have a wonderful day!


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


---------------------------------------------------------------------------
Page 3

Confidential

RB000513

RE orders today.txt

From: Jeanette Sontoski [mailto:jsontoski@netlibrary.com]
Sent: Thursday, December 15, 2005 10:50 AM
To: Mary Smith
Cc: Jerry Hadley
Subject: orders today

Hi Mary,

I have about 15 or so orders to process today before I leave plus make sure the
people here have documentation and instructions would you by any chance have time to
do LRC setups and notify libraries that I process orders for today?  If not, I
totally understand.

Thanks,

Jeanette

Confidential     RB000514

```
                          FW BCCLS.txt
```
From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, December 20, 2005 11:31 AM
To: 'Frank Bravo'
Cc: 'mwalker@recordedbooks.com'
Subject: FW: BCCLS

Follow Up Flag: Follow up
Flag Status: Green

I checked the LRC today and it doesn't appear that any of these accounts have been
fixed. Jeanette was going to try to have it done by the 16th (10 days after the
library requested it), but she must have ran out of time. The library has given us a
lot of leeway with this and it definitely needs to be done soon.


Do you have any idea who Jeanette might have asked to help her with us? If possible,
can I get a status on completion so I can relay it to the customer?


Thanks so much for your help!


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421


-------------------------------------------------------------------------------

From: Jeanette Sontoski [mailto:jsontoski@netlibrary.com]
Sent: Monday, December 12, 2005 3:57 PM
To: Mary Smith
Subject: RE: BCCLS


I'm going to see if I can have one of the girls here do it for me.  If you think we
can get a little extra time from them it would help but I'll do my best to have
someone take care of it.


-------------------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Monday, December 12, 2005 1:46 PM
To: Jeanette Sontoski

Confidential                                                      RB000515

FW BCCLS.txt

Subject: RE: BCCLS

Is this going to become a problem for you since the recent wedding development?

Let me know

Mary

Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

---

From: Jeanette Sontoski [mailto:jsontoski@netlibrary.com]
Sent: Wednesday, December 07, 2005 3:20 PM
To: Mary Smith
Subject: RE: BCCLS

Hi Mary,

That should be no problem.  Thanks for understanding!

Jeanette

---

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, December 07, 2005 1:00 PM
To: Jeanette Sontoski
Subject: RE: BCCLS

I figured it would take awhile, could we just make a point to have it done by Dec. 16?

Let me know if this is a problem.

Page 2

Confidential

RB000516

FW BCCLS.txt

Mary

Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

--------------------------------------------------------------------------------
From: Jeanette Sontoski [mailto:jsontoski@netlibrary.com]
Sent: Wednesday, December 07, 2005 2:32 PM
To: Mary Smith
Subject: RE: BCCLS


Hi Mary,


I won't have to turn off access in order to do this but it will take a substantial
amount of time, probably a couple of hours provided I can work on it exclusively.


I'll start on it as soon as I can but I have some other things I need to finish
first.


Thanks,

Jeanette


--------------------------------------------------------------------------------
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Wednesday, December 07, 2005 11:25 AM
To: Jeanette Sontoski
Subject: BCCLS


Thanks for getting this accounts setup! They would like to make a change. They no
longer want the code to appear on their home page. Can you change the Institution
Name for all the branches to indicate the full library name instead of the code. I
reattached the listing here.


About how long will this take? Do you have to disable service to the accounts to
make this change?

Page 3

Confidential

RB000517

FW BCCLS.txt

Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Confidential

RB000518

Geneva Public Library.txt

From: Mary Smith [msmith@recordedbooks.com]
Sent: Wednesday, December 21, 2005 3:00 PM
To: 'Jeanette Sontoski'
Cc: 'dwalsh@geneva.lib.il.us'
Subject: Geneva Public Library

Follow Up Flag: Follow up
Flag Status: Green

Hi Jeanette,


It appears as if the Geneva Public Library is missing the Pimsleur and Bible
collection from their site. Can you check to make sure that this was added? They did
receive these programs at "No Charge" based on their contract.


