# EXHIBIT F

Dockets.Justia.com

Iowa City
From: Jerry Hadley [jhadley@landmarkaudio.com]
Sent: Tuesday, December 13, 2005 1:41 PM
To: 'Gillian Harrison'
Cc: 'JPete90184@aol.com'
Subject: Iowa City

Gillian,


I called and left a VM earlier.


Have you any update re the status of Iowa City's set up for downloadable?


Jerry

Confidential                                                    RB000208

RE SpS 5 RE Downloadable service
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Wednesday, February 08, 2006 2:59 PM
To: 'Ivy Armagost'
Subject: RE: [SpS: 5] RE: Downloadable service

Thanks for your information.  Jeanette also told me that all was ready to proceed.


Jerry Hadley




------------------------------------------------------------------------------
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Wednesday, February 08, 2006 2:06 PM
To: Jerry Hadley
Cc: Ivy Armagost
Subject: [SpS: 5] RE: Downloadable service


I would be happy to provide you an update. I am not so much a tech person, but a
Project Manager. There are other technical resources assigned to this project.
NetLibrary and the CybraryN software people (Computers by Design) have concluded our
internal testing. Iowa City Public Library has volunteered to beta test the software
with us. Computers by Design will provide software and training to Hal Penick, the
tech contact at Iowa City. NetLibrary will provide Hal with a URL to our QA
environment. We will beta test the software in this environment. This should
commence the week of February 13th.


Ivy Armagost

Project Manager

NetLibrary, A division of OCLC

303-381-8725 Voice

303-381-8899 Fax

iarmagost@netlibary.com




------------------------------------------------------------------------------
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Wednesday, February 08, 2006 10:59 AM
To: Ivy Armagost
Cc: jhadley@recordedbooks.com
Subject: Downloadable service

Ivy,

Confidential

RB000209

RE SpS 5 RE Downloadable service

I am the administrator in the home office of Recorded Books who oversees the set up and ongoing administration of the service for libraries.

It is my understanding that you are the tech person overseeing the contact between NetLibrary and Iowa City for the downloadable eaudiobook service, in the process of providing barcode authentication by means of the new CybraryN software.  I am aware that this process has been ongoing.

If you have the time, could you let me know briefly where you and Iowa City are in this process?

Thanks.


Jerry Hadley

Recorded Books

**Confidential**

**RB000210**

RE Patron Authentication

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, May 23, 2006 3:54 PM
To: 'Scott Wasinger'
Cc: 'mwalker@recordedbooks.com'
Subject: RE: Patron Authentication

Scott,


The IT person at Iowa just returned from a four day absence, and is still not able
to access via Firefox browser.  The authenticatioin works fine with Explorer, as it
did before.


Ivy told me just today that a test solution for the other outstanding authentication
problem had been sent to Iowa today for testing this week.


It appears that this library's order for service is close to being fulfilled, but
not completely.


Jerry


--------------------------------------------------------------------------------

From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Monday, May 15, 2006 4:15 PM
To: Matt Walker; Brian Downing; Rich Rosy
Cc: Maureen Kanwischer; Gillian Harrison; jhadley@recordedbooks.com
Subject: RE: Patron Authentication


Matt,


The definitive confirmation I received today is that it is working, and there are no
outstanding issues to be resolved.  Why the library has not yet updated the
messaging on their site, I do not know.  We are looking into and will advise.


Scott


--------------------------------------------------------------------------------

From: Matt Walker [mailto:walker100@verizon.net]
Sent: Monday, May 15, 2006 12:13 PM
To: Scott Wasinger; Brian Downing; Rich Rosy
Cc: Maureen Kanwischer; Gillian Harrison; jhadley@recordedbooks.com
Subject: RE: Patron Authentication

Confidential

RB000211

RE Patron Authentication

Scott,

I was on the Iowa City Site ten seconds ago and this is what it says.

We apologize for the delay in introducing access to downloadable audiobooks. We are working with our vendor to make login with our library card barcodes functional. We are hopeful the postponement won't last much longer. Watch this space for news.

What do you mean by up and running? Is it working in house but not through their website?

Matt Walker

National Sales Director

Recorded Books

Office 800-638-1304 x1323

Cell 410-991-7682

Fax 410-535-6347

---------------------------------------------------------------------------------

From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Monday, May 15, 2006 12:39 PM
To: Brian Downing; walker100@verizon.net; Rich Rosy
Cc: Maureen Kanwischer; Gillian Harrison; jhadley@recordedbooks.com
Subject: RE: Patron Authentication

To confirm, the Iowa City Public Library beta is up and running.  They had one outstanding question on an unusual Firefox browser use case issue, which was resolved last week.

We have also received an order from Wauconda Area Library which is in the process of being fulfilled.

If you would still like to schedule a call to address any outstanding questions or concerns, we are happy to participate.

Thanks,
Scott

Page 2

**Confidential**

**RB000212**

RE Patron Authentication

---------------------------------------------------------------------------------

From: Downingbt@aol.com [mailto:Downingbt@aol.com]
Sent: Monday, May 15, 2006 7:03 AM
To: walker100@verizon.net; Rich Rosy
Cc: Maureen Kanwischer; Scott Wasinger; Gillian Harrison; jhadley@recordedbooks.com
Subject: Re: Patron Authentication


Maybe we should schedule a call to discuss the status and what we should be saying
to customers?  Sound good?  Matt, can you coordinate?

  Brian and Rich,


  To my knowledge we do not have one library in the country that has successfully
implemented the new authentication program. I have instructed our sales force to
only talk about it if they have to and then in the most general terms (i.e. we are
working on something). We need to make this work to maintain our position against
Overdrive and keep our customers satisfied and willing to continue to invest.


  What is the status and what are we doing to fix it?


  Matt Walker

  National Sales Director

  Recorded Books

  Office 800-638-1304 x1323

  Cell 410-991-7682

  Fax 410-535-6347



Brian T. Downing
Publisher
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, Maryland 20678
phone 410.535.5590 ext. 1147
fax 202.318.3242




Page 3

**Confidential**

**RB000213**

Update for Iowa City
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Monday, August 14, 2006 1:26 PM
To: 'Scott Wasinger'
Cc: 'Matt Walker'; 'Paul Gillespie'
Subject: Update for Iowa City

Scott,

Iowa City has still not launched their service, because they are waiting for a
solution to access for those users without Explorer.

To my knowledge, Hal at Iowa City has not been informed that the license acquisition
redesign that Ivy mentions in her email has been scheduled.

Our sales force has not been selling this product because of the difficulties with
implementation that remain unsolved.  All inquiries are being referred to OCLC
support.

Jerry

-----Original Message-----
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Friday, July 14, 2006 11:53 AM
To: Hal Penick
Subject: RE: Update

You're correct, ticketing is active otherwise I wouldn't have included it.

We are getting ready to release NetLibrary 4.0 on July 31st. Since we are in a
development/release freeze I am unable to schedule this until after 7/31. The
positive aspect of this is that we have some additional functionality associated
with browsing eAudiobooks by subject. We'll get the license acquisition redesign in
as soon as possible after 7/31.

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Wednesday, July 12, 2006 3:06 PM
To: Ivy Armagost
Subject: Fwd: Update

Hi Ivy,
I passed this redesign out to some others in the crew, and received no feedback. I
think it works pretty well. I wondered if you still use "tickets" for license
acquisition? I looked around on the NetLibrary website and saw a referral to a link
where one could purchase a ticket online, but could never find the link. Just
thought if it was no longer a viable means to acquire a license that it could be
removed.

Other than that, I think this should work. Of course, it will not be until people
actually start using it that we will know if it needs any more tweaking, but it
seems workable to me.

Thanks,

Hal
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240

                                    Page 1

**Confidential**                                                    **RB000214**

(319) 887-6035
hpenick@icpl.org

Update for Iowa City

Confidential

RB000215

RE Update for Iowa City

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Monday, August 28, 2006 9:14 AM
To: 'Scott Wasinger'
CC: 'Matt Walker'
Subject: RE: Update for Iowa City

Scott,

Yes, we did discuss last week.  You were going to discover why their launch was delayed.

You were also going to share with us which public libraries had ordered the new authentication.

Jerry

-----Original Message-----
From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Sunday, August 27, 2006 11:37 PM
To: Jerry Hadley
Subject: RE: Update for Iowa City

Jerry,

I think we discussed but to be sure -- Iowa City is now happy with the authentication server. They are updating their interface and help text before they will launch.  They are to get back to us soon (after meetings on update requirements)with an estimated launch date.

Scott

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, August 14, 2006 11:26 AM
To: Scott Wasinger
CC: 'Matt Walker'; 'Paul Gillespie'
Subject: Update for Iowa City

Scott,

Iowa City has still not launched their service, because they are waiting for a solution to access for those users without Explorer.

To my knowledge, Hal at Iowa City has not been informed that the license acquisition redesign that Ivy mentions in her email has been scheduled.

Our sales force has not been selling this product because of the difficulties with implementation that remain unsolved.  All inquiries are being referred to OCLC support.

Jerry

-----Original Message-----
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Friday, July 14, 2006 11:53 AM
To: Hal Penick
Subject: RE: Update

You're correct, ticketing is active otherwise I wouldn't have included it.

We are getting ready to release NetLibrary 4.0 on July 31st. Since we are in a development/release freeze I am unable to schedule this until after 7/31. The positive aspect of this is that we have some additional functionality associated

Page 1

**Confidential**

**RB000216**

RE Update for Iowa City
with browsing eAudiobooks by subject. We'll get the license acquisition redesign in as soon as possible after 7/31.

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Wednesday, July 12, 2006 3:06 PM
To: Ivy Armagost
Subject: Fwd: Update

Hi Ivy,
I passed this redesign out to some others in the crew, and received no feedback. I think it works pretty well. I wondered if you still use "tickets" for license acquisition? I looked around on the NetLibrary website and saw a referral to a link where one could purchase a ticket online, but could never find the link. Just thought if it was no longer a viable means to acquire a license that it could be removed.

