# EXHIBIT G

Subj: **Re: me again**
Date: 3/23/2007
To: jordan@oclc.org
CC: schwietr@oclc.org

Hi Jay,

You know I have a great deal of respect for you. But I think here, we are not communicating.

I would submit to you that if you think this is an effective partnership than you haven't heard what the customers are saying. I think what has been effective is the RB sales force. Your biggest competitor is widely distributing a document that basically says NetLibrary is incompetent, and lumps RB in with it. OCLC's apparent response on this is "this is basically true." Net Library has ignored RB's requests to improve the product for 18 months. NetLibrary has a poor reputation in the marketplace and we are being dragged down with it. NetLibrary had ample time to fix it.

You have to understand that from our perspective the agreement has been breached in several places. NetLibrary is doing things to hurt our revenue. We have a good argument on this. We believe we can get out of this agreement.

You also have to understand that NetLibrary promised Recorded Books they would sign the amendment. Now that promise is being retracted. You are tying me up in a corner and thinking that if you give me better food I will be happy. It just won't work. We are reading the contract to the letter.

I won't have any discussions with you on this topic or anything else unless I am on equal footing with NetLibrary--free to do what I want. I won't be held hostage. I'm sure you would react the same if I made a commitment to you.

I was asked by my superiors if NetLibrary is going to sign this amendment. I will tell them you have said "no."

This is out of my hands now Jay.

> Hey brian
> Just stepped off the flight from A'dam. I do not intend signing it before we put a proposal in front of you and your executive team proposing a solid business collaboration going forward. I can not see how disolving this incredibly effective partnership is in either party's best interest. I will be working on it tomorrow first thing
> Jay
> ------------------------
> Sent from my BlackBerry Wireless Handheld
>
> OCLC Online Computer Library Center, Inc.
>
> ----- Original Message -----
> From: Downingbt@aol.com <Downingbt@aol.com>
> To: Jordan,Jay
> Sent: Thu Mar 22 12:27:00 2007
> Subject: me again
>
> Hi Jay,
>
> I know you are overseas with lots to do. My boss is asking me if NetLibrary intends to sign this amendment or not. What should I say?
>
> Thanks.
>
> Brian

Brian T. Downing
Publisher
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, Maryland 20678
phone (410)535-5590 ext. 1142
fax (202)318-3242

---

AOL now offers free email to everyone. Find out more about what's free from AOL at AOL.com <http://www.aol.com?ncid=AOLAOF00020000000339> .

Brian T. Downing
Publisher
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, Maryland 20678
phone (410)535-5590 ext. 1142
fax (202)318-3242

Friday, June 29, 2007 America Online: Downingbt

Confidential

RB000541