# EXHIBIT H

Re status RE license management in Media Player v.11McDowell County Public...
From: Downingbt@aol.com
Sent: Thursday, May 24, 2007 3:45 PM
To: jhadley@recordedbooks.com; swasinger@netlibrary.com
Subject: Re: status RE: license management in Media Player v.11/McDowell County Public...

Scott,

Jackson County Michigan called me and they are having extensive problems with license acquisition. They were considering not renewing the service, the problem is so bad.

We would appreciate an update on this right away, and when it will be fixed. It is a chronic problem.

Thanks.

Brian

  Scott,

  I would ask that more follow up be done to insure the customers have been taken care of, or to gather more intelligence if needed.

  Thanks.

  Jerry

---

From: Sharon Altheide [mailto:saltheide@netlibrary.com]
Sent: Wednesday, May 23, 2007 5:02 PM
To: Scott Wasinger
Cc: Jerry Hadley
Subject: RE: status RE: license management in Media Player v.11/McDowell County Public Library & RE: Netscape/Hall County Library

Hi Scott, Violita and I both provided information to the libraries; and we have not heard back from them. I can only assume the information provided to the libraries enabled them to resolve the issues they were having.

---

From: Sharon Altheide
Sent: Thursday, May 17, 2007 5:05 PM
To: Scott Wasinger
Cc: 'Jerry Hadley'
Subject: status RE: license management in Media Player v.11/McDowell County Public Library & RE: Netscape/Hall County Library

5/17/07 - waiting to hear back from both libraries.

5/16/07 - responded to both McDowell County Public Library and Hall County Library and requested additional information.

Page 1

Confidential
RB000191

Re status RE license management in Media Player v.11McDowell County Public...
------------------------------------------------------------------------

From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Monday, May 14, 2007 3:13 PM
To: Scott Wasinger; Cc: 'Mary Smith'; 'Paula Roman'
Subject: FW: Netscape

Scott,

You had said that the license error that was hitting customers earlier this year had been rectified.

I haven't seen any complaints for a while, until the one below. Can your technical people look into this, please?

Thanks.

Jerry

------------------------------------------------------------------------

From: Jeanne Hozak [mailto:jhozak@hallcountylibrary.org]
Sent: Friday, May 11, 2007 3:23 PM
To: dmccaffrey@recordedbooks.com
Subject: Netscape

Dan –

We continue to have problems with receiving licenses for our Downloadables. A patron told me that she successfully checked out a book, didn't get to finish it, didn't think to renew it in time so she attempted a second checkout. At that time she was told a license was needed to access the book, but it wouldn't allow her to get the license.

I personally have been caught in a loop where I was told that I needed a license, that I already had a license, that I needed a license, that I already had a license…..At least my patron this morning was able to check out the book once, I can only sit and glare at the screen!

What techno wizard can help us solve this problem?

Jeanne Hozak

Assistant Director

Hall County Library System

127 Main St. NW

Gainesville, GA   30501

(770) 532-3311 x 107

(770) 532-4305 Fax

------------------------------------------------------------------------

From: Jerry Hadley [mailto:jhadley@recordedbooks.com]
Sent: Tuesday, May 15, 2007 6:47 AM
To: Scott Wasinger; Cc: 'Paula Roman'
Subject: FW: license management in Media Player v.11

Page 2

Confidential                                                                                                                  RB000192

Re status RE license management in Media Player v.11McDowell County Public...

Scott,

Another licensing problem, similar to the one that I sent you yesterday.

Can someone call these folks and address the problem, please? Thanks.

Jerry

---

From: Jean Krause [mailto:jkrause@mcdowell.main.nc.us]
Sent: Tuesday, May 01, 2007 11:24 AM
To: Dan McCaffrey
Subject: license management in Media Player v.11

Hi Dan,

I think I might have mentioned to you that I am having difficulty finding how to transfer the license on this new version of Media Player. Do you have any words of wisdom? Patrons are asking me.

