# EXHIBIT I



**About OCLC**





Founded in 1967, OCLC Online Computer Library Center is a nonprofit, membership, computer library service and research organization dedicated to the public purposes of furthering access to the world's information and reducing information costs. More than 57,000 libraries in 112 countries and territories around the world use OCLC services to locate, acquire, catalog, lend and preserve library materials.

Researchers, students, faculty, scholars, professional librarians and other information seekers use OCLC services to obtain bibliographic, abstract and full-text information when and where they need it.

OCLC and its member libraries cooperatively produce and maintain WorldCat—the OCLC Online Union Catalog.

## Membership

Membership in OCLC is a unique cooperative venture, giving your library access to a wide range of services and databases, including WorldCat. Together OCLC member libraries make up the world's largest consortium.



**Host your next meeting at OCLC**

Banquet, meeting and training facilities available

**Headquarters**

OCLC Online Computer Library Center, Inc.

6565 Kilgour Place
Dublin, OH 43017-3395
USA

+1-614-764-6000
1-800-848-5878
Fax: +1-614-764-6096
oclc@oclc.org

**Visiting OCLC's headquarters?**

View maps and directions

View a photo gallery

Consider a career with OCLC

About OCLC   History of OCLC   Mission and vision   Initiatives   Management   Board of Trustees   Careers