# EXHIBIT J



**MEMBERSHIP**

**PROGRAMS & SERVICES**
- *Consulting*
- *Digital Services*
- *Educational Services*
- *Electronic Databases*
- *Library Products*
- *OCLC Services*
- *Preservation & Access*

**PEOPLE**

**EVENTS**

**RESOURCES**

**ACCOUNTING SERVICES**

SHOPPING CART

ABOUT US | CONTACT US | FIND US | SITE MAP | MY SOLINET | SEARCH:

ABOUT US | Who We Are

## MISSION
The Southeastern Library Network strengthens its member libraries and their communities through leadership, cooperation, and services.

## VISION
SOLINET is a partner in creating a future where its member libraries

- Create and sustain collaborative relationships to provide, protect, and ⌐ information
- Serve as a catalyst for positive change within the library community
- Ensure effectiveness through cooperative programs, practical and mea⌐ education, and affordable services that deliver and manage informatior

## HISTORY
SOLINET — the Southeastern Library Network, Inc. — is a not-for-profit libra cooperative serving the Southeastern United States (Alabama, Florida, Georc Kentucky, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee, and the Caribbean. A membership network of libraries and other information organizations, SOLINET works in collaboration with many partners, from loca international, to provide leadership for cooperative action, improve access to information, and enable members to effectively anticipate and address the re needs for education, economic development, and improved quality of life.

Founded in 1973 by 99 visionary libraries, SOLINET now has a membership 2600 libraries of all sizes and types: academic, research, public, school, corp medical, law, and special. SOLINET is the largest regional library network in 1 States.

**A Brief History of SOLINET** reviews its programmatic evolution, notes som highlights, and takes a look at some of the people who have influenced its de This is the most current and comprehensive picture of SOLINET presently av:

*The Southeastern Library Network (SOLINET): A Topical History and Chronoli 1983* by John H. Gribbin was published in limited edition by Thomas Cooper l University of South Carolina in 1988. Extant copies are hard to find, but SOLI a copy in its archives; students and researchers may use the book on the pre appointment.

Also available to students (or anyone interested in the history and developm( SOLINET and its programs and services) are newsletters and annual reports ⌐ SOLINET's 1973 founding. In addition, highlights since 1999 are recorded as releases in the "Resources" section of the website.

1438 West Peachtree Street NW • Suite 200 • Atlanta, GA 30309-2955 | 1.800.999.8558 toll free • 4(

Privacy Statement | Webmaster | Contact Us | Printable page | Search | Logo