# EXHIBIT K

# What is BCR?

The Bibliographical Center for Research (BCR) is a nonprofit, multistate library cooperative that has served the library community since its founding in 1935, providing cost-effective library and information services. Today BCR serves more than 1,086 *voting-member libraries* in 42 states, Canada and Guam. Agreements with the state library agencies in Alaska, Colorado, Idaho, Iowa, Kansas, Montana, Nevada, Oregon, Utah, Washington and Wyoming allow any library located in those states to use BCR services as a member institution.

BCR is governed by a **Board of Trustees** representing all member states and various types of libraries — academic, school, public, research and special libraries. BCR serves member libraries by:

- Helping them share information resources.
- Providing libraries with access to information services.
- Developing and promoting new technologies for information organization.
- Delivering and carrying out training and technical assistance in the use of information services.

If you are interested in receiving more information about BCR, please contact Communications Coordinator Brandie Baumann (**bbaumann@bcr.org**).

Bibliographical Center for Research (BCR)
14394 East Evans Avenue, Aurora, Colorado, 80014-1478
Phone: (303) 751-6277 | (800) 397-1552 | Fax: (303) 751-9787
Copyright © 2006 BCR | Contact Us at comments@bcr.org | February 20, 2007