# EXHIBIT M

About Random House

# About Random House

**Random House is the world's largest general trade book publisher. It is a division of Bertelsmann, one of the foremost media companies in the world.**

Random House is home to many of the world's most popular authors such as John Grisham, Danielle Steel, Michael Crichton, Anne Rice, Dean Koontz, and Dr. Seuss. Week after week our titles lead the best seller lists.

**About Our Strategy**



Random House is a creative enterprise but it is run as a business. While the heart and soul of the company are our authors and books, the backbone is our results-oriented corporate structure. We believe that our publishing divisions have a higher degree of editorial and artistic independence than any other publishing company. At the same time, the divisions share a common corporate infrastructure that provides services such as sales, operations, and finance, and also leads investments in new technologies. In this way, Random House leverages business efficiency and know-how to support the creative work of book publishing. Our infrastructure is unparalleled among book publishers and makes our company comparable to other international leaders in consumer products.

Publishing is no longer the sleepy industry it once was. Advances in technology have radically altered the landscape and Random House is the leader in introducing new technology to book publishing—both in the way we make books and in the way we run our business. We were the first in the industry to adopt integrated enterprise systems, a digital content archive, and a digital printing operation for producing print-on-demand books in our distribution center. An emphasis on innovative technology runs throughout every aspect of our business and isn't sequestered in a "new media" function.

Random House benefits from relationships with other companies that are also owned by our parent organization, Bertelsmann, including book printers and book component manufacturers. While we work closely together, we are independent from one another, ensuring the highest level of efficiency and lowest cost for services.

From this solid platform, Random House continues to grow—through further expansion in trade publishing, growth into new countries, and entry into emerging formats.