# EXHIBIT A

# Iowa City Public Library

  EAUDIO AT ICPL

| Login for eAudioBooks |
| --- |
| Download & Renew Guides |
| Questions & Answers |
| Download Time Estimates |
| eAudio Fiction |
| eAudio Nonfiction |
| eAudio Teens Fiction |
| eAudio Kids Fiction |
| eAudio Kids Nonfiction |
| Tested Audio Players |

### COMPUTERS AND INTERNET

| Internet Computers |
| --- |
| eAudioBooks |
| Wi-Fi Wireless Access |
| Ethernet Plugin Access |
| Configuring Your Computer for Access |
| Word Processing and Office Computers |
| Special Database Searches |
| Web Classes |

## Download and Listen to AudioBooks



Download audiobooks to computers and portable listening devices. This service is only available to Library cardholders; if you do not currently have a card and live in Iowa City, Hills, University Heights, or rural Johnson County you can go to the Cards Desk at the Library to get a card.

**eAudio service with NetLibrary will end on July 31**

A new eAudio product with a company called Overdrive will be available beginning late August 2007. eAudio books downloaded through NetLibrary prior to July 31, 2007 will expire after 21 days. After July 31, 2007 NetLibrary eAudio books may not be downloaded.

We will keep this webpage updated throughout the transition. For more information, please call Kara Logsden at 319.887.6007.

## What You Need To Know

1. Apple iPods/iTunes are not compatible with this service.
2. CD-quality (32kbps) is required by many portable players.
3. Mac OS and Linux computers are not compatible with this service.
4. Files must be opened with Windows Media Player to acquire your license.
5. Downloads with non-IE browsers will have another login the first time your file is played.
6. Read the FAQ for more information.

## Login to Download

Enter the account number on your ICPL library card and your PIN number into the form below to login to NetLibrary. **Need a card?** The Cards Desk at the Library can help you get a card. **Need a PIN?** Set up your Library

Pay for Print Service

account in our catalog to choose one.

**Enter your barcode:**

**Enter your PIN:**

Login

Copyright © 2007, Iowa City Public Library. All Rights Reserved.