# EXHIBIT B

*Mary Hogue <hoguem@wvlc.lib.wv.us>* wrote:

> From: "Mary Hogue" <hoguem@wvlc.lib.wv.us>
> To: "Debbie McDonald" <debbierecbooks@yahoo.com>
> Subject: I just heard
> Date: Tue, 17 Jul 2007 16:49:38 -0400
>
> Debbie,
>
>   I just read in *Hotline* about the Recorded Books and NetLibrary lawsuits. If you all need cheerleaders I'll be standing on the sidelines yelling, "Sic 'em! Sic 'em!" I'd like to add that just because we didn't cancel our downloadables through NetLibrary did not mean that we were happy or satisfied or not frustrated with NetLibrary. What kept us with them was a great selection of Recorded Books titles, the potential for a whole bunch of disgruntled patrons, and inertia.
>   Can you tell us what this means for us? Will the platform disappear? The service? Will a new platform appear that isn't based on, oh, the unknowable MARC record? Would it be, dare I ask, user friendly?
>   Kidding aside, I'm really hoping that a great selection downloadable audiobooks at a reasonable annual cost will not disappear any time soon. Am I right?
>   Hope your summer is going well and that your family and you are quite healthy. Janice and I thank you from the bottom of our toes for arranging for us to attend the reception at the French Embassy. The food was good and so was the wine. (When several of us sensed last call, we rushed to the bar and got two glasses of wine and polished them off. There was this wonderful, "Whoopee!" feeling among librarians on my side of the room.) Joe Morgenstern was *the perfect* person to introduce the quality of MyLibrary DV to us. He knows films and seems to love them, and he's self deprecating. He spoke to us and seemed quite pleased to be there.
>
>
> Mary E. Hogue
> Library Services Director
> West Virginia Library Commission
> Cultural Center
> 1900 Kanawha Blvd. East
> Charleston, WV 25305
> 800 642 9021 x2069
> 304 558 2045
> 304 558 2044 fax
> hoguem@wvlc.lib.wv.us

---

Fussy? Opinionated? Impossible to please? Perfect. Join Yahoo!'s user panel and lay it on us.

7/23/2007