# EXHIBIT C

JUN-20-2007 13:53 From: To:OCLC Inc P.2/2

 

# Order Form

Recorded Books, LLC
270 Skipjack Rd.
Prince Frederick, MD 20678
Tel: 410-535-5590

4888 Pearl East Circle, Suite 103
Boulder, Colorado 80301
Tel: 303-381-8899 Fax: 303-381-8600

**Bill To:**

Attn: Alan Singh
Address: Califa
32 W. 25th Ave.
Suite 201
San Mateo, CA 94403

**Ship To:**

County of Los Angeles Public Library
7400 E. Imperial Hwy.
Downey, CA 90241-70112

| SALESPERSON | P.O. NUMBER | DATE | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| P. Cappuzzello | | | NetLibrary | Boulder, CO | Net 30 |

| ORDER DESCRIPTION | AMOUNT |
|---|---|
| eAudioBook Core Collection (50,000 checkouts)<br><br>Library Type: <u>Public</u> or Academic/Other<br><br>Category (Including Cap): 7 (<u>Circulation</u>: 15,912,865) | $24,500.00 |
| Other Collections:<br>    eAudioEssentials <u>(Yes)</u><br>    Audiobook Pimsleur Language Programs <u>(Yes)</u><br>    Audiobook Bible <u>(Yes)</u><br><br>Will MARC records be delivered? <u>Yes</u>  No<br>Contact Name: Melody Holtzman<br>Contact E-mail (Required for delivery): melodyh@gw.colapl.org | No Charge |
| **GRAND TOTAL** | **$24,500.00** |

Library Name
By: *[signature]*
Name: MELODY HOLZMAN
Title: LIBRARIAN II, TECH SVS ADMIN
Date: 6/20/07

NetLibrary, Inc
By:
Name:
Title:

06/26/2007 14:43 FAX 408 2879826    SCC LIB ADMIN    ☒001

 

# Order Form

Recorded Books, LLC
270 Skipjack Rd.
Prince Frederick, MD 20678
Tel: 410-535-5590

4888 Pearl East Circle, Suite 103
Boulder, Colorado 80301
Tel: 303-381-8899 Fax: 303-381-8600

Ship To: **Paul C.**

**Bill To:**

Attn: Alan Singh
Address: Califa
32 W. 25th Ave.
Suite 201
San Mateo, CA 94403

Santa Clara County Library
14600 Winchester Blvd.
Los Gatos, CA 96032

| SALESPERSON | P.O. NUMBER | DATE | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| P. Cappuzzello | | | NetLibrary | Boulder, CO | Net 30 |

| ORDER DESCRIPTION | AMOUNT |
|---|---|
| eAudiobook Core Collection (50,000 checkouts) | $24,500.00 |
| Children's/Young Adult eAudiobook Collection (12,500 checkouts) | $5,880.00 |
| Library Type: <u>Public</u> or Academic/Other | |
| Category (Including Cap): <u>7 (Circulation: 9,302,906)</u> | |
| Other Collections: | No Charge |
|    eAudiobook Essentials <u>(Yes)</u> | |
|    Audiobook Pimsleur Language Programs <u>(Yes)</u> | |
|    Audiobook Bible <u>(Yes)</u> | |
| Will MARC records be delivered?   <u>Yes</u>   No | |
|    Contact Name: <u>Nancy Howe</u> | |
|    Contact E-mail (Required for delivery): <u>Nancy.Howe@lib.sccgov.org</u> | |
| **GRAND TOTAL** | **$30,380.00** |

Library Name
By: *Nancy Howe*
Name: Nancy Howe
Title: Adult Services Manager
Date: 6/26/07

NetLibrary, Inc.
By: _____
Name: _____
Title: _____

NL00517