IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RECORDED BOOKS, LLC<br><br>  Plaintiff/Counter<br>  Defendant,<br><br>OCLC ONLINE COMPUTER LIBRARY<br>CENTER, INC. d/b/a NETLIBRARY,<br><br>  Defendant/Counter<br>  Plaintiff. | Case No. 07 CV 1427 (DKC) |

**UNOPPOSED MOTION FOR ORDER ACCEPTING NETLIBRARY'S
FIRST AMENDED COUNTERCLAIMS FOR FILING**

Defendant and Counterclaimant OCLC Online Computer Library Center, Inc. d/b/a NetLibrary ("NetLibrary"), by its undersigned attorneys, requests an order of the Court accepting its First Amended Counterclaims for filing and states as follows:

1.      NetLibrary submits its First Amended Counterclaims pursuant to F.R.C.P. 15(a), which provides that "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served."

2.      On June 19, 2007, NetLibrary filed its Answer and its Counterclaims in response to Plaintiff Recorded Books, LLC's ("Recorded Books") Complaint.

3.      Recorded Books has not filed a responsive pleading to NetLibrary's Counterclaims.  Therefore, NetLibrary may file its First Amended Counterclaims as a matter of course.

4.      Rather than file a responsive pleading, Recorded Books filed a Motion for More Definite Statement on July 12, 2007.

#1269059 v1

5.      The parties agreed that NetLibrary would amend its counterclaims and, once the amended

counterclaims were filed, that no response to the Motion for More Definite Statement would be

necessary.

6.      Accordingly, to the extent that Recorded Books' consent is required by Local Rule 103(d),

counsel for Recorded Books does consent to the filing of NetLibrary's First Amended Counterclaims.

7.      Pursuant to Local Rule 103(6)(a) and (c), NetLibrary attaches as Exhibit A a clean copy of its

First Amended Counterclaims and, as Exhibit B, a redlined version of its original Counterclaims.

WHEREFORE, Defendant and Counterclaimant NetLibrary respectfully requests an order of the

Court accepting its First Amended Counterclaims for immediate filing.

Dated this 14th day of August, 2007.

_____
Hugh J. Marbury (Fed. Bar No. 24653)
DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland  21209
410-580-3000
410-580-3001 (facsimile)

Attorneys for OCLC Online Computer Library
Center, Inc., d/b/a NetLibrary

*Of Counsel*

Randall H. Miller, Esq.
Eve Burton, Esq.
Jason Prussman, Esq.
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203-4541
303-861-7000
303-866-0200 (facsimile)
(*Pro hac vice*)

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of August, 2007, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ORDER ACCEPTING NETLIBRARY'S FIRST AMENDED COUNTERCLAIMS FOR FILING** was filed and served electronically as follows:

David L. Permut
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC  20001

R. David Hosp
Jaren D. Wilcoxon
Robert D. Carroll
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109

_____
Hugh J. Marbury

#1269059 v1