IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RECORDED BOOKS, LLC<br><br>        Plaintiff/Counter Defendant,<br><br>OCLC ONLINE COMPUTER LIBRARY CENTER, INC. d/b/a NETLIBRARY,<br><br>        Defendant/Counter Plaintiff. | Case No. 07 CV 1427 (DKC) |

**ORDER GRANTING DEFENDANT/COUNTER PLAINTIFF'S
UNOPPOSED MOTION FOR ORDER ACCEPTING
FIRST AMENDED COUNTERCLAIMS FOR FILING**

Upon consideration of Defendant/Counter Plaintiff OCLC Online Computer Library Center, Inc. d/b/a NetLibrary's ("NetLibrary") Unopposed Motion for Order Accepting First Amended Counterclaims for Filing and being sufficiently advised, the Court hereby GRANTS the Motion and orders that NetLibrary's First Amended Counterclaims be accepted for immediate filing.

DONE this _____ day of _____, 2007.

BY THE COURT:

_____
United States District Judge

#1269071 v1