IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------x
                                    :
RECORDED BOOKS, LLC,                :   Civil Action No. 8:07-cv-01427-DKC
                                    :
            Plaintiff,              :
                                    :   **[PROPOSED] ORDER GRANTING**
        v.                          :   **JOINT MOTION FOR ORDER OF**
                                    :   **DISMISSAL WITHOUT**
OCLC ONLINE COMPUTER LIBRARY        :   **PREJUDICE**
CENTER, INC. d/b/a NETLIBRARY,      :
                                    :
            Defendant.              :
------------------------------------x

Pursuant to Local Rule 111, and upon consideration of plaintiff Recorded Books, LLC's ("Recorded Books") and defendant OCLC Online Computer Library Center, Inc. d/b/a NetLibrary's ("NetLibrary") joint motion for order of dismissal without prejudice, the Court hereby grants Recorded Books' and NetLibrary's joint motion for order of dismissal without prejudice and ORDERS that this case is dismissed without prejudice to the right of a party to move for good cause to reopen the case within sixty (60) days of the date of this order if the settlement is not consummated. The Court further ORDERS that each party shall bear its own costs.

SO ORDERED this ___ day of _____, 2007

                                    _____
                                    Deborah K. Chasanow
                                    United States District Judge

LIBA/1844867.1