IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
RECORDED BOOKS, LLC,                  Civil Action No. 8:07-cv-01427-DKC
:
          Plaintiff,
: **STIPULATION OF DISMISSAL**
    v.                              **WITH PREJUDICE**
:
OCLC ONLINE COMPUTER LIBRARY
CENTER, INC. d/b/a NETLIBRARY,        :

          Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all claims, counter-claims, and claims for attorneys' fees and costs in this action (the complaint filed on May 31, 2007 and the counterclaims filed on June 19, 2007) be dismissed with prejudice, and each party bear its own attorneys' fees and costs.

LIBA/1849277.1

Dockets.Justia.com

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| RECORDED BOOKS, LLC | OCLC ONLINE COMPUTER LIBRARY CENTER, INC. d/b/a NETLIBRARY |
| By its attorneys, | By its attorneys, |
| /s/ R. David Hosp | /s/ Randall H. Miller |
| David L. Permut (15111) | Hugh J. Marbury (Fed. Bar No. 24653) |
| GOODWIN PROCTER LLP | DLA Piper US LLP |
| 901 New York Avenue, N.W. | 6225 Smith Avenue |
| Washington, DC 20001 | Baltimore, MD 21209 |
| 202.346.4000 (tel.) | 410-580-3000 (tel.) |
| 202.346.4444 (fax) | 410-580-3001 (fax) |
| -and- | -and- |
| R. David Hosp (admitted *pro hac vice*) | Randall H. Miller (admitted *pro hac vice*) |
| Robert D. Carroll (admitted *pro hac vice*) | Eve Burton (admitted *pro hac vice*) |
| GOODWIN PROCTER LLP | Jason Prussman (admitted *pro hac vice*) |
| Exchange Place | HOLME ROBERTS & OWEN LLP |
| Boston, MA 02109 | 1700 Lincoln Street, Suite 4100 |
| 617.570.1000 (tel.) | Denver, CO 80203-4541 |
| 617.523.1231 (fax) | 303-861-7000 (tel.) |
| | 303-866-0200 (fax) |

Dated: November 30, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 30, 2007.

                                                  /s/ R. David Hosp

LIBA/1801066.1