Thanks,


Mary


Mary Smith

Recorded Books, LLC

800-638-1304 ext.1421

Page 1

Confidential     RB000519

**Jerry Hadley**

| | |
|---|---|
| **From:** | Jerry Hadley [jhadley@recordedbooks.com] |
| **Sent:** | Friday, August 05, 2005 3:54 PM |
| **To:** | rrosy@netlibrary.com |
| **Cc:** | jpete90184@aol.com; Brian Downing; mgammon@netlibrary.com |
| **Subject:** | items for customer support |

Rich,

I spoke with Marge this afternoon, and since she indicated that you might be meeting with her I wanted to highlight some concerns that we discussed.

1) One of the primary complaints from libraries that I hear about the site is the search capability, and I understand from Marge that the new site design may have some of the same limitations. The cobranded site has better search functions, but there is currently no means to navigate between the two sites. While I am not in favor of patron use of the RB/NL site, for the sake of our customers we need a link asap which will allow that navigation until the search functions on the NL site are more complete.

2) Marge and I had a long discussion about the supported players list, and whether the site should appear to "endorse" a list of players. I don't understand the concern about endorsement - only that we are already up against the iPod issue, and it behooves us to make it easier to identify players that 1) will support the files and 2) possess some bookmarking functionality. Even if we can only place 2-3 players in each group, that would be more information than we now offer. This also should be put on a fast track, I believe. I attach the following comment from an librarian on 8/1:

"Can you find out what happened to the "constantly updated" list of supported devices? It was there last week, but completely different, and useless, content is now in its place. This is the biggest question we get and without this information we are less able to help our patrons."

3) Earlier, Marge and I had a brief discussion about the level and type of service on technical questions that might be available to customers. I am particularly interested in the period 30-45 days immediately after going live, and in cases (as has happened twice to me recently) where there is an "urgent need" such as a impending presentation or demonstration of the product. I am also working with OCLC support, to see what might be the best marriage between their capabilities and the level of customer service which our libraries expect.

4) Finally, Marge and I spoke about the text descriptions for the titles in the collection. She points out - correctly, it seems - that you have not received abstracts for all the titles. I wanted to relay to you and Marge our desire to proceed with what might be ready to post on the site, as soon as it is ready. The remaining abstracts are in the process of being provided.

Thanks for reading this rather long email. Let me know your thoughts.

Jerry H.

Jerry Hadley
Inside Sales Manager
Phone: 1-800-638-1304 x1336
Fax: 1-410-535-4298
Email: jhadley@recordedbooks.com

1

**Confidential**                                                                        **RB000520**

**From:** Downing,Nathan [downingn@oclc.org]
**Sent:** Wednesday, August 17, 2005 5:09 PM
**To:** Jerry Hadley
**Subject:** RE: West Palm Beach Public Library
it is more of a browser limitation than a problem with the service.

---

**From:** Jerry Hadley [mailto:jhadley@recordedbooks.com]
**Sent:** Wednesday, August 17, 2005 3:35 PM
**To:** Downing,Nathan
**Subject:** RE: West Palm Beach Public Library

This seems like such a workaround.  Is there no permanent fix?

-----Original Message-----
**From:** Downing,Nathan [mailto:downingn@oclc.org]
**Sent:** Wednesday, August 17, 2005 2:18 PM
**To:** Jerry Hadley; Lacy,Sue
**Cc:** Msmith
**Subject:** RE: West Palm Beach Public Library
**Importance:** High

Hi Jerry and Mary

What is funny about this is, that is the same thing we have to do in CSD when troubleshooting RPAs.
There is nothing else I can think of to suggest.  Sorry.

Deleting the cookies and cache is the only way to make this work.