Other than that, I think this should work. Of course, it will not be until people actually start using it that we will know if it needs any more tweaking, but it seems workable to me.

Thanks,

Hal
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org

Confidential

RB000217

FW eAudio still NOT working

From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, January 16, 2007 2:58 PM
To: 'Scott Wasinger'
Cc: 'Mary Smith'; 'Matt Walker'; 'Paul Gillespie'
Subject: FW: eAudio still NOT working

Attachments: eAudioError.jpg

Scott,

As we discussed, a contact from your technical people today would be well received
at the library - Iowa City.

Jerry

-----Original Message-----
From: Paul Gillespie [mailto:pgillespie@recordedbooks.com]
Sent: Tuesday, January 16, 2007 2:54 PM
To: Jerry Hadley
Subject: FW: eAudio still NOT working


Paul Gillespie
Recorded Books, LLC
fax (319) 358-7538
(800) 638-1304 X1319
pgillespie@recordedbooks.com

-----Original Message-----
From: Kara Logsden [mailto:KLOGSDEN@icpl.org]
Sent: Friday, January 12, 2007 3:16 PM
To: pgillespie@recordedbooks.com
Subject: Fwd: eAudio still NOT working

FYI ~~ Kara

>>> Hal Penick 1/12/2007 10:05 am >>>
We are working with a different person at OCLC to try and resolve our
eAudio download problems. Currently anyone using the service receives an
error message from NetLibrary (attached) after they enter they enter
their barcode and password at our site. I will keep you posted.

thanks,
Hal

ps. Sorry form the "Urgent" tag, but this is a really popular service
and I am sure people will be calling. - hp

Confidential

RB000218

FW eAudio downloading not working
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, January 16, 2007 2:59 PM
To: 'Scott Wasinger'
Subject: FW: eAudio downloading not working

Scott,

This email predates the one just sent.

Jerry

-----Original Message-----
From: Paul Gillespie [mailto:pgillespie@recordedbooks.com]
Sent: Tuesday, January 16, 2007 2:54 PM
To: Jerry Hadley
Subject: FW: eAudio downloading not working


Paul Gillespie
Recorded Books, LLC
fax (319) 358-7538
(800) 638-1304 x1319
pgillespie@recordedbooks.com

-----Original Message-----
From: Kara Logsden [mailto:KLOGSDEN@icpl.org]
Sent: Friday, January 12, 2007 3:17 PM
To: pgillespie@recordedbooks.com
Subject: Fwd: eAudio downloading not working

FYI ~~ Kara

>>> Hal Penick 1/11/2007 4:55 pm >>>
In case someone should ask:

We are currently receiving a login error message from the NetLibrary
site when someone tries to download an eAudiobook. Everything looks
normal at our end. We have an call placed with the NetLibrary tech
support to resolve the issue. As of 5pm 1/11 it is still not working.

Hal
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org

Page 1

Confidential

RB000219

FW Re eAudio and Wednesday Training
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Tuesday, January 16, 2007 3:00 PM
To: 'Scott Wasinger'
Subject: FW: Re: eAudio and Wednesday Training

Scott,

And this is the most recent communication from the library to the sales rep,
indicating the cancellation of a training session on account of this problem.

Jerry

-----Original Message-----
From: Kara Logsden [mailto:KLOGSDEN@icpl.org]
Sent: Tuesday, January 16, 2007 1:05 PM
To: pgillespie@recordedbooks.com
Subject: Fwd: Re: eAudio and Wednesday Training

Paul ~~ FYI ~~ This is so frustrating!  Kara

>>> Hal Penick 1/16/2007 12:32 pm >>>
I have not spoken with anyone at OCLC other than front line support.
Was put on hold when person I spoke with this morning tried to contact 2nd tier
support. Eventually (after a concerto) the phone went dead (no dial tone though).
Called back and after identifying myself was told to that they were working on the
problem and that I should contact the ICPL Reference Desk for more information.
Explained that I was working with another person a few minutes earlier and was
transferred to him. He said he would contact me as soon as he was able to contact
2nd tier.

I would not expect anything by 3pm.

>>> On 1/16/2007 at 12:13 PM, in message
<45ACC186.EA1D.0019.0@icpl.org>, Kara
Logsden wrote:
> Hi Hal ~~
>
> At 3:00 I need to make a decision about proceeding with the training
>
> tomorrow or canceling.  Any progress on eAudio today?
>
> Thanks!
> Kara
>

Confidential

RB000220

FW SpS 5 RE NetLibrary authentication problem at ICPL
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Wednesday, January 17, 2007 12:27 PM
To: 'Scott Wasinger'
Subject: FW: [SpS: 5] RE: NetLibrary authentication problem at ICPL

Scott,

Here is another email from Iowa City.

Jerry

-----Original Message-----
From: Shawn Thomas [mailto:sthomas@netlibrary.com]
Sent: Wednesday, January 17, 2007 12:06 PM
To: Hal Penick
Cc: Kara Logsden; Susan Craig; pgillespie@recordedbooks.com;
jhadley@recordedbooks.com
Subject: [SpS: 5] RE: NetLibrary authentication problem at ICPL

Hi Hal,
The input on our end by two developers is as follows:

Dev. #1 - Emily) "...it is a problem on CybraryN's end.  The encrypted security
string being passed is not the correct length therefore we cannot decrypt it.  It is
my understanding that they made a code change on their end last week and apparently
something was changed."

Dev. #2 - Will) "There's not too much more to it than that, really.  The string that
was included in the email Emily forwarded me is an invalid length and can't be
decrypted.  There's no way to tell if it's too long or too short but as our codebase
for the URL API hasn't changed I'm confident the problem is on their end."

Hal, Let me know what else I can do to assist you other than getting Computers by
Design to get off the phone and call you back:-) Shawn

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Wednesday, January 17, 2007 9:32 AM
To: Shawn Thomas
Cc: Kara Logsden; Susan Craig
Subject: NetLibrary authentication problem at ICPL

Hi Shawn,

Thanks for the email. I think the biggest problem has been the lack of
communications about the status of the problem resolution. Yesterday and today I
called tech support at Computers by Design. Both times I was told the engineer I
needed to deal with (Mike Williams is no longer with
them) was on the phone with another customer and that he would call me back. So far,
no word.

The error message we are receiving from NetLibrary states, "A problem has occurred
while processing your request. The problem has been logged so that it can be
corrected. We apologize for the inconvenience." I would hope that the log files
would be able to share some light on why we are not able to login.

The log files on our CybraryN server of the authentication process do not indicate
any errors; the user authentication with the ILS passes and a url is created that
tries to contact http://www.netlibrary.com/urlapi.aspx? with an encrypted string.

For troubleshooting purposes, we did install recommended Microsoft updates to the
Server 2003 platform around the time we started having problems (Jan 11 about 1pm).

Confidential                                                            RB000221

FW SpS 5 RE NetLibrary authentication problem at ICPL
Personally, I think they are suspect but I need to have someone who knows the
product take a look at it to see what might have happened. It might just save some
other customers a headache.

Thanks again for your note,

Hal

ps. - Still no word from Computers By Design.  Must be still on the phone.
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org


>>> On 1/16/2007 at 5:24 PM, in message
<EEA2B3C9BED36642AA339E0F4505B32901F31D53@mailman2.netlibrary.com>,
"Shawn
Thomas" <sthomas@netlibrary.com> wrote:
> Hi Hal,
> I am sorry your eAudiobook problem is taking longer than we'd like.
One
> of our developers is going to take a quick look at it to see if there
is
> an easy answer.  If that isn't the case, it will likely be tomorrow
or
> Thursday before we can look into it in more detail.  I understand
that
> you are frustrated and we will get you a solution as quickly as
> possible.
> Thanks in advance for your patience!
>
> Shawn Thomas
> QATS Support
> NetLibrary
> 4888 Pearl East Circle, Suite 103
> Boulder, CO 80301
> 303.381.8752
> sthomas@netlibrary.com

Confidential

RB000222

**Jerry Hadley**

From:          Jerry Hadley [jhadley@landmarkaudio.com]
Sent:          Wednesday, January 17, 2007 1:37 PM
To:            'Scott Wasinger'
Subject:       RE: [SpS: 5] FW: NetLibrary authentication problem at ICPL

Scott,

Thanks for the response.

My concern is to have someone (from NL?) helping to drive this process a bit harder, so
that the customer is not left feeling that they are not being helped - see the last
sentence of Shawn's message.  CBD may be the actual vendor, but we are all affected by
their performance.

Jerry

-----Original Message-----
From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Wednesday, January 17, 2007 1:22 PM
To: Jerry Hadley
Subject: [SpS: 5] FW: NetLibrary authentication problem at ICPL

Jerry,

Based on Hal's message immediately below, we understand that Iowa City is now working with
CBD to resolve.

Regards,
Scott

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Wednesday, January 17, 2007 10:16 AM
To: Shawn Thomas
Cc: Barb Black; Jay Beattie; Kara Logsden; Susan Craig
Subject: RE: NetLibrary authentication problem at ICPL

Excellent feedback. Makes sense to me, although as far as I know they have not changed
anything on our server; wonder where they made the code change? I work a split shift today
but will give CBD someone else to contact.