Jean
Jean Krause Library Director
McDowell County Public Library
Telephone: 828-652-3858
Fax: 828-652-2098

-----Original Message-----
From: Dan McCaffrey [mailto:dmccaffrey@recordedbooks.com]
Sent: Thursday, August 03, 2006 11:36 AM
To: jkrause@mcdowell.main.nc.us
Subject: Thank you!
Hello Jean,
Thanks for meeting with me yesterday. I enjoyed talking with you.
  Please find attached above a list of MP3 players that our company has looked at and which lists features. I also have attached an electronic version of the tri-fold that I handed out to you yesterday.
  And I will get back to you on the question about determining which patrons from your county are using the NC LIVE Downloadable System.
    Sincerely,
    Dan McCaffrey
    Recorded Books, L.L.C.
    1-800-638-1304, x-1316


Brian T. Downing
Publisher
Recorded Books, LLC
270 Skipjack Road
Prince Frederick, Maryland 20678
phone (410)535-5590 ext. 1142
fax (202)318-3242

Page 3

Confidential

```
    Re status RE license management in Media Player v.11McDowell County Public...
-----------------------------------------------------------------------------
See what's free at AOL.com.
```

Page 4

Confidential

RB000194

```
              FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt
From: Mary Smith [msmith@recordedbooks.com]
Sent: Monday, January 22, 2007 2:11 PM
To: 'Fair,Linda'
Cc: 'Walker,Susan'; 'Zoie Mellios'
Subject: FW: SR 1-61859387 - Off-site access for NetLibrary (GAP)

Follow Up Flag: Follow up
Flag Status: Green
```

Hi Linda,

I just heard from this library again today. They haven't received the records and are getting extremely angry. Any update?

Mary

---

```
From: Fair,Linda [mailto:fairl@oclc.org]
Sent: Thursday, January 18, 2007 9:21 AM
To: Mary Smith
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary (GAP)
```

Mary

I will be email the customer tomorrow with the info on the records.

Linda

---

```
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Thursday, January 18, 2007 8:40 AM
To: Fair,Linda
Cc: Walker,Susan
Subject: FW: SR 1-61859387 - Off-site access for NetLibrary (GAP)
```

Any idea when the batch will be emailed to the customer? They just called me and wanted to know.

Mary

---

Page 1

Confidential

RB000266

```
                  FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt
From: Walker,Susan [mailto:walkers@oclc.org]
Sent: Wednesday, January 17, 2007 6:56 AM
To: Mary Smith
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary (GAP)
```

Linda is rerunning all the records and will email Lucelia when the file is ready.

---

```
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, January 16, 2007 1:43 PM
To: Walker,Susan
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary (GAP)
```

Yes to both please.

Mary

---

```
From: Walker,Susan [mailto:walkers@oclc.org]
Sent: Tuesday, January 16, 2007 1:41 PM
To: Mary Smith
Cc: Fair,Linda
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary (GAP)
```

Mary,

Do you want us to rerun their orders? We can do that and also correct their standing order so this won't happen next time. Is it okay if the records are all in one file?

Susan

---

```
From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, January 16, 2007 1:30 PM
To: Walker,Susan
Subject: FW: SR 1-61859387 - Off-site access for NetLibrary
```

Help!

Page 2

Confidential

RB000267

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

---

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Tuesday, January 16, 2007 1:25 PM
To: Mary Smith; Mack, Debora
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

Mary,

I am looking at MARC records and noticed that it has the holding code "GABA" in 049 tag. AFPL's holding code should be "GAPA" instead of "GABA".

Please let me know.

Thanks.

Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga.gov

---

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, January 16, 2007 12:23 PM
To: Liu, Seung Ja; Mack, Debora
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

Hi Seung-Ja,

Any OCLC authorization id will work. The one that is assigned to you is:

Page 3

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

Autho - 100-065-091

Pwv - GAP

Mary

----------------------------------------------------------------

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Tuesday, January 16, 2007 11:15 AM
To: Liu, Seung Ja; Mary Smith; Mack, Debora
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

Mary, how do I get authorization and password to access PSW? (4. Type in appropriate authorization and password)

Thanks.

Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga..gov

----------------------------------------------------------------

From: Liu, Seung Ja
Sent: Tuesday, January 16, 2007 10:49 AM
To: 'Mary Smith'; Mack, Debora
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

Mary, the email domain OCLC used is not correct. It should be @fultoncountyga.gov. Should be "gov" instead of "us" ..

Thanks.

Page 4

Confidential

RB000269

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga..gov

---

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, January 16, 2007 10:28 AM
To: Liu, Seung Ja; Mack, Debora
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

Sueng Ja,

Please note the email string below from OCLC including a copy of the email sent.

Mary

---

Mary,

We have processed a couple of orders for Atlanta Fulton, one order in December and one in January. File names are:

D070104.B0026064

D061214.B0025446

Below is the email that we sent in January. Emails are going to Lucelia Flood.
Page 5

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

-----Original Message-----

From: Fair,Linda

Sent: Thursday, January 11, 2007 1:36 PM

To: 'LUCELIA.FLOOD@FULTONCOUNTY.GA.US'

Cc: 'marcorder@netlibrary.com'; 'HELPDESK@SOLINET.NET'

Subject: GAP - ATLANTA-FULTON PUB LIBR - ORDER 26064

Greetings,

Your NetLibrary file is ready for retrieval via the OCLC Product Services Web (PSW). This file is OCLC-MARC data and can be loaded into your local system or opened with a MARC editing tool to view or edit the records. Your file name is enclosed below and will be out on the PSW for a 90-day period. Please retrieve your file within that time period by following the steps below. If you need assistance, you may contact our Customer Service Dept. at 1-800-848-5800.

1. Click on PSW url http://psw.oclc.org/psw/.

2. Click on "Records and Reports".

3. Click on "OCLC WorldCat Collection Sets".

4. Type in appropriate authorization and password.

5. Click on file or record name. Please ignore the COUNT files.

6. Right-click the file of records you want to download.

If using Internet Explorer, click Save Target As.

If using Netscape Navigator, a small menu will appear (after you have right-clicked the

file you want), click Save Link As.

7. Optional - Rename file. Your local system may have specific requirements for

file names. If so, on the bottom type the name of the file using your local system's

file naming conventions.

8. To save the file, click Save if using Internet Explorer. If using Netscape Navigator,

click Save this file to disk then OK.

For more information about Collection Sets visit:

http://collectionsets.oclc.org/JustLooking?cmd=displayElectronicSets

Linda Fair

OCLC Online Computer Library Center

Page 6

Confidential

RB000271

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt
fairl@oclc.org

1-800-848-5878

---

Order 26064 for institution ATLANTA-FULTON PUB LIBR has completed processing.

34 Records were retrieved (holdings were not set) on 2007-01-04.

The EDX output file name is D070104.B0026064 The records are sequenced by Set Symbol, Subset Symbol, and OCLC Number as indicated below.

SUBSET NETLIBRARY - EAUDIOBOOKS US & CANADA CORE COLL 34

-------

SET NETLIBRARY - EAUDIOBOOKS US & CANADA CORE COLL 34


ORDER TOTAL 34

0 RECORDS OMITTED DUE TO WORLDCAT HOLDINGS ALREADY SET

OR DUPLICATE OCLC RECORD NUMBERS WITHIN THE ORDER



---

From: Liu, Seung Ja [mailto:SeungJa.Liu@fultoncountyga.gov]
Sent: Tuesday, January 16, 2007 10:21 AM
To: Mary Smith; Mack, Debora
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary


Mary,


We, Lucelia and I, have not received any file from OCLC. Please check into this with OCLC and let us know.


Thanks.