Thanks
-Nathan

---

**From:** Jerry Hadley [mailto:jhadley@recordedbooks.com]
**Sent:** Wednesday, August 17, 2005 1:48 PM
**To:** Downing,Nathan; Lacy,Sue
**Cc:** Msmith
**Subject:** FW: West Palm Beach Public Library

Nathan/Sue,

I have contacted NetLibrary (Marge) about this issue as well.  Another library - Westport in CT - is being
inundated with patrons having the same problem.

Jerry H.
-----Original Message-----
**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Wednesday, August 17, 2005 10:25 AM
**To:** downingn@oclc.org
**Cc:** 'Jerry Hadley'
**Subject:** FW: West Palm Beach Public Library

Hi Nathan,

Any ideas on this yet?

file://C:\Documents and Settings\jh\My Documents\Westport-West Palm Beach 2.htm     6/29/2007

**Confidential**

**RB000521**

Mary

*Mary Smith*
Recorded Books, LLC
800-638-1304 ext.1421

---

**From:** Mary Smith [mailto:msmith@recordedbooks.com]
**Sent:** Thursday, August 11, 2005 3:47 PM
**To:** 'downingn@oclc.org'
**Subject:** West Palm Beach Public Library

Hi Nathan,

I was talking with Jerry Hadley regarding the following problem with West Palm Beach and he suggested that I emailed you to see if you can share any ideas.

They claim that patrons are sometimes getting the NetLibrary login page after going through their URL. I have been able to recreate this problem using both Opera and IE by going to netlibrary.com first and then going through their secure URL with a test barcode. It seems to me that the cookies are set to the Netlibrary login page and when they try to go through the proper channels (i.e. secure URL) they still receive the Login. I was able to fix the issue by deleting the cookies but is there any thing else that could be happening. Janice as WPB is trying to help the patrons with deleting the cookies but it becoming overwhelming. She has confirmed with each patron that is having a problem that they are first going to netlibrary.com and then they are trying to access the page through the secure URL.

I hope this makes sense. Let me know if you think we should be doing something different.

Thanks for your help,
Mary

*Mary Smith*
Recorded Books, LLC
800-638-1304 ext.1421

**Confidential**                                                              **RB000522**

**Jerry Hadley**

| | |
|---|---|
| **From:** | Jerry Hadley [jhadley@recordedbooks.com] |
| **Sent:** | Thursday, October 27, 2005 4:20 PM |
| **To:** | 'Saul Amdursky' |
| **Cc:** | 'Downingbt@aol.com'; 'JPete90184@aol.com'; 'Matt Walker' |
| **Subject:** | RE: Audiobook downloads |

Saul,

Thanks for your comments on the downloadable.  With the implementation of new technology the importance of various issues become more apparent, and the point about file size has been one of those issues.  We are considering ways to address it.

I do not know yet whether I will be at San Antonio, but someone will be there that can speak with some authority and knowledge about the program.

Let's stay in touch in the meantime.

Jerry Hadley
Recorded Books

-----Original Message-----
From: Saul Amdursky [mailto:saul.amdursky@fvrl.bc.ca]
Sent: Tuesday, October 25, 2005 4:20 PM
To: jhadley@recordedbooks.com
Subject: FW: Audiobook downloads

first try bounced

> -----Original Message-----
> From:     Saul Amdursky
> Sent:     Tuesday, October 25, 2005 1:08 PM
> To: 'Jerry Hadley '
> Cc: Kate Morley
> Subject:  Audiobook downloads
>
> Hi Jerry,
>
> Will you be in San Antonio in January?  I'd like to talk to you or someone from Recorded, NetLibrary or OCLC about the audiobook product.
>
> I know Kate has been working with you on some marketing issues and you've been very helpful and responsive.  My issue is more of a technical one.
>
> When you download a book it is downloaded as a single file without sections.  This appears to cause a problem both in the length of time it takes to download an item to computer and transfer it to an mp3 player as well as making bookmarking on an mp3 player fairly random.
>
> My experience using a Rio Carbon is that when I bookmark fairly early in a book that I repeat about 3-5 minutes of text.  As I get beyond the midway point in a 10 hour + book there is up to a 20 minute repeat of text.  If your commute is in the 30 minute range this is more than a little annoying.
>
> When I look at Overdrive and Audible I note that the downloads is in sections rather than a single file.  Both products bookmark accurately and seem to download faster.
>
> I know you plan to investigate players but I suspect how the product is delivered may be a bigger issue.
>
> Hope all is well by you.  Look forward to hearing from you.
>
> Saul J. Amdursky, C.A.O.