Thanks again,

Hal

>>> On 1/17/2007 at 11:06 AM, in message
<EEA2B3C9BED36642AA339E0F4505B32901F31E60@mailman2.netlibrary.com>,
"Shawn
Thomas" <sthomas@netlibrary.com> wrote:
> Hi Hal,
> The input on our end by two developers is as follows:
>
> Dev. #1 - Emily) "...it is a problem on CybraryN's end.  The
encrypted
> security string being passed is not the correct length therefore we
> cannot decrypt it.  It is my understanding that they made a code
change
> on their end last week and apparently something was changed."
>
> Dev. #2 - Will) "There's not too much more to it than that, really.
The
> string that was included in the email Emily forwarded me is an

1

**Confidential**                                                                    **RB000223**

invalid
> length and can't be decrypted.  There's no way to tell if it's too long
> or too short but as our codebase for the URL API hasn't changed I'm
> confident the problem is on their end."
>
> Hal, Let me know what else I can do to assist you other than getting
> Computers by Design to get off the phone and call you back:-) Shawn
>
>
> -----Original Message-----
> From: Hal Penick [mailto:HPENICK@icpl.org]
> Sent: Wednesday, January 17, 2007 9:32 AM
> To: Shawn Thomas
> Cc: Kara Logsden; Susan Craig
> Subject: NetLibrary authentication problem at ICPL
>
> Hi Shawn,
>
> Thanks for the email. I think the biggest problem has been the lack of
> communications about the status of the problem resolution. Yesterday and
> today I called tech support at Computers by Design. Both times I was
> told the engineer I needed to deal with (Mike Williams is no longer with
> them) was on the phone with another customer and that he would call me
> back. So far, no word.
>
> The error message we are receiving from NetLibrary states, "A problem
> has occurred while processing your request. The problem has been logged
> so that it can be corrected. We apologize for the inconvenience." I
> would hope that the log files would be able to share some light on why
> we are not able to login.
>
> The log files on our CybraryN server of the authentication process do
> not indicate any errors; the user authentication with the ILS passes and
> a url is created that tries to contact
> http://www.netlibrary.com/urlapi.aspx? with an encrypted string.
>
> For troubleshooting purposes, we did install recommended Microsoft
> updates to the Server 2003 platform around the time we started having
> problems (Jan 11 about 1pm). Personally, I think they are suspect but I
> need to have someone who knows the product take a look at it to see what
> might have happened. It might just save some other customers a headache.
>
> Thanks again for your note,
>
> Hal
>
> ps. - Still no word from Computers By Design.  Must be still on the
> phone.

2

**Confidential**

# Redacted

From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Wednesday, February 08, 2006 1:59 PM
To: pgillespie@recordedbooks.com; JPete90184@aol.com
Subject: FW: [SpS: 5] RE: Downloadable service


FYI


From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Wednesday, February 08, 2006 2:06 PM
To: Jerry Hadley
Cc: Ivy Armagost
Subject: [SpS: 5] RE: Downloadable service


I would be happy to provide you an update. I am not so much a tech person, but a Project Manager. There are
other technical resources assigned to this project. NetLibrary and the CybraryN software people (Computers by
Design) have concluded our internal testing. Iowa City Public Library has volunteered to beta test the software
with us. Computers by Design will provide software and training to Hal Penick, the tech contact at Iowa City.
NetLibrary will provide Hal with a URL to our QA environment. We will beta test the software in this
environment. This should commence the week of February 13th.

**Confidential**                                                                                      **RB000544**

Ivy Armagost

Project Manager

NetLibrary, A division of OCLC

303-381-8725 Voice

303-381-8899 Fax

iarmagost@netlibary.com

––––––

From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Wednesday, February 08, 2006 10:59 AM
To: Ivy Armagost
Cc: jhadley@recordedbooks.com
Subject: Downloadable service

Ivy,

.

I am the administrator in the home office of Recorded Books who oversees the set up and ongoing administration of the service for libraries.

It is my understanding that you are the tech person overseeing the contact between NetLibrary and Iowa City for the downloadable eaudiobook service, in the process of providing barcode authentication by means of the new CybraryN software. I am aware that this process has been ongoing.

If you have the time, could you let me know briefly where you and Iowa City are in this process?

Thanks.

Jerry Hadley

Recorded Books

# Redacted

From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Thursday, April 20, 2006 11:24 AM
To: Jerry Hadley; Gillian Harrison
Cc: Paul Gillespie
Subject: [SpS: 5] RE: Iowa City

He has not provided me with the same feedback. I will contact him.

From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
Sent: Thursday, April 20, 2006 9:03 AM
To: Ivy Armagost; Gillian Harrison
Cc: 'Paul Gillespie'
Subject: Iowa City

Ivy/Gillian,

Our IA sales rep just called me with some news from Iowa City, as he had just spoken with Hal.

As Hal described it, the system seems not to be recognizing individual users, so that all checkouts are being dumped into one account. He is unsure whether this is a problem for Cyb or NL.

**Confidential**

Can someone please contact him immediately?  Thanks.


Jerry Hadley

Recorded  Books

# Redacted

From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
Sent: Thursday, April 20, 2006 11:50 AM
To: 'Paul Gillespie'
Subject: FW: [SpS: 5] RE: [SpS: 5] RE: Iowa City

FYI

From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Thursday, April 20, 2006 12:47 PM
To: Jerry Hadley
Cc: Gillian Harrison
Subject: [SpS: 5] RE: [SpS: 5] RE: Iowa City

Sure. I am sorry to hear they are experiencing problems. I just spoke with Hal who has explained the situation. I have escalated to CBD (CybraryN) and our technical staff here at NetLibrary for troubleshooting & expect a resolution shortly.

From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]

Sent: Thursday, April 20, 2006 10:42 AM
To: Ivy Armagost
Subject: RE: [SpS: 5] RE: Iowa City

Thank you for your prompt response.


Jerry


--------

From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Thursday, April 20, 2006 12:24 PM
To: Jerry Hadley; Gillian Harrison
Cc: Paul Gillespie
Subject: [SpS: 5] RE: Iowa City


He has not provided me with the same feedback. I will contact him.


--------

From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
Sent: Thursday, April 20, 2006 9:03 AM
To: Ivy Armagost; Gillian Harrison
Cc: 'Paul Gillespie'
Subject: Iowa City

Ivy/Gillian,


Our IA sales rep just called me with some news from Iowa City, as he had just spoken with Hal.


As Hal described it, the system seems not to be recognizing individual users, so that all checkouts are being dumped into one account. He is unsure whether this is a problem for Cyb or NL.


Can someone please contact him immediately? Thanks.


Jerry Hadley

Recorded Books

**Confidential**                                                    **RB000549**

# Redacted

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Monday, April 24, 2006 8:01 PM
To: Derek Peterson; Ivy Armagost
Cc: Barb Black; Heidi Lauritzen; Kara Logsden; Matthew Butler; Susan Craig;
Todd Brown; pgillespie@recordedbooks.com
Subject: Beta software status


The patch that we loaded last Friday was a good one. Below are the results
of my testing over the weekend.

1. Authentication works and we are logging into NetLibrary with unique
accounts.
2. Download of eAudio content and acquisition of license work as well. We
have eAudio playing on our computers.
Congratulations!

Major Problems:

1. The above process only works if I use Internet Explorer. If I use either
Firefox or Opera to authenticat and then download and save the .wma file,
when I use Windows Media Player to open the file and request a license the
process fails. I am presented with a screen asking me to login to NetLibrary
(screenshot attached). I have tried this from four different machines using
different patron barcodes and, at least for me, the results have been
consistent.

2. We have loaded catalog records for the NetLibrary audiobook collection
into our library catalog. Patrons who search our catalog and find an
audiobook is available will want to access NetLibrary from the link in the
catalog record. For an example of what I am talking about go to,
http://alec.icpl.org/record=b1272698

You should see a catalog record (it is the only one we have ""unmasked"" in
the catalog for testing reasons) for the eAudiobook ""Tears of the Giraffe"".
The hyperlink to NetLibrary is
http://www.netLibrary.com/urlapi.asp?action=summary&v=1&bookid=119458 which,
if you click on it takes you straight to the audiobook (great!). However, at
this point in time the patron is not logged into NetLibrary (screenshot

                                                          **RB000550**

attached). What is missing in this sequence is the automatic interjection of
the new authentication screen between the catalog and NetLibrary. If we do
not interject this authentication page, patrons will be taken directly to
NetLibrary and see the instruction, ""If you have an account, please log in.
If you are a patron of a participating library and do not have an account,
please contact your library for information on gaining access."" Of course,
at this point in time patrons will more than likely try to login to
NetLibrary using their ICPL library card barcode/pin combination and wonder
why it will not work.

Thanks to all for their work on this project. I think we are almost there.


Hal


--

Hal Penick
Systems Coordinator
Iowa City Public Library
(319) 887-6035
hpenick@icpl.org

**Confidential**                                                                 **RB000551**

# Redacted

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Tuesday, April 25, 2006 2:22 PM
To: Paul Gillespie
Cc: Barb Black; Hal Penick; Susan Craig; Ivy Armagost
Subject: Re: Downloadable audio

Hi Paul,

I'm not sure where to go with this one. Below is a message from Barb Black
our Technical Services Coordinator. We seem to not have access and catalog
records to a large number of Children's and Young Adult books which we were
promised as part of our contract (please read Barb's note below). I have
attached a screenshot of what we are seeing. Ironically, many of these
unavailable titles were found by searching the, ""Browse Available
eAudiobooks"" link and then selecting to browse the Children's genre. I do
not know if it is relevant or not, but when I log into our administrative
account at http://www.netlibrary.org/resourcecenter and go to the Owned
Titles report (screenshot attached). I see that our available collections
are:

eAudiobooks CEV Holy Bible
eAudiobooks Pimsleur Language Series
eAudiobooks US & Canada Core Collection
eAudioEssentials Collection
Iowa City Public Library

I would hope that this is just a setup error and that the additional
collections just need to be added to our account and the catalog records
made available for download. Would you please look into this and let us know
what's up?