Seung-Ja Liu

Information Systems Manager

Atlanta-Fulton Public Library System/ IT

of Fulton County Government

Page 7

Confidential

RB000272

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

Phone: 404-730-1771 (w)

Fax: 404-335-5863

Email: seungja.liu@fultoncountyga...gov

-----------------------------------------------------------------------

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Tuesday, January 16, 2007 9:19 AM
To: Mack, Debora
Cc: Liu, Seung Ja; Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary


I need to check into this a little further. NetLibrary merged both the existing GALILEO account with the new eAudiobook account. This is great because it allows existing ebook patrons to view eAudiobooks and vice versa. I need to verify how the GALILEO account was setup regarding statistics and access and will get back to you.


Debora,

Can you forward your NetLibrary username and password to me? Can I also get a sample patron barcode?


FYI~OCLC notified me on Friday that the MARC records were sent to Lucelia on Thursday. Can you confirm that you received them?


Thanks,

Mary


-----------------------------------------------------------------------

From: Mack, Debora [mailto:Debora.Mack@fultoncountyga.gov]
Sent: Tuesday, January 16, 2007 7:49 AM
To: Mary Smith; Liu, Seung Ja
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary


How does this affect statistical issues.  Patrons coming through Galileo, which will land them on our page, will still be counted, right?

-----------------------------------------------------------------------

Page 8

Confidential

RB000273

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

From: Mary Smith [mailto:msmith@recordedbooks.com]
Sent: Friday, January 12, 2007 10:10 AM
To: Mack, Debora; Liu, Seung Ja
Cc: Flood-Partridge, Lucelia
Subject: RE: SR 1-61859387 - Off-site access for NetLibrary

Hi Debora,

NetLibrary/OCLC is correct. We did not setup remote connectivity for the patrons. Lucelia and Seung Ja decided to go with the IP authentication requiring patrons to come into the library to setup their accounts initially.

Please let me know if you have any questions.

Best,

Mary

---

From: Mack, Debora [mailto:Debora.Mack@fultoncountyga.gov]
Sent: Friday, January 12, 2007 8:31 AM
To: Mary Smith; Liu, Seung Ja
Cc: Flood-Partridge, Lucelia
Subject: FW: SR 1-61859387 - Off-site access for NetLibrary

Please let us know how to pursue. I was able to set up an account from home on Netlibrary through the Library site, however, the patron below was not. Additionally, OCLC states there is no remote connectivity.

Anne,

I have checked the configuration information for the Atlanta-Fulton Public Library System, and found that there was no off-site connectivity set up for NetLibrary. Please have the librarian contact NetLibrary support to make available off-site access to NetLibrary. Until that time, it may be necessary either to go to the library to set up a personal NetLibrary account, or contact a librarian to set up an account for you.

Denny

Page 9

Confidential

RB000274

```
                FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt
Customer Support Department
OCLC


[THREAD ID:1-10OE9W]




-----Original Message-----


From:    anneorjack@aol.com

Sent:    1/5/2007 07:19:55 PM

To:    <general@netlibrary.com>

Subject:   Audiobooks: I need help using NetLibrary


Audiobooks Contact Us

Date Submitted: 1/5/2007 5:19:55 PM


Contact Information

Name: Anne Pritchard

E-Mail: anneorjack@aol.com

Phone Number: Not provided.

Library/School: No organization provided.

Contact Type: Patron


Comments: I am a patron of the Atlanta/Fulton Co. library and cannot reach the "set
up account" screen. The reference librarian said I should be able to access it
through their site,

but I just keep looping back to the

log-in site for those with accounts.

Thanks for your help.


User's IP: 205.188.116.130

Browser: IE7
                                  Page 10
```

FW SR 1-61859387 - Off-site access for NetLibrary (GAP).txt

Account ID: 0

User Alias:

Affiliation: No library affiliation

------------------------------------------------------------------------

From: Library Database
Sent: Thursday, January 11, 2007 9:37 AM
To: Mack, Debora; Liu, Seung Ja
Subject: FW: SR 1-61859387 - Off-site access for NetLibrary

FYI

Page 11

Confidential

RB000276

FW Evansville
From: Jerry Hadley [jhadley@landmarkaudio.com]
Sent: Thursday, March 15, 2007 2:28 PM
To: 'Zoie Mellios'
Cc: 'msmith@recordedbooks.com'
Subject: FW: Evansville

Zoie,

I don't know what to think of this recent spate of OCLC reps appearing on the scene just as libraries run out of their grace periods – just coincidence?