1

**Confidential**

**RB000523**

> Fraser Valley Regional Library
> 34589 Delair Road
> Abbotsford, BC V2S 5Y1
> 604-859-7141
> (fax) 604-859-4788
>
>

Confidential

RB000524

Janet Huen 1

From: Craig Mears [jcmears@earthlink.net]
Sent: Tuesday, February 21, 2006 3:04 PM
To: Jerry Hadley
Cc: walker100@verizon.net; Neil Bommele
Subject: FW: OCLC Bill

Importance: High

Hi Jerry,

Can you please help?  I remember that they were having problems.

Thanks,

Craig

Craig Mears
Regional Sales Manager
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, MD 20678
phone 1-800-638-1304 ext. 1314
local fax 651-698-5693
jcmears@earthlink.net


> [Original Message]
> From: Janet Huen <jhuen@poklib.org>
> To: <jcmears@earthlink.net>
> Date: 2/21/2006 11:43:18 AM
> Subject: OCLC Bill
>
> Dear Craig,
> Could you please pass this on to whomever?
>
> To Whom It May Concern:
>
> The Dutchess County Libraries offered Downloadable AudioBooks
> beginning August 1, 2005.  Almost immediately reports began coming it
> that a number
of
> patrons could not find the ▯create an account.▯ button.  By August 2,
> 2005 complaints about this problem from patrons began coming in.  OCLC
> Customer Support was contacted on August 8, 2005. Member libraries
> also contacted OCLC Customer Support.  This dialog continued for
> months.  Actually the problem still crops up.  The problem seems to be
> a conflict between NetLibrary and individual personal computers.  Some
> of the conflicts seem
to
> be intermittent and on other pc▯s it is persistent.  Judging by other
> libraries websites, this is a known problem with this product.  In my
> opinion, OCLC Customer Support acted like this was a new problem and
> we worked very diligently with them to resolve these issue, when, in
> fact,
the
> problem is firewall, antivirus, cookie issues on the patrons▯ own
computers.
>
> Many patrons and library directors were upset by these difficulties.
> Several libraries delayed putting it out to the public until these
> issues were better understood.  Emails and telephone calls were made
> almost daily to OCLC Customer Support for a month and a half.
                          Page 1

Confidential

RB000525

Janet Huen 1
> Therefore, we asking for our contract to begin on October 1, 2005.
>
> Janet E. Huen
> Assistant Director
> 93 Market Street
> Poughkeepsie, NY 12601
> 845-485-3445 x3347
> jhuen@poklib.org
>

Page 2

**Confidential**

**RB000526**

## Jerry Hadley

**From:** Jerry Hadley [jhadley@recordedbooks.com]
**Sent:** Tuesday, March 20, 2007 8:40 AM
**To:** 'Scott Wasinger'
**Subject:** RE: Instructions for The NetLibrary Library Resource Center - Library Center at Rappahannock Community College

Scott,

Yes, I would like to talk about this. I am calling April today at 3pm eastern, perhaps we can speak just after.

Jerry

---

**From:** Scott Wasinger [mailto:swasinger@netlibrary.com]
**Sent:** Monday, March 19, 2007 6:27 PM
**To:** Jerry Hadley
**Subject:** FW: Instructions for The NetLibrary Library Resource Center - Library Center at Rappahannock Community College

Jerry,

FYI. Please let me know if you would like to discuss.