Thanks,
Hal

]]] On 4/25/2006 at 1:25:39 pm, in message [444E2352.CB54.00A1.0@icpl.org],
Barb
Black wrote:
] Hal -
] As we were beginning to customize the eAudio catalog records we were

                                                                    **RB000554**

] surprised to see that there weren't many children's titles among them. One
] of the catalogers went to the NetLibrary eAudio site and found that there
] were many titles available for Children and Young Adults that are not among
] the 1193 cataloged records we were sent from ""OCLC marcorders"". I have also
] just received the invoice for netLibrary and I see that what is listed for

] the price of $10,000 is ABKS CORE - 15,000 Checkouts, ABKS Pimsleur/CORE-CAT
] 3, and ABKS BIBLE - CATEGORY 3. In looking at the NetLibrary website, this
] would then appear that we were getting only a subset of what is available
] rather than the ""full catalog"" of titles that Susan believed she had
] contracted with Jim Peterson for in June of last year (see her attached email
] below). I also have a Recorded Books document that came with our original

] contract last June that says ""For the licensing fee, library gets all the
] audio books in stock! No titles to buy. With the license fee all patrons of
] the library have access to all titles available without limit to number of

] patrons using the same title.""
] Could you clarify with our local rep, Paul Gillespie, as to why we have not
] received access to all of the eAudio collections available?
] Thanks.
] Barb
]
] ]]] Susan Craig 6/28/2005 8:34 am ]]]
] After attending a session on downloadable audio at ALA and talking to Jim
] Peterson at Recorded Books/netLibrary I am ready to sign a contract with
] them. Of course they wanted me to sign on the dotted line right then, but I
] said I had to come back , think about it a little, and talk to people. I
] said I would fax the contract by June 30 to confirm. SO, I have made a
] strong verbal committment, but nothing official and if you have large issues
] or concerns please let me know.
]
] Terms are $10,000 (last year it was over $20,000!) for access to their full
] catalog of titles including fiction, nonfiction and childrens. I have an
] option to lock in this price for up to three years (which I am seriously
] considering). No limit on # of people who can have a title at any one time.
] Not only is this price much less than last year they are letting me (in fact,
] told me to) use last year's circulation because over a million circs, the
] price rises to $18,000.
]
] We would start this service/collection in September or when their new

RB000555

login
] system that uses library barcodes to authenticate is available (currently
] each person has to receive a unique password/login at the Recorded Books
] website).
]
] My decision is based on :
] 1. Drop in price with ability to lockin price for several years.
] 2. Ability to use the bar code to authenticate.
] 3. Best overall collection, in my opinion, for public libraries of any
] vendor.
] 4. Fact that no one seems close to solving the I-pod issue since the
] problem lies with I-pod. I think this is a mistake on Apple's part, but
it
] is their business decision and they'll have to live with the consequences.

] One person on the panel talked about using Audible and loading titles on
] players for people to check out--she coordinated for a system of primarily

] small libraries. It's very staff intensive and requires people to come to

] the library to pick up the player. I don't think that is the model we
want
] to use.
]
] Anyway, this is where I'm going unless someone convinces me to do
otherwise.
] Please see me immediately if you have strong concerns.
]

**Confidential**

# Redacted

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Thursday, April 27, 2006 12:20 PM
To: 'Ivy Armagost'
Cc: 'Paul Gillespie'
Subject: FW: Beta software status--Iowa City

Ivy,

I just spoke to the sales rep who is dealing with Iowa, and he told me that
Hal is waiting for some contact from NL or Cybr on these last issues. Can
you give him a call?

Jerry

-----Original Message-----
From: Paul Gillespie [mailto:pgillespie@recordedbooks.com]
Sent: Tuesday, April 25, 2006 10:45 AM
To: 'Jerry Hadley'; Matt Walker
Cc: Craig Mears
Subject: FW: Beta software status--Iowa City

Hi Jerry, Matt,

This looks like good progress with the Beta test in Iowa City.

Paul Gillespie
Recorded Books, LLC
fax (319) 358-7538
(800) 638-1304 X1319
pgillespie@recordedbooks.com
-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Monday, April 24, 2006 8:01 PM
To: Derek Peterson; Ivy Armagost
Cc: Barb Black; Heidi Lauritzen; Kara Logsden; Matthew Butler; Susan Craig;
Todd Brown; pgillespie@recordedbooks.com
Subject: Beta software status

**Confidential**

The patch that we loaded last Friday was a good one. Below are the results of my testing over the weekend.

1. Authentication works and we are logging into NetLibrary with unique accounts.
2. Download of eAudio content and acquisition of license work as well. We have eAudio playing on our computers.
Congratulations!

Major Problems:

1. The above process only works if I use Internet Explorer. If I use either Firefox or Opera to authenticat and then download and save the .wma file, when I use Windows Media Player to open the file and request a license the process fails. I am presented with a screen asking me to login to NetLibrary (screenshot attached). I have tried this from four different machines using different patron barcodes and, at least for me, the results have been consistent.

2. We have loaded catalog records for the NetLibrary audiobook collection into our library catalog. Patrons who search our catalog and find an audiobook is available will want to access NetLibrary from the link in the catalog record. For an example of what I am talking about go to, http://alec.icpl.org/record=b1272698

You should see a catalog record (it is the only one we have ""unmasked"" in the catalog for testing reasons) for the eAudiobook ""Tears of the Giraffe"". The hyperlink to NetLibrary is http://www.netLibrary.com/urlapi.asp?action=summary&v=1&bookid=119458 which, if you click on it takes you straight to the audiobook (great!). However, at this point in time the patron is not logged into NetLibrary (screenshot attached). What is missing in this sequence is the automatic interjection of the new authentication screen between the catalog and NetLibrary. If we do not interject this authentication page, patrons will be taken directly to NetLibrary and see the instruction, ""If you have an account, please log in. If you are a patron of a participating library and do not have an account, please contact your library for information on gaining access."" Of course, at this point in time patrons will more than likely try to login to NetLibrary using their ICPL library card barcode/pin combination and wonder why it will not work.

Thanks to all for their work on this project. I think we are almost there.


Hal


--

Hal Penick
Systems Coordinator
Iowa City Public Library
(319) 887-6035
hpenick@icpl.org

**Confidential**                                                                                          **RB000560**

# Redacted

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Thursday, April 27, 2006 1:20 PM
To: 'Ivy Armagost'
Cc: 'Paul Gillespie'
Subject: RE: [SpS: 5] RE: Beta software status--Iowa City

Ivy,

Thanks for the response. We will deal with the content issue at the same
time you help him with the technical ones.

When did you have this conversation with him?

Jerry

-----Original Message-----
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Thursday, April 27, 2006 1:31 PM
To: Jerry Hadley
Cc: Paul Gillespie
Subject: [SpS: 5] RE: Beta software status--Iowa City

I have spoken with Hal. We have identified an enhancement that should
resolve his major issue and are working on another minor issue that is
unrelated to the authentication product.

He does still have outstanding questions relating to the content he
purchased. The original message regarding children's titles was sent to
Paul on Monday or Tuesday.

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Thursday, April 27, 2006 11:20 AM
To: Ivy Armagost
Cc: 'Paul Gillespie'
Subject: FW: Beta software status--Iowa City

Ivy,

**Confidential**                                                     **RB000564**

I just spoke to the sales rep who is dealing with Iowa, and he told me that Hal is waiting for some contact from NL or Cybr on these last issues. Can you give him a call?

Jerry

-----Original Message-----
From: Paul Gillespie [mailto:pgillespie@recordedbooks.com]
Sent: Tuesday, April 25, 2006 10:45 AM
To: 'Jerry Hadley'; Matt Walker
Cc: Craig Mears
Subject: FW: Beta software status--Iowa City

Hi Jerry, Matt,

This looks like good progress with the Beta test in Iowa City.

Paul Gillespie
Recorded Books, LLC
fax (319) 358-7538
(800) 638-1304 X1319
pgillespie@recordedbooks.com
-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Monday, April 24, 2006 8:01 PM
To: Derek Peterson; Ivy Armagost
Cc: Barb Black; Heidi Lauritzen; Kara Logsden; Matthew Butler; Susan Craig; Todd Brown; pgillespie@recordedbooks.com
Subject: Beta software status


The patch that we loaded last Friday was a good one. Below are the results
of my testing over the weekend.

1. Authentication works and we are logging into NetLibrary with unique accounts.
2. Download of eAudio content and acquisition of license work as well. We
have eAudio playing on our computers.
Congratulations!

Major Problems:

1. The above process only works if I use Internet Explorer. If I use either
Firefox or Opera to authenticat and then download and save the .wma file,
when I use Windows Media Player to open the file and request a license the
process fails. I am presented with a screen asking me to login to NetLibrary
(screenshot attached). I have tried this from four different machines using

**Confidential**

**RB000565**

different patron barcodes and, at least for me, the results have been consistent.

2. We have loaded catalog records for the NetLibrary audiobook collection
into our library catalog. Patrons who search our catalog and find an
audiobook is available will want to access NetLibrary from the link in the
catalog record. For an example of what I am talking about go to,
http://alec.icpl.org/record=b1272698

You should see a catalog record (it is the only one we have ""unmasked"" in
the catalog for testing reasons) for the eAudiobook ""Tears of the Giraffe"".
The hyperlink to NetLibrary is
http://www.netLibrary.com/urlapi.asp?action=summary&v=1&bookid=119458 which,
if you click on it takes you straight to the audiobook (great!).
However, at
this point in time the patron is not logged into NetLibrary (screenshot
attached). What is missing in this sequence is the automatic interjection of
the new authentication screen between the catalog and NetLibrary. If we do
not interject this authentication page, patrons will be taken directly to
NetLibrary and see the instruction, ""If you have an account, please log in.
If you are a patron of a participating library and do not have an account,
please contact your library for information on gaining access."" Of course,
at this point in time patrons will more than likely try to login to
NetLibrary using their ICPL library card barcode/pin combination and wonder
why it will not work.

Thanks to all for their work on this project. I think we are almost there.


Hal


--


Hal Penick
Systems Coordinator
Iowa City Public Library
(319) 887-6035
hpenick@icpl.org

**Confidential**                                                                    **RB000566**

different patron barcodes and, at least for me, the results have been consistent.

2. We have loaded catalog records for the NetLibrary audiobook collection
into our library catalog. Patrons who search our catalog and find an
audiobook is available will want to access NetLibrary from the link in the
catalog record. For an example of what I am talking about go to,
http://alec.icpl.org/record=b1272698

You should see a catalog record (it is the only one we have ""unmasked"" in
the catalog for testing reasons) for the eAudiobook ""Tears of the Giraffe"".
The hyperlink to NetLibrary is
http://www.netLibrary.com/urlapi.asp?action=summary&v=1&bookid=119458 which,
if you click on it takes you straight to the audiobook (great!).
However, at
this point in time the patron is not logged into NetLibrary (screenshot
attached). What is missing in this sequence is the automatic interjection of
the new authentication screen between the catalog and NetLibrary. If we do
not interject this authentication page, patrons will be taken directly to
NetLibrary and see the instruction, ""If you have an account, please log in.
If you are a patron of a participating library and do not have an account,
please contact your library for information on gaining access."" Of course,
at this point in time patrons will more than likely try to login to
NetLibrary using their ICPL library card barcode/pin combination and wonder
why it will not work.