We tried hard to resign Evansville, even dangling the possibility of a discounted price in front of them. The librarian told the sales rep that price was not the issue.

Jerry

---

From: Jerry Hadley [mailto:jhadley@landmarkaudio.com]
Sent: Friday, March 09, 2007 10:57 AM
To: 'msmith@recordedbooks.com'
Cc: 'Jason Bradley'; 'Matt Walker'
Subject: Evansville

Mary,

Based upon conversations between the library and Jason Bradley as recently as this past week, Evansville will not renew their eAudio subscription with the current platform, even for less cost.

Please turn them off immediately, since they are in their grace period.

Jerry

Page 1

Confidential

RB000346

FW SpS 5 Corrections to setup.txt
Corrections to setup?From: Mary Smith [msmith@recordedbooks.com]
Sent: Tuesday, October 17, 2006 11:07 AM
To: 'Zoie Mellios'
Subject: FW: [SpS: 5] Corrections to setup?

Follow Up Flag: Follow up
Flag Status: Green

FYI

-----------------------------------------------------------------------

From: Carrie Haverman [mailto:chaverman@dcls.org]
Sent: Friday, October 13, 2006 3:19 PM
To: msmith@recordedbooks.com
Subject: [SpS: 5] Corrections to setup?


And last, just an FYI, I know it's Friday and I'm going home at 4:30 today...the
OCLC help was atrocious. The guy told me that it wouldn't work with Windows Media
Player 9, even though all of the promo materials say use 9 or 10. He then sent me a
followup email (instead of calling) with useless information telling me how to
resolve an error code I didn't tell him I had. We did get our local techs to
figure it out--don't know how or what they did--I just got a call that it was
working.



Carrie Haverman, District Consultant
Capital Area Library District
Dauphin County Library System
101 Walnut St.  Harrisburg, PA 17101
phone: 717.234.4961 x106
fax: 717.234.7479
chaverman@dcls.org

Page 1

Confidential

RB000397

FW Spam Score 5 WestportWest Palm Beach Problem
From: Jerry Hadley [jhadley@recordedbooks.com]
Sent: Thursday, September 29, 2005 1:16 PM
To: 'gharrison@netlibrary.com'
Cc: 'Downingbt@aol.com'
Subject: FW: [Spam Score: 5] Westport/West Palm Beach Problem

Gillian,

Any word on the release of the solution for Westport/West Palm Beach?

This issue is having a detrimental effect on patron use at these libraries. Some potential users may be hard to get back.

Jerry

---

From: Gillian Harrison [mailto:gharrison@netlibrary.com]
Sent: Wednesday, September 21, 2005 10:14 AM
To: jhadley@recordedbooks.com
Subject: [Spam Score: 5] Westport/West Palm Beach Problem

Jerry - We have a fix in QA... we hit some snags during testing but everything is looking better now and we're hoping for a Monday release. I will let you know as soon as the release is successful.

gillian

--

Gillian Harrison, MLIS

Sr. Manager, Library and Product Research

NetLibrary, a division of OCLC

4888 Pearl East Circle, Suite 103

Boulder, CO 80301

direct: 303.381.8723

toll free: 800.413.4557 x8723

fax: 303.381.8600

email: gharrison@netlibrary.com

Page 1

Confidential

RB000493

FW Spam Score 5 WestportWest Palm Beach Problem

Page 2

Confidential

RB000494