Thanks,
Scott

---

**From:** April Driver
**Sent:** Thursday, March 15, 2007 2:06 PM
**To:** Scott Wasinger
**Cc:** Zoie Mellios; Natalie Jones
**Subject:** FW: Instructions for The NetLibrary Library Resource Center - Library Center at Rappahannock Community College

Scott,

As we discussed, I met with Zoie and Natalie this morning. The Academic Popular Fiction Collection has never been updated although we promoted that 10 titles would be added monthly. It seems based on the email below that Jerry will be able to provide titles monthly to add. Natalie will need the information in the metadata regarding what collection to add the content to. She said that Susan Clark at RB handles the metadata. Natalie also said that RB may contact her if they have questions regarding the information she will need in order to add the content to the appropriate collection.

In addition, I am going to ask Christine and Sean to remove any mention of a specific number of titles being added to any RB collection from the sell sheets and library portal.

Thank you for handling this issue.

April

---

**From:** Zoie Mellios
**Sent:** Thursday, March 15, 2007 11:22 AM
**To:** Scott Wasinger

6/28/2007

**Confidential**

**RB000527**

Cc: April Driver
Subject: FW: Instructions for The NetLibrary Library Resource Center - Library Center at Rappahannock
Community College

Hi Scott,

April asked me to forward this to you.  She will be by to discuss.

Thanks,
Zoie

From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
Sent: Tuesday, March 13, 2007 10:28 AM
To: Zoie Mellios
Cc: Carla Evans (Recorded Books)
Subject: FW: Instructions for The NetLibrary Library Resource Center - Library Center at Rappahannock
Community College

Zoie,

I have received tentative approval on our side to grow this collection by 5 titles/month.

I think that Maureen K. was the lead person on this collection, but who would now be the person on your end to
bring into the conversation about this change?

Jerry

From: ELLIOTT Tracy [mailto:TELLIOTT@rcc.vccs.edu]
Sent: Tuesday, March 13, 2007 11:37 AM
To: Zoie Mellios
Cc: Jerry Hadley; Mary Smith
Subject: RE: Instructions for The NetLibrary Library Resource Center - Library Center at Rappahannock
Community College

I'm not sure who to ask about this, but I was told that we could see at least an additional 10 titles per month.  Our
subscription started Dec. 1 with 126 titles, and we still only have access to 126 titles.

Tracy Ann Elliott
Dean of Learning Resources, RCC and
Director, Richmond County Public Library
Rappahannock Community College
52 Campus Drive
Warsaw, VA 22572
804-333-6716

From: Zoie Mellios [mailto:zmellios@netlibrary.com]
Sent: Monday, December 04, 2006 11:53 AM
To: ELLIOTT Tracy
Cc: Jerry Hadley; Mary Smith
Subject: Instructions for The NetLibrary Library Resource Center - Library Center at Rappahannock Community
College

Hello Tracy,

6/28/2007

Confidential

RB000528

Thank you for your subscription to Audiobooks.  **Library Center at Rappahannock Community College's** access to Downloadable Audiobooks is now on. Your official subscription start date is **December 1st**.

Now that your library's Downloadable Audiobooks subscription has been fulfilled and is live, you might be wondering how you can retrieve usage statistics on your new collection.  In the Library Resource Center you can run collection reports, manage user accounts, and more. We have created a NetLibrary user account with administration privileges for you. You may use this account to log into the Library Resource Center as well as the NetLibrary site .

Your login information is as follows:
Username:   Telliott2
Password:    LCRCCV

Attached is a document outlining how to retrieve usage statistics via the Library Resource Center (www.netlibrary.org/resourcecenter).

To view your eAudiobook content go to www.netlibrary.org, and enter the user information provided in this email.  If the log in section does not appear click the login link in the upper right hand section of the page and enter your user information.  Once you are logged in you can search for Audiobooks in your collection.

Our Support team is available to you and your patrons should you have any questions. You can reach OCLC support at support@oclc.org or by calling 1-800-848-5800.

Thank you,

Zoie Mellios
Product Support Specialist, Library Services
NetLibrary, a division of OCLC

6/28/2007

**Confidential**

**RB000529**