Thanks to all for their work on this project. I think we are almost there.


Hal


--

Hal Penick
Systems Coordinator
Iowa City Public Library
(319) 887-6035
hpenick@icpl.org

Confidential

# Redacted

-----Original Message-----
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Thursday, April 27, 2006 1:21 PM
To: Jerry Hadley
Cc: Paul Gillespie
Subject: [SpS: 5] RE: [SpS: 5] RE: Beta software status--Iowa City

About 45 mins ago or so.

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Thursday, April 27, 2006 12:20 PM
To: Ivy Armagost
Cc: 'Paul Gillespie'
Subject: RE: [SpS: 5] RE: Beta software status--Iowa City

Ivy,

Thanks for the response. We will deal with the content issue at the
same time you help him with the technical ones.

When did you have this conversation with him?

Jerry

-----Original Message-----
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Thursday, April 27, 2006 1:31 PM
To: Jerry Hadley
Cc: Paul Gillespie
Subject: [SpS: 5] RE: Beta software status--Iowa City

I have spoken with Hal. We have identified an enhancement that should
resolve his major issue and are working on another minor issue that is
unrelated to the authentication product.

He does still have outstanding questions relating to the content he
purchased. The original message regarding children's titles was sent to
Paul on Monday or Tuesday.

**Confidential**                                                      **RB000567**

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Thursday, April 27, 2006 11:20 AM
To: Ivy Armagost
Cc: 'Paul Gillespie'
Subject: FW: Beta software status--Iowa City

Ivy,

I just spoke to the sales rep who is dealing with Iowa, and he told me
that Hal is waiting for some contact from NL or Cybr on these last
issues. Can you give him a call?

Jerry

-----Original Message-----
From: Paul Gillespie [mailto:pgillespie@recordedbooks.com]
Sent: Tuesday, April 25, 2006 10:45 AM
To: 'Jerry Hadley'; Matt Walker
Cc: Craig Mears
Subject: FW: Beta software status--Iowa City

Hi Jerry, Matt,

This looks like good progress with the Beta test in Iowa City.

Paul Gillespie
Recorded Books, LLC
fax (319) 358-7538
(800) 638-1304 X1319
pgillespie@recordedbooks.com
-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Monday, April 24, 2006 8:01 PM
To: Derek Peterson; Ivy Armagost
Cc: Barb Black; Heidi Lauritzen; Kara Logsden; Matthew Butler; Susan
Craig; Todd Brown; pgillespie@recordedbooks.com
Subject: Beta software status


The patch that we loaded last Friday was a good one. Below are the
results of my testing over the weekend.

1. Authentication works and we are logging into NetLibrary with unique
accounts.
2. Download of eAudio content and acquisition of license work as well.
We
have eAudio playing on our computers.
Congratulations!

Major Problems:

1. The above process only works if I use Internet Explorer. If I use
either Firefox or Opera to authenticat and then download and save the

**Confidential**

.wma file, when I use Windows Media Player to open the file and request a license the process fails. I am presented with a screen asking me to login to NetLibrary (screenshot attached). I have tried this from four different machines using different patron barcodes and, at least for me, the results have been consistent.

2. We have loaded catalog records for the NetLibrary audiobook collection into our library catalog. Patrons who search our catalog and find an audiobook is available will want to access NetLibrary from the link in the catalog record. For an example of what I am talking about go to,
http://alec.icpl.org/record=b1272698

You should see a catalog record (it is the only one we have ""unmasked"" in
the catalog for testing reasons) for the eAudiobook ""Tears of the Giraffe"".
The hyperlink to NetLibrary is
http://www.netLibrary.com/urlapi.asp?action=summary&v=1&bookid=119458 which,
if you click on it takes you straight to the audiobook (great!).
However, at
this point in time the patron is not logged into NetLibrary (screenshot attached). What is missing in this sequence is the automatic interjection of the new authentication screen between the catalog and NetLibrary. If we do not interject this authentication page, patrons will be taken directly to NetLibrary and see the instruction, ""If you have an account, please log in.
If you are a patron of a participating library and do not have an account, please contact your library for information on gaining access.""
Of course, at this point in time patrons will more than likely try to login to NetLibrary using their ICPL library card barcode/pin combination and wonder why it will not work.

Thanks to all for their work on this project. I think we are almost there.


Hal


--

Hal Penick
Systems Coordinator
Iowa City Public Library
(319) 887-6035
hpenick@icpl.org

Confidential

RB000569

# Redacted

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Thursday, June 01, 2006 12:13 PM
To: derek.peterson@cbdusa.com; Ivy Armagost; pgillespie@recordedbooks.com
Cc: Hal Penick; Susan Craig
Subject:

Hi all,

Below are things I noticed in testing the new software along with some
comments from two other staff who gave it a go. As far as I can tell we have
not made any progress: links from the catalog go straight to NetLibrary
instead of to an authentication login screen; files downloaded using Firefox
still have problems obtaining a license; and Recorded Books in the
Children's book collection are still unavailable. What is particularly
disturbing to me is that it appears the working model for handling license
acquisition for downloads done using non-IE browsers is to send the user
back to the library's authentication form to reauthenticate before a license
is granted. Even if the process worked (it did not for me) I think this is
very user unfriendly and would not be well received by our users. I hope
that either I am doing something unexpected or that the software is simply
not working as designed.

Please let me know if the things I have noticed are not manifest in your
testing environment, and we'll try to figure out what we can do to set
things right.

Thanks,
Hal
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org

**Confidential**                                                    **RB000570**

]]]]]]]]]]]]]]]]]]]]]]]]
1. Children's Recorded book collection is still ""not included in your
library collection and is unavailable for download""

2. Direct authentication to NetLibrary using Firefox (v.1.0.7)
a. Went directly to authentication page
http://eaudio.icpl.org/netlibweb.asp
b. Filled in authentication form using library barcode and pin
c. Searched NetLibrary and downloaded CD Quality eAudiobook, ""Red
Leaves""
d. After download, opened eAudiobook using Windows Media Player 10.0
e. ""Acquiring License"" message appeared at bottom of Media Player
f. Window opened at NetLibrary saying that a license was needed in
order to play the Audiobook and that I needed to login in order to acquire a
license. Window could not be resized. Did not try to login with Username and
Password (but I would suspect most users will); instead I used scroll bar to
go to bottom of window where there is a message saying, ""Don't know your
NetLibrary username and password? Check the list to see if your library is
listed and authenticate through your library's web page. There is a drop
down box with the word ""Select"" in it.
g. Clicked the dropdown box and see ""Iowa City Public Library""
listed. Select it.
h. Was taken back to the authentication screen on our server
http://eaudio.icpl.org/netlibweb.asp
i. Filled out authentication form again and clicked ""Login""
j. Received a NetLibrary window saying, ""A problem has occurred
while processing your request"".

3. Accessing eAudiobook through the catalog (using Internet Explorer 6.0.2,
SP2)
a. Looked up the title,""Tears of the giraffe"" in the library catalog
and clicked on link to download audio book
b. Was taken straight to NetLibrary entry for, ""Tears of the
Giraffe"" eAudiobook, but there was also a message saying, ""If you have an
account please log in. If you are a patron of a participating library and
do not have an account, please contact your library for information on
gaining access."" There was no dropdown menu like in the previous example.
d. Clicked on ""LogIn"" in the upper right of the page, but was
presented faced with having to enter a NetLibrary username and password,
which I do not have.
d. Tried the same using Firefox and received similar results.

Here are some comments from two other staff who tested:

]]] On 5/31/2006 at 5:23:45 pm, in message [447DD120.5E30.0078.0@icpl.org],
Tester 1 wrote:
] It does not work for me. When I follow the link in the record for ""Tears
of
] the Giraffe"" I go to that title on NetLibrary but without authenticating
] first. I cannot download it without logging in, but the ""Log In"" link
takes

] me to a different authentication page which will not accept my barcode and

] password. Do we need to change the link in the bib records?
]
] After downloading it, without going through the catalog, using Firefox I am
] taken to the authentication screen for aquiring a license. You have to scroll
] down to see the drop down box where you select Iowa City Public Library.
] After selecting our library you are taken to the authentication page we are
] used to seeing. I logged in and the license acquisition window takes me to

] the NetLibrary home page with the search box. But it did not acquire the
] license. I clicked cancel then play on WMP to see if it would work. I
] received a message saying they could not issue a license because one had
] already been issued for that title on another computer.
]
]]] On 5/31/2006 at 4:00:53 pm, in message [447DBDB4.CB54.00A1.0@icpl.org], Tester 2 wrote:
] Maybe I just don't understand how this will work. I brought up Tears of the
] Giraffe in the catalog. I clicked on the link and get to the record at
] NetLibrary. It tells me ""If you have an account, please log in. If you are a
] patron of a participating library and do not have an account, please contact
] your library for information on gaining access."" I click on ""login"" and
] enter my library card number and my password and get ""The username and
] password you entered are not valid. Please enter a valid username and
] password.""
] Did I need to go to NetLibrary and set up an account separately before I do
] this?
]
]

Confidential                                                                                          RB000572

# Redacted

From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, June 26, 2006 7:54 AM
To: 'Paul Gillespie'
Cc: mwalker@recordedbooks.com
Subject: FW: Iowa City

Paul,

For your information.

Jerry

From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Friday, June 23, 2006 4:33 PM
To: Jerry Hadley
Subject: Iowa City

Just wanted to give you the good news that Iowa City is up and running on the Authentication Server.

**Confidential**                                                      **RB000573**

Enjoy your weekend.

Ivy Armagost
Project Manager
NetLibrary, A Division of OCLC
iarmagost@netlibrary.com
Office: 303-381-8725

**Confidential**

# Redacted

-----Original Message-----
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Monday, August 07, 2006 1:11 PM
To: Hal Penick
Cc: Susan Craig; pgillespie@recordedbooks.com
Subject: RE: Update

Now that the new site has been rolled out, the redesign of the license
acquisition page is underway. I expect it to be completed within the
week. I will be able to provide you with more specifics in the next day
or two.

Thank you for your continued patience.

Ivy

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Monday, August 07, 2006 11:13 AM
To: Ivy Armagost
Cc: Hal Penick; Susan Craig; pgillespie@recordedbooks.com
Subject: RE: Update

Hi Ivy,

I have been to the new website. It looks and functions much better than
the old one. Now that the new website is up, how are we coming with the
alternate browser license acquisition development?

thanks,
Hal
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org

**Confidential**                                                                    **RB000575**

]]] On 7/14/2006 at 11:52:51 am, in message
[EEA2B3C9BED36642AA339E0F4505B329018CBAFC@mailman2.netlibrary.com], ""Ivy
Armagost"" [iarmagost@netlibrary.com] wrote:
] You're correct, ticketing is active otherwise I wouldn't have included

] it.
]
] We are getting ready to release NetLibrary 4.0 on July 31st. Since we
] are in a development/release freeze I am unable to schedule this until

] after 7/31. The positive aspect of this is that we have some
] additional functionality associated with browsing eAudiobooks by
] subject. We'll get the license acquisition redesign in as soon as
possible after 7/31.
]
]

**Confidential**

# Redacted

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, August 28, 2006 8:14 AM
To: 'Paul Gillespie'
Subject: FW: Update for Iowa City

FYI

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, August 28, 2006 9:14 AM
To: 'Scott Wasinger'
Cc: 'Matt Walker'
Subject: RE: Update for Iowa City

Scott,

Yes, we did discuss last week. You were going to discover why their launch
was delayed.

You were also going to share with us which public libraries had ordered the
new authentication.

Jerry

-----Original Message-----
From: Scott Wasinger [mailto:swasinger@netlibrary.com]
Sent: Sunday, August 27, 2006 11:37 PM
To: Jerry Hadley
Subject: RE: Update for Iowa City

Jerry,

I think we discussed but to be sure -- Iowa City is now happy with the
authentication server. They are updating their interface and help text
before they will launch. They are to get back to us soon (after
meetings on update requirements)with an estimated launch date.

Scott

**Confidential**                                                                                   **RB000577**

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, August 14, 2006 11:26 AM
To: Scott Wasinger
Cc: 'Matt Walker'; 'Paul Gillespie'
Subject: Update for Iowa City

Scott,

Iowa City has still not launched their service, because they are waiting
for
a solution to access for those users without Explorer.

To my knowledge, Hal at Iowa City has not been informed that the license
acquisition redesign that Ivy mentions in her email has been scheduled.

Our sales force has not been selling this product because of the
difficulties with implementation that remain unsolved. All inquiries
are
being referred to OCLC support.

Jerry

-----Original Message-----
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Friday, July 14, 2006 11:53 AM
To: Hal Penick
Subject: RE: Update

You're correct, ticketing is active otherwise I wouldn't have included
it.

We are getting ready to release NetLibrary 4.0 on July 31st. Since we
are in a development/release freeze I am unable to schedule this until
after 7/31. The positive aspect of this is that we have some additional
functionality associated with browsing eAudiobooks by subject. We'll get
the license acquisition redesign in as soon as possible after 7/31.

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Wednesday, July 12, 2006 3:06 PM
To: Ivy Armagost
Subject: Fwd: Update

Hi Ivy,
I passed this redesign out to some others in the crew, and received no
feedback. I think it works pretty well. I wondered if you still use
""tickets"" for license acquisition? I looked around on the NetLibrary
website and saw a referral to a link where one could purchase a ticket
online, but could never find the link. Just thought if it was no longer
a viable means to acquire a license that it could be removed.

Other than that, I think this should work. Of course, it will not be

Confidential                                                                RB000578

until people actually start using it that we will know if it needs any
more tweaking, but it seems workable to me.

Thanks,

Hal
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org

**Confidential**

# Redacted

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Tuesday, January 16, 2007 1:58 PM
To: 'Scott Wasinger'
Cc: 'Mary Smith'; 'Matt Walker'; 'Paul Gillespie'
Subject: FW: eAudio still NOT working

Scott,

As we discussed, a contact from your technical people today would be well
received at the library - Iowa City.

Jerry

-----Original Message-----
From: Paul Gillespie [mailto:pgillespie@recordedbooks.com]
Sent: Tuesday, January 16, 2007 2:54 PM
To: Jerry Hadley
Subject: FW: eAudio still NOT working



Paul Gillespie
Recorded Books, LLC
fax (319) 358-7538
(800) 638-1304 X1319
pgillespie@recordedbooks.com

-----Original Message-----
From: Kara Logsden [mailto:KLOGSDEN@icpl.org]
Sent: Friday, January 12, 2007 3:16 PM
To: pgillespie@recordedbooks.com
Subject: Fwd: eAudio still NOT working

FYI ~~ Kara

]]] Hal Penick 1/12/2007 10:05 am ]]]
We are working with a different person at OCLC to try and resolve our
eAudio download problems. Currently anyone using the service receives an
error message from NetLibrary (attached) after they enter they enter

**RB000580**

their barcode and password at our site. I will keep you posted.

thanks,
Hal

ps. Sorry form the ""Urgent"" tag, but this is a really popular service
and I am sure people will be calling. - hp

# Redacted

-----Original Message-----
From: Shawn Thomas [mailto:sthomas@netlibrary.com]
Sent: Wednesday, January 17, 2007 11:06 AM
To: Hal Penick
Cc: Kara Logsden; Susan Craig; pgillespie@recordedbooks.com;
jhadley@recordedbooks.com
Subject: [SpS: 5] RE: NetLibrary authentication problem at ICPL

Hi Hal,
The input on our end by two developers is as follows:

Dev. #1 - Emily) ""...it is a problem on CybraryN's end. The encrypted
security string being passed is not the correct length therefore we
cannot decrypt it. It is my understanding that they made a code change
on their end last week and apparently something was changed.""

Dev. #2 - Will) ""There's not too much more to it than that, really. The
string that was included in the email Emily forwarded me is an invalid
length and can't be decrypted. There's no way to tell if it's too long
or too short but as our codebase for the URL API hasn't changed I'm
confident the problem is on their end.""

Hal, Let me know what else I can do to assist you other than getting
Computers by Design to get off the phone and call you back:-)
Shawn


-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Wednesday, January 17, 2007 9:32 AM
To: Shawn Thomas
Cc: Kara Logsden; Susan Craig
Subject: NetLibrary authentication problem at ICPL

Hi Shawn,

Thanks for the email. I think the biggest problem has been the lack of
communications about the status of the problem resolution. Yesterday and
today I called tech support at Computers by Design. Both times I was
told the engineer I needed to deal with (Mike Williams is no longer with

**RB000583**

them) was on the phone with another customer and that he would call me back. So far, no word.

The error message we are receiving from NetLibrary states, ""A problem has occurred while processing your request. The problem has been logged so that it can be corrected. We apologize for the inconvenience."" I would hope that the log files would be able to share some light on why we are not able to login.

The log files on our CybraryN server of the authentication process do not indicate any errors; the user authentication with the ILS passes and a url is created that tries to contact http://www.netlibrary.com/urlapi.aspx? with an encrypted string.

For troubleshooting purposes, we did install recommended Microsoft updates to the Server 2003 platform around the time we started having problems (Jan 11 about 1pm). Personally, I think they are suspect but I need to have someone who knows the product take a look at it to see what might have happened. It might just save some other customers a headache.

Thanks again for your note,

Hal

ps. - Still no word from Computers By Design. Must be still on the phone.
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org


]]] On 1/16/2007 at 5:24 PM, in message
[EEA2B3C9BED36642AA339E0F4505B32901F31D53@mailman2.netlibrary.com],
""Shawn
Thomas"" [sthomas@netlibrary.com] wrote:
] Hi Hal,
] I am sorry your eAudiobook problem is taking longer than we'd like.
One
] of our developers is going to take a quick look at it to see if there
is
] an easy answer. If that isn't the case, it will likely be tomorrow
or
] Thursday before we can look into it in more detail. I understand
that
] you are frustrated and we will get you a solution as quickly as
] possible.
] Thanks in advance for your patience!
]

**Confidential**

**RB000584**

] Shawn Thomas
] QATS Support
] NetLibrary
] 4888 Pearl East Circle, Suite 103
] Boulder, CO 80301
] 303.381.8752
] sthomas@netlibrary.com

**Confidential**

**RB000585**

# Redacted

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Thursday, January 18, 2007 3:58 PM
To: Shawn Thomas
Cc: Kara Logsden; Susan Craig; jhadley@recordedbooks.com;
pgillespie@recordedbooks.com
Subject: RE: NetLibrary authentication problem at ICPL

Hi Shawn,

I wanted to let you know that we are back up again.

Thanks for all of your help with this.

take care,
Hal
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org


]]] On 1/18/2007 at 3:47 PM, in message
[45AF9708.F7EA.00F4.3@icpl.org], Jay
Beattie wrote:
] ]
] ] From our testing here we believe that the latest update from
Microsoft
] ] install .Net Framework 2.0.
] ] We installed this version of the frame work on our server and in
fact we
] got
] ] the same error you are getting.
] ] We had to go to the control panel and select Add/Remove Programs.
] ] Inside of Add/Remove Programs you should find the Microsoft .Net

**Confidential**

**RB000586**

Framework
] ] 2.0.
] ] You are going to have remove this and then reboot the server, cross your
] ] fingers :) and it should work.
] ]
] ] Please let me know how you make out.
] ]
] ] Derek
]
]
] Derek That worked !!
]
] Thanks so much
]
] Case closed.
]
] -Jay
]
]

                                                    RB000587

# Redacted

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, April 10, 2006 4:24 PM
To: iarmagost@netlibrary.com; 'Gillian Harrison'
Cc: 'Matt Walker'; 'Paul Gillespie'
Subject: FW: RE: NetLibrary update-Iowa City

Ivy/Gillian,

Can I be included in the response to Iowa City, please - I also do not see
how the 10 book limit will be tracked with no accounts.

I am concerned about this screen shot . There is no indication anywhere of
eaudiobooks, or reference to the Audiobook Center. Does activating the
""What's Available"" link get you to audiobooks? If Hal is puzzled, I am
certain the ordinary patron will be as well.

I had the impression when we had our conference call last week that this
beta site was up and running, and most if not all the wrinkles worked out.
This doesn't appear to be the case.

Jerry

]]] On 4/10/2006 at 12:48 pm, in message [443A5431.E944.00B0.0@icpl.org],
Hal
Penick wrote:
] Hi Ivy,
]
] Just a couple of questions:
]
] 1. Presently we are accessing the eBook (eContent) portion of NetLibrary.
] Can we access eAudio downloads from there. If so, how?
]
] 2. Once access has been granted for patrons who have authenticated through

] ICPL authentication software, how will their limits on borrowing be
enforced
] by NetLibrary if they do not have unique NetLibrary accounts, but
] I am sure most of my questions will be answered once we are able to access

**Confidential**

**RB000588**

] the eAudio collection and start downloading some audio books. I have
attached
] a screenshot of the first page we see at NetLibrary after we authenticate.
]
] Am I just way off base with all this?
]
] Thank you for returning my email so quickly, we are anxious to take this
] project to the next step.
] If you need to give me a call, please do not hesitate to do so.
]
] Thanks,
] Hal
]
]
]
] --
]
] Hal Penick
] Systems Coordinator
] Iowa City Public Library
] (319) 887-6035
] hpenick@icpl.org
]
]
] ]]] On 4/10/2006 at 10:13 am, in message
] [EEA2B3C9BED36642AA339E0F4505B329015566BB@mailman2.netlibrary.com], ""Ivy
] Armagost"" [iarmagost@netlibrary.com] wrote:
] ] Good morning Hal. Hope you enjoyed your weekend.
] ]
] ] The use of the authentication server takes away the requirement to
] ] create a unique NetLibrary account. The user would only log on at your
] ] site and would automatically be able to access content ICPL has
] ] purchased. Does this answer your question or is something indeed
] ] outstanding?
] ]
] ] Best Regards,
] ]
] ] Ivy
] ]
] ] -----Original Message-----
] ] From: Hal Penick [mailto:HPENICK@icpl.org]
] ] Sent: Monday, April 10, 2006 9:03 AM
] ] To: Ivy Armagost
] ] Subject: NetLibrary update
] ]
] ] Hi Ivy,
] ]
] ] We still do not access the NetLibrary eAudio collection with unique
] ] accounts. Haven't heard from anyone recently for a project update other
] ] than CybraryN which feels they have done their part of the
] ] authentication. Could you please let me know how things are going?
] ]
] ] thanks,

**Confidential**

**RB000589**

]]
] ] Hal
]]
]

_____

**Confidential**

# Redacted

-----Original Message-----
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Thursday, April 27, 2006 12:31 PM
To: Jerry Hadley
Cc: Paul Gillespie
Subject: [SpS: 5] RE: Beta software status--Iowa City

I have spoken with Hal. We have identified an enhancement that should resolve his major issue and are working on another minor issue that is unrelated to the authentication product.

He does still have outstanding questions relating to the content he purchased. The original message regarding children's titles was sent to Paul on Monday or Tuesday.

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Thursday, April 27, 2006 11:20 AM
To: Ivy Armagost
Cc: 'Paul Gillespie'
Subject: FW: Beta software status--Iowa City

Ivy,

I just spoke to the sales rep who is dealing with Iowa, and he told me that Hal is waiting for some contact from NL or Cybr on these last issues. Can you give him a call?

Jerry

-----Original Message-----
From: Paul Gillespie [mailto:pgillespie@recordedbooks.com]
Sent: Tuesday, April 25, 2006 10:45 AM
To: 'Jerry Hadley'; Matt Walker
Cc: Craig Mears
Subject: FW: Beta software status--Iowa City

Hi Jerry, Matt,

This looks like good progress with the Beta test in Iowa City.

**Confidential**

Paul Gillespie
Recorded Books, LLC
fax (319) 358-7538
(800) 638-1304 X1319
pgillespie@recordedbooks.com
-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Monday, April 24, 2006 8:01 PM
To: Derek Peterson; Ivy Armagost
Cc: Barb Black; Heidi Lauritzen; Kara Logsden; Matthew Butler; Susan
Craig; Todd Brown; pgillespie@recordedbooks.com
Subject: Beta software status


The patch that we loaded last Friday was a good one. Below are the
results
of my testing over the weekend.

1. Authentication works and we are logging into NetLibrary with unique
accounts.
2. Download of eAudio content and acquisition of license work as well.
We
have eAudio playing on our computers.
Congratulations!

Major Problems:

1. The above process only works if I use Internet Explorer. If I use
either
Firefox or Opera to authenticat and then download and save the .wma
file,
when I use Windows Media Player to open the file and request a license
the
process fails. I am presented with a screen asking me to login to
NetLibrary
(screenshot attached). I have tried this from four different machines
using
different patron barcodes and, at least for me, the results have been
consistent.

2. We have loaded catalog records for the NetLibrary audiobook
collection
into our library catalog. Patrons who search our catalog and find an
audiobook is available will want to access NetLibrary from the link in
the
catalog record. For an example of what I am talking about go to,
http://alec.icpl.org/record=b1272698

You should see a catalog record (it is the only one we have ""unmasked""
in
the catalog for testing reasons) for the eAudiobook ""Tears of the
Giraffe"".
The hyperlink to NetLibrary is

**Confidential**                                                          **RB000593**

http://www.netLibrary.com/urlapi.asp?action=summary&v=1&bookid=119458
which,
if you click on it takes you straight to the audiobook (great!).
However, at
this point in time the patron is not logged into NetLibrary (screenshot
attached). What is missing in this sequence is the automatic
interjection of
the new authentication screen between the catalog and NetLibrary. If we
do
not interject this authentication page, patrons will be taken directly
to
NetLibrary and see the instruction, ""If you have an account, please log
in.
If you are a patron of a participating library and do not have an
account,
please contact your library for information on gaining access."" Of
course,
at this point in time patrons will more than likely try to login to
NetLibrary using their ICPL library card barcode/pin combination and
wonder
why it will not work.

Thanks to all for their work on this project. I think we are almost
there.


Hal


--

Hal Penick
Systems Coordinator
Iowa City Public Library
(319) 887-6035
hpenick@icpl.org

**Confidential**                                                                        **RB000594**

# Redacted

From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Wednesday, May 31, 2006 1:37 PM
To: 'Paul Gillespie'
Cc: mwalker@recordedbooks.com
Subject: FW: Iowa City

For your information.

I am amazed by Iowa City's perseverance....

Jerry

———

From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Wednesday, May 31, 2006 2:11 PM
To: Jerry Hadley
Subject: Iowa City

Jerry,

**Confidential**                                                                                    **RB000595**

CBD has contacted Hal at Iowa City. They are providing update software today that includes the enhancement to return the patron to the book detail.

The second issue regarding the licensing has also been resolved. When a patron uses Firefox or Opera they are requested to log on again in order to receive licensing authorization. The user will be prompted to chose their library from a drop down list. Iowa City is on that list. It will then return the user to authenticate at Iowa City via the authentication server. At that point the user will be granted a license.

I hope this answers your outstanding questions.

Best regards,

Ivy Armagost
Project Manager
NetLibrary, A Division of OCLC
iarmagost@netlibrary.com
Office: 303-381-8725

**Confidential**

# Redacted

-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Monday, August 07, 2006 12:13 PM
To: Ivy Armagost
Cc: Hal Penick; Susan Craig; pgillespie@recordedbooks.com
Subject: RE: Update

Hi Ivy,

I have been to the new website. It looks and functions much better than the
old one. Now that the new website is up, how are we coming with the
alternate browser license acquisition development?

thanks,
Hal
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org


]]] On 7/14/2006 at 11:52:51 am, in message
[EEA2B3C9BED36642AA339E0F4505B329018CBAFC@mailman2.netlibrary.com], ""Ivy
Armagost"" [iarmagost@netlibrary.com] wrote:
] You're correct, ticketing is active otherwise I wouldn't have included
] it.
]
] We are getting ready to release NetLibrary 4.0 on July 31st. Since we
] are in a development/release freeze I am unable to schedule this until
] after 7/31. The positive aspect of this is that we have some additional
] functionality associated with browsing eAudiobooks by subject. We'll get
] the license acquisition redesign in as soon as possible after 7/31.
]
]

# Redacted

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, August 14, 2006 12:26 PM
To: 'Scott Wasinger'
Cc: 'Matt Walker'; 'Paul Gillespie'
Subject: Update for Iowa City

Scott,

Iowa City has still not launched their service, because they are waiting for
a solution to access for those users without Explorer.

To my knowledge, Hal at Iowa City has not been informed that the license
acquisition redesign that Ivy mentions in her email has been scheduled.

Our sales force has not been selling this product because of the
difficulties with implementation that remain unsolved. All inquiries are
being referred to OCLC support.

Jerry

-----Original Message-----
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Friday, July 14, 2006 11:53 AM
To: Hal Penick
Subject: RE: Update

You're correct, ticketing is active otherwise I wouldn't have included
it.

We are getting ready to release NetLibrary 4.0 on July 31st. Since we
are in a development/release freeze I am unable to schedule this until
after 7/31. The positive aspect of this is that we have some additional
functionality associated with browsing eAudiobooks by subject. We'll get
the license acquisition redesign in as soon as possible after 7/31.


-----Original Message-----
From: Hal Penick [mailto:HPENICK@icpl.org]
Sent: Wednesday, July 12, 2006 3:06 PM

**Confidential**                                                                 **RB000598**

To: Ivy Armagost
Subject: Fwd: Update

Hi Ivy,
I passed this redesign out to some others in the crew, and received no
feedback. I think it works pretty well. I wondered if you still use
""tickets"" for license acquisition? I looked around on the NetLibrary
website and saw a referral to a link where one could purchase a ticket
online, but could never find the link. Just thought if it was no longer
a viable means to acquire a license that it could be removed.

Other than that, I think this should work. Of course, it will not be
until people actually start using it that we will know if it needs any
more tweaking, but it seems workable to me.

Thanks,

Hal
--

Hal Penick
Systems Coordinator
Iowa City Public Library
123 South Linn St.
Iowa City, Iowa 52240
(319) 887-6035
hpenick@icpl.org

**Confidential**

# Redacted

-----Original Message-----
From: Ivy Armagost [mailto:iarmagost@netlibrary.com]
Sent: Monday, April 10, 2006 6:16 PM
To: Jerry Hadley; Gillian Harrison
Cc: Matt Walker; Paul Gillespie; Hal Penick
Subject: RE: RE: NetLibrary update-Iowa City

Jerry,

Thank you for your correspondence.

I have already responded directly to Hal, but am happy to tell you what
I've told him.

The Authentication Server/CybraryN product has been installed
successfully.

ICPL's eAudiobook order was on hold pending the Authentication
Server/CybraryN product integration, that is why he did not have access
to eAudiobook Center. I wasn't aware that was the case but have
requested the order be processed today. I have confirmed that they
should have access.

Regarding the book limits, the individual patron can still be identified
using the Library's authentication method (PIN or barcode). NetLibrary
is simply using the Library's account instead of requiring a unique
NetLibrary account.

I hope this is a sufficient explanation. Please feel free to telephone
me if you need further clarification.

Best regards,

Ivy Armagost

-----Original Message-----
From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, April 10, 2006 3:24 PM
To: Ivy Armagost; Gillian Harrison
Cc: 'Matt Walker'; 'Paul Gillespie'

**Confidential**                                                           **RB000600**

Subject: FW: RE: NetLibrary update-Iowa City

Ivy/Gillian,

Can I be included in the response to Iowa City, please - I also do not
see how the 10 book limit will be tracked with no accounts.

I am concerned about this screen shot . There is no indication anywhere
of eaudiobooks, or reference to the Audiobook Center. Does activating
the ""What's Available"" link get you to audiobooks? If Hal is puzzled, I
am certain the ordinary patron will be as well.

I had the impression when we had our conference call last week that this
beta site was up and running, and most if not all the wrinkles worked
out.
This doesn't appear to be the case.

Jerry

]]] On 4/10/2006 at 12:48 pm, in message
]]] [443A5431.E944.00B0.0@icpl.org],
Hal
Penick wrote:
] Hi Ivy,
]
] Just a couple of questions:
]
] 1. Presently we are accessing the eBook (eContent) portion of
NetLibrary.
] Can we access eAudio downloads from there. If so, how?
]
] 2. Once access has been granted for patrons who have authenticated
] through

] ICPL authentication software, how will their limits on borrowing be
enforced
] by NetLibrary if they do not have unique NetLibrary accounts, but I am

] sure most of my questions will be answered once we are able to access

] the eAudio collection and start downloading some audio books. I have
attached
] a screenshot of the first page we see at NetLibrary after we
authenticate.
]
] Am I just way off base with all this?
]
] Thank you for returning my email so quickly, we are anxious to take
] this project to the next step.
] If you need to give me a call, please do not hesitate to do so.
]
] Thanks,
] Hal

**Confidential**                                                    **RB000601**

]
]
]
] --
]
] Hal Penick
] Systems Coordinator
] Iowa City Public Library
] (319) 887-6035
] hpenick@icpl.org
]
]
] ]]] On 4/10/2006 at 10:13 am, in message
] [EEA2B3C9BED36642AA339E0F4505B329015566BB@mailman2.netlibrary.com],
] ""Ivy Armagost"" [iarmagost@netlibrary.com] wrote:
] ] Good morning Hal. Hope you enjoyed your weekend.
] ]
] ] The use of the authentication server takes away the requirement to
] ] create a unique NetLibrary account. The user would only log on at
] ] your site and would automatically be able to access content ICPL has

] ] purchased. Does this answer your question or is something indeed
] ] outstanding?
] ]
] ] Best Regards,
] ]
] ] Ivy
] ]
] ] -----Original Message-----
] ] From: Hal Penick [mailto:HPENICK@icpl.org]
] ] Sent: Monday, April 10, 2006 9:03 AM
] ] To: Ivy Armagost
] ] Subject: NetLibrary update
] ]
] ] Hi Ivy,
] ]
] ] We still do not access the NetLibrary eAudio collection with unique
] ] accounts. Haven't heard from anyone recently for a project update
] ] other than CybraryN which feels they have done their part of the
] ] authentication. Could you please let me know how things are going?
] ]
] ] thanks,
] ]
] ] Hal
] ]
]

Confidential

# Redacted

From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Tuesday, April 11, 2006 8:01 AM
To: 'Maureen Kanwischer'; mwalker@recordedbooks.com
Cc: 'Paul Gillespie'
Subject: RE: [SpS: 5] Library Resource Center - Iowa City Public Library


Maureen/Matt,


It would seem, with as much difficulty as Iowa has had in getting the service implemented, that we should at least give them the full month of April to get acclimated to the service and start their subscription as of May 1. As a goodwill gesture, we might make the May service complimentary. Barbara has shared her negative opinion with other librarians, and my sense is that we have some bridge building to do.


Jerry

------

From: Zoie Mellios [mailto:zmellios@netlibrary.com]
Sent: Monday, April 10, 2006 5:58 PM
To: bblack@icpl.org
Cc: Jerry Hadley; Mary Smith
Subject: [SpS: 5] Library Resource Center - Iowa City Public Library

**Confidential**                                                      **RB000603**

Hello Barb,

Thank you for your subscription to Audiobooks.  Iowa City Public Library's access to Downloadable Audiobooks is now on. Your official subscription start date is  April  1st.

Now that your library's Downloadable Audiobooks subscription has been fulfilled and is live, you might be wondering how you can retrieve usage statistics on your new collection. Attached is a document outlining how to retrieve usage statistics via the Library Resource Center (www.netlibrary.org/resourcecenter).

We have created a NetLibrary user account with administration privileges for you to access the Library Resource Center. You may use this account to log into the NetLibrary site as well as the Library Resource Center.

Your login information is as follows:
Username:    BarbBlack
Password:    ICPLBB

Our Support team is available to you and your patrons should you have any questions. You can reach OCLC support at support@oclc.org or by calling 1-800-848-5800.

Thank you,

Zoie Mellios
Product Support Specialist, Library Services
NetLibrary, a division of OCLC

**RB000604**

# Redacted

From: Maureen Kanwischer [mailto:mkanwischer@netlibrary.com]
Sent: Tuesday, April 11, 2006 9:55 AM
To: Jerry Hadley; mwalker@recordedbooks.com
Cc: Paul Gillespie
Subject: [SpS: 5] RE: [SpS: 5] Library Resource Center - Iowa City Public Library


Jerry,


Have they asked for an extension?


Also, as we have discussed many times, we will not change start dates.  If we determine to provide an extra month of service it will be added to the end of the subscription.


Mo


Maureen Kanwischer

**Confidential**                                                                 **RB000605**

Director, Business Development
NetLibrary, A Division of OCLC
mkanwischer@netlibrary.com
Office: 303.381.8728
Fax:  303.381.8600

———

From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Tuesday, April 11, 2006 7:01 AM
To: Maureen Kanwischer; mwalker@recordedbooks.com
Cc: 'Paul Gillespie'
Subject: RE: [SpS: 5] Library Resource Center - Iowa City Public Library


Maureen/Matt,


It would seem, with as much difficulty as Iowa has had in getting the service implemented, that we should at least give them the full month of April to get acclimated to the service and start their subscription as of May 1. As a goodwill gesture, we might make the May service complimentary.  Barbara has shared her negative opinion with other librarians, and my sense is that we have some bridge building to do.


Jerry

———

From: Zoie Mellios [mailto:zmellios@netlibrary.com]
Sent: Monday, April 10, 2006 5:58 PM
To: bblack@icpl.org
Cc: Jerry Hadley; Mary Smith
Subject: [SpS: 5] Library Resource Center - Iowa City Public Library


Hello Barb,


Thank you for your subscription to Audiobooks.  Iowa City Public Library's access to Downloadable Audiobooks is now on. Your official subscription start date is  April  1st.

Now that your library's Downloadable Audiobooks subscription has been fulfilled and is live, you might be wondering how you can retrieve usage statistics on your new collection. Attached is a document outlining how to retrieve usage statistics via the Library Resource Center (www.netlibrary.org/resourcecenter).

We have created a NetLibrary user account with administration privileges for you to access the Library Resource Center. You may use this account to log into the NetLibrary site as well as the Library Resource Center.

Your login information is as follows:

**RB000606**

Username:   BarbBlack
Password:    ICPLBB

Our Support team is available to you and your patrons should you have any questions. You can reach OCLC support at support@oclc.org or by calling 1-800-848-5800.

Thank you,

Zoie Mellios
Product Support Specialist, Library Services
NetLibrary, a division of OCLC

# Redacted

From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
Sent: Thursday, April 20, 2006 10:03 AM
To: 'Ivy Armagost'; 'Gillian Harrison'
Cc: 'Paul Gillespie'
Subject: Iowa City


Ivy/Gillian,


Our IA sales rep just called me with some news from Iowa City, as he had just spoken with Hal.


As Hal described it, the system seems not to be recognizing individual users, so that all checkouts are being dumped into one account. He is unsure whether this is a problem for Cyb or NL.


Can someone please contact him immediately? Thanks.


Jerry Hadley

Recorded Books


**Confidential**                                                                                    **RB000608**